**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER and TELE-CENTER, ) | |
| INC., individually and together d/b/a ) | |
| UlaiTV and PlanetiTV, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR TIMOTHY M. FRANK TO APPEAR PRO HAC VICE

Pursuant to Local Rule 2.02, Plaintiff DISH Network L.L.C. moves the Court to allow Timothy M. Frank to appear and be heard in this case and in support states:

1. Mr. Frank is a member in good standing of the bars of the State of Texas and the State of California. Mr. Frank is admitted to practice before all the United States District Courts in Texas and California. He has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

2. Mr. Frank has entered an appearance of non-resident attorney and designated James A. Boatman, Jr. as Local Counsel.

3. Undersigned counsel has submitted Mr. Frank's signed Special Admission Attorney Certification to the Clerk, along with the prescribed fee.

WHEREFORE, Plaintiff respectfully requests that Timothy M. Frank be permitted to specially appear and be heard in this case.

Dated: September 8, 2016

        Respectfully submitted,

        s/ James A. Boatman, Jr.
        James A. Boatman, Jr.
        Florida Bar No. 0130184
        THE BOATMAN LAW FIRM PA
        3021 Airport-Pulling Road North, Suite 202
        Naples, Florida 34105
        Telephone:  (239) 330-1494
        Facsimile:  (239) 236-0376
        Email:  jab@boatman-law.com

        Attorney for Plaintiff DISH Network L.L.C.