United States District Court
Middle District of Florida
Tampa Division

Case No. 8:16 CV 2549-T-17 TBM

DISH NETWORK, LLC
    Plaintiff

Vs.

GABY FRAIFER and TELECENTER, INC.
individually and together d/b/a
UlaiTV and PlanetTV
    Defendants

## Defendants' Motion for Extension of Time to File Responses to Complaint

The Defendants, hereby jointly file this Motion for Extension of Time to File Responses to Complaint, and would say that:

1. The Plaintiff filed the Complaint on or about August 30, 2016.

2. The Plaintiff, according to the Defendants, did not obtain legitimate service.

3. On or about October 5, 2016, the Plaintiff was given an Entry of Default by the Clerk of Court.

4. A Court Order was enter on or about October 31, 2016 Granting a Joint Motion to Set Aside Clerk's Default and which Order set November 7, 2016 as the date for the Defendants' to File a Response to Plaintiff's Complaint.

5. The Parties were then already entered into Settlement Negotiations.

6 The Plaintiff sent a settlement proposal to Defendants on or about Friday, October 28, 2016 at 4:23 PM.

7. The Defendants responded with a Counterproposal of Settlement the following Friday, November 4, 2016 at 1:04 PM, which settlement proposal also contained a request for an extension of time to Respond to Plaintiff's Complaint.

8. The Plaintiff rejected the Counterproposal from Defendants that Friday evening, November 4, 2016, at about 6:29 PM. Within said rejection was the statement that Plaintiff expected the Response to Plaintiff's Complaint to be delivered to the Court on November 7. 2016, even though this rejection was delivered at 6:30 PM on a Friday evening, and even though the Parties had been undergoing Settlement discussions up to that moment.

9. The undersigned attorney for the Defendants informed the attorney for the Plaintiff that the Plaintiff's objection to the requested extension would be communicated to the Court.

10. Due to the above described circumstances of the ongoing settlement negotiations and the fact that Defendants need to research the legal ramifications of the Complaint filed against them by the Plaintiff, Dish Network, LLC, and also due to the fact that the Defendants were focusing their time and efforts on potential settlement and the minimization of fees and costs through the settlement negotiations, the Defendants now need additional time in the amount of 20 additional days to do the required legal research of the Federal Statutes and the caselaw that does apply to the allegations made against them, both individually and corporately, by Plaintiff.

11. This Motion for Extension of Time is being filed before the time expired for the Response to be made to the Plaintiff's Complaint.

12. The attorney for the Plaintiff has been contacted by email and been made aware of this Motion for Extension of Time and, as stated above, the Plaintiff objects to the requested extension.

13. The Defendants would like an extension of 20 days or until November 27, 2016, which is a Sunday, so 21 days, until November 28, 2016 to file a response to Plaintiff's Complaint.

**Memorandum of Law in Support of Motion for Extension of Time**

The Parties do not agree, and Plaintiff objects, to the requested extension of time to file responses to the Plaintiff's Complaint from November 7 until November 28, 2016.

FedRCP 6 provides, in Section (b)(1) that "In General, when an act may or must be done within a specified time, the court may, for good cause, extend the time." Good cause is shown in this case since the Service of Process was not obtained until on or about October 31, 2016, and Settlement Negotiations of both Parties were ongoing until Friday evening at 6:29 of November 4, 2016

The original time for the filing of the responses is Monday, November 7, 2016 so the filing of this Joint Motion and Stipulation is filed prior to that proscribed time and therefore in a timely manner.

In accordance with FedRCP 60, the Court's power is not limited from entertaining this Motion for relief from an Order, namely the Order Setting Aside the Clerk's Default, which sets the Defendants' responses being due on November 7, 2016.

In accordance with FedRCP 61, this joint request for an extension of the time to file the responses at a later date does not affect the substantial rights of the Plaintiff or the Defendants in that there is no denial of the ultimate trial in this matter, and, in fact, the substantial rights of the Parties are preserved by and through the permitting

of the extension to file the appropriate responses after the good faith effort, by both Parties, to attempt to resolve this matter at this early stage in the litigation process.

Local Rule 3.09(a) provides that the Court may allow a continuance of a trial, hearing or other proceeding for good cause shown. The Trial has not been set in this case and in fact this matter is not yet at issue. This request for an extension of time to file Responses to the Plaintiff's Complaint due to the need for the completion of necessary legal research in this matter is timely filed. Good cause is shown in that the responses need to be researched and were unable to have been done as of this early date due to the good faith attempt to resolve the litigation through settlement discussions.

In this case, the claim of the Plaintiff that Defendant Fraifer is personally liable for a corporations' alleged failures, and the choice of the particular Defendant corporation by Plaintiff is potentially incorrect, along with the various allegations needed to be researched to determine if they even meet the minimum standard required for pleading in this case. All of this needs to be addressed by Defendants and potentially the Court, and possibly resolved by and through forthcoming dispositive motions, which resolution is in the best interests of the Parties and is also in the best interest of the Court.

**Certificate of Service**

I Hereby Certify that a true and correct copy of this Defendants' Motion for Extension of Time to File Responses to Plaintiff's Complaint has been filed by Francis R. Lakel, Esq., attorney for the Defendants, on Timothy M. Frank, Esq., attorney for the Plaintiff, at Hagan, Noll & Boyle, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, on this 7th day of November, 2016.

_____s/Francis R. Lakel_____
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305) 854-2713
(305) 856-6052 (Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendants