**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISH NETWORK L.L.C.,**

    **Plaintiff,**

**v.**                                    **Case No.: 8:16-cv-02549-EAK-CPT**

**GABY FRAIFER, et al.,**

    **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on March 8, 2018. Plaintiff's corporate representative with trial counsel, and Mr. Fraifer for himself and as corporate representative with trial counsel attended and participated.

<u>The parties have reached an impasse.</u>

Done March 8, 2018 in Tampa, Florida.

                                  Respectfully submitted,

                                  <u>/s/ Peter J. Grilli</u>
                                  Peter J. Grilli, Esq.
                                  Florida Bar No. 237851
                                  Mediator
                                  3001 West Azeele Street
                                  Tampa, Florida 33609
                                  813.874.1002    Fax: 813.874.1131
                                  email: peter@grillimediation.com

I HEREBY CERTIFY that March 8, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                  <u>/s/ Peter J. Grilli</u>
                                  Peter J. Grilli, Esq.