**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-EAK-CPT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND TIME FOR DEFENDANTS' TO CONDUCT NON-PARTY DEPOSITIONS AFTER CLOSE OF DISCOVERY AND CORRESPONDING EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Plaintiff DISH Network L.L.C. ("DISH") and Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") respectfully move the Court pursuant to Fed. R. Civ. P. 16(b)(4) and L.R. 3.09 to permit Defendants to conduct two non-party depositions after the close of the discovery period and to continue the dispositive motion deadline by two weeks. The parties state the following in support of this agreed motion:

1. The discovery deadline in this case expired on March 3, 2018. (Dkt. 50.)

2. Defendants request additional time to conduct two non-party depositions.

3. Defendants attempted to conduct the depositions of non-parties Sarah Weller and Kevin McMonnies on the final day of the discovery period. Defendants were unable to serve Ms. Weller. Mr. McMonnies was served on March 1, 2018, but did not attend the deposition because, among other reasons, the subpoena was deficient and he was unavailable on such short notice.

4. Defendants request permission to conduct the depositions of Mr. McMonnies and, to the extent service is perfected, Ms. Weller after the close of the discovery period. The parties

agree that the depositions must be conducted by March 23, 2018.  Defendants will not conduct or attempt to conduct any other discovery during the extended period.

5.  The dispositive motion deadline in this case is set for March 23, 2018.  (Dkt. 50.)

6.  The parties jointly request a two-week extension of the dispositive motion deadline, making the new deadline April 6, 2018.

7.  Defendants contend that a two-week extension of the dispositive motion deadline is necessary to allow for proper consideration of the additional depositions identified above, as well as the deposition of DISH which Defendants recently conducted on March 1, 2018.

8.  DISH contends that a two-week extension of the dispositive motion deadline is also necessary to account for Defendants' depositions, which took place immediately prior to the close of discovery on February 27-28, 2018.

9.  DISH first requested deposition dates from Defendants on December 7, 2017, and did not receive dates until January 24, 2018, at which point Defendants were only available at the end of the discovery period.  The court reporter is now in the process of preparing the transcripts.

10. A two-week extension of the discovery and dispositive motion deadlines will not affect any other deadlines in this case.  The pretrial conference is scheduled for September 6, 2018, and the case is set for a non-jury trial during the term commencing October 2018.  (Dkts. 50, 124.)

Dated:  March 12, 2018

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

        James A. Boatman, Jr.
        Florida Bar No. 0130184
        THE BOATMAN LAW FIRM PA
        3021 Airport-Pulling Road North, Suite 202
        Naples, Florida 34105
        Telephone:  (239) 330-1494
        Facsimile:  (239) 236-0376
        Email:  jab@boatman-law.com

        **Attorneys for Plaintiff DISH Network L.L.C.**

        /s/ Francis R. Lakel
        Francis R. Lakel
        Florida Bar No. 351-327
        P.O. Box 331120
        Miami, Florida 33233
        Telephone: (305) 854-2713
        Facsimile: (305) 856-6052
        Email: frlesq@aol.com

        **Attorney for Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.**

(Signed By Filing Attorney With Permission of Non-Filing Attorney)
/s/ Timothy M. Frank

### RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that counsel conferred and jointly submit this agreed motion.

### CERTIFICATE OF SERVICE

    I certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

        /s/ Timothy M. Frank
        Timothy M. Frank (*pro hac vice*)
        HAGAN NOLL & BOYLE, LLC
        Two Memorial City Plaza
        820 Gessner, Suite 940
        Houston, Texas 77024
        Telephone:  (713) 343-0478
        Facsimile:  (713) 758-0146
        Email:  timothy.frank@hnbllc.com

        Attorney for Plaintiff DISH Network L.L.C.