# Exhibit 6

## Checkout

1. **Contact information**    edit ✓
2. **Address**    edit ✓
   Billing address:
   Shipping address: Order will be delivered to the billing address
3. **Shipping method**    edit ✓
   USPS (in US 3-5 days / int'l 10-14 days) - $10.01
4. **Payment method**

   - ● Credit Cards    Manual Credit Card Payment
   - ○ By Phone    Call 866-901-5182 to provide payment
   - ○ C.O.D    Cashiers Check or Cash Only
   - ○ Cash    US Funds Only

   Select card:   Discover/Novus ▼
   Card number: [      ]
   The **Card number** field is mandatory.

   Cardholder's name: [      ]
   The **Cardholder's name** field is mandatory.

   Expiration date: [  ] / [  ] (mm/yy)
   The value of the **Month** field is invalid. It should be integer.
   The **Month** field is mandatory.
   The value of the **Year** field is invalid. It should be integer.
   The **Year** field is mandatory.

   CVV2: [      ]
   The value of the **CVV2** field is invalid. It should be integer.
   The **CVV2** field is mandatory.

   If you have any notes regarding the order, please type them here:

   ☐ By checking this checkbox, you accept the Terms and Conditions.
   To proceed you need to accept our Terms and Conditions.

### Cart items

UlaiTV STB Hardware and Software only ✕
CODE: ULA404AN
Qty: 1   × $90.00 = $90.00

Clear cart     Update

Discount coupon code:
   Apply

Subtotal:   $90.00
Shipping cost:   $10.01

**Total cost:**   **$100.01**

\* All credit cards charges are in **US Dollars**
Currency conversion rates may apply!
\* UlaiTV will contact you for International Shipping charges.

# Checkout

**1.** ✓ Edit **Contact information**
Axxx PExxxS **XXXXXXXXXXX@gmail.com**
Cell Phone:  813-XXX-XXXX

**2.** ✓ Edit
Billing address:
Shipping address:

**3.** ✓ Edit **Shipping method**
USPS (in US 3-5 days / int'l 10-14 days) - $10.01

## 4. ●Payment method

- ◉ **Credit Cards** — Manual Credit Card Payment
- ○ **By Phone** — Call 866-901-5182 to provide payment
- ○ **C.O.D** — Cashiers Check or Cash Only
- ○ **Cash** — US Funds Only

Select card: [Discover/Novus ▼]
Card number: [            ]
Cardholder's name: [            ]
Start date: Month:Year: [  ] / [  ] (mm/yy)
Expiration date: Month:Year: [  ] / [  ] (mm/yy)
CVV2: [   ]
Issue number: [   ]

If you have any notes regarding the order, please type them here:
[                                    ]

☐ By checking this checkbox, you accept the Terms and Conditions.
**To proceed you need to accept our Terms and Conditions.**

[Place order]

---

**Cart items**
Ahla iTV STB Hardware and Software only ✖
Qty: [1]  x $90.00 = **$90.00**

**Clear cart**
[Update]

**Discount coupon code:** Discount coupon code
[                    ]
**Apply**

Subtotal: **$90.00**
Shipping cost: **$10.01**
Total cost: **$100.01**

\* All credit cards charges are in **US Dollars**
Currency conversion rates may apply!
\* TV will contact you for International Shipping charges.