# Exhibit 7





# TECHNICAL ANLAYSIS OF CHANNEL MONITORING ON ULAITV AND AHLAITV SERVICES

PREPARED BY:

KUDELSKI SECURITY, A BUSINESS UNIT OF NAGRAVISION SA

December 19, 2017



## Table of Contents

1. Disclosures ................................................................................................. 3
2. ExecutiveSummary .................................................................................... 3
3. Analysis Overview ...................................................................................... 3
    3.1 Monitoring Set-Up.............................................................................. 4
    3.2 Monitoring Process............................................................................ 6
4. Analysis Results .......................................................................................... 7
5. Conclusions ................................................................................................ 26



## 1.   Disclosures

I am currently employed as Vice President, Legal Affairs and Head of Anti-Piracy Litigation and Intelligence Operations, with Nagravision SA ("Nagravision").  This report is prepared for purposes of litigation that is pending in the United States District Court for the Middle District of Florida, captioned *DISH Network L.L.C. v. Gaby Fraifer et al.*, No. 8:16-cv-02549-EAK-TBM.

My work on this report was performed as part of my duties as a Nagravision employee, and I am not being compensated in any way other than my regularly received salary.  No portion of my salary is dependent upon the findings and conclusions stated in this report, or otherwise conditioned on the outcome of this case.

My background and qualifications are set forth in the curriculum vitae in Exhibit 1.  I have not testified as an expert witness at deposition or at trial in the past 4 years.  I have not authored any publications in the past 10 years.

In providing this report, I examined the monitoring reports and any corresponding screenshots of the UlaiTV and AhlaiTV services, which were prepared and compiled by Nagravision and its affiliate NagraStar LLC ("NagraStar") in the ordinary course of their respective businesses by employees of Nagravision and NagraStar acting under my supervision and during the ordinary course of their respective duties with Nagravision and NagraStar, at or near the time of the events recorded.  Nagravision and NagraStar are collectively referred to herein as "Nagra."

## 2.   Executive Summary

This report presents the findings and conclusions drawn from analyses conducted using the UlaiTV and AhlaiTV set-top boxes to access certain channels retransmitted on the UlaiTV and AhlaiTV services.  The channels examined are those referred to as the "Protected Channels" in the amended complaint filed in this case, which I have reviewed.

Nagra has been monitoring the UlaiTV service since June 25, 2015.  During this time period, Nagra identified at least 861 separate instances of Protected Channels being retransmitted on the UlaiTV service.  The date and time stamps that accompany the screenshots attached to this report show that certain Protected Channels were generally retransmitted 24 hours per day, 7 days per week on the UlaiTV service.  Nagra monitored the AhlaiTV service on March 21, 2017, and observed Protected Channels being retransmitted on that service as well.

## 3.   Analysis Overview

The following is an overview of Nagra's processes for monitoring for Protected Channels on the UlaiTV service using the UlaiTV set-top box, and on the AhlaiTV service using the AhlaiTV set-top box.  Monitoring of the UlaiTV set-top box was done both on NagraStar and Nagravision premises, while the AhlaiTV set-top box was solely monitored by NagraStar.



## 3.1.    Monitoring Set-Up

Figure 1 shows the system used by Nagra to monitor the UlaiTV and AhlaiTV services.



Nagra's UlaiTV or AhlaiTV set-top box **(1)** is connected to the Internet using a virtual private network or "VPN" **(2)**.  The VPN was configured so that Nagra, when monitoring for Protected Channels on the UlaiTV and AhlaiTV service, would appear to be located in the United States.

The connection to the VPN is made by a managed network monitoring switch **(3)**.  The switches used for this analysis were the Cisco SC200-26 and Dell PowerConnect 2848.  Nagra's UlaiTV or AhlaiTV set-top box is connected to the switch using its pre-installed Ethernet port and an Ethernet cable. The switch is also connected to a network traffic review workstation **(4)**, and is configured to redirect all network traffic to and from Nagra's UlaiTV or AhlaiTV set-top box to the workstation, which is dedicated to network traffic review.  The workstation is not connected to the Internet and has a widely-used network analysis application installed called Wireshark. Wireshark allows Nagra to visualize and record in real-time incoming and outgoing traffic on Nagra's network, including network traffic generated by Nagra's UlaiTV or AhlaiTV set-top box. An example of the Wireshark viewing window displayed on the network traffic review workstation is shown in Figure 2.





