# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:16-cv-2549-T-17CPT | | DATE: | April 5, 2018 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| DISH NETWORK, LLC<br><br>v.<br><br>GABY FRAIFER, et al. | | | **LANGUAGE:** | |
| | | | **PLAINTIFF'S COUNSEL**<br>Timothy Frank<br>Alex Fonoroff | |
| | | | **DEFENSE COUNSEL**<br>Francis Lakel | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| | | | **LAW CLERK:** | Susan Butler |
| **TIME:** | 3:32 p.m. – 4:06 p.m. | **TOTAL:   34 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS:   TELEPHONIC MOTIONS HEARING**

The Court hears oral arguments on Defendant's Motion to Compel and for Contempt, with Request for a Hearing (Doc. 121); Defendants' Motion to Accept Defendants' Responses to the Plaintiff's Request for Admissions, with Request for a Hearing (Doc. 125); and Defendant's Second Motion to Compel and for Contempt, with Request for a Hearing (Doc. 126).

For the reasons stated on the record, the Court denies without prejudice (Docs. 121 and 126), and grants (Doc. 125). The Court directs counsel to confer meaningfully and in good faith, either in person or over the phone, relative to any matters that remain in dispute with regard to the above motions. Order to follow.

(minutes edited by law clerk)