IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.8:16-CV-02549-EAK-TBM

DISH NETWORK, LLC
    Plaintiff

vs.

GABY FRAIFER and TELECENTER, INC.
individually and together d/b/a UlaiTV and PlanetiTV
    Defendants

---

### Agreed Statement of Facts for Defendants

The Defendants and the Plaintiff agree on the following facts for Defendants' Motion for Summary Judgment and the Defendant Motion for Summary Judgment on the Counterclaim, and would say that the Agreed Facts are:

1. TCI is a Florida corporation. PTI is a Florida corporation. Fraifer is the President of both TCI and PTI.

2. Plaintiff submitted an expert report...

3. The Plaintiff has produced various contracts.

4. " Plaintiff also produced a total of four (4) registered foreign works" and "A vast number of additional, unregistered copyrighted works"

### Certificate of Service

I Hereby Certify that a true and correct copy has been sent to Timothy M. Frank, Esq. of Hagan, Noll & Boyle LLC, 2 Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024 by U.S. Mail and by email to timothy.frank@hnbllc.com on this ____6____ day of ___April___, 2018.

*Francis R. Lakel*

Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233

(305) 854-2713  
(305) 856-6052 (Fx)  
FBN 351-237  
frlesq@aol.com  
Attorney for Respondent/Wife