# Exhibit 6

# Checkout

1. **Contact information** — edit ✓
2. **Address** — edit ✓
   Billing address:
   Shipping address:  Order will be delivered to the billing address
3. **Shipping method** — edit ✓
   USPS (in US 3-5 days / int'l 10-14 days) - $10.01
4. **Payment method**

   - ● Credit Cards — Manual Credit Card Payment
   - ○ By Phone — Call 866-901-5182 to provide payment
   - ○ C.O.D — Cashiers Check or Cash Only
   - ○ Cash — US Funds Only

   Select card: Discover/Novus
   Card number: [ ]
   The **Card number** field is mandatory.

   Cardholder's name: [ ]
   The **Cardholder's name** field is mandatory.

   Expiration date: [ ] / [ ] (mm/yy)
   The value of the **Month** field is invalid. It should be integer.
   The **Month** field is mandatory.
   The value of the **Year** field is invalid. It should be integer.
   The **Year** field is mandatory.

   CVV2: [ ]
   The value of the **CVV2** field is invalid. It should be integer.
   The **CVV2** field is mandatory.

   If you have any notes regarding the order, please type them here:

   ☐ By checking this checkbox, you accept the Terms and Conditions.
   To proceed you need to accept our Terms and Conditions.

## Cart items

UlaiTV STB Hardware and Software only ✕
CODE: ULA404AN
Qty: 1   x $90.00 = $90.00

Clear cart                                  Update

Discount coupon code:
                                            Apply

Subtotal:        $90.00
Shipping cost:   $10.01

**Total cost:**  **$100.01**

\* All credit cards charges are in **US Dollars**
Currency conversion rates may apply!
\* UlaiTV will contact you for International Shipping charges.

# Checkout

**1.** ✓Edit **Contact information**
Axxx PExxxS **XXXXXXXXXXX@gmail.com**
Cell Phone: 813-XXX-XXXX

**2.** ✓Edit
Billing address:
Shipping address:

**3.** ✓Edit **Shipping method**
USPS (in US 3-5 days / int'l 10-14 days) - $10.01

## 4. ●Payment method

| | | |
|---|---|---|
| ⦿ | Credit Cards | Manual Credit Card Payment |
| ○ | By Phone | Call 866-901-5182 to provide payment |
| ○ | C.O.D | Cashiers Check or Cash Only |
| ○ | Cash | US Funds Only |

Select card: [Discover/Novus ▼]
Card number: [ ]
Cardholder's name: [ ]
Start date: Month:Year: [ ] / [ ] (mm/yy)
Expiration date: Month:Year: [ ] / [ ] (mm/yy)
CVV2: [ ]
Issue number: [ ]

If you have any notes regarding the order, please type them here:

[                                          ]

☐ By checking this checkbox, you accept the Terms and Conditions.
**To proceed you need to accept our Terms and Conditions.**

[Place order]

**Cart items**
Ahla iTV STB Hardware and Software only ✖
Qty: [1] x $90.00 = **$90.00**

**Clear cart**
[Update]

**Discount coupon code:** Discount coupon code
[                    ]
**Apply**

Subtotal: **$90.00**
Shipping cost: **$10.01**
Total cost: **$100.01**

* All credit cards charges are in **US Dollars**
Currency conversion rates may apply!
* TV will contact you for International Shipping charges.