# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-EAK-CPT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO EXTEND TIME FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff DISH Network L.L.C. ("DISH") and Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") respectfully move the Court pursuant to Fed. R. Civ. P. 6(b)(1) for additional time, not exceeding two weeks, to respond to the parties' respective motions for summary judgment. The parties state the following in support of this agreed motion:

1. On April 6, 2018, DISH filed a consolidated motion for summary judgment as to its copyright infringement claim and Defendants' amended counterclaim for breach of contract. (Dkt.146.) The motion was accompanied by DISH's separate statement of undisputed facts and the declarations filed at exhibits 1-35. (*Id.*)

2. On April 6, 2018, Defendants filed two motions for summary judgment, one as to DISH's copyright infringement claim and the second as to Defendants' counterclaim for breach of contract. (Dkts. 141-142.) The motions each have an incorporated statement of facts and exhibits (16 exhibits for the first motion, and 1 exhibit for the second motion). (*Id.*) Defendants also filed a statement of undisputed facts, identifying only those facts agreed to by the parties. (Dkt. 143.)

3. Defendants' motion for summary judgment concerning DISH's claim for copyright infringement claim was also filed on April 5, 2018, inadvertently entered as a motion for judgment

as a matter of law.  (Dkt. 134).  The exhibits were initially stricken and re-filed on April 6, 2018. (Dkts. 140, 144-145.)  Defendants are only proceeding on the two motions for summary judgment identified above and there is no separate motion for judgment as a matter of law.

4.  Given the nature and extent of these filings, the parties request an additional 7 days for Defendants to respond to DISH's motion for summary judgment, making Defendants' response due on <u>April 27, 2018</u>, and an additional 14 days for DISH to respond to Defendants' two motions for summary judgment, making DISH's responses due on <u>May 4, 2018</u>.

5.  The jointly requested extensions are not expected to affect any other deadlines in this case.  The pretrial conference is scheduled for September 6, 2018, and the case is set for a non-jury trial during the term commencing October 2018.  (Dkts. 50, 124.)

Dated:  April 11, 2018

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Facsimile:  (239) 236-0376
Email:  jab@boatman-law.com

**Attorneys for Plaintiff DISH Network L.L.C.**

/s/ Francis R. Lakel
Francis R. Lakel
Florida Bar No. 351-327
P.O. Box 331120
Miami, Florida 33233
Telephone: (305) 854-2713
Facsimile: (305) 856-6052
Email: frlesq@aol.com

**Attorney for Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.**

(Signed By Filing Attorney With Permission of Non-Filing Attorney)
/s/ Timothy M. Frank

### RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that counsel conferred and jointly submit this agreed motion.

### CERTIFICATE OF SERVICE

I certify that on April 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: timothy.frank@hnbllc.com

Attorney for Plaintiff DISH Network L.L.C.