IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:16-CV-02549-EAK-TBM

DISH NETWORK, LLC
    Plaintiff

vs.

GABY FRAIFER and TELECENTER, INC.,
individually and together d/b/a UlaiTV and PlanetiTV
    Defendants

---

## NOTICE OF UNAVAILABILITY

The Defendants, by and through the undersigned attorney, hereby file this Notice of Unavailability, and would say that:

1.) The undersigned counsel for the Defendants is going to be absent from his offices for long planned travels abroad from June 18, 2018 through July 10, 2018 and also from August 16, 2018 through August 27, 2018.

2.) The undersigned counsel for the Defendants will be unable to attend or schedule any hearings or depositions or legal appointments of any kind in this matter during that period of time.

3.) The undersigned counsel for the Defendants will be unable to attend to, or prepare, or receive any notices of commencement, or complete work on any activity in this matter during his absence

I Hereby Certify that a true and correct copy has been sent to Timothy M. Frank, Esq. of Hagan, Noll & Boyle LLC, 2 Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024 by U.S. Mail and by email to timothy.frank@hnbllc.com on this 25 day of May, 2018.

_Francis R. Lakel_
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305) 854-2713
(305) 856-6052 (Fx)
FBN 351-237
frlesq@aol.com
Attorney for Defendants