United States District Court
Middle District of Florida
Tampa Division

Case No. 8:16 CV 2549-T-17 TBM

DISH NETWORK, LLC
    Plaintiff

Vs.

GABY FRAIFER, TELECENTER, INC. and PLANET TELECOM, INC.
individually, and the Defendant corportions d/b/a
UlaiTV and PlanetTV
    Defendants

---

### Defendants' Counsel Motion for Continuance

The Counsel for the Defendants hereby files this Motion for Continuance of hearing on Motion to Withdraw, and would say that:

1.) The undersigned counsel is prepared and is able to attend the hearing on his Motion to Withdraw on 8/14/18 at 12:00 Noon even though he has a deposition in another state court case in Tampa, Florida beginning at 10:00 AM.

2.) In the email from Mr. Gaby Fraifer which is attached to the Motion to Withdraw as the second email of composite Exhibit 3, dated July 31, 2018, Defendant Fraifer states that he is out of the country and will not return for 2 or 3 weeks from that date.

3.) This was the first information to the undersigned that Mr. Fraifer was out of the country.

4.) It appears from the email referenced herein that Mr. Fraifer, who is the principle of the corporate Defendants and is a Defendant himself, may very well not return to the United States in time for the scheduled hearing.

5.) If Defendant Fraifer is unable to attend the hearing, because of his presence in

another country, even though the undersigned attorney is able and willing to attend said hearing, it seems appropriate to the undersigned attorney to request a continuance of the hearing until the Defendant Fraifer is back in the USA.

6.) The Defendant Fraifer stated in his emails, attached to the Motion to Withdraw as the second email of composite Exhibit 3, that the Defendants were in agreement with the undersigned withdrawing from Defendants' representation.

7.) The undersigned attorney has copied Defendant Fraifer at his last known address all communication from the Court, or filed with the Court, and the undersigned attorney has no control over the travel plans of Defendant Fraifer. Defendant Fraifer is properly noticed of the hearing on the undeersigned's Motion to Withdraw and has indicated no objection to the undersigned's withdrawal.

## MEMORANDUM OF LAW

In accordance with local rule of procedure 3.0 good cause is shown for the requested continuance in that the Defendant appears to be out of the USA on the date and time of the hearing on the Motion to Withdraw and the undersigned attorney has no control nor influence over the travel plans, or the return, of the Defendant.

Also in accordance with local rule 3.0 the undersigned attorney has made a good faith effort to contact the Defendant by email to make his aware that his presence is required at the hearing on the Motion to Withdraw which is currently scheduled for August 14, 2018 at Noon. It is assumed by the undersigned attorney that Defendant would agree with this requested continuance.

Wherefore the undersigned attorney prays that the Court will Grant this Motion for Continuance for a week or two, or in the alternative, hold the hearing at the scheduled time and date and Grant the Motion to Withdraw, along with whatever other relief the

Court may deem proper..

## Certificate of Service

I Hereby Certify that a true and correct copy of this Defendants' Motion for Continuance of Motion to Withdraw has been filed by Francis R. Lakel, Esq., attorney for the Defendants, and has been served by U.S. Mail on Timothy M. Frank, Esq., attorney for the Plaintiff, at Hagan, Noll & Boyle, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, and by email at timothy.frank@hnbllc.com and has also copied this Motion for Continuance on Gaby Fraifer and all Defendants at 4701 West Hillsborough Avenue, Tampa, Florida 33614 by U.S. Mail and to gaby@tciprepaid.com by email on this 3RD day of August, 2018.

_____s/Francis R. Lakel_____
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305) 854-2713
(305) 856-6052 (Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendants