United States District Court
Middle District of Florida
Tampa Division

Case No. 8:16 CV 2549-T-17 TBM

DISH NETWORK, LLC
    Plaintiff
Vs.

GABY FRAIFER, TELECENTER, INC. and PLANET TELECOM, INC.
individually, and the Defendant corportions d/b/a
UlaiTV and PlanetTV
    Defendants

---

### Defendants' Counsel Second Motion for Continuance

The Counsel for the Defendants hereby files this Motion for Continuance of hearing on Motion to Withdraw, and would say that:

1.) The undersigned counsel is prepared and is able to attend the hearing on his Motion to Withdraw on 8/14/18 at 12:00 Noon even though he has a deposition in a state court case in Tampa, Florida beginning at 10:00 AM.

2.) In the email from Mr. Gaby Fraifer which is attached to the Motion to Withdraw as the second email of composite Exhibit 3, dated July 31, 2018, Defendant Fraifer states that he is out of the country and will not return for 2 or 3 weeks from that date.

3.) This was the first information to the undersigned that Mr. Fraifer was out of the country.

4.) It appears from the email referenced herein that Mr. Fraifer, who is the principle of the corporate Defendants and is a Defendant himself, may very well not return to the United States in time for the scheduled hearing.

5.) If Defendant Fraifer is unable to attend the hearing, because of his presence in another country, even though the undersigned attorney is able and willing to attend said

hearing, it seems appropriate to the undersigned attorney to request a continuance of the hearing until the Defendant Fraifer is back in the USA.

6.) The Defendant Fraifer stated in his emails, attached to the Motion to Withdraw as the second email of composite Exhibit 3, that the Defendants were in agreement with the undersigned withdrawing from Defendants' representation.

7.) The undersigned attorney has long ago filed a Notice of Unavailability for the period of time from August 16 to 26, 2018. Although the undersigned counsel is unavailable for a personal appearance before the Court during this time period, the undersigned is more than willing to appear by telephone at a time and date Ordered by this Court during this period of Unavailability.

8.) The undersigned attorney has made repeated attempts to reach Defendants but the Defendants have failed or refused to contact the undersigned. See Exhibits 1 and 2 to this Second Motion for Continuance.

9.) The undersigned attorney has telephoned an acquaintance of Defendant Fraifer and has been informed that Defendant is in the country of Lebanon up in the northern hills of said country and Defendant may not be able to communicate or receive communications from the United States.

10.) Defendant Fraifer may be ignoring the attempts at communication or Defendant Fraifer may not be able to receive the communications from the undersigned attorney due to his remote location.

11.) Defendant Fraifer may not know that the Federal Magistrate has required his presence at said hearing on Noon on Tuesday, August 14, 2018 and consequently may not appear.

12.) The undersigned attorney has made every attempt to convey a message to Defendant Fraifer that his presence is required at the subject hearing but has heard nothing.

13.) The undersigned attorney has repeatedly telephoned the offices of the Defendant but was unable to leave any messages.

14.) The undersigned attorney has forwarded the emails attached hereto as Exhibit 1 and 2 to this Second Motion for Continuance and as of this date has received no response.

15.) In accordance with local rule 3.01(g) the undersigned counsel has telephoned the offices of opposing counsel, has conferred with opposing counsel and has been informed that opposing counsel agrees with the underlying Motion to Withdraw and has not yet heard if opposing counsel agrees or disagrees with this Second Motion for Continuance. As soon as opposing counsel is heard from by the undersigned the intentions of the Plaintiff's counsel will be communicated to the Court.

## MEMORANDUM OF LAW

In accordance with local rule of procedure 3.0 good cause is shown for the requested continuance in that the Defendant appears to be out of the USA on the date and time of the hearing on the Motion to Withdraw and the undersigned attorney has no control nor influence over the travel plans, or the return, of the Defendant.

Also in accordance with local rule 3.0 the undersigned attorney has made a good faith effort to contact the Defendant by email to make his aware that his presence is required at the hearing on the Motion to Withdraw which is currently scheduled for August 14, 2018 at Noon. It is assumed by the undersigned attorney that Defendant would agree with this requested continuance.

Further the undersigned attorney, in compliance with local rule 3.0, has notified

opposing counsel of the Motion to Withdraw as is evidenced by the emails and the certification of the undersigned counsel that is attached to the Motion to Withdraw, and the undersigned counsel has copied the opposing counsel with the Motion for Continuance and this Amended Motion for Continuance.

Wherefore the undersigned attorney prays that the Court will Grant this Motion for Continuance for a week or two, or in the alternative, hold the hearing at the scheduled time and date and Grant the Motion to Withdraw, along with whatever other relief the Court may deem proper..

