United States District Court
Middle District of Florida
Tampa Division

Case No. 8:16 CV 2549-T-17 TBM

**DISH NETWORK, LLC**
    Plaintiff

Vs.

**GABY FRAIFER, TELECENTER, INC. and PLANET TELECOM, INC.**
individually, and the Defendant corportions d/b/a
UlaiTV and PlanetTV
    Defendants

---

### Defendants' Counsel Second Motion for Continuance, Amended

The Counsel for the Defendants hereby files this Motion for Continuance of hearing on Motion to Withdraw, and would say that:

1.) The undersigned counsel is prepared and is able to attend the hearing on his Motion to Withdraw on 8/14/18 at 12:00 Noon even though he has a deposition in a state court case in Tampa, Florida beginning at 10:00 AM

2.) The undersigned counsel, in accordance with local rule 3.01(g) and Court Order dated August 6, 2018, has contacted opposing counsel by telephone on August 8, 2018, and has been informed that opposing counsel has no objection to the continuance but opposing counsel would prefer to have the hearing on the undersigned's Motion to Withdraw as soon as possible and is fully prepared to attend the August 14, 2018 hearing by telephone if possible.

3. The undersigned attorney has copied Defendant Fraifer with all documentation in this case since the Motion to Withdraw was filed with no response from Defendant Fraifer other than the emails which are attached to the Motion to Withdraw as composite Exhibit 3.

4.) In the email from Mr. Gaby Fraifer, which is attached to the Motion to Withdraw as the second email of composite Exhibit 3, dated July 31, 2018, Defendant Fraifer states that he is out of the country at that time and will not return for 2 or 3 weeks from that date.

4.) This was the first information to the undersigned that Mr. Fraifer was out of the country, and the last communication received by the undersigned from Defendant Fraifer.

5.) It appears from the email above-referenced that Mr. Fraifer, who is the principle of the corporate Defendants and is a Defendant himself, may, or may not, return to the United States in time for the scheduled hearing. The fact of his date of return is totally unknown to the undersigned.

6.) If Defendant Fraifer is unable to attend the hearing, because of his presence in another country while the undersigned attorney is able and willing to attend said hearing, it seems appropriate for the undersigned attorney to request a continuance of the hearing until the Defendant Fraifer may, or may not, be back in the USA.

7.) Defendant Fraifer stated in his emails, attached to the Motion to Withdraw as the second email of composite Exhibit 3, that the Defendants were in agreement with the undersigned withdrawing from Defendants' representation.

8.) The undersigned attorney has long ago filed a Notice of Unavailability for the period of time from August 16 to 26, 2018. Although the undersigned counsel is unavailable for a personal appearance before the Court during this time period, the undersigned is more than willing to appear by telephone at a time and date Ordered by this Court during this period of Unavailability, but would prefer to attend said hearing set of August 14, 2018 or have the Motion to Withdraw decided without hearing.

9.) The undersigned attorney has made repeated attempts to reach Defendants but the Defendants have failed or refused to contact the undersigned. See Exhibits 1 and 2 to the Second Motion for Continuance.

10.) The undersigned attorney has telephoned an acquaintance of Defendant Fraifer and has been informed that Defendant is in the country of Lebanon up in the northern hills of said country and Defendant may, or may not, be able to communicate or receive communications from the United States.

11.) Defendant Fraifer may, or may not, be ignoring the attempts at communication or Defendant Fraifer may not be able to receive the communications from the undersigned attorney due to his remote location. This fact is unknown to the undersigned. It is only known that Defendant Fraifer left without informing the undersigned and that just this date a collection agent for one of the process servers/court reporters has contacted the undersigned for payment of the past due bill that is owed by Defendant Fraifer. A copy of this communication is attached hereto as Exhibit 1.

12.) Defendant Fraifer may, or may not, know that the Federal Magistrate has required his presence at said hearing on Noon on Tuesday, August 14, 2018 and consequently may not appear, but he may know and not have responded.

13.) The undersigned attorney has made every attempt to convey a message to Defendant Fraifer that his presence is required at the subject hearing but has heard nothing.

