# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GABY FRAIFER, TELE-CENTER, INC., ) <br> and PLANET TELECOM, INC., ) <br> individually and together d/b/a ) <br> UlaiTV, PlanetiTV, and AhlaiTV, ) <br> ) <br> Defendants. ) | Case No. 8:16-cv-02549-EAK-CPT |

## PLAINTIFF'S NOTICE CONCERNING DEFENDANT GABY FRAIFER'S ADDRESS

Pursuant to the Court's instruction at the August 14, 2018 hearing on Defendants' counsel's motion to withdraw, Plaintiff DISH Network L.L.C. provides notice that Defendant Gaby Fraifer was served with DISH's original complaint on September 10, 2016 at his residence located **4801 Longwater Way, Tampa, Florida 33615**. (*See* Dkt. 14.)  DISH's amended complaint was served on Defendants through their counsel.  (*See* Dkt. 62, 72.)  Hillsborough County property tax records indicate that the 4801 Longwater Way property is currently co-owned by Defendant Gaby Fraifer. *See* https://hillsborough.county-taxes.com/public/real_estate/parcels/A0057559068.

Dated:  August 14, 2018

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA

        3021 Airport-Pulling Road North, Suite 202
        Naples, Florida 34105
        Telephone:  (239) 330-1494
        Facsimile:  (239) 236-0376
        Email:  jab@boatman-law.com

        Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I certify that on August 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

        /s/ Timothy M. Frank
        Timothy M. Frank (*pro hac vice*)
        HAGAN NOLL & BOYLE, LLC
        Two Memorial City Plaza
        820 Gessner, Suite 940
        Houston, Texas 77024
        Telephone:  (713) 343-0478
        Facsimile:  (713) 758-0146
        Email:  timothy.frank@hnbllc.com

        Attorney for Plaintiff DISH Network L.L.C.