UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:16 CV 2549 T 17 TBM

DISH NETWORK, L.L.C.
    Plaintiff
vs,

GABY FRIAFER and TELE-CENTER, INC.
individually and together d/b/a
UlaiTV and PlanetiTV,
    Defendants

___

### Notice of Defendants Address

The Defendants, by and through the undersigned attorney, hereby file this Notice of Defendants' address, telephone numbers and emails pursuant to directions given to the undersigned counsel during the hearing on August 14, 2018 in the above-styled matter concernng the Motion to Withdraw filed by the undersigned; and would say that:

1. Address: 4701 West Hillsborough Avenue
        Tampa, Florida 33614

2. Telephone numbers: 813-901-5182 (w)
                            813- 927-2909 (c)

3. Email addresses: Gaby F@teiprepaid.com
                        gaby@planet-telecom.com

### Certificate of Service

I hereby certify that a true and correct copy of this Notice of Defendants Address was served on Attorney Timothy J. Frank at Hagan, Noll & Boyle, LLC at Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024 by US Mail and timothy.frank@hnbllc.com by email and on Gaby Fraifer and all corporate Defendants by U.S. Mail at 4701 West Hillsborough Avenue, Tampa, Florida 33614 and by email at GabyF@teiprepaid.com on this __15__ day of August, 2018.

_/s/ Francis R. Lakel_
Francis R. Lakel, Esq.
P.O. Box 331120
Miami, Florida 33233
(305)854-2713
(305) 856-6052(Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendants