# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DISH NETWORK, L.L.C.,

    Plaintiff,

v.                                              Case No.:  8:16-cv-2549-EAK-CPT

GABY FRAIFER, TELE-CENTER, INC., and
PLANET TELECOM, INC.,

    Defendants.
_____

## ORDER

Before the Court is Defendants' motion to strike ("Motion") (Doc. 163) and Plaintiff's response in opposition to the same (Doc. 167). Through their Motion, Defendants request that the Court strike four declarations filed in support of Plaintiff's motion for summary judgment, in addition to agreements and corporate resolutions appended to those declarations. As grounds, Defendants argue that the witness who submitted the declarations were not previously identified in Plaintiff's interrogatory responses and/or supplemental Rule 26 disclosures, and (2) the agreements and corporate resolutions appended to the declarations were not previously provided in response to Defendants' requests for production. Upon review, the Court finds that Defendants' arguments lack merit. The Motion is **DENIED** for the reasons stated in Plaintiff's response.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of August, 2018.

                                    ELIZABETH A. KOVACHEVICH
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record