**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-EAK-CPT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISH NETWORK L.L.C., ) | |
| ) | |
| Counterclaim Defendant. ) | |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Plaintiff, Counterclaim Defendant, DISH Network L.L.C. ("Plaintiff") and Defendants, CounterclaimPlaintiffs, Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") file this joint status report on settlement pursuant to the Court's November 28, 2018 order. (Dkt. 194.) The parties state as follows:

Plaintiff's Statement. The parties participated in court ordered mediation on March 8, 2018 (Dkt. 129) and engaged in settlement discussion shortly thereafter, but no resolution was reached. Defendants' current counsel recently raised the prospect of further settlement discussions, and it is Plaintiff's understanding that a settlement proposal is forthcoming. Plaintiff believes that the

likelihood of settlement is low because the parties were not close on settlement at mediation or during their discussion immediately following mediation.

Defendants' Statement.  The parties participated in court ordered mediation on March 8, 2018 (Dkt. 129), but no resolution was reached.  Defendants' current counsel recently raised the prospect of further settlement discussions and the parties have agreed to revisit such discussions.  Defendants remain optimistic that settlement may be reached following good faith discussions, which have only recently resumed and are ongoing.  Defendants' Counsel has also suggested that the parties consider engaging in a second mediation, with a different mediator.  Plaintiff has expressed a willingness to consider the same in the event renewed settlement discussions are productive and the parties are closer to mutually agreeable resolution to this matter.

Dated:  December 3, 2018

| | |
|---|---|
| /s/ Timothy M. Frank | /s/ Joseph R. Sozzani |
| Joseph H. Boyle (*pro hac vice*) | Joseph R. Sozzani |
| Timothy M. Frank (*pro hac vice*) | *Board Certified Intellectual Property Law* |
| HAGAN NOLL & BOYLE, LLC | Florida Bar Number 120297 |
| Two Memorial City Plaza | INFINITY IP, PLLC |
| 820 Gessner, Suite 940 | 222 West Bay Drive |
| Houston, Texas 77024 | Largo, Florida 33770 |
| Telephone:  (713) 343-0478 | Telephone:  (727) 687-8814 |
| Facsimile:  (713) 758-0146 | Email:  JSozzani@InfinityIPLaw.com |
| Email:  joe.boyle@hnbllc.com | |
| Email:  timothy.frank@hnbllc.com | Derrick L. Clarke |
| | Florida Bar Number 95550 |
| James A. Boatman, Jr. | The Law Office of Derrick L. Clarke, PA |
| Florida Bar No. 0130184 | 146 2nd Street North, Suite 310 |
| THE BOATMAN LAW FIRM PA | St. Petersburg, Florida 33701 |
| 3021 Airport-Pulling Road North, Suite 202 | Telephone:  (727) 379-4434 |
| Naples, Florida 34105 | Email:  dclarke@dclarkelegal.com |
| Telephone:  (239) 330-1494 | |
| Facsimile:  (239) 236-0376 | *Attorneys for Defendants/Counterclaim* |
| Email:  jab@boatman-law.com | *Plaintiffs Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.* |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant DISH Network L.L.C.* | |

**CERTIFICATE OF SERVICE**

      I certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: timothy.frank@hnbllc.com

*Attorney for Plaintiff DISH Network L.L.C.*