UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,

    Plaintiff,

v.                                      Case No.: 8:16-cv-2549-EAK-CPT

GABY FRAIFER, TELE-CENTER, INC., and
PLANET TELECOM, INC.,

    Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court *sua sponte*.

This action is hereby referred to mediation before United States Magistrate Judge Sean P. Flynn. The Mediation Conference is set for **FRIDAY, FEBRUARY 8, 2019** at **10:00 AM** in **Courtroom 11B** of the Sam M. Gibbons Federal Courthouse, 801 North Florida Avenue, Tampa, FL 33602.

All parties to this action shall have representatives with full settlement authority present at the Mediation Conference before Judge Flynn. This Order is being entered by the undersigned; this is a **MANDATORY** mediation.

The Clerk is directed to administratively close this case pending the outcome of the mediation and terminate any pending motions. Should the parties fail to amicably resolve this dispute at the Mediation Conference, the case will be reopened, and any motions pending prior to the entry of this Order will be reactivated.

This case is removed from the Court's February trial calendar, and the pretrial conference, currently set for January 22, 2019, is canceled. The pretrial conference and trial will be rescheduled by separate notice, as necessary.

Case No.: 8:16-cv-2549-EAK-CPT

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 4th day of December, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel/Parties of Record

2