# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.  8:16-cv-2549-T-17CPT			DATE:  February 8, 2019

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

DISH NETWORK, LLC				 Timothy Frank
						Attorney for Plaintiff

v.

GABY FRAIFER et al				Joseph Sozzani
						Derrick Clarke
						Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon		COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 10:02 - 6:45		TOTAL:  8:43		COURT RPTR: Digital

PROCEEDINGS: Mediation / Settlement Conference

Parties meet with Court.

Parties agree to continue mediation until Friday, February 15, 2019.

Adjourned.