UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,

    Plaintiff,

v.                                      Case No. 8:16-cv-2549-T-17CPT

GABY FRAIFER, TELE-CENTER, INC.,
And PLANET TELECOM, INC.,

    Defendants.
_____/

## SETTLEMENT CONFERENCE REPORT

In accordance with the Court's Order dated December 4, 2019 (Doc. 196), a settlement conference was held on February 8, 2019. The parties and counsel appeared in person. Upon request of the parties, the negotiations were extended for three weeks, during which multiple telephonic conversations were held between the undersigned and the parties. A final settlement conference was held on February 28, 2019. All parties negotiated in good faith, however, the conference resulted in an impasse.

REPORTED in Tampa, Florida, on March 5, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE