# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 8:16-cv-02549-EAK-CPT |
| Plaintiff, | |
| v. | |
| GABY FRAIFER, TELE-CENTER, INC., and PLANET TELECOM, INC., individually and together d/b/a UlaiTV, PlanetiTV, and AhlaiTV, | |
| Defendants. | |

## UNOPPOSED MOTION TO EXTEND TIME FOR PLAINITFF TO RESPOND TO DEFENDANTS' AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") filed an amended motion for judgment on the pleadings on March 18, 2019, which requests dismissal of Plaintiff DISH Network L.L.C.'s ("DISH") copyright infringement claim with prejudice. (Dkt. 205.) Given the nature and extent of Defendants' motion, DISH requests an additional 7 days to respond, making DISH's response deadline April 8, 2019. Defendants do not oppose the requested extension. The limited extension of time will not affect any other deadlines as there are no pretrial or trial dates scheduled in light of the pending motions for summary judgment filed by DISH and Defendants. (Dkt. 202.) DISH has not previously requested an extension of time with respect to this motion, and aside from joining Defendants in two prior requests regarding summary judgment deadlines, has not requested an extension of time in this case. Accordingly, there is good cause to grant DISH a 7-day extension of time to respond to Defendants' motion.

Dated: March 22, 2019

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940

Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: joe.boyle@hnbllc.com
Email: timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Facsimile: (239) 236-0376
Email: jab@boatman-law.com

**Attorneys for Plaintiff DISH Network L.L.C.**

## RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that he conferred with Defendants' counsel who does not oppose the relief requested in this motion.

## CERTIFICATE OF SERVICE

I certify that on March 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: timothy.frank@hnbllc.com

Attorney for Plaintiff DISH Network L.L.C.