# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-EAK-CPT |
| )  | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISH NETWORK L.L.C., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## JOINT STATUS REPORT REGARDING SETTLEMENT & SUMMARY JUDGMENT

Plaintiff DISH Network L.L.C. ("DISH") and Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") file this joint status report pursuant to the Court's March 17, 2019 order inquiring about the status of settlement and motions for summary judgment. (Dkt. 202.) The parties respond as follows:

1. <u>Post-Mediation Settlement Efforts</u>.  Following the mediation on February 8, 2019, which was the second mediation conducted in this case, the parties continued to discuss settlement for a period of three weeks, consisting of telephone conferences between the parties' counsels, at times with the assistance of Magistrate Judge Flynn serving as mediator.  The final conference was held with the mediator on February 28, 2019.  The mediator reported on March 5, 2019 that "[a]ll

parties negotiated in good faith, however, the conference resulted in an impasse." (Dkt. 199.) The parties have not engaged in settlement discussions since that time.

    2.    <u>Status of Summary Judgment Motions</u>.

        a.    **DISH's Position**. Summary judgments were due on April 6, 2018 (Dkt. 131). DISH filed its motion for summary judgment on April 6, 2018 (Dkt. 146), and Defendants responded on April 27, 2018 (Dkt. 150-151). Defendants also moved to strike certain declarations and exhibits filed in support of DISH's motion for summary judgment (Dkt. 163), on the basis that the evidence was allegedly not produced during discovery, which the Court denied on August 15, 2018 (Dkt. 187).

Defendants filed two motions for summary judgment on April 6, 2018 (Dkt. 141-145), and DISH filed a consolidated response on May 4, 2018 (Dkt. 153). Defendants' motions were struck on May 24, 2018 (Dkt. 155). Defendants filed their third summary judgment motion on June 5, 2018 (Dkt. 164-165), and DISH responded on June 18, 2018 (Dkt. 166).

DISH and Defendants each move for summary judgment on DISH's affirmative claim for copyright infringement and Defendants' counterclaim for breach of contract. Therefore, the issues were thoroughly briefed by all parties, the Court has already denied Defendants' motion to strike portions of DISH's summary judgment evidence, and DISH is not aware of any intervening change in controlling law. The motions are ripe for the Court's ruling.

        b.    **Defendants' Position.**

DISH filed its Motion for Summary Judgment on April 6, 2018 (Dkt. 146) attaching 3,133 pages of exhibits containing documents and information which were requested by Defendants but not produced during discovery. Defendants filed their Response in Opposition and Statement of Disputed Facts on April 27, 2018 (Dkts. 150 & 151). On June 5, 2018, Defendants filed a Motion to Strike certain declarations, documents and information comprising 3,133 pages of exhibits to

DISH's Motion for Summary Judgment (Dkt. 163) which the Court denied on August 15, 2018 (Dkt. 187).

Defendants filed their Amended Motion for Summary Judgment and Statement of Undisputed Facts on June 5, 2018 (Dkts. 164 & 165).  DISH filed its Response in Opposition to Defendants' Amended Motion for Summary Judgment on June 18, 2018 (Dkt. 166).

Defendants do not believe the Parties' Motions for Summary Judgment are current or ripe for ruling because they were not fully briefed.  First, because Plaintiff attached to its Motion for Summary Judgment, thousands of pages of new documents and information following the filing of Defendants' initial Motion for Summary Judgment which were not produced during discovery, Defendants were without the benefit of material information relevant to the issues raised in its Motion (Dkts. 141 & 145, refiled in a consolidated motion at Dkt. 164, pursuant to Dkt. 155).  Second, Defendants wish to supplement its Motion for Summary Judgment with recent controlling and persuasive case law relevant to the issues raised therein.  Accordingly, Defendants plan to seek leave of the Court to amend its Motion for Summary Judgment or, in the alternative, to file a Supplemental Memorandum of Law in Support of its Motion for Summary Judgment.

3. <u>Narrowing Summary Judgment Issues</u>.  Counsel for the parties engaged in discussions regarding the potential narrowing of the legal and factual issues in the motions for summary judgment on March 22, March 26, 2019, and March 27, 2019.  However, the parties were unable to narrow the issues during such discussions, in part, because Defendants' CEO is out of the country.  Defendants' counsel will confer with Defendants' CEO upon his return and plans to resume discussions with Plaintiff's counsel relating to the narrowing of certain legal and factual issues.  Defendants' CEO is scheduled to return the first week of April 2019.

4. <u>Other Issues remaining for the Court's Consideration at this time</u>.  Defendants filed their Rule 12(c) Motion for Judgment on the Pleadings on March 18, 2019 (Dkt. 205).  On March

22, 2019, Plaintiff filed its Unopposed Motion to Extend Time To Respond to Defendants' Rule 12(c) Motion on the Pleadings (Dkt. 206). Plaintiff's response to the motion is due on April 8, 2019 (Dkt. 207). Defendants plan to file a motion seeking leave to amend its Motion for Summary Judgment or, in the alternative, to file a supplemental memorandum of law in support of its Motion. DISH intends to oppose any such motion filed by Defendants.

Dated: March 28, 2019

| | |
|---|---|
| /s/ Timothy M. Frank | /s/ Joseph R. Sozzani |
| Joseph H. Boyle (*pro hac vice*) | Joseph R. Sozzani |
| Timothy M. Frank (*pro hac vice*) | *Board Certified Intellectual Property Law* |
| HAGAN NOLL & BOYLE, LLC | Florida Bar Number 120297 |
| Two Memorial City Plaza | INFINITY IP, PLLC |
| 820 Gessner, Suite 940 | 222 West Bay Drive |
| Houston, Texas 77024 | Largo, Florida 33770 |
| Telephone: (713) 343-0478 | Telephone: (727) 687-8814 |
| Facsimile: (713) 758-0146 | Email: JSozzani@InfinityIPLaw.com |
| Email: joe.boyle@hnbllc.com | |
| Email: timothy.frank@hnbllc.com | Derrick L. Clarke |
| | Florida Bar Number 95550 |
| James A. Boatman, Jr. | The Law Office of Derrick L. Clarke, PA |
| Florida Bar No. 0130184 | 146 2nd Street North, Suite 310 |
| THE BOATMAN LAW FIRM PA | St. Petersburg, Florida 33701 |
| 3021 Airport-Pulling Road North, Suite 202 | Telephone: (727) 379-4434 |
| Naples, Florida 34105 | Email: dclarke@dclarkelegal.com |
| Telephone: (239) 330-1494 | |
| Facsimile: (239) 236-0376 | *Attorneys for Defendants/Counterclaim* |
| Email: jab@boatman-law.com | *Plaintiffs Gaby Fraifer, Tele-Center, Inc.,* |
| | *and Planet Telecom, Inc.* |
| *Attorneys for Plaintiff/Counterclaim* | |
| *Defendant DISH Network L.L.C.* | |

**CERTIFICATE OF SERVICE**

      I certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

      /s/ Timothy M. Frank
      Timothy M. Frank (*pro hac vice*)
      HAGAN NOLL & BOYLE, LLC
      Two Memorial City Plaza
      820 Gessner, Suite 940
      Houston, Texas 77024
      Telephone:  (713) 343-0478
      Facsimile:  (713) 758-0146
      Email:  timothy.frank@hnbllc.com

*Attorney for Plaintiff DISH Network L.L.C.*