UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*, *Counterclaim-Defendant*,

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*, *Counterclaim-Plaintiffs*.

Case No. 8:16-cv-2549-EAK-CPT
Honorable Elizabeth A. Kovachevich
Magistrate Judge Christopher P. Tuite

_____/

**DEFENDANTS' CERTIFICATION OF CONFERENCE
PRIOR TO FILING MOTION FOR SUMMARY JUDGMENT**

In accordance with paragraph 6(b) of the Court's Case Management and Scheduling Order (Dkt. 50), Defendants Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, the "Defendants") certify that pursuant to this Court's order (Dkt. 202) the parties conferred regarding the potential narrowing of the legal and factual issues in dispute in this matter on multiple occasions including on March 22, 2019, March 26, 2019, March 27, 2019, filing a status report with the Court regarding the outcome of such conferences. (Dkt. 208)  Counsel for the parties have also conferred regarding potential narrowing of the issues in this case on multiple occasions throughout April 2019.  The parties were unable to agree on a narrowing of such issues.  Counsel for Defendants contacted Plaintiff's counsel prior to the filing of this motion, on May 2, 2019, in an attempt to meet and confer.  However, Plaintiff's counsel was traveling with family and while counsel conferred in good faith, the parties were unable to complete a formal meet and confer.  The parties have agreed to meet and confer on May 6, 2019.  In the event the parties are able to narrow the legal and factual issues

1

contained in Defendants' Statement of Undisputed Facts, Defendants will file a notice with the Court attaching Amended Statement of Undisputed Facts, if necessary.  Plaintiff has indicated that it does not oppose Defendants filing of an Amended Statement of Undisputed Facts, if necessary.

Dated: May 3, 2019                                                    Respectfully Submitted,

By:  /s/ *Joseph R. Sozzani*
Joseph R. Sozzani, Esq. (FBN: 120297)
*Board Certified Intellectual Property*
JSozzani@InfinityIPLaw.com
**INFINITY IP, PLLC**
222 West Bay Drive
Largo, FL 33770
Tel: 727.687.8814

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 3rd day of May 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide notice to Plaintiff, Dish Network, LLC and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Joseph R. Sozzani*
Joseph R. Sozzani