Figure 2 – Wireshark viewing window on the network traffic review workstation

The UlaiTV or AhlaiTV set-top box is also connected to an acquisition card using its pre-installed HDMI port and and an HDMI cable **(5)**, which in turn is connected to a video mirroring workstation. The acquisition cards used for this analysis were the Avermedia C875-C7C and Magewell XI100DUSB-HDMI Video Capture Dongle. The acquisition card allows the video output of the UlaiTV or AhlaiTV set-top box to be mirrored in real-time on the video mirroring workstation **(6)**. An example of the acquisition card viewing window appearing on the desktop of the video mirroring workstation is shown in Figure 3. This configuration allows for the contemporaneous recording of video and network traffic.



Figure 3 – Acquisition card viewing window on the video mirroring workstation



## 3.2.    Monitoring Process

Nagra used the configuration described in the previous section to perform routine monitoring of the UlaiTV and AhlaiTV services.  Certain monitoring of the UlaiTV service was automated, though the configuration was essentially the same.  The general process, whether manual or automated, includes:

a.      Power on the UlaiTV or AhlaiTV set-top box and navigate the set-top box menus to reach the electronic programming guide or "EPG" for the UlaiTV or AhlaiTV service.

b.      Locate a Protected Channel by name and/or logo on the EPG for the UlaiTV or AhlaiTV service and then select that channel for viewing.

c.      Verify the Protected Channel is working, meaning that content appears on the screen.  The content appearing on the screen includes the logo or mark corresponding with the Protected Channel, visible in the upper or lower portion of the screen, which confirms the content retransmitted on the UlaiTV or AhlaiTV service is the Protected Channel.

d.      Include the findings of the analysis in a daily report, which is an Excel file that contains, among other things, the name of the Protected Channel and the channel number of the Protected Channel on the UlaiTV or AhlaiTV service when available, and the section of the UlaiTV or AhlaiTV set-top box menu where the Protected Channel was located.  The daily report is uploaded to an internal database maintained by Nagra.  The Nagra daily reports that I reviewed for this analysis are included in the disk labeled as Exhibit 2.

e.      Periodically prepare a screenshot of the Protected Channel retransmitted on the UlaiTV service.  As stated above, the UlaiTV set-top box is connected to the acquisition card so that the video output of the set-top box is mirrored on a computer desktop.  When preparing a screenshot, a browser window is typically opened in proximity to the acquisition card viewing window, showing the current date and time in the city where the VPN output is located.  To capture the screenshot, Nagra uses the open source software "Irfanview."  The software crops the upper part of the full desktop screenshot, without excluding any relevant data, and stores that screenshot in a designated folder within a database maintained by Nagra.  An example screenshot is shown in Figure 3, above.  The screenshots that I reviewed for this analysis are included in the disk labeled Exhibit 3.

f.       Record incoming and outgoing traffic on Nagra's network, consisting of network traffic generated by Nagra's UlaiTV or AhlaiTV set-top box, using the Wireshark program.  The network traffic is recorded in the form of a PCAP file, which is then uploaded to a database maintained by Nagra.  If the network traffic contains HTTP requests, the PCAP file is parsed to retrieve the URL of the video stream, which is then entered into the Nagra daily report.  The PCAP files associated with Nagra's analysis of the UlaiTV and AhlaiTV services are inlcuded in the disk labeled Exhibit 4.  As previously explained, the UlaiTV and AhlaiTV set-top boxes, including any software found on those set-top boxes, are not modified, copied, tampered with, or "hacked" in any way in the course of the analysis, including when recording network traffic or identifying video stream URLs.