### Certificate of Service

I Hereby Certify that a true and correct copy of this Defendants' Motion for Continuance of Motion to Withdraw has been filed by Francis R. Lakel, Esq., attorney for the Defendants, and has been served by U.S. Mail on Timothy M. Frank, Esq., attorney for the Plaintiff, at Hagan, Noll & Boyle, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, and by email at timothy.frank@hnbllc.com and has also copied this Motion for Continuance on Gaby Fraifer and all Defendants at 4701 West Hillsborough Avenue, Tampa, Florida 33614 by U.S. Mail and to gabyf@tciprepaid.com by email on this  6  day of  August  , 2018.

_____s/Francis R. Lakel_____
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305) 854-2713
(305) 856-6052 (Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendants

**From:** frlesq <frlesq@aol.com>
**To:** GabyF <GabyF@tciprepaid.com>
**Subject:** Fwd: Activity in Case 8:16-cv-02549-EAK-CPT Dish Network L.L.C. v. Fraifer et al Notice of hearing on motion
**Date:** Sun, Aug 5, 2018 8:57 am
**Attachments:** motion to continue, amended 8-4-18.pdf (439K)

---

Dear Mr. Fraifer,
As you will see when you read this Order you are REQUIRED to personally appear at the hearing.
I have file a motion for continuance informing the court that you are out of the country.
please let me know when you are going to return and I will inform the Court.
frl

-----Original Message-----
From: cmecf_flmd_notification <cmecf_flmd_notification@flmd.uscourts.gov>
To: cmecf_flmd_notices <cmecf_flmd_notices@flmd.uscourts.gov>
Sent: Fri, Aug 3, 2018 3:35 pm
Subject: Activity in Case 8:16-cv-02549-EAK-CPT Dish Network L.L.C. v. Fraifer et al Notice of hearing on motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 8/3/2018 at 3:34 PM EDT and filed on 8/3/2018
**Case Name:** Dish Network L.L.C. v. Fraifer et al
**Case Number:** 8:16-cv-02549-EAK-CPT
**Filer:**
**Document Number:** 170(No document attached)
**Docket Text:**
**NOTICE OF HEARING re [168] Defendants' Counsel Motion to Withdraw. Motion Hearing set for 8/14/2018 at 12:00 PM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. The Court requires the Defendants' personal appearance at this hearing and directs their counsel to advise them of this obligation. (AMM)**

8:16-cv-02549-EAK-CPT Notice has been electronically mailed to:

Francis R. Lakel    frlesq@aol.com

James A. Boatman, Jr    jab@boatman-law.com, CourtFilings@boatman-law.com

Timothy M. Frank    timothy.frank@hnbllc.com, Aleksandra.Bajd@hnbllc.com, crista.kettler@hnbllc.com

Joseph H. Boyle    joe.boyle@hnbllc.com, Aleksandra.Bajd@hnbllc.com, crista.kettler@hnbllc.com

**8:16-cv-02549-EAK-CPT Notice has been delivered by other means to:**

Exhibit 1

From: frlesq <frlesq@aol.com>
To: GabyF <GabyF@tciprepaid.com>
Subject: Fwd: Activity in Case 8:16-cv-02549-EAK-CPT Dish Network L.L.C. v. Fraifer et al Order on Motion to Continue
Date: Mon, Aug 6, 2018 1:52 pm

they denied my motion for continuance or my Motion to Withdraw.
They want you to appear or get in touch.
FRL

-----Original Message-----
From: cmecf_flmd_notification <cmecf_flmd_notification@flmd.uscourts.gov>
To: cmecf_flmd_notices <cmecf_flmd_notices@flmd.uscourts.gov>
Sent: Mon, Aug 6, 2018 12:59 pm
Subject: Activity in Case 8:16-cv-02549-EAK-CPT Dish Network L.L.C. v. Fraifer et al Order on Motion to Continue

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 8/6/2018 at 12:59 PM EDT and filed on 8/6/2018
Case Name:        Dish Network L.L.C. v. Fraifer et al
Case Number:      8:16-cv-02549-EAK-CPT
Filer:
Document Number: 174(No document attached)
Docket Text:
**ENDORSED ORDER denying without prejudice [172] Defendants' Counsel Amended Motion for Continuance. Defendants' counsel has not complied with Local Rule 3.01(g) or satisfied the Court that Defendant Fraifer is unable to personally appear at the August 14, 2018, hearing. Signed by Magistrate Judge Christopher P. Tuite on 8/6/2018. (AMM)**

8:16-cv-02549-EAK-CPT Notice has been electronically mailed to:

Francis R. Lakel     frlesq@aol.com

James A. Boatman, Jr    jab@boatman-law.com, CourtFilings@boatman-law.com

Timothy M. Frank     timothy.frank@hnbllc.com, Aleksandra.Bajd@hnbllc.com, crista.kettler@hnbllc.com

Joseph H. Boyle      joe.boyle@hnbllc.com, Aleksandra.Bajd@hnbllc.com, crista.kettler@hnbllc.com

8:16-cv-02549-EAK-CPT Notice has been delivered by other means to:

Exhibit 2