14.) The undersigned attorney has repeatedly telephoned the offices and the cell phone of Defendant Fraifer but was unable to leave any messages.

15.) The undersigned attorney has forwarded the emails attached to the Second Motion for Continuance as Exhibit 1 and 2 and as of this date has received no response.

16.) In accordance with local rule 3.01(g) the undersigned counsel has telephoned the offices of opposing counsel, has conferred with opposing counsel and has been informed that opposing counsel agrees with the underlying Motion to Withdraw. The undersigned attorney has contacted opposing counsel a second time regarding this Second Motion for Continuance and has been informed that opposing counsel does not oppose the continuance but that opposing counsel would like the Motion to Withdraw of the undersigned counsel to be granted and determined as soon as possible..

## MEMORANDUM OF LAW

In accordance with local rule of procedure 3.0 good cause is shown for the requested continuance in that the Defendant appears to possibly be out of the USA on the date and time of the hearing on the Motion to Withdraw and the undersigned attorney has no control nor influence over the travel plans, or the return, of the Defendant.

Also in accordance with local rule 3.0 the undersigned attorney has made a good faith effort to contact the Defendant by email to make him aware that his presence is required at the hearing on the Motion to Withdraw which is currently scheduled for August 14, 2018 at Noon.

Further the undersigned attorney, in compliance with local rule 3.01(g), has notified opposing counsel of the Motion to Withdraw as is evidenced by the emails and the certification of the undersigned counsel that is attached to the Motion to Withdraw, and the undersigned counsel has copied the opposing counsel with the Motion for Continuance and this Amended Motion for Continuance.

Wherefore the undersigned attorney prays that the Court will Grant this Second Motion for Continuance, Amended, for a week or two, or in the alternative, hold the

hearing at the scheduled time and date and Grant the Motion to Withdraw, along with whatever other relief the Court may deem proper..

### Certificate of Service

I Hereby Certify that a true and correct copy of this Defendants' Second Motion for Continuance, Amended, of hearing on Motion to Withdraw has been filed by Francis R. Lakel, Esq., attorney for the Defendants, and has been served by U.S. Mail on Timothy M. Frank, Esq., attorney for the Plaintiff, at Hagan, Noll & Boyle, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, and by email at timothy.frank@hnbllc.com and has also copied this Motion for Continuance on Gaby Fraifer and all Defendants at 4701 West Hillsborough Avenue, Tampa, Florida 33614 by U.S. Mail and to gabyf@tciprepaid.com by email on this __8__ day of __August__, 2018.

_____s/Francis R. Lakel_____
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305) 854-2713
(305) 856-6052 (Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendants

From: JMS Associates <jms201@jms-associates.net>
To: frlesq <frlesq@aol.com>
Subject: DLE Process Servers/JMS Associates
Date: Thu, Aug 9, 2018 1:50 pm
Attachments: CCE08092018_0006.pdf (572K), CC FORM.pdf (9K), Check By Phone.pdf (7K)

---

JMS Associates, Inc.
1701 W Hillsboro Blvd, Suite 302
Deerfield Beach, FL 33442
Telephone (561) 620-0808
Fax (561) 620-2629
Email Jms201@jms-associates.net

August 9, 2018

Francis R. Lakel Esq
PO BOX 331120
Miami, FL 33120

Re:   Reference: DLE Process Servers
      Record Number: FL-182891
      Current Balance: $450.00

Francis R. Lakel Esq.,

The above client has asked us to contact you pertaining to your past due account. Let us resolve this matter immediately before we recommend to our client to proceed with the litigation process or possible bar complaint. Please forward all payments and correspondence to JMS Associates.

We ask that the account be paid in full without delay.

All payments must be directed to my office, JMS Associates client trust account. Your payment may be made via check by phone or credit card by calling my office at 561-620-0808. Payment may also be mailed to our office JMS Associates Inc 1701 W Hillsboro Blvd #302 Deerfield Beach, FL 33442.

Your prompt attention to this important matter would be greatly appreciated.

Sincerely,

Ilene Cramer
For the Firm

Exhibit 1