## 4.     Analysis Results

Nagra has regularly monitored the UlaiTV service since June 25, 2015.  Nagra also monitored the AhlaiTV service on March 21, 2017.  The results of this analysis are as follows:

a.     The **EPG** for the UlaiTV service and AhlaiTV service contained the marks and logos corresponding with the Protected Channels.  The marks and logos are shown in the screenshots attached as Exhibit 3.  Additional screenshots of the EPG for the UlaiTV service, also containing the marks and logos corresponding with the Protected Channels, are attached as Exhibit 5.

b.     The **Al Arabiya** channel was observed on the UlaiTV service on 46 instances between approximately June 25, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, March 7, 2017, and May 3, 2017.

Figure 4 is a screenshot of the Al Arabiya channel being retransmitted on the UlaiTV service.



**Figure 4 – Al Arabiya from UlaiTV service**



Additional screenshots of the Al Arabiya channel are located in Exhibit 3.

    c.    The **Al Hayat** Channel was observed on the UlaiTV service on 39 instances between approximately December 9, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 21, 2017, and May 3, 2017.

    Figure 5 is a screenshot of the Al Hayat channel being retransmitted on the UlaiTV service.



Additional screenshots of the Al Hayat channel are located in Exhibit 3.

    d.    The **Al Jazeera Arabic News** channel was observed on the UlaiTV service on 9 instances between approximately September 2, 2015 and March 7, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

September 2, 2015, November 13, 2015, December 1, 2015, April 12, 2016, December 27, 2016, February 7, 2017, Feburary 21, 2017, March 7, 2017, and March 21, 2017.



Figure 6 is a screenshot of the Al Jazeera Arabic News channel being retransmitted on the UlaiTV service.



Additional screenshots of the Al Jazeera Arabic News channel are located in Exhibit 3.

e.    The **Al Nahar** channel was observed on the UlaiTV service on 46 instances between approximately October 6, 2015 and May 3, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, March 21, 2017, and May 3, 2017.

Figure 7 is a screenshot of the Al Nahar channel being retransmitted on the UlaiTV service.





Figure 7 – Al Nahar from UlaiTV service

Additional screenshots of the Al Nahar channel are located in Exhibit 3.

f.      The **Al Nahar Drama** channel was observed on the UlaiTV service on 39 instances between approximately October 6, 2015 and May 3, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

October 6, 2015, October 14, 2015, October 22, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 29, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, March 7, 2017, March 21, 2017, and May 3, 2017.

Figure 8 is a screenshot of the Al Nahar Drama channel being retransmitted on the UlaiTV service.





Additional screenshots of the Al Nahar Drama channel are located in Exhibit 3.

g.      The **Al Nahar Sport** channel was observed on the UlaiTV service on 15 instances between approximately October 6, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

October 6, 2015, October 14, 2015, October 22, 2015, December 9, 2015, December 28, 2015, January 25, 2016, January 29, 2016, February 3, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, March 5, 2017, March 24, 2017 and May 3, 2017.

Figure 9 is a screenshot of the Al Nahar Drama channel being retransmitted on the UlaiTV service.

11





Additional screenshots of the Al Nahar Sport channel are located in Exhibit 3.

h.      The **Dream 2** channel was observed on the UlaiTV service on 36 instances between approximately June 25, 2015 and May 3, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, August 9, 2015, September 2, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, March 21, 2017, and May 3, 2017.

Figure 10 is a screenshot of the Dream 2 channel being retransmitted on the UlaiTV service.





Additional screenshots of the Dream 2 channel are located in Exhibit 3.

     i.     The **Future TV** channel was observed on the UlaiTV service on 42 instances between approximately June 25, 2015 and September 27, 2016, as shown in the Nagra monitoring and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, and September 27, 2016.

     Figure 11 is a screenshot of the Future TV channel being retransmitted on the UlaiTV service.





Figure 11 – Future TV from UlaiTV service

Additional screenshots of the Future TV channel are located in Exhibit 3.

j.   The **Iqraa** channel was observed on the UlaiTV service on 53 instances between approximately June 25, 2015 and May 3, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 25, 2016, January 29, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, Feburary 7, 2017, March 7, 2017, March 21, 2017, and May 3, 2017.

Figure 12 is a screenshot of the Iqraa channel being retransmitted on the UlaiTV service.





Additional screenshots of the Iqraa channel are located in Exhibit 3.

    k.    The **LBC** channel was observed on the UlaiTV service on 47 instances between approximately October 14, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, March 7, 2017, and May 3, 2017.

    Figure 13 is a screenshot of the LBC channel being retransmitted on the UlaiTV service.





Figure 13 – LBC from UlaiTV service

Additional screenshots of the LBC channel are located in Exhibit 3.

I.      The **LDC** channel was observed on the UlaiTV service on 49 instances between approximately October 6, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

October 6, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 18, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, and May 3, 2017.

Figure 14 is a screenshot of the LDC channel being retransmitted on the UlaiTV service.





Additional screenshots of the LDC channel are located in Exhibit 3.

m.     The **MBC1** channel was observed on the UlaiTV service on 55 instances between approximately July 12, 2015 and February 7, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 13, 2016, April 19, 2016, April 25, 2016, May 2, 2016, May 3, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 18, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, and February 7, 2017.

Figure 15 is a screenshot of the MBC1 channel being retransmitted on the UlaiTV service.





Figure 15 – MBC1 from UlaiTV service

Additional screenshots of the MBC1 channel are located in Exhibit 3.

n. The **MBC Drama** channel was observed on the UlaiTV service on 53 instances between approximately June 25, 2015 and February 7, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, Febraury 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 14, 2016, April 15, 2016, April 19, 2016 , April 25, 2016, May 6, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 18, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, and February 7, 2017.

Figure 16 is a screenshot of the MBC Drama channel being retransmitted on the UlaiTV service.

18





Figure 16 – MBC Drama from UlaiTV service

Additional screenshots of the MBC Drama channel are located in Exhibit 3.

o.      The **MBC3 (aka MBC Kids)** channel was observed on the UlaiTV service on 50 instances between approximately June 25, 2015 and February 7, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 18, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, and February 7, 2017.

Figure 17 is a screenshot of the MBC3 (aka MBC Kids) channel being retransmitted on the UlaiTV service.





Figure 17 – MBC3 (aka MBC Kids) from UlaiTV service

Additional screenshots of the MBC Kids (aka MBC3) channel are located in Exhibit 3.

p.     The **MBC Masr** channel was observed on the UlaiTV service on 47 instances between approximately June 25, 2015 and February 7, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 15, 2016, April 16, 2016, April 25, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, and February 7, 2017.

Figure 18 is a screenshot of the MBS Masr channel being retransmitted on the UlaiTV service.





Figure 18 – MBC Masr from UlaiTV service

Additional screenshots of the MBC Masr channel are located in Exhibit 3.

q.     The **Murr TV (aka MTV Lebanon)** channel was observed on the UlaiTV service on 54 instances between approximately July 12, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, October 6, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 18, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, March 7, 2017, and May 3, 2017.

Figure 19 is a screenshot of the Murr TV (aka MTV Lebanon) channel being retransmitted on the UlaiTV service.





Additional screenshots of the Murr TV (aka MTV Lebanon) channel are located in Exhibit 3.

      r.    The **New TV (aka Al Jadeed)** channel was observed on the UlaiTV service on 31 instances between approximately June 25, 2015 and July 7, 2016, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, October 6, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 14, 2016, July 5, 2016, and July 7, 2016.

      Figure 20 is a screenshot of the New TV (aka Al Jadeed) channel being retransmitted on the UlaiTV service.





Additional screenshots of the New TV (aka Al Jadeed) channel are located in Exhibit 3.

s.    The **Noursat** channel was observed on the UlaiTV service on 54 instances between approximately June 25, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, September 17, 2015, October 6, 2015, October 14, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 9, 2015, December 28, 2015, January 15, 2016, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, and May 3, 2017.

Figure 21 is a screenshot of the Noursat channel being retransmitted on the UlaiTV service.

23





Figure 21 – Noursat from UlaiTV service

Additional screenshots of the Noursat channel are located in Exhibit 3.

t.      The **ONTV** channel was observed on the UlaiTV service on 43 instances between approximately July 12, 2015 and March 7, 2017, and on the AhlaiTV service on March 21, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, December 28, 2015, January 25, 2016, January 29, 2016, February 16, 2016, February 22, 2016, March 11, 2016, March 21, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 21, 2017, March 7, 2017, and March 21, 2017.

Figure 22 is a screenshot of the ONTV channel being retransmitted on the UlaiTV service.





Additional screenshots of the ONTV channel are located in Exhibit 3.

u.    The **OTV** channel was observed on the UlaiTV service on 53 instances between approximately June 25, 2015 and May 3, 2017, as shown in the Nagra monitoring reports and screenshots having the following dates:

June 25, 2015, July 12, 2015, July 26, 2015, August 9, 2015, August 21, 2015, September 2, 2015, October 6, 2015, October 22, 2015, November 13, 2015, December 1, 2015, December 28, 2015, January 25, 2016, January 29, 2016, February 3, 2016, February 16, 2016, February 22, 2016, February 29, 2016, March 7, 2016, March 11, 2016, March 21, 2016, March 25, 2016, April 1, 2016, April 8, 2016, April 19, 2016, April 25, 2016, May 6, 2016, May 17, 2016, May 23, 2016, June 1, 2016, June 14, 2016, June 23, 2016, July 5, 2016, July 7, 2016, July 26, 2016, August 2, 2016, August 9, 2016, August 16, 2016, August 30, 2016, September 6, 2016, September 14, 2016, September 27, 2016, October 18, 2016, October 27, 2016, November 10, 2016, November 28, 2016, December 12, 2016, December 16, 2016, December 27, 2016, February 7, 2017, February 16, 2017, February 21, 2017, March 7, 2017, and May 3, 2017.

Figure 23 is a screenshot of the OTV channel being retransmitted on the UlaiTV service.





Figure 23 – OTV from UlaiTV service

Additional screenshots of the OTV channel are located in Exhibit 3.

## 5.   Conclusions

a.     The Protected Channels were routinely retransmitted on the UlaiTV service, from the time Nagra began monitoring the service on June 25, 2015, up through May 3, 2017 when Protected Channels were last detected on the UlaiTV service.  Nagra identified at least 861 separate instances of the Protected Channels being retransmitted on the UlaiTV service. Certain Protected Channels were generally retransmitted 24 hours per day, 7 days per week on the UlaiTV service.  Nagra monitored the AhlaiTV service on March 21, 2017, and observed Protected Channels being retransmitted on that service as well.

b.     There is frequent interruption or downtime associated with the retransmission of the Protected Channels on the UlaiTV service, which was extensively monitored by Nagra. At times, there is freezing or glitches in the retransmissions such that the Protected Channels do not display properly or otherwise lack in picture quality.

c.     The UlaiTV and AhlaiTV set-top boxes were used for their ordinary and intended purpose of tuning to channels on the UlaiTV and AhlaiTV services.  The UlaiTV and AhlaiTV set-top boxes, including any software found on those set-top boxes, were not modified, copied, tampered with, or "hacked" in any way during the course of Nagra's monitoring analysis.  The URLs of the Protected Channels were identified by examining network traffic to and from Nagra's UlaiTV or AhlaiTV set-top box, and not that of any other users of the UlaiTV or AhlaiTV services, using standard procedures and equipment connected to Nagra's UlaiTV or AhlaiTV set-top box through pre-installed Ethernet and HDMI ports.  Identification of these video stream URLs did not impair, disable, or otherwise damage the URLs in any manner.



\*\*\*\*\*

I reserve the right to incorporate and consider any new testimony, court orders, affidavits, discovery, and other evidence that may develop in this case.

Dated:  December 19, 2017.

Pascal Metral

Nagravision SA
Kudelski Group
Route de Genève 22
1033 Cheseaux
Switzerland