UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

DISH NETWORK, LLC,
a Colorado limited liability company,

      *Plaintiff, Counterclaim-Defendant,*

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

      *Defendants, Counterclaim-Plaintiffs.*

_____/

Case No. 8:16-cv-2549-EAK-CPT
Honorable Elizabeth A. Kovachevich
Magistrate Judge Christopher P. Tuite

### DECLARATION OF GABY FRAIFER

I, Gaby Fraifer, declare as follows:

    1.     I make this declaration based on personal knowledge and, if called upon to testify, would testify competently as stated herein.

    2.     I currently reside at 4801 Longwater Way, Tampa, FL 33615.

    3.     I am the President of Tele-Center, Inc. ("TCI") and Planet Telecom, Inc. ("PTI"), which TCI and PTI are Florida corporations whose principal place of business is located at 4701 West Hillsborough Ave., Tampa, FL 33614.

    4.     TCI's articles of incorporation were filed with the Florida Department of State on July 8, 1996. PTI's articles of incorporation were filed with the Florida Department of State on June 11, 1998. Exhibit 1 is a copy of the articles of incorporation for both TCI and PTI filed with the Florida Department of State, as produced in this case.

    5.     Since their inception, TCI and PTI have operated in the telecommunications

1

business generating revenue primarily from the sale of prepaid telephone cards and other prepaid long distance products. Throughout its history, TCI was primarily a distributor of telecommunications products. PTI provided technical and support services. TCI has been in operation for twenty-three years and has employed more than sixty (60) individuals. TCI added set-top boxes to its product line and sold them, primarily, to its pre-existing customers worldwide. The set-top boxes were purchased from a Chinese company called Lenkeng, and consisted of hardware (a micro-computer) pre-loaded with software from the manufacturer. The set-top boxes had an Android operating system equivalent to those commonly found on a smartphone or tablet, and included many commonly found mobile applications such as Google and YouTube. As with any computer or smartphone, customers were free to delete or add applications as they wished from sources such as Google Play.

6.      TCI's profit and loss statements from 2013 to 2016 establish that "Sales Income – Cards" represented the substantial majority of TCI's revenue.  Exhibit 2 is a copy of TCI's profit and loss statements for years 2013, 2014, 2015 and 2016, as produced in this case.

7.      Since 2015, TCI and PTI has not had a net profit, after operating expenses, from the sale of set-top box sales. Additionally, since 2015, I have not received any salary or distributions from TCI or PTI, but rather personally loaned money to TCI to maintain its operations.

8.      I have reviewed Dish's Amended Complaint against TCI, PTI and Fraifer (the "Defendants"), and with the assistance of counsel I have reviewed Dish's allegations regarding the alleged 'Protected Channels' as defined in its amended complaint. (Dkt. 62). To the best of my knowledge, I am aware that at least some of the alleged 'Protected Channels' identified in the Amended Complaint were available free-to-air in real time on the Internet directly from the foreign

2

networks prior to 2017.

9.      The Defendants, with the assistance of counsel, took the deposition of Dish's corporate representative, Izabela Slowikowska on March 1, 2018. I was physically present for the deposition of Ms. Slowikowska. I obtained a copy of the deposition of Ms. Slowikowska taken on March 1, 2018 from the Court Reporter. Exhibit 3 is a copy of the transcript of the deposition of Ms. Slowikowska as received from Askins Court Reporting, Inc./TCRA.

10.      With the assistance of counsel, I was involved in requesting from Dish all documents in support of Dish's purported copyright claims as alleged in its amended complaint. Exhibit 4 is a copy of Defendants' first and second requests for production, and Dish's corresponding responses to these requests for production. Dish never identified any of the unregistered works it claimed to have the rights to, only the registered works.

11.      I have reviewed the documents provided by Dish in this case.

12.      I also reviewed the screenshots produced by Dish's expert witness, Mr. Pascal Metral and discovered that almost all of the screenshots reflect a time stamp outside of the United States.  In some instances, there was a clock on the screen from a website showing the time someplace else and a different time at the bottom of the screen. The Bates Stamps of the documents where I identified clear discrepancies as to such time stamps are: (a) PL000051 to PL000689; (b) PL000722 to PL000926; (c) PL001107 to PL001123.

13.      I recently reviewed episodes of Chef Hassan, Saherat Al Janoub, and Tasali Ahla Alam and Sabah El Kheir Ya Arab from the same season as noted on the face of the copyright registrations asserted by Dish in this case. Based on my review, I noted that each of shows contain credits which identify numerous people that participated in the creation of each of these shows including actors, writers, authors, producers, directors, music composers, and others that appear in

3

the on-screen credits at the beginning and/or the end of each episode.

I declare under penalty of perjury that the above information is true and correct.

Executed on May 2, 2019 in Tampa, Florida.

Gaby Fraifer
President of TCI and PTI
4701 W. Hillsborough Ave.
Tampa, FL 33614

## Appendix to the Declaration of Gaby Fraifer

**Document**                                                                 **Pages**

**Exhibit 1**………………………………………………………………………**1-9**

**Exhibit 2**……………………………………………………………….....**10-31**

**Exhibit 3**……………………………………………………………..**32-246**

**Exhibit 4**…………………………………………………………**247-284**

# EXHIBIT 1

**[to Gaby Fraifer Declaration]**



# State of Florida

## Department of State

I certify from the records of this office that TELE-CENTER, INC. is a corporation organized under the laws of the State of Florida, filed on July 8, 1996.

The document number of this corporation is P96000057652.

I further certify that said corporation has paid all fees and penalties due this office through December 31, 1996, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capitol, this the
Ninth   day of   July, 1996



*Sandra B. Mortham*
Sandra B. Mortham
Secretary of State

CR2EO22 (2-95)

# ARTICLES OF INCORPORATION

*The undersigned incorporator(s), for the purpose of forming a corporation under the Florida Business Corporation Act, hereby adopt(s) the following Articles of Incorporation.*

### ARTICLE I     NAME

The name of the corporation shall be:

**TELE — CENTER, INC.**

### ARTICLE II    PRINCIPAL OFFICE

The principal place of business and mailing address of this corporation shall be:

**1662 BAYHILL DR.
OLDSMAR    FL   34677**

### ARTICLE III    SHARES

The number of shares of stock that this corporation is authorized to have outstanding at any one time is: **(1000) shares of one dollar ($1.00) par value common stock, which shall be designated "COMMON STOCK " .**

### ARTICLE IV    INITIAL REGISTERED AGENT AND STREET ADDRESS

The name and address of the initial registered agent is:

**GABY FRAIFER
1662 BAYHILL DR.
OLDSMAR    FL   34677**

# CERTIFICATE OF DESIGNATION OF

# REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 607.0501 or 617.0501, FLORIDA STATUTES, THE UNDERSIGNED CORPORATION, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

1. The name of the corporation is:___**TELE — CENTER, INC.**_____

2. The name and address of the registered agent and office is:

     **GABY FRAIFER**
              (Name)

     **1662 BAYHILL DE.**
     (P.O. Box <u>not</u> acceptable)

     **OLDSMAR   FL   34677**
         (City/State/Zip)

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____      **JUNE 28, 1996**
     (Signature)                      (Date)

DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

## ARTICLE V    INCORPORATOR(S)

The name(s) and street address(es) of the incorporator(s) to these Articles of Incorporation is(are):

> **GABY FRAIFER  —  President   (1000 Shares)**
> **1662 BAYHILL DR.**
> **OLDSMAR  FL  34677**

The undersigned incorporator(s) has(have) executed these Articles of Incorporation this

_____**28**__ day of __**JUNE**_____, 19 **96**___ .

_____
Signature

_____
Signature

_____
Signature

## Articles of Incorporation
### Filing Fee - $35



# State of Florida

## Department of State

I certify from the records of this office that PLANET TELECOM, INC. is a corporation organized under the laws of the State of Florida, filed on June 11, 1998.

The document number of this corporation is P98000053057.

I further certify that said corporation has paid all fees and penalties due this office through December 31, 1998, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Fifteenth day of June, 1998



Sandra B. Mortham
Secretary of State

CR2EO22 (2-95)

# ARTICLES OF INCORPORATION

*The undersigned incorporator(s), for the purpose of forming a corporation under the Florida Business Corporation Act, hereby adopt(s) the following Articles of incorporation.*

## ARTICLE I   NAME

The name of the corporation shall be :

### *PLANET TELECOM , INC.*

## ARTICLE II   PRINCIPAL OFFICE

The principle place of business and mailing address of this corporation shall be :

### *1662 BAYHILL DRIVE*
### *OLDSMAR FL 34677*

## ARTICLE III   SHARES

The number of shares of stock that this corporation is authorized to have outstandind at any one time is **(1000) one thousand shares of one dollar ($1.00) par value common stock, which shall be designated  " COMMON  STOCK " .**

## ARTICLE IV   INITIAL REGISTERED AGENT AND STREET ADDRESS

The name and address of the initial registered agent is :

### *GABY  FRAIFER*
### *1662  BAYHILL  DRIVE*
### *OLDSMAR  FL  34677*

## ARTICLE V   INCORPORATOR(S)

The name(s) and street address(es) of the incorporator(s) to theses Articles of Incorporation is (are) :

> *GABY FRAIFER*                                    **President**
> *1662 BAYHILL DRIVE*
> *OLDSMAR FL 34677*

The undersigned incorporator(s) has (have) executed these Articles of Incorporation this

_____24 TH_____          day  of          _____March_____          1998

_____
Signature

_____
Signature

_____
Signature

_____
Signature

**Articles  of  Incorporations**

# CERTIFICATE OF DESIGNATION OF
# REGISTERED AGENT / REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 607.0501 OR 617.0501, FLORIDA STATUTES THE UNDERSIGNED CORPORATION, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE / REGISTERED AGENT, IN THE STATE OF FLORIDA.

1.   The name of the corporation is :   *PLANET TELECOM , INC.*

2.   The name and address of the registered agent and office is :

*GABY FRAIFER*
(Name)

*1662 BAYHILL DRIVE*
(P.O.BOX "not" accepted)

*OLDSMAR FL 34677*
(City/State/Zip)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
98 JUN 11 AM 8: 15
FILED

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in the certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

Signature                                              Date

# EXHIBIT 2

**[to Gaby Fraifer Declaration]**



**Telecenter, Inc.**

4701 W Hillsborough Ave. Tampa FL 33647

Phone: (813) 927 – 2909

Income Statement
As of 12/31/16

| | Y T D | Ratio |
|---|---|---|
| **REVENUES** | | |
| Sales Income – Cards | 980,950 | 80.4 |
| Sales Income – IPTV | 224,974 | 18.4 |
| Other Income | 1,910 | 0.2 |
| Shipping Charges | 9,933 | 0.8 |
| Rebate Discount | 1,630 | 0.1 |
| Total Revenue | 1,219,397 | 100.0 |
| | | |
| **COST OF SALES** | | |
| COS – Cards | 611,663 | 50.2 |
| COS – IPTV | 98,840 | 8.1 |
| COS – Cards Printing | 10,293 | 0.8 |
| COS – Shipping | 13,428 | 1.1 |
| Damage Inventory | 3,609 | 0.3 |
| Total COS | 737,833 | 60.5 |
| | | |
| **Gross Profit** | **481,564** | **39.5** |
| | | |
| **EXPENSES** | | |
| Advertising | 0 | 0.0 |
| Auto Expense | 15,705 | 1.3 |
| Bad Debts | 0 | 0.0 |
| Bank Charges | 8,509 | 0.7 |
| Charitable Contribution | 2,500 | 0.2 |
| Commissions | 8,025 | 0.7 |
| Computer & Software | 17,219 | 1.4 |
| Consulting Fees | 16,349 | 1.3 |
| Depreciation | 43,758 | 3.6 |
| Dues & Subcriptions | 5,393 | 0.4 |
| Insurance | 16,251 | 1.3 |
| Legal/Professional Fees | 1,000 | 0.1 |
| Licences & Taxes | 1,025 | 0.1 |
| Maintenance / Repairs | 10,458 | 0.9 |
| Marketing/Promotion | 728 | 0.1 |
| Meals & Entertainment | 8,123 | 0.7 |
| Office Expense | 7,248 | 0.6 |
| Payroll Taxes | 8,965 | 0.7 |
| Payroll Fee | 0 | 0.0 |
| Rent | 48,401 | 4.0 |
| Salaries | 139,047 | 11.4 |
| Telecom Services | 51,651 | 4.2 |
| Travel | 14,679 | 1.2 |
| Utilities | 17,249 | 1.4 |
| **Total Expenses** | **442,283** | **36.3** |
| | | |
| **NET INCOME** | **39,281** | **3.2** |



**Telecenter, Inc.**

4701 W Hillsborough Ave. Tampa FL 33647

Phone: (813) 927 – 2909

Income Statement
As of 12/31/15

|  | Y T D | Ratio |
|---|---|---|
| **REVENUES** | | |
| Sales Income – Cards | 1,298,303 | 76.9 |
| Sales Income – IPTV | 300,463 | 17.8 |
| Other Income | 48,284 | 2.9 |
| Shipping Charges | 14,173 | 0.8 |
| Rebate Discount | 26,004 | 1.5 |
| Total Revenue | 1,687,227 | 100.0 |
| | | |
| **COST OF SALES** | | |
| COS – Cards | 1,097,838 | 65.1 |
| COS – IPTV | 207,382 | 12.3 |
| COS – Cards Printing | 11,555 | 0.7 |
| COS – Shipping | 30,637 | 1.8 |
| Inventory Adjustments | (67,502) | (4.0) |
| Damage Inventory | 6,725 | 0.4 |
| Total COS | 1,286,635 | 76.3 |
| | | |
| **Gross Profit** | **400,592** | **23.7** |
| | | |
| **EXPENSES** | | |
| Advertising | 802 | 0.0 |
| Auto Expense | 15,210 | 0.9 |
| Bad Debts | 0 | 0.0 |
| Bank Charges | 11,253 | 0.7 |
| Charitable Contribution | 2,500 | 0.1 |
| Commissions | 19,494 | 1.2 |
| Computer & Software | 20,831 | 1.2 |
| Consulting Fees | 18,378 | 1.1 |
| Dues & Subcriptions | 10,128 | 0.6 |
| Insurance | 22,002 | 1.3 |
| Legal/Professional Fees | 9,295 | 0.6 |
| Licences & Taxes | 17,490 | 1.0 |
| Maintenance / Repairs | 10,053 | 0.6 |
| Marketing/Promotion | 0 | 0.0 |
| Meals & Entertainment | 11,691 | 0.7 |
| Office Expense | 6,696 | 0.4 |
| Payroll Taxes | 13,597 | 0.8 |
| Payroll Fee | 1,622 | 0.1 |
| Rent Colo | 56,920 | 3.4 |
| Salaries | 175,560 | 10.4 |
| Telecom Services | 67,249 | 4.0 |
| Travel | 36,362 | 2.2 |
| Utilities | 14,716 | 0.9 |
| **Total Expenses** | **541,849** | **32.1** |
| | | |
| **NET INCOME** | **(141,257)** | **(8.4)** |



**Telecenter, Inc.**

4701 W Hillsborough Ave. Tampa FL 33647

Phone: (813) 927 – 2909

Income  Statement
As of  12/31/14

|  | Y T D | Ratio |
|---|---|---|
| **REVENUES** | | |
| Sales  Income – Cards | 2,319,404 | 75.7 |
| Sales  Income – IPTV | 680,096 | 22.2 |
| Other Income | 27,598 | 0.9 |
| Shipping Charges | 15,896 | 0.5 |
| Rebate Discount | 21,005 | 0.7 |
| Total  Revenue | 3,063,999 | 100.0 |
| **COST OF SALES** | | |
| COS – Cards | 1,878,234 | 61.3 |
| COS – ITV | 515,311 | 16.8 |
| COS – Telecom | (2,486) | (0.1) |
| COS – Cards Printing | 23,407 | 0.8 |
| COS – Shipping | 33,692 | 1.1 |
| Inventory Adjustments | (907) | (0.0) |
| Total  COS | 2,447,251 | 79.9 |
| **Gross Profit** | **616,748** | **20.1** |
| **EXPENSES** | | |
| Advertising | 850 | 0.0 |
| Auto Expense | 14,796 | 0.5 |
| Bad Debts | 4,253 | 0.1 |
| Bank Charges | 9,639 | 0.3 |
| Charitable Contribution | 2,500 | 0.1 |
| Commissions | 35,056 | 1.1 |
| Computer & Software | 23,899 | 0.8 |
| Consulting Fees | 10,472 | 0.3 |
| Depreciation | 23,303 | 0.8 |
| Dues & Subcriptions | 9,968 | 0.3 |
| Insurance | 27,778 | 0.9 |
| Legal/Professional Fees | 13,593 | 0.4 |
| Licences & Taxes | 17,906 | 0.6 |
| Maintenance / Repairs | 12,784 | 0.4 |
| Marketing/Promotion | 1,500 | 0.0 |
| Meals & Entertainment | 8,999 | 0.3 |
| Office Expense | 6,066 | 0.2 |
| Payroll Taxes | 15,324 | 0.5 |
| Payroll Fee | 1,104 | 0.0 |
| Printing | 0 | 0.0 |
| Salaries | 170,520 | 5.6 |
| Telecom Services | 28,517 | 0.9 |
| Travel | 28,276 | 0.9 |
| Utilities | 13,888 | 0.5 |
| **Total Expenses** | **480,991** | **15.7** |
| **NET  INCOME** | **135,757** | **4.4** |

5404 Hoover Blvd., Unit 2 • Tampa, Florida 33634 • Tel: (813) 712-3460 • Fax: (813) 885-4858 • Email: ferzli@aol.com



# Telecenter, Inc.

4701 W Hillsborough Ave. Tampa FL 33647

Phone. (813) 927 – 2909

### Income Statement
### As of 12/31/13

|  | Y T D | Ratio |
|---|---|---|
| **REVENUES** | | |
| Sales Income – Cards | 3,353,196 | 80.9 |
| Sales Income – ITV | 769,856 | 18.6 |
| Other Income | 2,084 | 0.1 |
| Shipping Charges | 19,938 | 0.5 |
| Total Revenue | 4,145,074 | 100.0 |
| | | |
| **COST OF SALES** | | |
| COS – Cards | 2,691,637 | 64.9 |
| COS – ITV | 745,028 | 18.0 |
| COS – Telecom | 19,472 | 0.5 |
| COS – Cards Printing | 37,820 | 0.9 |
| COS – Shipping | 46,746 | 1.1 |
| Total COS | 3,540,703 | 85.4 |
| | | |
| **Gross Profit** | **604,371** | **14.6** |
| | | |
| **EXPENSES** | | |
| Advertising | 7,172 | 0.2 |
| Auto Expense | 22,885 | 0.6 |
| Bad Debts | 0 | 0.0 |
| Bank Charges | 20,082 | 0.5 |
| Charitable Contribution | 5,700 | 0.1 |
| Commissions | 100,693 | 2.4 |
| Computer & Software | 6,468 | 0.2 |
| Consulting Fees | 21,161 | 0.5 |
| Dues & Subcriptions | 5,978 | 0.1 |
| Insurance | 48,683 | 1.2 |
| Legal/Professional Fees | 11,395 | 0.3 |
| Licences & Taxes | 15,081 | 0.4 |
| Maintenance / Repairs | 10,165 | 0.2 |
| Marketing/Promotion | 0 | 0.0 |
| Meals & Entertainment | 9,081 | 0.2 |
| Office Expense | 16,963 | 0.4 |
| Payroll Taxes | 16,001 | 0.4 |
| Payroll Fee | 487 | 0.0 |
| Printing | 164 | 0.0 |
| Salaries | 181,561 | 4.4 |
| Telecom Services | 8,897 | 0.2 |
| Travel | 30,788 | 0.7 |
| Utilities | 15,665 | 0.4 |
| **Total Expenses** | **555,070** | **13.4** |
| | | |
| **NET INCOME** | **49,301** | **1.2** |

## Tele-Center, Inc.
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40800-0 · Other Income | 1,909.49 |
| 41000-0 · Sales Income - Cards | 980,949.46 |
| 41001-0 · Sales Income - IPTV | 140,899.90 |
| 41001-1 · Extended warranty | 84,074.18 |
| 41001-2 · Porta/ATA | 0.00 |
| 45500-0 · Shipping Charges | 9,932.92 |
| 48100-0 · Rebate Discount | 1,630.26 |
| **Total Income** | 1,219,396.21 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold - IPTV | 98,840.00 |
| 50001 · Cost of Goods Sold - Cards | 611,663.18 |
| 50551-0 · Card Printing | 10,293.06 |
| 50581-0 · Cost of Sales - Shipping | 13,427.67 |
| 55400-0 · Damaged Inventory Allowance | 3,608.61 |
| **Total COGS** | 737,832.52 |
| **Gross Profit** | 481,563.69 |
| **Expense** | |
| 61000-0 · Auto | 15,704.91 |
| 62000-0 · Bank Charges | 8,509.32 |
| 63000-0 · Charitable Contributions | 2,500.00 |
| 63500-0 · Commissions | 8,025.55 |
| 63600-0 · Computer & Software | 17,218.83 |
| 63740-0 · Consulting Services | 16,349.27 |
| 64500-0 · Depreciation | 43,758.00 |
| 65000-0 · Dues and Subscriptions | 5,393.10 |
| 65025-0 · Telecom Services | 51,651.47 |
| 65030-0 · Rent | 48,401.64 |
| 67500-0 · Insurance | 16,250.77 |
| 69000-0 · Legal | 1,000.00 |
| 69500-0 · Licenses | 1,025.25 |
| 70500-0 · Maintenance/Repairs | 10,458.10 |
| 70550-0 · Marketing/Advertising | 727.89 |
| 71000-0 · Meals & Entertainment | 8,122.51 |
| 71500-0 · Office Expense | 7,247.90 |
| 72000-0 · Payroll Taxes | 8,965.43 |
| 76600-0 · Travel | 14,679.27 |
| 77500-0 · Wages | 139,047.21 |
| 78000-0 · Utilities | 17,246.29 |
| **Total Expense** | 442,282.71 |
| **Net Ordinary Income** | 39,280.98 |
| **Net Income** | 39,280.98 |

*(handwritten: 224,974)*

FERZLI 000004

**Tele-Center, Inc.**
Sales by Item Detail
January through December 2016

|  | | Jan - Dec 16 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
| **Inventory** | | | | | | | | |
| * AhlaTV Remote-NEW (AhlaTV Standard Remote) | 86.00 | 355.00 | 0.03% | 4.13 | 860.00 | 10.00 | -505.00 | -142.25% |
| * Damaged/Defective boxes (Damaged boxes return to vendor) | -10.00 | -334.99 | -0.03% | 33.50 | 0.00 | 0.00 | -334.99 | 100.0% |
| * Replacement/Defective boxes (Replacing Defective Unit) | 8.00 | 70.00 | 0.01% | 8.75 | 0.00 | 0.00 | 70.00 | 100.0% |
| *AHLAiTV-504AN* NEW (AHLAiTV Receiver With One Year Warranty Included) | 295.00 | 41,618.44 | 3.41% | 141.08 | 32,450.00 | 110.00 | 9,168.44 | 22.03% |
| *AHLAiTV-504AN*- (AHLAiTV Receiver With One Year Warranty Included ) | 71.00 | 14,784.44 | 1.21% | 208.23 | 7,810.00 | 110.00 | 6,974.44 | 47.17% |
| *M@sitv - MAS707 (M@sitv Receiver ) | 3.00 | 0.00 | 0.0% | 0.00 | 210.00 | 70.00 | -210.00 | 100.0% |
| *ULA 402AN/404N (Ula-Standard Remote) | 172.00 | 1,354.70 | 0.11% | 7.88 | 1,720.00 | 10.00 | -365.30 | -26.97% |
| *Ula402AN (UlaiTV HD Receiver With One Year Warranty Included ) | 19.00 | 1,214.93 | 0.1% | 63.94 | 2,090.00 | 110.00 | -875.07 | -72.03% |
| *ULA404AN - NEW (UlaiTV HD Receiver With One Year Warranty Included ) | 537.00 | 81,837.38 | 6.71% | 152.40 | 53,700.00 | 100.00 | 28,137.38 | 34.38% |

FERZLI 000005

**Tele-Center, Inc.**
January through December 2016

|  | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Jan - Dec 16 | | |
| 1 Year Extended Warranty - Ahla (AhlaiTV Warranty Renewal/ 1 Year Included) | 23.00 | 2,053.50 | 0.17% | 89.28 | | | | |
| 1 Year Extended Warranty - Ula (UlaiTV Warranty Renewal/ 1 Year Included) | 860.00 | 82,020.68 | 6.73% | 95.60 | | | | |
| **Total Parts** | 883.00 | 84,074.18 | 6.9% | 81.34 | | | | |

**Other Charges**

| | Qty | Amount | % of Sales | Avg Price |
|---|---|---|---|---|
| *Shipping Chg - PlanetiTV (Shipping Charges) | 700.00 | 7,491.51 | 0.61% | 10.70 |

FERZLI 000006

# Tele-Center, Inc.
## Purchases by Item Summary
### January through December 2016

|  | Jan - Dec 16 | |
| --- | --- | --- |
|  | Qty | Amount |
| Inventory | | |
| * AhlaTV Remote-NEW (AhlaTV Standard Remote) | 46 | 460.00 |
| *AHLAiTV-5044AN* NEW (AHLAiTV Receiver ) | 370 | 40,700.00 |
| *M@sitv - MAS707 (M@sitv Receiver ) | 110 | 7,700.00 |
| *ULA 402AN/404N (402/404AN-Ula-Standard Remote) | 40 | 400.00 |
| *ULA404AN - NEW (UlaiTV HD Receiver ) | 500 | 50,000.00 |

FERZLI 000007

TELE - CENTER INC
  - P&L 2015
  - Same reports of/for IPTV

FERZLI 000008

# Tele-Center, Inc.
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40025-0 · Loss on Sales | 51.48 |
| 40800-0 · Other Income | 10,394.76 |
| 41000-0 · Sales Income - Cards | 1,298,303.32 |
| 41001-0 · Sales Income - IPTV | 297,925.28 |
| 41001-1 · Extended warranty | 40,275.00 |
| 41001-2 · Porta/ATA | 0.00 |
| 45500-0 · Shipping Charges | 14,173.26 |
| 48100-0 · Rebate Discount | 26,004.32 |
| **Total Income** | 1,687,127.42 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold - IPTV | 207,381.83 |
| 50001 · Cost of Goods Sold - Cards | 1,094,454.65 |
| 50551-0 · Card Printing | 11,555.23 |
| 50561-0 · Cost of Sales - Test Cards | 3,383.10 |
| 50581-0 · Cost of Sales - Shipping | 30,637.43 |
| 55400-0 · Damaged Inventory Allowance | 6,724.68 |
| 55500-0 · Inventory Adjustments | -67,501.51 |
| **Total COGS** | 1,286,635.41 |
| **Gross Profit** | 400,492.01 |
| **Expense** | |
| 60100-0 · Advertising | 802.22 |
| 61000-0 · Auto | 15,209.78 |
| 62000-0 · Bank Charges | 11,252.94 |
| 63000-0 · Charitable Contributions | 2,500.00 |
| 63500-0 · Commissions | 19,493.64 |
| 63600-0 · Computer & Software | 20,830.58 |
| 63740-0 · Consulting Services | 18,378.16 |
| 65000-0 · Dues and Subscriptions | 10,128.31 |
| 65025-0 · Telecom Services | 67,248.90 |
| 66901 · *Reconciliation Discrepancies | 0.00 |
| 67500-0 · Insurance | 22,001.81 |
| 69000-0 · Legal | 9,295.00 |
| 69300-0 · Taxes | 17,031.07 |
| 69500-0 · Licenses | 459.00 |
| 70500-0 · Maintenance/Repairs | 10,053.32 |
| 71000-0 · Meals & Entertainment | 11,690.51 |
| 71500-0 · Office Expense | 6,696.19 |
| 72000-0 · Payroll Taxes | 13,597.21 |
| 72000-1 · Payroll Fee | 1,621.97 |
| 75000-0 · Rent _ CoLo | 56,920.00 |
| 76600-0 · Travel | 36,361.97 |
| 77500-0 · Wages | 175,560.43 |
| 78000-0 · Utilities | 14,716.28 |
| **Total Expense** | 541,849.29 |
| **Net Ordinary Income** | -141,357.28 |

FERZLI 000009

Sales by Item Summary
January through December 2015

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| **Inventory** | | | | | | | | |
| * AblsTV Remote-NEW (AblsTV Standard Remote) | 58.00 | 45.00 | 0.0% | 0.78 | 580.00 | 10.00 | -530.00 | -1,168.89% |
| * Plan5TVdold Ula- R3250 - ( Standard Refurbished Remote) | 30.00 | 45.05 | 0.0% | 1.18 | 390.00 | 10.00 | -344.95 | -765.71% |
| *AVILAITV-SMAX* - (AVILAITV Receiver With One Year Warranty Included ) | 822.00 | 131,001.39 | 7.77% | 159.47 | 90,420.00 | 110.00 | 40,691.39 | 31.02% |
| *GF900 (Plan5TV Receiver With One Year Warranty Included) | 12.00 | 0.00 | 0.0% | 0.00 | 2,121.83 | 178.82 | -2,121.83 | 100.0% |
| *ULA 402M/400M (Ula-Standard Remote) | 143.00 | 609.99 | 0.04% | 4.27 | 1,430.00 | 10.00 | -820.01 | -134.43% |
| *Ula301HD (UlaTV HD Receiver With One Year Warranty Included) | 3.00 | 449.95 | 0.03% | 149.59 | 510.00 | 170.00 | -60.02 | -13.34% |
| *Ula402AX (UlaTV HD Receiver With One Year Warranty Included ) | 1,011.00 | 165,280.93 | 9.79% | 163.40 | 111,210.00 | 110.00 | 53,990.93 | 32.68% |
| *ULA404AX - NEW (UlaTV HD Receiver With One Year Warranty Included ) | 6.00 | 414.99 | 0.02% | 69.17 | 600.00 | 100.00 | -185.01 | -44.58% |
| *USBW10D (USB Wireless) | 8.00 | 77.95 | 0.01% | 9.74 | 120.00 | 15.00 | -42.05 | -53.95% |

| **Parts** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 Year Extended Warranty - Ula (UlaTV Warranty Renewal 1 Year Included) | 409.00 | 40,275.00 | 2.39% | 98.47 | | | | |
| **Total Parts** | 409.00 | 40,275.00 | 2.39% | 98.47 | | | | |

| *Shipping Chg - Plan5TV (Shipping Charges) | 1,225.00 | 10,610.94 | 0.63% | 8.66 | | | | |

FERZLI-000010

**Tele-Center, Inc.**
# Purchases by Item Summary
### January through December 2015

| | Jan - Dec 15 | |
|---|---|---|
| | Qty | Amount |
| Inventory | | |
| *AHLAiTV-504AN*- OLD (AHLAiTV Receiver ) | 868.00 | 95.480.00 |
| *Ula402AN (UlaiTV HD Receiver ) | 1,000.00 | 99.000.00 |
| *ULA404AN - NEW (UlaiTV HD Receiver ) | 100.00 | 10.000.00 |

FERZLI 000011

TELE - CENTER INC
P & L 2014
& IPTV reports

FERZLI 000012

# Tele-Center, Inc.
## Profit & Loss
### January through December 2014

*C = Corrected*

| | Jan - Dec 14 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40800-0 · Other Income | 27,599.47 |
| 41000-0 · Sales Income - Cards | 2,319,403.92 |
| 41001-0 · Sales Income - IPTV | 661,630.87 } 680,096 |
| 41001-1 · Extended warranty | 18,465.00 |
| 41001-2 · Porta/ATA | 0.00 |
| 42000-0 · Discount Value | 816.05 |
| 45500-0 · Shipping Charges | 15,896.04 |
| 48100-0 · Rebate Discount | 20,189.28 |
| **Total Income** | 3,064,000.63 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold - IPTV | 512,825.61  515,311 = C  (2,486) = C |
| 50001 · Cost of Goods Sold - Cards | 1,878,233.63 |
| 50551-0 · Card Printing | 23,406.84 |
| 50581-0 · Cost of Sales - Shipping | 33,692.06 |
| 55500-0 · Inventory Adjustments | -907.05 |
| **Total COGS** | 2,447,251.09 |
| **Gross Profit** | 616,749.54 |
| **Expense** | |
| 60100-0 · Advertising | 849.99 |
| 61000-0 · Auto | 14,795.96 |
| 61500-0 · Bad Debt | 4,252.81 |
| 62000-0 · Bank Charges | 9,638.51 |
| 63000-0 · Charitable Contributions | 2,500.00 |
| 63500-0 · Commissions | 35,056.34 |
| 63600-0 · Computer & Software | 23,898.71 |
| 63740-0 · Consulting Services | 10,471.70 |
| 64500-0 · Depreciation | 23,303.00 |
| 65000-0 · Dues and Subscriptions | 9,968.01 |
| 65025-0 · Telecom Services | 28,516.79 |
| 67500-0 · Insurance | 27,778.11 |
| 69000-0 · Legal | 13,592.69 |
| 69300-0 · Taxes | 17,223.93 |
| 69500-0 · Licenses | 682.50 |
| 69800 · Uncategorized Expenses | 0.00 |
| 70500-0 · Maintenance/Repairs | 12,784.48 |
| 70550-0 · Marketing/Advertising | 1,500.00 |
| 71000-0 · Meals & Entertainment | 8,998.54 |
| 71500-0 · Office Expense | 6,065.88 |
| 72000-0 · Payroll Taxes | 15,324.43 |
| 72000-1 · Payroll Fee | 1,103.91 |
| 76600-0 · Travel | 28,276.05 |
| 77500-0 · Wages | 170,520.52 |
| 78000-0 · Utilities | 13,887.88 |
| **Total Expense** | 480,990.74 |
| **Net Ordinary Income** | 135,758.80 |

FERZLI 000013

| Inventory | | Jan - Dec 14 | | | | | | |
| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| * PlanetiTV - RS200 - ( Standard Refurbished Remote) | 37.00 | 499.97 | 0.02% | 13.51 | 370.00 | 10.00 | 129.97 | 26.0% |
| *GF900 (PlanetiTV Receiver With One Year Warranty Included) | 2,286.00 | 487,309.36 | 15.9% | 213.19 | 392,849.10 | 171.85 | 94,460.26 | 19.38% |
| *RG300 (Qwerty Remote) | 30.00 | 829.99 | 0.03% | 27.67 | 650.00 | 21.67 | 179.99 | 21.69% |
| *ULA 301HD (Ula-Standard Remote) | 14.00 | 0.00 | 0.0% | 0.00 | 140.00 | 10.00 | -140.00 | 100.0% |
| *Ula 301HD (UlaiTV HD Receiver  With One Year Warranty Included  ) | 963.00 | 172,801.55 | 5.64% | 179.44 | 118,531.51 | 113.13 | 54,270.04 | 31.41% |
| *USBW100 (USB Wireless) | 19.00 | 190.00 | 0.01% | 10.00 | 285.00 | 15.00 | -95.00 | -50.0% |

FERZLI 000014

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Jan - Dec 14** | | | |

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| 1 Year Extended Warranty (1 Year Extended Warranty) | 186.00 | 18,465.00 | 0.6% | 99.27 | | | | |
| **Total Parts** | 186.00 | 18,465.00 | 0.6% | 99.27 | | | | |
| **Other Charges** | | | | | | | | |
| *Shipping Chg - PlanetiTV (Shipping Charges) | 1,113.00 | 13,897.69 | 0.45% | 12.49 | | | | |

FERZLI 000015

# Tele-Center
## Purchases by Item Summary
### January through December 2014

| Inventory | Jan - Dec 14 | |
|---|---|---|
| | Qty | Amount |
| * PlanetiTV/old Ula- RS200 - (PlanetiTV/Ula-Standard Remote) | 32.00 | 320.00 |
| *GF900 (PlanetiTV Receiver) | 2,200.00 | 404,610.00 |
| *RQ300 (Qwerty Remote) | 21.00 | 420.00 |
| *Ula301HD (UlaiTV HD Receiver) | 1,200.00 | 208,880.00 |
| *USBW100 (USB Wireless) | 10.00 | 150.00 |

FERZLI 000016

TELE - CENTER INC

P&L 2013
& IPTV reports

FERZLI 000017

### Tele-Center, Inc.
# Profit & Loss
### January through December 2013

|                                          | Jan - Dec 13 |
|------------------------------------------|-------------:|
| **Ordinary Income/Expense**              |              |
| **Income**                               |              |
| 40800-0 · Other Income                   | 1,386.45     |
| 41000-0 · Sales Income - Cards           | 3,353,195.88 |
| 41001-0 · Sales Income - IPTV            | 769,855.60   |
| 41001-1 · Extended warranty              | 1,480.00     |
| 41001-2 · Porta/ATA                      | -781.95      |
| 45500-0 · Shipping Charges               | 19,937.65    |
| **Total Income**                         | 4,145,073.63 |
| **Cost of Goods Sold**                   |              |
| 50000 · Cost of Goods Sold - IPTV        | 745,028.48   |
| 50001 · Cost of Goods Sold - Cards       | 2,691,636.79 |
| 50002-0 · COGS - Telecom                 | 19,471.29    |
| 50551-0 · Card Printing                  | 37,820.00    |
| 50581-0 · Cost of Sales - Shipping       | 46,745.65    |
| 55400-0 · Damaged Inventory Allowance    | 0.00         |
| 55500-0 · Inventory Adjustments          | 0.00         |
| **Total COGS**                           | 3,540,702.21 |
| **Gross Profit**                         | 604,371.42   |
| **Expense**                              |              |
| 60100-0 · Advertising                    | 7,172.28     |
| 61000-0 · Auto                           | 22,884.95    |
| 61500-0 · Bad Debt                       | 0.00         |
| 62000-0 · Bank Charges                   | 20,081.84    |
| 63000-0 · Charitable Contributions       | 5,700.00     |
| 63500-0 · Commissions                    | 100,692.72   |
| 63600-0 · Computer & Software            | 6,467.83     |
| 63740-0 · Consulting Services            | 21,161.00    |
| 65000-0 · Dues and Subscriptions         | 5,978.35     |
| 65025-0 · Telecom Services               | 8,897.14     |
| 66901 · *Reconciliation Discrepancies    | 0.60         |
| 67500-0 · Insurance                      | 48,682.94    |
| 69000-0 · Legal                          | 11,394.77    |
| 69300-0 · Taxes                          | 14,503.10    |
| 69500-0 · Licenses                       | 577.50       |
| 70500-0 · Maintenance/Repairs            | 10,165.23    |
| 70550-0 · Marketing/Advertising          | 0.00         |
| 71000-0 · Meals & Entertainment          | 9,081.43     |
| 71500-0 · Office Expense                 | 16,963.02    |
| 72000-0 · Payroll Taxes                  | 16,000.93    |
| 72000-1 · Payroll Fee                    | 486.70       |
| 74550-0 · Printing                       | 163.60       |
| 76600-0 · Travel                         | 30,787.94    |
| 77500-0 · Wages                          | 181,560.72   |
| 78000-0 · Utilities                      | 15,664.86    |
| **Total Expense**                        | 555,069.45   |
| **Net Ordinary Income**                  | 49,301.97    |
| **Other Income/Expense**                 |              |

FERZLI 000018

**Tele-Center, Inc.**
Inventory Sales Summary
January through December 2013

| Inventory | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Jan - Dec 13 | | |
| * PlanetiTV - RS200 - ( Standard Refurbished Remote) | 273.00 | 4,284.91 | 0.1% | 15.70 | 2,730.00 | 10.00 | 1,554.91 | 36.29% |
| *GF900 (PlanetiTV Receiver With One Year Warranty Included) | 1,954.00 | 575,561.19 | 13.89% | 294.49 | 553,435.28 | 249.73 | 22,125.91 | 3.84% |
| *RQ300 (Qwerty Remote) | 33.00 | 1,729.75 | 0.04% | 52.42 | 990.00 | 30.00 | 739.75 | 42.77% |
| *Ula301HD (UlaiTV HD Receiver With One Year Warranty Included) | 706.00 | 178,328.54 | 4.3% | 252.59 | 158,391.10 | 224.35 | 19,937.44 | 11.18% |
| *USBW100 (USB Wireless) | 424.00 | 9,950.83 | 0.24% | 23.47 | 6,360.00 | 15.00 | 3,590.83 | 36.09% |

FERZLI 000019

# Purchases by Item Summary

### January through December 2013

| | Jan - Dec 13 | |
| --- | --- | --- |
| | Qty | Amount |
| Inventory | | |
| * PlanetiTV/old Ula- RS200 - (PlanetiTV/Ula-Standard Remote) | 253.00 | 2,530.00 |
| *GF900 (PlanetiTV Receiver) | 2,000.00 | 440,800.00 |
| *RQ300 (Qwerty Remote) | 25.00 | 750.00 |
| *Ula301HD (UlaiTV HD Receiver) | 800.00 | 223,350.00 |
| *USBW100 (USB Wireless) | 250.00 | 3,750.00 |

FERZLI 000020

# EXHIBIT 3

**[to Gaby Fraifer Declaration]**

1              UNITED STATE DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF FLORIDA
2                   TAMPA DIVISION

3

4  DISH NETWORK L.L.C.,
          Plaintiff,
5
   v.                    CASE NO: 8:16-cv-02549-EAK-TBM
6

7  GABY FRAIFER,
   TELE-CENTER, INC., and
8  PLANET TELECOM, INC.,
   individually and together
9  d/b/a UlaiTV, PlanetiTV,
   and AhlaiTV,
10         Defendant(s).
   _____/
11

12

13       VIDEOTAPED DEPOSITION OF IZABELA SLOWIKOWSKA

14          Taken on Behalf of the Defendant(s)

15

16   DATE TAKEN:     January 7, 2013

17      TIME:     9:53 a.m. - 4:15 p.m.

18      PLACE:    Askins Court Reporting
                  Suite 204
                  505 East Jackson Street
19                Tampa, Florida  33602

20

21      Examination of the witness taken before:

22              Kathy H. Hoy
                Notary Public
23      Askins Court Reporting, Inc./TCRA
             505 East Jackson Street
24                Suite 204
             Tampa, Florida  33602

25
                              Pages 1 - 196

1     **APPEARANCES FOR THE PLAINTIFF**

2     **TIMOTHY FRANK, ESQUIRE**
      Hagan Noll & Boyle LLC
3     Two Memorial City Plaza
      820 Gessner
4      Suite 940
     Houston, Texas  77024

5

6     **ALEX S. FONOROFF, ESQUIRE**
      Senior Legal Counsel
7      Dish Network L.L.C.
     9601 South Meridian Boulevard
8      Englewood, Colorado

9

10    **APPEARANCES FOR THE DEFENDANT(S)**

11     **FRANCIS R. LAKEL, ESQUIRE**
      2650 Hilola Street
12      P.O. Box 331120
     Miami, Florida  33233

13

14     **DERRICK L. CLARKE, ESQUIRE**
    The Law Office of Derrick L. Clarke, P.A.
15     146 2nd Street North
      Suite 310
16    St. Petersburg, Florida  33701

17

18
 **ALSO PRESENT:**
19
 **Gaby Fraifer, Defendant**
20
 **Greg Scrivener, Video Specialist**
21 **A Pro Video**

22

23

24

25

1                        I N D E X

2

3    Deposition of Izabela Slowikowska              PAGE
      Direct Examination By Mr. Lakel                  6
4    Certificate of Oath                             194
      Certificate of Reporter                         195
5    Errata Sheet                                    196

6

7

8

9

10         P L A I N T I F F   E X H I B I T   I N D E X

11   No.            Description                      Page

12   1      E-mail dated January 22, 23, and          189
             February 14, 2018
13

14

15

16

17

18

19

20

21

22

23

24

25

```
1           D E F E N D A N T   E X H I B I T   I N D E X

2    No.           Description                         Page

3    1    Invoice dated 06/30/2016, Bates PL001153      108
          through PL001155
4
     2    E-mail dated July 06, 2016, Bates             113
5         PL001156 through PL001158

6    3    Website printout, Bates PL001159 and          115
          PL001160
7
     4    Website screen shots, Bates PL001161          119
8         through PL001164

9    5    Invoice dated 7/10/2015, Bates PL001165       124

10   6    E-mail dated February 09, 2017,               124
          Bates PL001142
11
     7    Website printout, Bates PL001143              127
12
     8    E-mail dated February 09, 2017, Bates         131
13        PL001144 and PL001145

14   9    Website screen shots, Bates PL001146          133
          and PL001147
15
     10   Website screen shots, Bates PL001148          135
16        and PL001149

17   11   E-mail dated November 22, 2016, Bates         138
          PL001150 and PL001151
18
     12   Photograph                                    140
19
     13   User Agreement for AhlaTV                     154
20
     14   User Agreement for UlaiTV                     155
21
     15   Plaintiff's amended complaint                 156
22
     16   Defendants amended counterclaim               178
23
     17   Plaintiff's answer to Defendants'             181
24        amended counterclaim

25                  ALL EXHIBITS ATTACHED
```

1          **THE VIDEOGRAPHER:**  Okay.  My name is Greg

2     Scrivener.  I'm the certified legal video

3     specialist.

4          We are here this day, March 1st, 2018, to

5     take the videotaped deposition of Izabela

6     Slowikowska in the matter of Dish Network

7     L.L.C., Plaintiff v. Gaby Fraifer, et al.,

8     Defendants, in the United States District Court

9     for the Middle District of Florida.

10          The time as indicated on the video

11     monitor is approximately 9:55 a.m.  Would

12     counsels please introduce themselves for the

13     record, beginning with the Plaintiff's counsel.

14          **MR. FRANK:**  Timothy Frank of Hagan Noll

15     Boyle, LLC, on behalf of the Plaintiff, Dish

16     Network L.L.C.

17          **MR. FONOROFF:**  Alex Fonoroff.  I'm

18     in-house counsel at Dish Network.

19          **MR. LAKEL:**  Francis R. Lakel, attorney

20     for the Defendants.

21          **MR. CLARKE:**  Derrick Lawrence Clarke,

22     attorney for Defendants, working with Attorney

23     Lakel.

24          **THE VIDEOGRAPHER:**  Madam court reporter,

25     would you please swear in the witness?

```
 1              COURT REPORTER:  Would you raise your

 2        right hand please?

 3              MS. SLOWIKOWSKA:  I do.

 4              COURT REPORTER:  Thank you.

 5   WHEREUPON,

 6                    IZABELA SLOWIKOWSKA,

 7   acknowledged having been duly sworn to tell the truth

 8   and testified as follows:

 9                    DIRECT EXAMINATION

10   BY MR. LAKEL:

11        Q.    Please-- hello.  My name is Francis Lakel.

12   I'm the attorney for the Defendants.  I'm the guy that's

13   going to be taking your depo today, okay?

14              Have you ever given a deposition before?

15        A.    Yes.

16        Q.    Okay.  So you know it's questions and

17   answers.  If you-- if you don't understand the question,

18   tell me you don't understand it.

19              Otherwise, if you understand it, just answer

20   it, okay?  If you don't know, you don't know.  That's

21   cool, too.  Whatever it is, okay?

22              State your name for the record please.

23        A.    Izabela Slowikowska.

24        Q.    And would you spell that for the-- for the

25   record?
```

1          **A.**     I-Z-A-B-E-L-A.  And the last name is

2     S-L-O-W-I-K-O-W-S-K-A.

3          **Q.**     Okay.  And your education beginning with

4     high school.

5          **A.**     I went to-- I went to high school in Poland.

6               And then I have a Bachelor's Degree from

7     Southeast Missouri State University.  Graduated in 2000.

8               And Master's in business administration from

9     Southeast Missouri State University.  Graduated in 2002.

10         **Q.**     Okay.  And your under graduate degree is in

11    what?

12         **A.**     Business management.

13         **Q.**     Okay.  Do you currently work for Dish

14    Network L.L.C.?

15         **A.**     Yes.

16         **Q.**     Okay.  In what capacity do you work today

17    for Dish Network?

18         **A.**     I'm Vice President of International

19    Business.

20         **Q.**     And do you live in Denver?

21         **A.**     Yes.

22         **Q.**     Okay.  Did you work for Dish Network L.L.C.

23    in March of 2015?

24         **A.**     Yes.

25         **Q.**     Okay.  In what capacity at that time did you

1   work for Dish Network L.L.C.?

2       **A.**     March 2015 I was a director of international

3   programming.

4       **Q.**     At Dish.

5       **A.**     At Dish.

6       **Q.**     Okay.  And you're the director of

7   international programming.

8       **A.**     Yes.

9       **Q.**     And now you're the Vice President of

10  International?

11      **A.**     Business.

12      **Q.**     So it's a promotion.

13      **A.**     Yes.

14      **Q.**     Okay.  Were you involved with the Dish

15  Network purchase of STBs from anybody or any company

16  whatsoever ever, "STBs" being set-top boxes?

17      **A.**     Can you repeat this question?

18      **Q.**     Sure.  Were you involved with-- in your

19  capacity as Dish Network L.L.C.--

20      **A.**     Uh-huh.

21      **Q.**     -- with the purchase of any STB, a set-top

22  box, from anybody or any company?

23          **MR. FRANK:**  Objection.

24          The question is vague because I think it

25      would help if you define what type of set-top

1          boxes you're asking for.

2               Dish also sells its own set-top boxes.

3          **Q.    (BY MR. LAKEL)**  Set-top boxes.  Do you know

4     what a set-top box is?

5          **A.**    Yes.

6          **Q.**    Okay.  Have you ever been involved with Dish

7     buying any set-top boxes?

8          **A.**    Me personally?

9          **Q.**    Yes.

10         **A.**    No.

11         **Q.**    Okay.  Now, for Dish were you ever involved

12    in buying a set-top box?

13         **A.**    I mean, we operate our own set-top boxes.

14         **Q.**    Okay.  And please describe what a set-top

15    box is to you.

16         **A.**    It's a-- it's a device that enables end

17    users to receive our video and audio content.

18         **Q.**    A device?

19         **A.**    It's a device that end users, your

20    subscribers and our--

21         **Q.**    Customers.

22         **A.**    Right.

23         **Q.**    Use.

24         **A.**    To receive audio and media channels.

25         **Q.**    Okay.  Have you ever been involved in any

1   set-top box purchases by Dish Network from companies

2   other than Dish?

3        **A.**   When?

4        **Q.**   Ever.  Since 2000-- since March of 2015.

5   2013.

6        **A.**   I don't recall.  I-- I don't know.

7        **Q.**   Okay.  If you don't know, you don't know.

8             Were you ever involved in the purchase of an

9   STB from TCI?

10        **A.**   Who?  Me?

11        **Q.**   Dish Network L.L.C.

12        **A.**   No.

13        **Q.**   Okay.  You're here today in this deposition

14   as a corporate representative of Dish Network, right?

15        **A.**   Yes.

16        **Q.**   Okay.  When I ask-- when I say "you", I mean

17   Dish Network L.L.C. unless I specify otherwise.

18        **A.**   Okay.

19        **Q.**   Okay?  Did you ever buy an STB from PTI?

20        **A.**   No.

21        **Q.**   Okay.  From Mr. Fraifer, Gaby Fraifer,

22   individually?

23        **A.**   No.

24        **Q.**   Okay.  Do you know anything about the

25   purchase of STBs from TCI as the corporate rep of Dish?

1     **A.**     I've reviewed some documents.

2     **Q.**     Okay.  What do you know?

3     **A.**     I mean, what do you want to know?

4     **Q.**     I just want to know what you know.  That's

5  what I want to know.

6     **A.**     After reviewing documents, there are some

7  purchase records of various individuals that purchased

8  set-top boxes from PTI, TCI, from their-- their

9  respective websites--

10     **Q.**     Okay.

11     **A.**     -- that they operate.

12     **Q.**     And were these individuals-- who are these

13  individuals?

14     **A.**     What do you mean who are the individuals?

15     **Q.**     Their name and-- their name first.  We'll

16  start there.

17     **A.**     I mean, I would have to look at exactly.

18  I-- I can-- I can recall some names, but we-- we can

19  call-- we can look at the documents to get the spelling

20  of the names.  I--

21     **Q.**     Okay.  Well, just phonetically for me what

22  you remember.

23     **A.**     So one was a person from Hagan Noll & Boyle,

24  which was the assistant.

25     **Q.**     Okay.  Was that Ms. Sarah Weller?

1      **A.**    Yes.

2      **Q.**    Okay.  And who are others?

3      **A.**    One was Mr. Gary Palka.

4      **Q.**    Okay.  And who did he work for when he

5  purchased the STB?

6      **A.**    Dish believed that he work for Nagrastar.

7      **Q.**    And Nagrastar purchased this STB on behalf

8  of Dish.

9          **MR. FRANK:**   Objection.

10     **A.**    No.

11     **Q.**    Who did they buy it for?

12     **A.**    For Nagrastar.

13     **Q.**    Okay.  And Mr. Palka, what was his capacity

14  with Nagrastar?

15     **A.**    Dish believe that he was an employee of

16  Nagrastar.

17     **Q.**    Okay.  Dish believed that.

18          What was Dish's relationship to Nagrastar?

19     **A.**    When?

20     **Q.**    When-- whenever Mr. Palka bought the STB

21  from PTI.

22     **A.**    Now, can you-- can you give me a date of

23  when it happened?

24     **Q.**    You tell me.  You said Gary Palka bought one

25  for Dish Network.  I want to know-- what I'm trying to

1   find out is you-- and you said-- you told me that he

2   worked for Nagrastar, okay?

3        **A.**    Uh-huh.

4        **Q.**    So whenever Mr. Palka bought the STB he was

5   working for Nagrastar.

6              Was Nagrastar related to Dish?

7              Did they do it for Dish?

8        **A.**    I said, no.

9        **Q.**    Okay.  Who else besides Mr. Palka and

10  Ms. Weller?

11       **A.**    There was an investigation agency called

12  Ethos.

13       **Q.**    And they were out of St. Petersburg,

14  Florida.  You don't know.

15       **A.**    I don't--

16       **Q.**    If you don't know--

17       **A.**    I don't know.

18       **Q.**    -- you don't know.  That's cool.  Okay.

19              Was Ethos-- was the investigative agency,

20  were they working for Dish when they purchased the STB?

21       **A.**    No.

22       **Q.**    Who were they working for?

23       **A.**    Nagravision I believe.

24       **Q.**    Okay.  And who was Nagravision working for?

25              Nagravision, not Nagrastar, right?

1     **A.**     I believe it was Nagravision.

2     **Q.**     Okay.  And who was Nagravision working for?

3     **A.**     Nagravision is a company.

4     **Q.**     I know.  And they had a contract with Dish

5  or not to do part of the investigation?

6     **A.**     No.

7     **Q.**     They did not have a contract with Dish.

8     **A.**     I don't believe so.

9     **Q.**     Okay.  Do you have any knowledge why-- why

10  Ethos bought the STB from PTI?

11     **A.**     No.

12     **Q.**     Okay.  You graduated with your MBA in 2002

13  and you were-- you told me about your work.

14            What-- have you worked with Dish since you

15  graduated from your-- with your MBA program?

16     **A.**     Yes.  I worked since 2001.

17     **Q.**     With Dish.

18     **A.**     Yes.

19     **Q.**     Okay.  Thank you.  Do you have an

20  engineering background?

21     **A.**     No.

22     **Q.**     Okay.  Do you have an administration

23  background?

24     **A.**     What do you mean?  I don't understand you.

25     **Q.**     MBA, what-- what does MBA stand for?

1      **A.**    It's business administration.

2      **Q.**    That's okay.  Okay.  Are you a lawyer?

3      **A.**    No.

4      **Q.**    Okay.  Are you a scientist?

5      **A.**    No.

6      **Q.**    Okay.  Are you an artist?

7      **A.**    No.

8      **Q.**    Okay.  That's-- that's what I was trying to

9  find out, your background.

10         What is your background in understanding

11  corporate structures?  With-- with an MBA I would assume

12  that it's pretty good.

13      **A.**    I really don't know anything.

14      **Q.**    Okay.  What's your background in corporate

15  structures?

16      **A.**    I don't have any background in corporate

17  structures.

18      **Q.**    Okay.  Is Dish Network L.L.C. the parent

19  company with Dish to your knowledge?

20      **A.**    A parent company of Dish?

21      **Q.**    Yes.  Is Dish Network L.L.C., are they the

22  big kahuna in all the Dish Networks?

23         Are there other corporations besides Dish

24  Network L.L.C. that you know of?

25         **MR. FRANK:**  Objection.

1              Mr. Lakel, are you asking are there

2       other--

3              **MR. LAKEL:**  I'm asking-- I'm trying to

4       find out the corporate structure, and I know

5       that she worked for Dish Network L.L.C.

6              **DEPONENT:**  Uh-huh.

7              **MR. LAKEL:**  And I'm trying to find out

8       who the-- who is Dish Network L.L.C.  That's

9       what I'm trying to do.

10             **DEPONENT:**  Dish Network L.L.C. is a

11      Colorado company.

12        **Q.**    **(BY MR. LAKEL)**  Okay.  And who owns that?

13        **A.**    The owner, it's-- it's Charlie Ergen.

14      Charlie Ergen.

15        **Q.**    It's an individual.

16        **A.**    No.  It's a publicly traded company.  Dish

17      corporation is a publicly traded company.

18        **Q.**    Okay.  And who is Charlie?

19        **A.**    Ergen.

20        **Q.**    And who is he?

21        **A.**    He's the-- the owner of the-- of the

22      company.

23        **Q.**    But it's publicly traded.

24        **A.**    That's right.

25        **Q.**    Okay.  So he owns some of the stock, and the

1    rest of it is publicly traded.

2         **A.**    Correct.

3         **Q.**    Okay.  Are there any other corporations

4    besides-- besides Dish Network L.L.C. that you know of

5    that are related to Dish Network L.L.C.?

6         **A.**    There's a sister company, EchoStar.

7         **Q.**    EchoStar, okay.  Are there any others that

8    you know of?

9         **A.**    The corporate structure is large as far as I

10   understand.  There are multiple companies under

11   corporate structure.  I don't have the corporate

12   structure in front of me to be able to talk about this.

13        **Q.**    That's fair.

14        **A.**    And I am not familiar with all of those

15   companies.

16        **Q.**    Okay.  That's what I wanted to know.

17             But you-- you know that you work for Dish

18   Network L.L.C.

19        **A.**    Yes.

20        **Q.**    Okay.  Did Dish Network L.L.C. enter into

21   contracts or licensing agreements with any channels

22   during your tenure with them since 2013?

23        **A.**    With any-- any channels.

24        **Q.**    Yes, any channels.

25        **A.**    Any television channels.

1      **Q.**    Yes.

2      **A.**    Yes.

3      **Q.**    Okay.  We're here about a lawsuit where Dish

4   Network has sued TCI, PTI, and Mr. Fraifer individually.

5          Are there any other claims made by Dish

6   Network L.L.C. about a wrongful broadcast by any of

7   these channels?

8          **MR. FRANK:**  Objection.

9          The question is vague.

10          Are you talking about this case or--

11      **Q.**    **(BY MR. LAKEL)**  I'm talking about in

12   general.  I'm in general now.

13          Are there any other lawsuits that-- are

14   there any other claims by Dish Network L.L.C. about

15   which you know where they're suing for a violation of a

16   contract or licensing agreement?

17          **MR. FRANK:**  Objection.

18          The question is-- is-- are you asking

19       about a breach of contract case?  Are you

20       asking about a case similar to this case?

21          **MR. LAKEL:**  I'm asking her if she knows

22       that Dish Network L.L.C. is suing anybody for

23       wrongfully broadcasting channels about which

24       they have licenses or contracts.

25          **DEPONENT:**  I believe the-- there are some

 1          pending lawsuits that Dish is part of.

 2                **MR. LAKEL:**  Okay.

 3                **DEPONENT:**  Dish is suing.

 4          **Q.**    **(BY MR. LAKEL)**  Do you know who the

 5   defendants are in those cases?

 6          **A.**    Not off top of my head.  I would have to--

 7          **Q.**    Okay.  That's what I wanted to know.  That's

 8   fair.

 9                Do you know did Dish Network L.L.C. enter

10   into contracts or licensing agreements with any channel

11   broadcast by TCI?

12          **A.**    Yes.

13          **Q.**    Okay.  What channels?

14          **A.**    So there are channels that-- that are part

15   of our complaint.

16          **Q.**    Are there-- that's it, the complaint spells

17   them out?

18          **A.**    I don't know what other channels TCI-- well,

19   or ITV or broadcast.

20          **Q.**    What about Ahla TV, A-H-L-A TV?

21          **A.**    What about?

22          **Q.**    Do they broadcast any channels that-- that

23   Dish Network is making a claim to?

24          **A.**    Well, it's the same company operated by the

25   same defendant.

1      **Q.**    And PlanetiTV.

2           You have to say yes or no because she can't

3   take the nod of your head.

4      **A.**    I'm not nodding.  I'm trying to understand

5   your questions.

6      **Q.**    Okay.  I'm sorry.  I'll repeat it then.

7           Did Dish Network L.L.C. enter into contracts

8   or licensing-- licensing agreements with any channels

9   that you think that-- "you" being Dish thinks that PTI

10  broadcast incorrectly or wrongfully?

11     **A.**    As-- as I mentioned before, we-- we-- our

12  complaint covers several channels that we have exclusive

13  rights to that-- that Defendants have broadcasted via

14  variety of their set-top boxes available in the market.

15     **Q.**    And how do you know that?

16          On what are you basing that statement?

17     **A.**    I'm basing the statement from expert reports

18  of Nagra, Nagrastar.

19     **Q.**    Okay.  Anything else besides the expert

20  report from Nagrastar?

21          Any other facts that you know?

22     **A.**    The monitoring of Nagrastar of those set-top

23  boxes.

24     **Q.**    Okay.  And Nagrastar was working for Dish.

25          **MR. FRANK:**  Objection.

1              The question is misleading.

2              **MR. LAKEL:**  It's not misleading.

3        **Q.**   **(BY MR. LAKEL)**  Answer the question please.

4    Was Nagrastar working for Dish when it monitored these

5    channels?

6        **A.**   No.

7        **Q.**   Who were they working for?

8        **A.**   Nagrastar was a vender of IBCAP.

9        **Q.**   Of whom?

10       **A.**   IBCAP.

11       **Q.**   I-B-C-A-P?

12       **A.**   I-B-C-A-P.

13       **Q.**   Okay.  And so they worked, "they" being

14   Nagrastar, worked-- had a contract to your knowledge

15   with IBCAP; is that correct?

16       **A.**   They were a vender of IBCAP--

17       **Q.**   Okay.

18       **A.**   -- that was doing work contracted for.

19       **Q.**   For whom?

20       **A.**   For IBCAP.

21       **Q.**   Okay.  And who is IBCAP?  Who are they?

22       **A.**   International Broadcaster Coalition Against

23   Piracy.

24       **Q.**   Okay.  Is Dish Network L.L.C. a member of

25   IBCAP?

1     **A.**     Yes.

2     **Q.**     Okay.  Are they an owner of IBCAP?

3     **A.**     No.

4     **Q.**     Were they ever an owner of IBCAP?

5     **A.**     No.

6     **Q.**     Did they found IBCAP?

7     **A.**     No.

8     **Q.**     Okay.  Is there any corporate relation at

9     all that you know of between Dish and IBCAP, IBCAP,

10    excuse me, I-B-C-A-P, right?

11    **A.**     Yes.  I-- I-- I don't understand what you

12    mean by corporate relationship.

13    **Q.**     Okay.  It goes back to is Dish Network

14    L.L.C. an owner of IBCAP.

15            And the answer to that is--

16    **MR. FRANK:**  Asked and answered.

17            Objection.

18    **A.**     I already answered.  It's, no.

19    **Q.**     And the answer was, no, right?  Correct me

20    if I'm wrong if I'm mischaracterizing your testimony.

21    **A.**     No.  I said, no.

22    **Q.**     Okay.  Okay.  So there's no relationship

23    other than they are a member, for Dish being a member of

24    IBCAP; is that correct?

25    **A.**     That's correct.

1      **Q.**    Okay.  And what are the benefits that flow

2  to Dish Network L.L.C. from being a member with IBCAP?

3      **A.**    IBCAP is an organization that one of the--

4  one of the things that they are doing is educating about

5  antipiracy and its hiring and its-- and its vender,

6  Nagra, is monitoring for-- Nagrastar, I'm sorry, it's--

7  it's monitoring for the-- the rights that the Dish

8  contracts for or any other member of IBCAP to protect--

9  to look at the channels that-- that are available on the

10  internet--

11      **Q.**    Okay.

12      **A.**    -- or via set-top boxes or whatever else.

13      **Q.**    Who are some of the other members of IBCAP

14  besides Dish Network L.L.C.?

15      **A.**    Do you want their names?

16      **Q.**    Yes.  I sure do.

17      **A.**    I don't know all of them.

18      **Q.**    Okay.  That makes sense.  How many are

19  there?

20      **A.**    I'd say more than 30.

21      **Q.**    More than 30, okay.  Just give me a couple

22  that you know that are-- that you know off the top of

23  your head today.

24      **A.**    Are you asking for Arabic or non-Arabic?

25      **Q.**    Well, Arabic would be good.  Sure.

1      **A.**      So IMD is one.   IMD.

2      **Q.**      Okay.  Is that part of your claim, "your"

3      being Dish's claim against TCI and PTI?  Would the IMB,

4      is that one of the companies?

5                  **MR. FRANK:**  Objection.

6                  The question is vague.

7                  There's no claim to IM-- it's not clear

8           what you're talking about.

9                  **MR. LAKEL:**  It's clear.

10     **Q.**      **(BY MR. LAKEL)**  There's a lawsuit from Dish

11     Network L.L.C. against TCI and PTI, right?

12                 You know about that, right?

13     **A.**      Yes.

14     **Q.**      Okay.  And you said that these guys,

15     Mr. Palka and Nagrastar, were working for IBCAP, right?

16     **A.**      As a vender.

17     **Q.**      And you've said that there's over 30 members

18     of IBCAP.

19     **A.**      Yes.

20     **Q.**      And I asked you if IMD, and you said that

21     IMD is one of the companies that's-- is an Arab language

22     company of IBCAP, correct?

23     **A.**      Yes.

24     **Q.**      Okay.  So is IMD-- are those one of the

25     companies that-- that Dish Network L.L.C. named in its

1   complaint against PTI and TCI to your knowledge?

2        **A.**     IMD represents channels that are part of the

3   claim that are part of this lawsuit that Dish brought

4   against PTI, TCI, and Mr. Fraifer.

5        **Q.**     Any other ones besides IMD that are Arabic

6   speaking?

7        **A.**     Yes.

8        **Q.**     Who?

9        **A.**     Al Jazeera.

10       **Q.**     Al Jazeera, okay.  They're a member of

11  IBCAP.

12       **A.**     Yes.

13       **Q.**     Okay.  To your knowledge is that one of the

14  channels, one of the groups, that was named by Dish

15  Network in this complaint against TCI and PTI?

16       **A.**     Yes.

17       **Q.**     Okay.  Who else?

18       **A.**     World Span Media.  World Span Media.

19       **Q.**     World Span Media.  Is that one, is that

20  company, World Span Media--

21            **MR. FRANK:**  Objection.

22       **Q.**     -- named by-- by-- go ahead.

23            You wanted to-- you're going to object.

24            **MR. FRANK:**  I wanted to object that would

25       you ask her a full question please?

```
 1              MR. LAKEL:  I am.  I am right now, and
 2       you cut me off.
 3          Q.   (BY MR. LAKEL)   Is World Span Media one of
 4   the companies that Dish Network L.L.C. has claimed was
 5   violated in this complaint?
 6          A.   It was not the company that was violated.
 7               It was the company represents channels that
 8   they're part of this complaint.
 9          Q.   Okay.
10          A.   That their rights were violated.
11          Q.   Okay.  So we have IMD, Al Jazeera, and World
12   Span Media.
13               Who else do you have?
14          A.   MBC.  MBC.
15          Q.   M as in mother.
16          A.   Yes.
17          Q.   Okay.  And that's an Arabic speaking one,
18   too.
19          A.   Yes.
20          Q.   Okay.  And that was named in the complaint
21   also, correct?
22          A.   Yes.
23          Q.   Anyone else?
24          A.   There's a channel called Al Yawm.
25          Q.   Spell it please.
```

1          **A.**     A-L  Y-A-W-M.

2          **Q.**     Y-A-W-N.

3          **A.**     M.

4          **Q.**     M.  A-L  Y-A-W-M, right?

5          **A.**     Yes.

6          **Q.**     And is that an Arabic speaking channel?

7          **A.**     Yes.

8          **Q.**     And is that named in the complaint?

9          **A.**     The channel is part of the complaint.

10         **Q.**     Okay.  What is Dish Network L.L.C.'s role in

11    IBCAP?

12         **A.**     Dish Network is a member of IBCAP.

13         **Q.**     And as a member what's their role?

14         **A.**     It gets the same benefits as the other

15    members are getting.

16         **Q.**     Okay.  Does it pay money to IBCAP?

17         **A.**     Dish.

18         **Q.**     Yes.

19         **A.**     Yes.

20         **Q.**     How much?

21         **A.**     I don't know the exact amount.

22         **Q.**     Okay.  What percentage of the total gross

23    revenue of IBCAP does Dish pay, if you know?

24         **A.**     I don't know what the gross revenue is.

25         **Q.**     Okay.  How important is Dish Network L.L.C.

1    to IBCAP?

2         **A.**    It's a-- it's a member.

3         **Q.**    Okay.  How would I find out more information

4    about IBCAP?

5         **A.**    They have a website.

6         **Q.**    That's what I wanted to know.

7               And it's called IBCAP.

8         **A.**    It's IBCAP.org or IBCAP.something.  I-- I

9    don't remember right now off top of my head.

10        **Q.**    But if I Google IBCAP, I'll find it.

11        **A.**    You should be able to.

12        **Q.**    Okay.  To your knowledge does it list its

13   members on that website?

14        **A.**    It's been a while since I'm-- since I

15   visited, but I believe it lists members.

16        **Q.**    Okay.  Did a previous employee of Dish

17   become a high ranking member, a high ranking employee,

18   of IBCAP?

19        **A.**    When?

20        **Q.**    Ever.  Since March of 2013.

21        **A.**    Yes.

22        **Q.**    Okay.  Who?

23        **A.**    The name.

24        **Q.**    Yes.  Please.

25        **A.**    Chris Kuelling.

1      **Q.**    Okay.  Who is he?

2             A guy?  How old?

3      **A.**    He's a male.

4      **Q.**    Okay.  How old is he?

5      **A.**    I don't know his exact age.

6      **Q.**    Okay.  Do you know him personally?

7      **A.**    Yes.

8      **Q.**    How long-- did he work for Dish before he

9   went to work for IBCAP?

10     **A.**    He work for Dish, and then he was also at

11  the same time an executive director of IBCAP.

12     **Q.**    Okay.  So he worked for Dish and IBCAP

13  simultaneously.

14     **A.**    That's right.

15     **Q.**    Okay.  When-- does he work for Dish Network

16  L.L.C. and IBCAP simultaneously today?

17     **A.**    No.

18     **Q.**    When did he stop?

19     **A.**    When did he stop what?

20     **Q.**    Working simultaneously with Dish Network

21  L.L.C. and IBCAP.

22     **A.**    He left Dish over a year ago.  I don't--

23     **Q.**    Okay.

24     **A.**    -- recall the exact date.

25     **Q.**    That's fine.  Over a year ago.

 1              But not two years ago.

 2       **A.**    I believe it was less than two years.

 3       **Q.**    Okay.  What did Mr. Kuelling, that's his

 4  name, right?

 5       **A.**    Yes.

 6       **Q.**    Chris Kuelling.

 7       **A.**    Yes.

 8       **Q.**    Do you spell his name K-U-E-L-L-I-N-G?

 9       **A.**    Yes.

10       **Q.**    Okay.  What did he do at Dish?

11       **A.**    What period of time?

12       **Q.**    From 2013.  January 1, 2013 until he left.

13       **A.**    He was responsible for negotiating for

14  international programming.

15       **Q.**    Okay.

16       **A.**    Negotiating of programming rights for the

17  international business.

18       **Q.**    Was part of the Arabic language channels

19  within his purview, within his control, within his

20  oversight?

21       **A.**    Yes.

22       **Q.**    Okay.  Do you speak Arabic?

23       **A.**    No.

24       **Q.**    Okay.  What languages do you speak besides

25  English?

1    **A.**    Polish.

2    **Q.**    That's it.

3    **A.**    Yes.

4    **Q.**    What does Mr. Kuelling do for IBCAP today?

5    **A.**    He's an executive director.

6    **Q.**    And what does that mean?

7    **A.**    You'll have to ask him.

8    **Q.**    Okay.  That's fair.

9           Was Mr. Kuelling an executive director at

10   Dish?

11   **A.**    No.

12   **Q.**    Okay.  What was his title at Dish, do you

13   know?

14   **A.**    Yes.

15   **Q.**    What was it?

16   **A.**    Senior Vice President.

17   **Q.**    Okay.

18   **A.**    At the end.  It's not throughout the whole

19   career at Dish.

20   **Q.**    Yes.  Before he went on to IBCAP.

21   **A.**    Yes.

22   **Q.**    Okay.  Why did he quit the simultaneous

23   working for IBCAP and Dish Network L.L.C.?

24   **A.**    You'll have to ask him that.

25   **Q.**    Okay.  Whose idea was it for Mr. Kuelling--

1    Kuelling-- is it Kuelling?

2         **A.**    Kuelling.

3         **Q.**    Kuelling to go from Dish Network L.L.C. to

4    IBCAP?

5         **A.**    He didn't go from Dish Network L.L.C. to

6    IBCAP.

7         **Q.**    Well, where did he go?

8         **A.**    He has a consulting business.

9         **Q.**    Okay.  So he went-- while he was

10   simultaneously you've testified, and correct me if I'm

11   wrong, I want to know, I want to find out what the truth

12   here is, Mr. Kuelling worked for Dish Network L.L.C. and

13   IBCAP at the same time.

14        **A.**    There was a period where Mr. Kuelling was

15   the Senior Vice President of-- of-- of Dish Network

16   L.L.C. for the international programming and he was also

17   an executive director of-- of IBCAP.

18        **Q.**    Okay.

19        **A.**    And I-- it could have been also that he was

20   a VP before he got promoted, but I don't recall

21   specifically.

22        **Q.**    Okay.  And he works-- Mr. Kuelling works for

23   IBCAP today.

24        **A.**    He's an executive director of IBCAP.

25        **Q.**    Okay.  And he has a consulting business

 1    today.

 2         **A.**    That's right.

 3         **Q.**    Okay.  As this consulting business he's on

 4    the board of directors; is that what he is?

 5              **MR. FRANK:**  Objection.

 6              Board of directors of what?

 7              **MR. LAKEL:**  Of-- I'll bet you she knows.

 8         **Q.**    **(BY MR. LAKEL)**  Of IBCAP.

 9         **A.**    I don't even know if IBCAP has board of

10    directors.

11         **Q.**    What's an executive director then?

12         **A.**    What does he do?

13         **Q.**    What-- what is an executive director?

14         **A.**    It's a title.

15         **Q.**    It's a title, okay.

16              Does he have his consulting business at the

17    same time he has that title, executive director?

18         **A.**    Right now, yes.

19         **Q.**    Yes.  Okay.  And when did he begin the

20    consulting arrangement?

21         **A.**    Consulting arrangement for what?

22         **Q.**    Business.  Business.  The consulting

23    business.

24         **A.**    When he left Dish.

25         **Q.**    Okay.  So he left Dish, formed the

1    consulting business, and worked for IBCAP all at the

2    same time.

3         **A.**    Yes.

4         **Q.**    Okay.  That's what I wanted to know.

5              Okay.  Did he have the consulting business

6    while he worked for Dish?

7         **A.**    No.

8         **Q.**    Okay.  Did he have the consulting business

9    when he first started to work for IBCAP?

10        **A.**    Not that I know of.

11        **Q.**    Okay.  Is Dish Network L.L.C. one of the

12   companies that Mr. Kuelling consults?

13        **A.**    No.  He's consult-- he-- he is an executive

14   director of IBCAP.

15        **Q.**    Okay.  Do you know Roger Lynch?

16        **A.**    Yes.

17        **Q.**    Who is he?

18        **A.**    He's a male.

19        **Q.**    I got that part.

20             A white male, too?

21        **A.**    A white male.

22        **Q.**    Okay.  And what-- how long-- he used to work

23   for Dish.

24        **A.**    Yes.

25        **Q.**    And does he currently work for IBCAP?

1      **A.**    No.

2      **Q.**    No.  Did he ever work for IBCAP?

3      **A.**    No.

4      **Q.**    Okay.  What did he do at Dish?

5      **A.**    He was the-- well, he had variety of roles.

6      **Q.**    Okay.  Does he work for Dish today?

7      **A.**    No.

8      **Q.**    And when did he leave Dish?

9      **A.**    Sometime last year.

10      **Q.**    Okay.  Does he have any relationship to

11   IBCAP at all?

12      **A.**    I don't-- I don't believe so.

13      **Q.**    Okay.  So I'm making sure I understand this.

14          Mr. Lynch never worked for IBCAP as far as

15   you know.

16      **A.**    That's correct.

17      **Q.**    Okay.  Whose idea was it for Mr. Lynch to

18   leave Dish Network L.L.C.?

19      **A.**    You'll have to ask him that.

20      **Q.**    Okay.  Does Dish Network L.L.C. have an

21   ownership interest in Nagrastar L.L.C.?

22      **A.**    When?

23      **Q.**    Now.

24      **A.**    Right now.  Currently.

25      **Q.**    Yes.

1        **A.**     Nagrastar is a-- it's a joint venture

2   between Nagravision and right now Dish Network.

3        **Q.**     Okay.  And when did that begin?

4        **A.**     I-- I won't tell you the exact date.

5        **Q.**     Okay.  Roughly.  Last year.  Two years.

6   Three years.

7        **A.**     Sometime last year.

8        **Q.**     Okay.  What's Nagravision?

9        **A.**     It's a Swiss company.

10        **Q.**     Okay.  Does Pascal Metral work for

11   Nagravision?

12        **A.**     I believe he does.

13        **Q.**     Okay.  And Nagravision is in a joint venture

14   with Dish Network with Nagrastar.

15        **A.**     There is a joint venture between Nagravision

16   and Dish currently.

17        **Q.**     Dish Network L.L.C.

18        **A.**     Yes.  I believe it's Dish Network L.L.C.

19        **Q.**     Okay.  And do you know when that began?

20        **A.**     I just said it was sometime last year.

21        **Q.**     Okay.

22        **A.**     Well, hold on.  When did the partnership--

23   when-- when did the gentleman--

24        **Q.**     When was the joint venture formed?

25        **A.**     I don't know.  I don't know the exact date,

1    but the original joint venture was with Nagravision and

2    EchoStar.

3         **Q.**    Okay.  And that goes back how many-- how

4    long?  Years?

5         **A.**    Yeah.  I don't know.

6         **Q.**    A while.

7         **A.**    Not that while.  I-- I just--

8         **Q.**    You don't know.

9         **A.**    I cannot tell you.  I don't know.

10        **Q.**    Okay.  That's fair.  That's-- that's all I

11   ask.

12             The original venture, joint venture, with

13   EchoStar and-- it was EchoStar and?

14        **A.**    Nagravision.

15        **Q.**    Okay.  And today it's Nagravision and Dish

16   Network.

17        **A.**    Yes.

18        **Q.**    Okay.  When did-- when did Dish Network step

19   into that position of the joint venture with

20   Nagravision?

21        **A.**    I said sometime last year.

22        **Q.**    Okay.  That-- that all happened last year,

23   okay.

24             Does Dish have an ownership interest in

25   Ethos Risk Services L.L.C.?

 1        **A.**     I don't know, but I don't believe so.

 2        **Q.**     Okay.  But you don't know, and you don't

 3    believe so; is that correct?

 4        **A.**     That's right.

 5        **Q.**     Okay.  Does Dish have a relationship with

 6    Mason Morcos to your knowledge?

 7        **A.**     I don't know who Mason Morcos is.

 8        **Q.**     Okay.  Does Dish, to your knowledge, have a

 9    relationship with Elizabeth Patterson?

10        **A.**     I don't know who that person is.

11        **Q.**     Okay.  Does Dish Network L.L.C. have a

12    contractual relationship with Ethos?

13        **A.**     I don't think so.

14        **Q.**     Okay.  Correct me if I'm wrong, but didn't

15    you testify earlier that there was an investigation

16    conducted by Ethos?

17        **A.**     No.  What I said was that Ethos was an

18    investigation agency that was hired I believe by

19    Nagravision, but that Ethos was one of the--

20        **Q.**     Purchased.

21        **A.**     -- entities that purchased a set-top box.

22        **Q.**     Okay.  And that that set-top-- the purchase

23    of the set-top box from whom?

24        **A.**     I would have to look at the documents to

25    complaint, but-- to see the-- exactly, but it was either

1    the Ulai box or Ahlai box.

2         **Q.**    Okay.   That's what I wanted to know.   Thank

3    you.

4              And how did Ethos purchase of the STB from

5    Ulai or Ahlai come to be known by Dish Network L.L.C.?

6         **A.**    So the box that Ethos purchased was being

7    monitored by the Nagravision or Nagrastar, and Nagrastar

8    produced reports that show that their content, that Dish

9    had exclusive rights for the-- that was being shown on

10   this box, and Nagrastar sent those reports to--

11        **Q.**    Nagrastar or Nagravision?

12        **A.**    Either one.

13        **Q.**    Okay.

14        **A.**    Sent those reports to our law firm, the

15   Hagan Noll-- Hagan Noll & Boyle, which is a Dish law

16   firm as well, and-- and that's how-- that's how Dish got

17   to know.

18        **Q.**    Okay.   So Dish got to know through their law

19   firm.

20        **A.**    Through the reports from Nagrastar or

21   Nagravision--

22        **Q.**    Okay.

23        **A.**    -- that were sent to the law firm.

24        **Q.**    Okay.   Thank you.   How many STBs did-- did

25   Ethos purchase from TCI?

1      **A.**     I review a document where it show one.

2      **Q.**     Okay.  From PTI.

3      **A.**     Ethos?  I mean, they purchased it from a

4   website that-- I don't remember what website right now.

5   I'd have to look at the documents.

6           But they were-- those boxes were purchased

7   directly from the websites that were operated by

8   TCI/PTI.

9      **Q.**     Okay.  And they took-- to your knowledge

10  Ethos took delivery of the boxes, the STBs, from the

11  website.

12     **A.**     What do you mean "took delivery"?

13     **Q.**     They-- they got it.  They-- they were able

14  to hold it.

15     **A.**     I believe the box arrived.

16     **Q.**     The box?

17     **A.**     Arrived.

18     **Q.**     Okay.  Sorry.  Did the general counsel of

19  Dish come from Hagan Noll & Boyle to your knowledge?

20     **A.**     I don't know.

21     **Q.**     Okay.  Do any of the current attorneys

22  in-house for Dish come from Hagan Noll & Boyle?

23     **A.**     I don't know.

24     **Q.**     Okay.  Did Dish have Ms. Sarah Weller

25  purchase an STB?

1          **A.**    No.

2          **Q.**    Okay.  Did Hagan Noll & Boyle have Ms. Sarah

3     Weller purchase an STB?

4          **A.**    Sarah-- Sarah Weller was working for Hagan

5     Noll & Boyle.

6          **Q.**    When she purchased the STB.

7          **A.**    That's correct.

8          **Q.**    Okay.  Why did she purchase the STB?

9          **A.**    You'll have to ask her that.

10         **Q.**    Okay.  From whom or what did she purchase

11    the STB to your knowledge?

12         **A.**    I review the documents of some-- from one of

13    the websites operated by TCI/PTI.

14         **Q.**    Okay.  And she took delivery of the box.  It

15    was shipped to her.

16         **A.**    I don't recall whether it was shipped to her

17    or to Hagan Noll & Boyle.

18         **Q.**    You don't recall if what?

19         **A.**    Whether it was shipped to her directly or

20    Hagan Noll & Boyle.

21         **Q.**    Okay.

22         **A.**    Or whatever else.  I would have to-- I would

23    have to check where the shipping was.

24         **Q.**    Okay.  You don't know as you're sitting

25    there today.  But--

1        **A.**      No.  There are documents that have that.

2        **Q.**      But you don't have it in front of you,

3   right?

4        **A.**      Right now, no.

5        **Q.**      Okay.  To your knowledge did Ms. Weller

6   purchase a maintenance service extension from TCI?

7        **A.**      Off top of my head, I-- there are documents

8   that-- that show what she's purchased.  I'll have to see

9   that.  I don't remember.

10        **Q.**      And where are these documents located?

11        **A.**      They were produced to Defendants from Hagan

12   Noll & Boyle.

13           **MR. FRANK:**  Mr. Lakel, the documents are

14       here if you'd like her to take a look at them.

15           **MR. LAKEL:**  Yeah.  Sure.

16           **DEPONENT:**  Okay.  I'll need to see.

17           (Perusing documents.)

18           What is your question?

19        **Q.**      **(BY MR. LAKEL)**  My question was did

20   Ms. Weller, Sarah Weller, purchase a maintenance service

21   extension from TCI?

22        **A.**      (Perusing documents.)  She purchased a

23   one-year support maintenance USA bundle only.

24           And she purchased AhlaTV set-top box with

25   one year plus shipping.

1      **Q.**     Okay.  When did she purchased the box, the

2   STB?

3      **A.**     (Perusing documents.)  The purchase for

4   the-- the AhlaTV set-top box with one year, the payment,

5   it will show the date of November the 22nd of 2016.

6      **Q.**     November 22nd.

7      **A.**     2016.

8      **Q.**     That was the box, right, the STB.

9      **A.**     Well, it says AhlaTV set-top box with one

10  year.

11     **Q.**     Okay.  And then she bought-- she

12  subsequently bought a support maintenance agreement.

13     **A.**     (Perusing documents.)  She bought one-year

14  support maintenance on February 9, 2017.

15     **Q.**     Why did she buy a support maintenance on

16  February 9th of 2017 if she had bought the box with a

17  one-year support in November of '16?

18     **A.**     You'll have to ask her that.

19     **Q.**     Okay.  And who paid for that?

20     **A.**     So in both instances there was a PayPal

21  account used of Joseph Boyle.

22     **Q.**     And who is Joseph Boyle?

23     **A.**     Joseph Boyle is a-- an attorney from Hagan

24  Noll & Boyle.

25     **Q.**     Okay.  And what-- you're looking at

 1    documents right now.  What documents are you looking--

 2    are you reviewing?

 3        **A.**    I'm reviewing purchasing--

 4            **MR. FRANK:**  Would you like to have her

 5        identify them by Bates Number?

 6            **MR. LAKEL:**  Yes.

 7        **A.**    Purchasing records.

 8            One record is PL001144.

 9        **Q.**    Okay.

10        **A.**    Through-- through PL001151.

11        **Q.**    Okay.  That's what you've reviewed right now

12    for your testimony, right?

13        **A.**    That's right.

14        **Q.**    Okay.  To your knowledge did Dish have any

15    other employees of Hagan Noll & Boyle purchase an STB

16    from TCI and PTI?

17            **MR. FRANK:**  Objection.

18            You're mischaracterizing her testimony.

19            She never testified that Dish had Hagan

20        Noll & Boyle purchase any of these products.

21            **MR. LAKEL:**  Okay.

22        **Q.**    **(BY MR. LAKEL)**  Do you know if Hagan Noll &

23    Boyle purchased any other STBs from TCI or PTI?

24        **A.**    Except for those two instances I-- I don't

25    know.

1          **Q.**     Okay.  Did Dish Network L.L.C. itself

2   independently conduct an investigation of the STB sales

3   by TCI and/or PTI?

4          **A.**     No.

5          **Q.**     Okay.  Of Mr. Fraifer's did Dish Network

6   L.L.C. conduct-- independently conduct any investigation

7   concerning the STBs being sold by Mr. Fraifer

8   individually?

9          **A.**     No.

10         **Q.**     Okay.  And correct me if I'm wrong, but

11  IBCAP was involved in the investigation.

12         **A.**     As I mentioned before, IBCAP had-- Nagrastar

13  was IBCAP vender, was an IBCAP vender, that did

14  monitoring of-- of the channels.

15         **Q.**     They monitored the channels of the STBs sold

16  by TCI.

17         **A.**     And many more set-top boxes.

18         **Q.**     That was my next question.

19                And there are other set-top boxes also.

20         **A.**     In Nagra-- Nagrastar monitors many set-top

21  boxes.

22         **Q.**     That's what they do.

23                Is that what they do?

24         **A.**     I don't know if this is their sole

25  responsibility, if this is the only one line of

1  business, but that's part of what they do.

2      **Q.**    Okay.  And they give their results to their

3  members.

4      **A.**    As I mentioned, they provided the-- the

5  results of the monitoring to-- to the law firm of Hagan

6  Noll & Boyle.

7      **Q.**    Okay.  They did not-- they did not provide

8  the results of their monitoring directly to Dish Network

9  L.L.C.

10     **A.**    To only Dish Network L.L.C.?

11     **Q.**    No.  The results of their monitoring of the

12  STBs sold by TCI/PTI, did Nagrastar or Nagravision or

13  IBCAP, those three different companies, okay?

14     **A.**    Uh-huh.

15     **Q.**    Did any of those three companies provide the

16  results of their monitoring directly to Dish Network

17  L.L.C.?

18     **A.**    As I mentioned, there is a process of how it

19  works.  Nagrastar monitored the-- or Nagravision

20  monitored the channels, the report was generated, and

21  the report was sent to the law firm, and then the law

22  firm was sending cease and desist notices to variety of

23  entities, and from-- because the law firm is a-- you

24  know, it's a Dish law firm, Dish got to know from the

25  law firm that, you know, those-- those channels are

1   being infringed.

2        **Q.**    Was Dish Network L.L.C. copied with the

3   reports that were sent to Hagan Noll & Boyle?

4        **A.**    I don't believe so.

5        **Q.**    Okay.  Was Ethos-- Ethos involved in the

6   investigation?

7        **A.**    Investigation of what?

8        **Q.**    Of the STBs sold by TCI and/or PTI through

9   their websites.

10       **A.**    Ethos bought one of the set-top boxes

11  through one of their-- from one of the websites.

12       **Q.**    Okay.  Was Nagrastar involved in the

13  purchase-- in the investigation, excuse me?

14            Was Nagrastar involved in the investigation

15  concerning the STBs that were sold on the website by TCI

16  or PTI?

17       **A.**    I'm not sure I understand your question.

18       **Q.**    Okay.  I'll ask it again.

19            Was Nagrastar L.L.C. involved in the

20  conduction of the investigation concerning the STBs sold

21  by TCI and/or PTI?

22       **A.**    Nagrastar had had those boxes in their

23  monitoring facility.

24       **Q.**    Okay.  And where did Nagrastar get those

25  boxes?

1      **A.**    So I already said that there was an employee

2    named-- we believe that he was an employee of Nagrastar,

3    Mr. Palka, purchased one of the boxes.

4      **Q.**    Okay.  Did you ever hear the name Kevin

5    McMonnies?

6      **A.**    I've heard it.

7      **Q.**    Who is he?

8      **A.**    We believe that he's an employee of

9    Nagrastar.

10     **Q.**    Okay.  Was the Kudelski Group involved in

11   the investigation concerning the STBs sold by--

12   allegedly sold by TCI or PTI?

13     **A.**    Kudelski Group is a very big group.

14     **Q.**    It is a what?

15     **A.**    It's a very big group, and it's a-- I don't

16   know the corporate structure, but it's a-- it's part of

17   Nagravision.

18     **Q.**    Okay.  Did the Kudelski Group do anything

19   for Dish Network L.L.C. regarding the investigation of

20   these STBs?

21     **A.**    I mean, by corporate structure, right, if

22   Kudelski is involved in Nagravision, and Nagrastar, it's

23   a-- an affiliate of Nagravision.  You know, by

24   definition you would say that they are part of the

25   corporate structure.

1    **Q.**    Kudelski is.

2    **A.**    Yes.

3    **Q.**    Okay.  So they were involved in-- in an

4    investigation through their relationship with

5    Nagravision.

6    **A.**    I don't know if any employees from their

7    group was involved.

8    **Q.**    Okay.

9    **A.**    But what I'm saying is that Kudelski is, and

10   I-- I don't know what the ownership is in Nagravision,

11   but there is some own-- there is some connection with

12   Nagravision of-- you know, of ownership connection, and

13   by definition of how the structure works, Kudelski is

14   part of those organizations.

15   **Q.**    Okay.

16   **A.**    Whether employees of that group were

17   involved--

18   **Q.**    Don't know.

19   **A.**    -- I don't know.

20   **Q.**    You don't know.

21   **A.**    I don't know.

22   **Q.**    Okay.  To your knowledge how did Dish

23   Network L.L.C. first learn about the Ula, Ula,

24   U-L-A-I-T-V STB?

25   **A.**    From the reports of Nagrastar or Nagravision

1    that-- that shows-- that-- that showed that the channels

2    that Dish has-- Dish Network has exclusive rights for

3    were being broadcast on-- on those set-top boxes.

4         **Q.**   Okay.  You said Dish has exclusive rights to

5    these channels.

6              How does Dish have exclusive rights to those

7    channels?

8         **A.**   Dish enters into licensing agreements with

9    those channels to obtain the rights.

10        **Q.**   Those are the channels that you named

11   earlier.

12        **A.**   Some of them.

13        **Q.**   Some of them.  But they-- they have that

14   contractual relationship with IMD.

15        **A.**   Yes.

16        **Q.**   Al Jazeera.

17        **A.**   Yes.

18        **Q.**   World Span Media.

19        **A.**   Yes.

20        **Q.**   And MBC.

21        **A.**   Yes.

22        **Q.**   That's M as in mother, okay.

23             And there was another one, Al Yawm.

24        **A.**   Yes.

25        **Q.**   I didn't even know how to-- spell that for

1   me again please.  I want to make sure I have it right.

2          **A.**    A-L  Y-A-W-M.

3          **Q.**    Okay.  And do you have these contracts with

4   you today?

5          **A.**    Yes.

6          **Q.**    Can I see them please?

7                **MR. FRANK:**  Just keep your copy there.

8                **MR. LAKEL:**  And this is it?  What's this?

9          This is for me?

10               **MR. FRANK:**  You asked to see the

11         contracts.

12               **MR. LAKEL:**  If this is it, this is all

13         contracts?

14               **MR. FRANK:**  No.

15               **MR. LAKEL:**  Well--

16               **MR. FRANK:**  Those are the documents that

17         I--

18               **MR. LAKEL:**  I only want to see the

19         contracts.  That's what I'm asking for.

20         **Q.**    **(BY MR. LAKEL)**  So do you have the contracts

21   there?

22         **A.**    Yes.

23         **Q.**    Okay.  Which contract-- and you have it for

24   those as we mentioned.  One, two, three, four, five

25   different companies, right?

1      **A.**      I'll have to check exactly.

2      **Q.**      Okay.  And they have more, but those are the

3  five companies, five channels, that Dish Network L.L.C.

4  is complaining about with TCI and/or PTI, correct?

5      **A.**      No.

6      **Q.**      Are there more?

7      **A.**      First, they're no channels.

8              They're a mix of channels and companies.

9      **Q.**      Okay.  Tell me about that.  A mix of

10  channels and companies, what does that mean?

11      **A.**      For example, World Span Media is a company

12  that represents channels.

13      **Q.**      Okay.  So they have more than one channel.

14      **A.**      In this case, yes.

15      **Q.**      Okay.  How many channels do they have?

16      **A.**      I'll have to look at the contract.

17      **Q.**      Could you look at the contract please?

18      **A.**      (Perusing documents.)  Looking from the

19  titles of the agreements--

20      **Q.**      Okay.

21      **A.**      -- the company, World Span Media Consulting,

22  Inc. brings-- is contracted for three channels.

23      **Q.**      Okay.  And those channels are.

24      **A.**      Al Nahar.

25      **Q.**      You said Al-- Al--

1      **A.**    A-L  N--

2      **Q.**    And then N-A-H-A-R.

3      **A.**    Yes.

4      **Q.**    Okay.  What else?

5      **A.**    Al Nahar Drama.

6      **Q.**    Okay.

7      **A.**    And Al Nahar Sports.

8      **Q.**    So those are the three channels that are

9  World Span Media Consultants, right?

10     **A.**    World Span Media Consulting, Inc.

11     **Q.**    Consulting, excuse me, Inc.

12              Who signed it for them, for World Span Media

13  Consulting, Inc.?  Who signed that agreement that you're

14  looking at?

15     **A.**    Haytham El Mokadem.

16     **Q.**    Spell that please.

17     **A.**    H-A-Y-T-H-A-M  E-L--

18     **Q.**    E?

19     **A.**    Yes.

20     **Q.**    Okay.

21     **A.**    E-L  M-O-K-A-D-E-M.

22     **Q.**    D-E-M.  That's the person that signed the

23  agreement for World Span Media Consulting, Inc.

24     **A.**    Yes.

25     **Q.**    Who signed it for Dish?

1    **A.**    Roger Lynch.

2    **Q.**    Okay.  In what capacity was he?

3    **A.**    Executive Vice President.

4    **Q.**    Of Dish Network L.L.C.

5    **A.**    Yes.

6    **Q.**    Okay.  So that's the World Span.

7            Now, what about-- are there any other

8    channels that are referenced in that agreement?

9    **A.**    Without reading the entire document, on the

10   onset it looks there are three.

11   **Q.**    Okay.  And how long is the agreement?

12           How many pages?

13   **A.**    41 pages of the original agreement, and

14   there are two amendments.

15   **Q.**    Okay.  And each amendment is one-page each?

16   **A.**    Amendment Number 2, 5 pages.

17           Amendment Number 1--

18   **Q.**    Are-- is there--

19   **A.**    -- 6 pages.

20   **Q.**    6 pages total for the amendments, okay.

21   **A.**    No.  6 pages Amendment Number 1.

22   **Q.**    Okay.

23   **A.**    5 pages Amendment Number 2.

24   **Q.**    Okay.  One amendment is 6 pages.

25           Two amendment 5 pages.

1           Is that correct?

2      **A.**    Yes.

3      **Q.**    Are there-- are they Bates stamped?

4      **A.**    Yes.

5      **Q.**    What are they?

6      **A.**    Amendments or the agreements?

7      **Q.**    The Bates Stamp please.

8      **A.**    But for what?

9      **Q.**    For the whole contract and the amendments.

10     **A.**    Okay.  Okay.  So for the contract--

11     **Q.**    With-- of World Span.

12     **A.**    Yes.

13     **Q.**    Okay.

14     **A.**    PL002725.

15     **Q.**    Okay.

16     **A.**    Amendment Number 1--

17     **Q.**    Go to--

18     **A.**    Oh, 2.  You want 2.

19     **Q.**    I just want the total.

20     **A.**    Well, they're not in order.

21           The-- so I'll have to do it one by one.

22           So for the agreement, again, PL002725--

23     **Q.**    Okay.

24     **A.**    -- through-- through PL002765.

25     **Q.**    Okay.  That's the agreement, right?

1     **A.**    Yes.

2     **Q.**    Okay.

3     **A.**    Amendment one, PL002766.

4     **Q.**    002766.

5     **A.**    Through PL002771.

6     **Q.**    And the second amendment.

7     **A.**    PL003565.

8     **Q.**    Through.

9     **A.**    3569.

10    **Q.**    Okay.  Thank you.  Now, and whose-- Roger

11   Lynch signed it for Dish, correct, and miss-- is that a

12   mister, H-A-Y-T-H-A-M El M-O-K-A-D-E-M to your

13   knowledge?

14    **A.**    If Haytham El Mokadem is a male?

15    **Q.**    I'm asking you.

16    **A.**    Yes.

17    **Q.**    It's a man, okay.

18           And he referenced that--

19    **A.**    And to answer your previous question--

20    **Q.**    Okay.

21    **A.**    -- Roger Lynch signed three--

22    **Q.**    For-- for Dish.

23    **A.**    For Dish for the agreement, Amendment 1, and

24   Amendment 2.

25    **Q.**    He signed both amendments.

1      **A.**    Yes.

2      **Q.**    Okay.  Is there a commencement date of that

3   agreement?

4      **A.**    Yes.

5      **Q.**    When does it commence?

6      **A.**    Effective date, August 26, 2014.

7      **Q.**    Okay.  And is it-- is there an expiration

8   date?

9      **A.**    Yes.

10     **Q.**    And what's that?

11     **A.**    It's redacted.

12     **Q.**    It's redacted.  So you don't know when it

13   expired.

14     **A.**    I know that-- that we have currently the

15   rights to those channels.

16     **Q.**    Okay.

17     **A.**    So the agreements are-- this agreement and

18   the amendments are in effect.

19     **Q.**    How do you know that?

20     **A.**    Because we-- we carry those channels today.

21     **Q.**    Okay.  You believe that.

22            Do you see an agreement or is it in the

23   amendments, the extension of the expirations?

24     **A.**    This has been redacted for the purpose--

25   this is highly confidential information, and this has

1   been redacted for the purposes of this--

2       **Q.**    Litigation.

3       **A.**    -- litigation.

4       **Q.**    Right.

5       **A.**    We do have expiration dates.

6       **Q.**    Okay.  Are the-- are the expiration dates in

7   the amendments?

8            If they're redacted, they're redacted, but I

9   just want to know if they're there.

10      **A.**    Amendment 2 it has, but it has been

11  redacted.

12      **Q.**    Okay.  Well, there is an expiration date

13  there that is redacted.

14      **A.**    Yes.

15      **Q.**    Okay.

16      **A.**    (Perusing documents.)  There's no expiration

17  that pertains to the agreement in Amendment Number 1.

18      **Q.**    On the first amendment, okay.

19           And it's your testimony that these

20  agreements are in place today, right?

21      **A.**    Yes.

22      **Q.**    Okay.  How do you know that?

23      **MR. FRANK:**  Asked and answered.

24           Objection.

25      **A.**    Because we have agreements.

1        **Q.**    Pardon me?

2        **A.**    We have agreements.

3        **Q.**    Okay.  And you've seen the agreements or you

4    know the agreement?  I'm trying to find out why you

5    think you have, why you believe?

6        **A.**    Yes, I've reviewed the agreements.

7        **Q.**    Okay.  Okay.  The next one is Al Jazeera.

8             How many channels?

9        **A.**    (Perusing documents.)  It's a little bit

10   more complicated.  So the agreement covers two channels.

11       **Q.**    Okay.  And they are?

12       **A.**    Al Jazeera Arabic News.

13            And Al Jazeera Mubasher.

14       **Q.**    Al Jazeera Arabic--

15       **A.**    News, yeah.

16       **Q.**    -- News, and what's the other one?

17       **A.**    Al Jazeera Mubasher.

18       **Q.**    Spell that please.

19       **A.**    M-U-B-A-S-H-E-R.

20       **Q.**    M-U-B-A-S-H--

21       **A.**    E-R.

22       **Q.**    E-R, okay.  Thank you.

23       **A.**    And Amendment 1 stipulates additional two

24   channels if Al Jazeera acquires the rights to them.

25       **Q.**    And they are?

```
1          A.     Jeem TV.

2          Q.     Spell it.

3          A.     J-E-E-M TV.

4          Q.     If Al Jazeera acquires them, right?

5          A.     That's right.

6          Q.     To your knowledge were they ever acquired by

7    Al Jazeera?

8          A.     We don't carry them today.

9          Q.     Okay.  And what's the other TV or the other

10   one, the other channel?

11         A.     Bareem.

12         Q.     Spell it.

13         A.     B-A-R-E-A-M.

14         Q.     Bareem and that's it.

15         A.     That's correct.

16         Q.     Okay.  And is that the same condition, that

17   if it's acquired by Al Jazeera?

18         A.     Yes.

19         Q.     Okay.  Are you carrying it today?

20         A.     No.

21         Q.     Okay.  Who signed the contract for Dish?

22         A.     Roger Lynch.

23         Q.     Okay.  Date.

24         A.     Date that he signed?

25         Q.     Date of commencement of the agreement.
```

1      **A.**    December 1st, 2014 of that agreement.

2      **Q.**    Okay.  And the amendments.

3      **A.**    The Amendment 1 was signed by Roger Lynch.

4      **Q.**    Okay.  Is there more than one amendment to

5      that one?

6      **A.**    No.

7      **Q.**    Okay.  Roger Lynch signed.

8             Who signed it for Al Jazeera?

9      **A.**    The agreement I can't read the names.

10            Abdula something.

11     **Q.**    Abdula something, okay.

12     **A.**    And on the second one-- on the-- so that's

13     on the agreement.

14     **Q.**    Okay.

15     **A.**    And the Amendment 1 is a director but hard

16     to read.  I-- I can't.

17     **Q.**    You can't read his name either?

18     **A.**    No.  And then there is an executive-- acting

19     executive director of marketing and distribution, Ramzan

20     Al Naimi.

21     **Q.**    R-A--

22     **A.**    M-Z-A-N  A-R-- A-- I'm sorry, A-L.

23     **Q.**    Okay.

24     **A.**    N-A-I-M-I.

25     **Q.**    N-A-I--

1          **A.**      M-I.

2          **Q.**      Okay.  Thank you.  He is an executive

3    director according to his signature.

4          **A.**      Acting executive director of marketing and

5    distribution.

6          **Q.**      For Al Jazeera.

7          **A.**      Al Jazeera Media Network was the guarantor.

8          **Q.**      Okay.  Meaning that's who the contract is

9    with, Al Jazeera Media Network.

10         **A.**      The contract is with Peninsula Production

11   Company.

12         **Q.**      Is-- is with whom?

13         **A.**      Peninsula Production Company, which is

14   network.

15         **Q.**      Peninsula.

16         **A.**      Peninsula.

17         **Q.**      Okay.  Network Company.

18         **A.**      Peninsula-- Peninsula Production Company.

19         **Q.**      Sorry.

20         **A.**      It's the network.

21         **Q.**      Okay.

22         **A.**      And the guarantor is Al Jazeera Media

23   Network.

24         **Q.**      Okay.

25         **A.**      That's-- that applies for the agreement and

1   the amendment.

2          **Q.**    Okay.  And it's just the one amendment.

3                 What's-- what are the-- is there-- are there

4   Bates Numbers on that, on the contract and the

5   amendment?  Just the total.

6          **A.**    PL002686.  PL-- oh, I'm sorry.

7                 Through PL002724.

8          **Q.**    That's the agreement or is that the

9   agreement and the amendment?

10         **A.**    That includes both.

11         **Q.**    Okay.  Thank you.  And now I'd like to know

12  about IMD.  Is there a contract there for IMD?

13         **A.**    (Perusing documents.)  Yes.

14         **Q.**    Okay.  Was the-- is-- is the full name IMD?

15         **A.**    International Media Distribution.

16         **Q.**    Okay.

17         **A.**    Luxembourg S.A.R.L.

18         **Q.**    Media-- International Media Distribution.

19         **A.**    Luxembourg.

20         **Q.**    Is that part of the name?

21         **A.**    It's in the brackets.

22         **Q.**    Okay.  And then you said something after

23  that.

24         **A.**    S.A.R.L.

25         **Q.**    Okay.  And the-- that's the International

1  Media Distribution, Luxembourg in brackets, S.A.R.L.,

2  all caps and-- correct?

3      **A.**    Yes.

4      **Q.**    Okay.  Commencement date.

5      **A.**    September 8, 2014 of this agreement.

6      **Q.**    Okay.  Expiration date, if there is one.

7      **A.**    It is, but it's redacted.

8      **Q.**    It's redacted.

9            Are there amendments to that?

10     **A.**    Yes.

11     **Q.**    How many?

12     **A.**    (Perusing documents.)  6.

13     **Q.**    6 amendments.  Are any of the dates that--

14  is the expiration date contained in any of the

15  amendments to your knowledge?

16     **A.**    Well, I have to-- I have to look.

17     **Q.**    Okay.  Go ahead and look.

18     **A.**    (Perusing documents.)  Amendment 1 there is

19  an expiration that pertain-- it's pertaining to LDC

20  channel.  It's redacted.

21     **Q.**    Okay.  Before you go any farther I forgot to

22  ask this.  What channels does that agreement address?

23            How many and what are they?

24     **A.**    (Perusing documents.)  You're talking about

25  the main agreement without the amendments.

1      **Q.**    Yes.

2      **A.**    Just looking at the headings.

3      **Q.**    Uh-huh.

4      **A.**    And the Exhibit B.  74.

5      **Q.**    74 channels.

6            And the Bates Number.

7      **A.**    For the agreement PL002897 through 002940.

8      **Q.**    Who signed it for Dish, the agreement and

9  the 6 amendments?

10     **A.**    So those channels that I gave you, those are

11  from the main agreement.

12     **Q.**    I got that.

13     **A.**    Roger Lynch signed the agreement.

14           Amendment 1 Roger Lynch.

15           Amendment 2 Roger Lynch.

16           Amendment 3 Roger Lynch.

17           Amendment 4 Roger Lynch.

18           Amendment 5 Roger Lynch.

19     **Q.**    Okay.

20     **A.**    And then 6 Roger Lynch.

21     **Q.**    Okay.  And who signed for IMD?

22     **A.**    Karim Abdallah.

23     **Q.**    K-A-R-E-E-M  A-B--

24     **A.**    No.

25     **Q.**    -- D-U--

1      **A.**    No.  K-A-R-I-M.

2      **Q.**    Okay.  Sorry.  Spell it all the way to the

3  end.  I don't want to get that wrong.

4      **A.**    A-B, I think it's, D-A-L-L-A-H.

5      **Q.**    Okay.  And he signed the original agreement,

6  right?

7      **A.**    For the International Media.

8      **Q.**    For IMD.

9      **A.**    For IMD.

10     **Q.**    Are there any other signatories to that

11  original agreement besides Roger Lynch and Karim?

12     **A.**    Yes.

13     **Q.**    Who?

14     **A.**    It's the guarantor for Arab Media

15  Corporation.

16     **Q.**    Okay.  Who is that?

17     **A.**    I can't read the signature.

18     **Q.**    Okay.  Are there any other signatories?

19     **A.**    No.

20     **Q.**    So there's three signatures?

21     **A.**    Yes.

22     **Q.**    Okay.  What about the-- Mr. Lynch has signed

23  for Dish Network on all these 6 amendments.

24            Who signed for IMD?

25     **A.**    The same person, Karim Abdallah.

1      **Q.**    Signed for all 6.

2      **A.**    No, Amendment 1.

3      **Q.**    Okay.

4      **A.**    Amendment 2, Amendment 3, Amendment 4,

5  Amendment 5.

6      **Q.**    Okay.  And what about 6?

7      **A.**    (Perusing documents.)  The same.

8      **Q.**    The same.

9      **A.**    Yes.

10     **Q.**    Are there guarantors on those 6 amendments?

11     **A.**    Yes.

12     **Q.**    The same guy.

13     **A.**    Amendment 1, yes.

14            Amendment 2, yes.

15            Amendment 3, yes.

16            Amendment 4, yes.

17            Amendment 5, yes.

18            Amendment 6, the same.

19     **Q.**    Okay.  And today are they-- does Dish

20  Network L.L.C. still have-- is it active with those 74

21  channels from IMD?

22     **A.**    There are more channels today.

23     **Q.**    There are more.

24     **A.**    They are the originals because the

25  amendments cover some additional channels.

1      **Q.**     That's what I'm asking you about, the

2    amendments because they also reduced some of the

3    channels in the amendments, did they not?

4      **A.**     I'll have to read through to see.

5      **Q.**     Oh, I'm just asking both-- did both happen?

6    Did it-- were they added and subtracted?

7      **A.**     There could be some that were swapped or

8    added or subtracted.

9      **Q.**     Okay.  And that's-- the Bates 002897 to

10   002940 includes all 6 amendments, right?

11     **A.**     No.  It's only the agreement.

12     **Q.**     Okay.  What's-- what are the amendments?

13   The Bates Numbers for the amendment please.

14     **A.**     Amendment 1, PL002941 through PL002944.

15             Amendment 2, it's PL002945 through PL002949.

16             Amendment 3, PL002950 through PL002953.

17             Amendment 4, PL002954 through PL002957.

18             There is-- and in between Amendment 4 and 5

19   there is an e-mail exchange.

20     **Q.**     Okay.  Just give me e-mail 5 then please, I

21   mean, Amendment 5, I'm sorry.

22     **A.**     You don't want the e-mail exchange.

23     **Q.**     I don't, no.  I'll just-- I'll know.

24     **A.**     Amendment 5, PL003629 through PL003633.

25             And Amendment 6, PL003634 through PL003644.

 1      **Q.**    Okay.  And it's your testimony that IMD is
 2   still active today, right?
 3      **A.**    Yes.
 4      **Q.**    Okay.  I want to make sure.
 5      **A.**    We have a valid contract with IMD.  We have
 6   a valid contract with IMD.
 7      **Q.**    "We" being Dish Network L.L.C.
 8      **A.**    That's correct.
 9      **Q.**    And you base that-- your belief on that you
10   have a valid contract with IMD today on your-- the
11   agreements and these amendments or something else?
12      **A.**    On the agreements and the amendments.  Plus
13   we-- we carry plus our own coverage of those channels.
14      **Q.**    Okay.  Okay, we have IMD.
15           What about MBC?
16      **A.**    What would you like to know?
17      **Q.**    I'd like to know the name of the contractor,
18   first of all, in the agreement.
19           Dish Network is-- is named there, right?
20      **A.**    Dish Network L.L.C.
21      **Q.**    Okay.  And who is the other one?
22           Who is MBC?
23      **A.**    So we have a main agreement that covers MBC.
24      **Q.**    MBC is--
25      **A.**    Channel.  It's a channel.

1      **Q.**    One channel.

2      **A.**    That agreement from reading just the

3   heading, yes, it covers MBC.

4      **Q.**    Okay.  And MBC, does that-- it's just called

5   MBC or is--

6      **A.**    The channel name is MBC.

7      **Q.**    Okay.  And the agreement is titled.

8      **A.**    Dish Network L.L.C. International

9   Affiliation Agreement MBC.

10      **Q.**    MBC.  That's what I wanted to know.

11             Who signed it for Dish?

12      **A.**    (Perusing documents.)  SVP of programming.

13      **Q.**    Who is that?

14             Can you read his name?

15      **A.**    It's a signature.

16      **Q.**    Okay.  VP of programming.

17      **A.**    SVP.

18      **Q.**    S, excuse me.  SVP of programming.

19             Do you have any idea who that could be?

20             If you don't know, you don't know?

21      **A.**    I believe it was Eric Sahl, but I-- I am not

22   100 percent.

23      **Q.**    Okay.  Maybe Eric Sahl.

24      **A.**    S-A-H-L.

25      **Q.**    Okay.  Are there any amendments to that

1    agreement?

2        **A.**    Yes.

3        **Q.**    How many?

4        **A.**    (Perusing documents.)   Three.

5        **Q.**    Okay.   Who signed the amendments for Dish?

6        **A.**    Amendment 1 Roger Lynch.

7              Amendment 2 Chris Kuelling.

8              Amendment 3 Roger Lynch.

9        **Q.**    Okay.   And the commencement date of the

10   agreement.

11       **A.**    March 12th, 2018-- I'm sorry.   March 12,

12   2008.

13       **Q.**    Okay.   And is there an expiration date?

14       **A.**    It is, but it's redacted.

15       **Q.**    What about on the amendments?

16       **A.**    Amendment first has the expiration date,

17   which is redacted.

18             Amendment second has the expiration date.

19   It's redacted.

20             And the same goes for Amendment Number 3.

21       **Q.**    Okay.   Is it still working today to your

22   knowledge?

23       **A.**    Yes.

24       **Q.**    And you base that on?

25       **A.**    The same facts as I based on the other ones.

1      **Q.**    Which are?

2      **A.**    That we-- that I've reviewed the document--

3  I've reviewed the contracts, and then we carry those

4  channels.  We're carrying this in this instance, MBC.

5      **Q.**    Okay.  And you broadcast them in the United

6  States.

7      **A.**    Yes.

8      **Q.**    PLs please.

9      **A.**    For all or--

10     **Q.**    For the agreement and the three amendments.

11  Give me the agreement first and then you can go through

12  the amendments and I'll just write it down.

13     **A.**    The agreement PL002958 through PL002983.

14     **Q.**    Okay.

15     **A.**    Amendment 1 PL002984 through PL002989.

16     **Q.**    Okay.  Second amendment.

17     **A.**    Amendment second PL002990 through PL002993.

18     **Q.**    Okay.  And the third amendment.

19     **A.**    PL002994.

20     **Q.**    Through.

21     **A.**    PL002996.

22     **Q.**    996, okay.  And then the last one that you

23  gave me, if there's more, tell me, but the last one that

24  I have written down are Al Yawm.

25     **A.**    Al Yawm.  It's not the last one.

1    **Q.**    Okay.

2    **A.**    (Perusing documents.)   Okay.

3    **Q.**    How many channels?

4    **A.**    It's one channel.

5    **Q.**    Okay.  Who signed it for Dish?

6    **A.**    SVP of programming.

7    **Q.**    SV-- that's the same as the MBC one, right?

8    **A.**    No.  The signature looks different.

9    **Q.**    Okay.  And who signed it for Al Yawm?

10   **A.**    The company name is Gulf DTH LDC.

11   **Q.**    Gulf.

12   **A.**    DTH LDC.

13   **Q.**    DTH L--

14   **A.**    DC.

15   **Q.**    Okay.

16   **A.**    And it's a-- it's their CEO.

17   **Q.**    That's his title, CEO.

18   **A.**    Yes.  There's a signature.  I can't read it.

19   **Q.**    You can't read the signature.

20         Commencement date.

21   **A.**    August 12, 2011.

22   **Q.**    August 12.

23   **A.**    2011.

24   **Q.**    Expiration date.

25   **A.**    It's there.  It's redacted.

1    **Q.**    Okay.  Is it still active today?

2    **A.**    Yes.

3    **Q.**    Okay.  And you base that on the same thing

4    that you've seen contracts and you're marketing it

5    today.

6    **A.**    Yes.

7    **Q.**    Okay.

8    **A.**    We broadcast it today.

9    **Q.**    Okay.  Sorry.  The PLs.

10   **A.**    For the agreement.

11   **Q.**    Yes.

12   **A.**    PL002772.

13   **Q.**    002772.

14   **A.**    Through PL002798.

15   **Q.**    That's the agreement.

16   **A.**    Yes.

17   **Q.**    How many amendments are there?

18   **A.**    (Perusing documents.) Just one letter and

19   two amendments.

20   **Q.**    Okay.  And give me the letter please.

21   **A.**    What would you like to know?

22   **Q.**    The PL.

23   **A.**    Of the letter is 002799.

24   **Q.**    And that's it.  It's a one-page letter.

25   **A.**    Yes.

1      **Q.**   The date of the letter please.

2      **A.**   Date of the letter is August 6, 2014.

3      **Q.**   8/6/14.  The same date to the-- close to

4   when-- no.  No.

5            And the amendments.  How many amendments are

6   there?

7      **A.**   Two.

8      **Q.**   Okay.  Please give me the PLs for those.

9      **A.**   Amendment 1 PL003582.

10     **Q.**   Okay.

11     **A.**   Through PL003583.

12     **Q.**   Okay.

13     **A.**   Amendment 2 PL003578 through PL003581.

14     **Q.**   Okay.  Who signed it?

15           Now you already told me that the SVP of

16   programming was the signatory for Dish, and the CEO of

17   the Gulf ATH LDCD.

18     **A.**   No.  It's Gulf DTH LDC.

19     **Q.**   D.

20     **A.**   D.  D as in dog.

21     **Q.**   Okay. TH LDC, the CEO.

22     **A.**   Yes.

23     **Q.**   And we don't know what his name is.  It's

24   just the signature.

25     **A.**   I don't know.

 1          **Q.**    And who signed the amendments for Dish?

 2          **A.**    Dave Shull.

 3          **Q.**    Dave who?

 4          **A.**    Shull, S-H-U-L-L, as VP of programming, and

 5    the signature appears to be the same from the main

 6    agreement.

 7          **Q.**    Okay.  And who signed the first amendment

 8    for-- for Al Yawm?

 9          **A.**    It's the Gulf DTH LDC.

10          **Q.**    The same guy.

11          **A.**    It's the CEO, the same name, but his first

12    name is David.  The second-- last name, I-- I can't make

13    it out.

14          **Q.**    Okay.  Don't guess.  It's Gulf DTH LDC,

15    right?

16          **A.**    Yes.  It's Gulf-- so the-- the full name is

17    Gulf DTH LDC trading as OSN.

18          **Q.**    As-- as what?

19          **A.**    OSN

20          **Q.**    Okay.  And we're talking about one channel

21    here, right?

22          **A.**    Yes.

23          **Q.**    Okay.  And you said there's more.

24                    Who are they?

25          **A.**    Amend-- amend-- what more?

1    **Q.**    Are there other-- any other channels?

2    **A.**    Oh, yes.

3    **Q.**    Who are they?

4         **MR. LAKEL:**  We're going-- we'll stop

5    right there.  We got 5 minutes to go on the

6    tape.

7         What time do we got?  Do you have to use

8    the-- water-- do you want water or anything?

9         This is not an endurance test.

10        **THE VIDEOGRAPHER:**  Counsel, do you want

11   to go ahead and go off the record?

12        **MR. LAKEL:**  Yes.

13        **MR. FRANK:**  Let's take a break.

14        **THE VIDEOGRAPHER:**  This will mark the end

15   of Videotape Number 1.  We're now going off the

16   record at 11:46.

17        (A recess was taken.)

18        **THE VIDEOGRAPHER:**  This is going to mark

19   the beginning of Videotape Number 2.  We are

20   now going back on the record at 11:59.

21   **Q.**    **(BY MR. LAKEL)**  Okay.  You realize you're

22   still under oath, right?

23   **A.**    Yes.

24   **Q.**    Okay.  When you had-- when we finished up,

25   you had gone through a series of-- I had asked you about

1    a series of channels, contracts, that you had, that Dish

2    had had with various companies, and you said there are

3    additional channels besides those five that I asked you

4    about that you have-- that Dish has contracts with; what

5    are they?

6        **A.**    What other contracts?

7             Well, first, Dish have-- Dish had had, Dish

8    also still continues to have those contracts, and then

9    what was your second part of the question?

10       **Q.**    The second part of the question is, are

11   there any other contracts that Dish has today with

12   companies that they claim the right to the channels?

13       **A.**    Which channels?

14       **Q.**    The channels that are in the complaint that

15   STB-- on the STB that was supposedly sold by TCI and

16   PTI.

17       **A.**    There are more channels that are part of

18   that-- of the Dish's lawsuit.

19       **Q.**    Okay.  What are those channels?

20       **A.**    Al Arabiya.

21       **Q.**    Who else?

22       **A.**    Well, actually why don't we go to the

23   complaint to-- to see what the channels are.

24       **Q.**    Well, I'm asking you about the contracts.

25   Do you have a contract for Al-- Al Arabiya?

1      **A.**    So are you asking me--

2      **Q.**    Do you have a contract?  I'm asking you

3    that.  That's what I'm asking you.

4      **A.**    Yes.

5      **Q.**    Okay.  Could I-- could you get the contract

6    please.

7      **A.**    Yes.

8      **Q.**    Okay.  Who signed it for Dish?

9      **A.**    (Perusing documents.)  Tracy West.

10     **Q.**    Who is Tracy West?

11     **A.**    VP of programming.

12     **Q.**    Is that a man or a woman?

13     **A.**    It's a woman.

14     **Q.**    Okay.  Is there a commencement date with

15   that Al Arabiya?

16     **A.**    (Perusing documents.)  April 4, 2008.

17     **Q.**    April 4th, 2008.  How many channels?

18     **A.**    It's just one channel.

19     **Q.**    One channel, okay.  And that's called Al

20   Arabiya, correct?

21     **A.**    Yes.

22     **Q.**    Okay.  Is there an expiration date?

23     **A.**    Yes.

24     **Q.**    Is it available?

25     **A.**    It's redacted.

1    **Q.**    Okay.  Are there any amendments?

2    **A.**    (Perusing documents.)  Yes.

3    **Q.**    How many?

4    **A.**    (Perusing documents.)  There is a total of

5    six; however, the-- there are two amendments that-- that

6    state it's Amendment Number 4 twice.

7    **Q.**    Okay.  Fourth amendment twice; is that an

8    error or is-- did it-- is it a duplicate or what's the

9    story with-- how come there's two fours?

10    **A.**    (Perusing documents.)

11    **Q.**    If you don't know, you don't know.

12    **A.**    I'm just--

13    **Q.**    You can't tell.

14    **A.**    I'm just comparing, and it looks like they

15    are just duplicates.

16    **Q.**    Duplicates.

17    **A.**    It's the same.  It looks like they're the

18    same.

19    **Q.**    Okay.  So there are six amendments.

20    **A.**    Well-- so there are six, 1, 2, 3, 4, 4, and

21    5.

22    **Q.**    Okay.

23    **A.**    But it appears that Amendment 4 is--

24    **Q.**    Is duplicated.

25    **A.**    -- duplicate so--

1          **Q.**   So there's only five amendments, okay.

2          **A.**   If it's duplicate.

3          **Q.**   Okay.  Got it.  And who signed the contract

4     for Al Arabiya?

5          **A.**   For Al Arabiya.

6          **Q.**   Yeah.  Arabiya, excuse me.  Sorry.

7          **A.**   The contract.

8          **Q.**   Yes.

9          **A.**   You're asking for contract.

10         **Q.**   Yes.

11         **A.**   Chief-- chief operating officer.

12         **Q.**   COO of, how do you say it, Arabiya, Arabiya?

13         **A.**   Al Arabiya.

14         **Q.**   Arabiya, excuse me.

15         **A.**   But that's the name of the channel.

16         **Q.**   I know.  And the COO, we can't read his

17    name.

18         **A.**   No.  The name is not readable.

19         **Q.**   Okay.  And what are the PL numbers for that?

20         **A.**   PL002648 through-- through PL002671.

21         **Q.**   And there is five amendments, the fourth

22    being duplicated.  What's the PL for the all five

23    amendments?

24         **A.**   You want combined or separate?

25         **Q.**   Well, give me separate just for the hell of

 1  it.

 2         **A.**    Amendment 1--

 3         **Q.**    Okay.

 4         **A.**    -- PL002672--

 5         **Q.**    Okay.

 6         **A.**    -- through PL002673.

 7         **Q.**    Okay.  Second amendment.

 8         **A.**    You need the-- the date, the stamps?

 9         **Q.**    Well, who signed it, I need that?

10         **A.**    What do you need?

11         **Q.**    Who signed the first amendment for Dish

12  Network?

13         **A.**    Roger Lynch.

14         **Q.**    Okay.  And who signed it for the Al Arabiya?

15         **A.**    So that's the channel name.

16                The company name is different.

17         **Q.**    What's the company name?

18         **A.**    MBC.

19         **Q.**    M?

20         **A.**    MBC--

21         **Q.**    Okay.

22         **A.**    -- FZ, LLC.

23         **Q.**    This is a different company from the other

24  contract that you've described for me with MBC, correct?

25         **A.**    I don't know.  I have to check.

1      **Q.**    Okay.  It was Bates Number 2958 is when the

2   agreement began for MBC.  Was it-- that's different than

3   this one, correct?

4      **A.**    It's the same company name.  It's a

5   different channel name.  So MBC is a channel name.

6           Al Arabiya is a channel name.

7           The company that represents those channels--

8      **Q.**    Is MBC.

9      **A.**    -- both is-- I'm looking just at the

10  agreements, not on the amendments.

11     **Q.**    Right.

12     **A.**    It's MBC FZ, LLC.

13     **Q.**    Right.  Got it.  Okay.

14           And the signatory was from MBC FZ, LLC?

15     **A.**    On the agreement?

16     **Q.**    Yes.

17     **A.**    (Perusing documents.)  Yes.

18     **Q.**    Okay.

19     **A.**    On the Al Arabiya agreement.

20     **Q.**    Right.  So it was signed-- and we-- and his

21  signature is unreadable?

22     **A.**    I can't tell you.

23     **Q.**    Okay.  Good.  Got it.  Okay.  And there's

24  the second amendment is Bates Number?

25     **A.**    So we were talking about the agreement.

1      **Q.**   We're talking about the second amendment for

2  the agreement that was signed by Al Arabiya, Arabiya,

3  Arabiya.

4      **A.**   Hold on.

5      **Q.**   I want to know--

6      **A.**   But I-- I want to avoid the confusion.

7      **Q.**   Okay.

8      **A.**   There's an agreement that we've talked

9  about.

10     **Q.**   Right.

11     **A.**   It was signed by-- for Al Arabiya there is

12 an agreement--

13     **Q.**   Right.

14     **A.**   -- which was signed by this--

15     **Q.**   By Tracy West.

16     **A.**   -- CEO-- I'm sorry.

17     **Q.**   She signed the agreement for Al Arabiya for

18 Dish.

19     **A.**   For Dish.

20     **Q.**   Right.  And it was signed for Al Arabiya by

21 the COO.

22     **A.**   That's right.

23     **Q.**   Who was also-- he's the COO of Al Arabiya,

24 which is the channel, but it was owned by the company,

25 MBC FZ, LLC.

1          **A.**     Yes.

2          **Q.**     Which is a different company from the one

3    that you described previously.

4          **A.**     No.

5          **Q.**     Oh, the same company.   This is a channel.

6          **A.**     Yes.

7          **Q.**     And it's a different contract.

8          **A.**     It's a different contract for a different

9    channel.

10         **Q.**     Got it.

11         **A.**     But it happens that the same company

12   represents both channels.

13         **Q.**     Got it.  I understand.  Okay.  And it's a

14   different signatory, too.

15              And who signed the second amendment of--

16         **A.**     Different signatory of what?

17         **Q.**     The second amendment for the contract for

18   the channel Al Arabiya.

19         **A.**     I'm sorry, you lost me.

20         **Q.**     Whose--

21         **A.**     You're asking me--

22         **Q.**     I'm asking you-- okay, I'll-- I'll start.

23              We have a contract with Al Arabiya.   Tracy

24   West signed the contract for Dish Network.   This-- the

25   COO of Al Arabiya, which we can't read his name, signed

1     the major contract with that-- for that one channel, Al

2     Arabiya.

3               The first amendment was signed by Roger

4     Lynch for Dish Network; is that correct?

5          **A.**     Yes.

6          **Q.**     Okay.  And it was signed for Al Arabiya by

7     whom?

8          **A.**     It was signed for Al Arabiya, the company

9     name is still MBC FZ, LLC.  It was signed by Sam

10    Barnett, B--

11         **Q.**     Who?

12         **A.**     Sam Barnett.

13         **Q.**     Barnett, okay.  Like the Barnett Bank.

14         **A.**     CEO.

15         **Q.**     Okay.  CEO.

16         **A.**     Yes.

17         **Q.**     Okay.  Now we're talking-- now I'm-- I'm

18    asking you about the second amendment.

19               Who signed that for Dish?

20         **A.**     (Perusing documents.)  Roger Lynch.

21         **Q.**     Okay.  And who signed it for the channel, Al

22    Arabiya?

23         **A.**     Sam Barnett, the CEO.

24         **Q.**     Okay.  Now we're talking about--

25         **A.**     However, the company name is different.

1      **Q.**   What's the company name?

2      **A.**   MBC Group Holding Hungary Limited Liability

3   Company.

4      **Q.**   Okay.

5      **A.**   Luxembourg branch.

6      **Q.**   Okay.  MBC Group Holding, Luxembourg.

7      **A.**   No.

8      **Q.**   Okay.  Tell me again.

9      **A.**   MBC Group Holding Hungary Limited Liability

10   Company, Luxembourg branch.

11      **Q.**   Okay.  This is the guy, the COO, who signed

12   it for-- for-- the second amendment who signed for Al

13   Arabiya, Arabiya.

14      **A.**   So--

15      **Q.**   Roger Lynch signed for you-- for Dish.

16      **A.**   Yes.  But there is no COO that signed the

17   amendment.

18      **Q.**   I know.  CEO.

19      **A.**   Yes.

20      **Q.**   Of this new company with this long name that

21   has to do with Luxembourg and all these places overseas.

22           I just want to know the guy's name.

23      **A.**   Sam Barnett.

24      **Q.**   Sam Barnett.  That's what I wanted to know,

25   okay.

 1             Now the third amendment who signed it for

 2   Dish?

 3        **A.**    Chris Kuelling.

 4        **Q.**    Okay.  And who signed the amendment for the

 5   other company?

 6        **A.**    Sam Barnett.

 7        **Q.**    Okay.  What company did he represent in his

 8   third-- in-- in the signature on the third amendment?

 9        **A.**    MBC Group Holding Hungary Limited Liability

10   Company, Luxembourg branch.

11        **Q.**    Okay.  Now the fourth amendment is

12   duplicated we think, correct?

13        **A.**    It appears to be.

14        **Q.**    Okay.  And who signed it for Dish?

15        **A.**    Chris Kuelling.

16        **Q.**    Okay.  And who signed it for Al Arabiya?

17        **A.**    Sam Barnett.

18        **Q.**    Okay.  The same company, the Luxembourg

19   company, the group holding company.

20        **A.**    MBC Group Holding Hungary Limited Liability

21   Company, Luxembourg branch.

22        **Q.**    And then we have a fifth amendment.

23        **A.**    So we have a second fourth amendment.

24        **Q.**    And it's the same.

25        **A.**    It's the same.

1      **Q.**     The same signatures.

2      **A.**     Yes.

3      **Q.**     It seems to be a duplicate.

4      **A.**     It seems to be.

5      **Q.**     Okay.  Then we have a fifth amendment.

6      **A.**     What's your question?

7      **Q.**     Who signed for Dish?

8      **A.**     Roger Lynch.

9      **Q.**     Okay.  And who signed for Al Arabiya?

10     **A.**     Sam Barnett.

11     **Q.**     Okay.  The same guy.  A new company or the--

12     the company that signed for before?

13     **A.**     The company is MBC Group Holding Hungary

14     Limited Liability Company, Luxembourg branch.

15     **Q.**     Okay.  And the Bates Number for the second

16     amendment please.

17     **A.**     PL002674 through PL002679.

18     **Q.**     Okay.  And the third amendment Bates Numbers

19     please.

20     **A.**     PL002680--

21     **Q.**     Okay.

22     **A.**     -- through P-- through PL002682.

23     **Q.**     Okay.  And the fourth amendment.

24     **A.**     For the first fourth amendment it is--

25     **Q.**     First, second and third we have so far.

1          Now I need-- yes, the first fourth, excuse

2    me.  I'm sorry.

3         **A.**    So we have two fourth amendments.

4         **Q.**    Yeah.  I got it.  I'm not going to-- go

5    ahead.

6         **A.**    So the first fourth amendment is PL002683

7    through PL002685.

8         **Q.**    Okay.  And the second fourth.

9         **A.**    The second fourth amendment is PL002683--

10   oh, it's the same.  So it's twice.  PL002685.

11        **Q.**    Okay.

12        **A.**    So it looks from the Bates that it's the

13   same.

14        **Q.**    Yes.  It's the same Bates Numbers.

15             And the fifth amendment.

16        **A.**    PL003562 through PL003564.

17        **Q.**    Okay.  And are there any expiration dates

18   contained in those five amendments, the five different

19   amendments?

20        **A.**    Yes.

21        **Q.**    What are they?

22        **A.**    I'm sorry?

23        **Q.**    What are the dates?

24        **A.**    From which amendment?

25        **Q.**    The first amendment.

1          **A.**     The dates of what?

2          **Q.**     The expiration.

3          **A.**     It's redacted.

4          **Q.**     Okay.  That's what I wanted to know.

5                     And is there an-- is there an expiration

6      date on the second amendment?

7          **A.**     (Perusing documents.)  Yes.

8          **Q.**     What is it?

9          **A.**     It's redacted.

10         **Q.**     Okay.  And the third amendment.

11         **A.**     (Perusing documents.)  Yes.

12         **Q.**     What's the date?

13         **A.**     There is an expiration date.

14         **Q.**     What is the date?

15         **A.**     It's redacted.

16         **Q.**     Okay.  And the fourth amendment, the first

17     fourth, and the second fourth together, are they any

18     different?

19         **A.**     We're still talking about expiration dates.

20         **Q.**     Yes.

21         **A.**     It's there on the fourth-- the first fourth.

22         **Q.**     Is?

23         **A.**     Redacted.

24         **Q.**     Okay.  And the second fourth.

25         **A.**     It's redacted.

1      **Q.**    Okay.  And the fifth amendment expiration

2    date.

3           **A.**    It's there.

4           **Q.**    What is it?

5           **A.**    It's redacted.

6           **Q.**    Oh, okay.  I have gone to the complaint.

7    That was a good suggestion.  Paragraph 12 of your

8    complaint has the list of-- I'll read them.  Al

9    Arabiya-- and you correct me.

10               Al Arabiya, Al Hayah, H-A-Y-A-H, Al Jazeera

11   Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport,

12   Al Yawm, Dream 2, Future TV, Iqraa, I-Q-R-A-A, LBC, LDC,

13   MB-- MBC1, MBC Drama, MBC Kids (aka MBC3), MBC new word,

14   M-A-S-R, M-U-R-R TV (aka MTV Lebanon), New TV (aka Al

15   Jadeed), Noursat, N-O-U-R-S-A-T, O-N-T-V, and O-T-V; are

16   these all channels that there are contracts with Dish?

17          **A.**    Dish has many channels that--

18          **Q.**    Are these--

19          **A.**    -- are under contract.

20          **Q.**    -- among those?

21          **A.**    These are among those.

22          **Q.**    Yes?

23          **A.**    Yes.

24          **Q.**    Thank you.  Okay.  Do you have contracts-- I

25   don't want to go through all these for all of our sakes,

1     okay?

2              So do you have contracts in there for all of

3     these channels that I just read off?

4          **A.**     There are contracts.  There paper-- there's

5     paperwork for-- for the channels.

6          **Q.**     Paperwork means there's contracts.

7          **A.**     Contracts.

8          **Q.**     Right.  And they have signatures on them.

9          **A.**     If you want me to check, I'll have to check.

10         **Q.**     I just want to ask what you know.

11         **A.**     They should have signature.

12         **Q.**     They should, okay.

13         **A.**     But I'll have to check to confirm.

14         **Q.**     I understand that.  I'm just asking what you

15    think.

16             And those channels that I mentioned to you,

17    you heard me, are they are still active today?

18         **A.**     What do you mean?

19         **Q.**     Are you still broad-- are you still offering

20    those channels from Dish today in the United States?

21         **A.**     From what channels?

22         **Q.**     All the ones that I just read to you from

23    Paragraph 12 of your complaint if you want to look at

24    it.

25         **A.**     What was your question?

1          **MR. LAKEL:**  I'll show it to him.

2      **Q.**    **(BY MR. LAKEL)**  I'm asking you are all these

3  channels--

4      **A.**    Uh-huh.

5      **Q.**    -- that I read, are they still being used

6  today by broadcast by Dish?

7      **A.**    Are you asking whether we broadcast those

8  channels today on our platforms?

9      **Q.**    Yes.

10     **A.**    We broadcast not all of them.

11     **Q.**    Not all of them.

12          Which ones don't you?

13     **A.**    We don't broadcast Al Nahar Sport.

14     **Q.**    Hang on a second.  Al Nahar Sport you don't

15  broadcast, right?

16     **A.**    Yes.

17     **Q.**    Okay.  Do you know off the top of your head

18  when you stopped broadcasting that?

19     **A.**    We never broadcasted that.  We have the

20  rights, but we've never broadcasted the channel.

21     **Q.**    Okay.  Any other ones?

22     **A.**    ONTV.

23     **Q.**    ONTV.  Is that broadcast by Dish Network

24  L.L.C. today?

25     **A.**    Not currently.

1      **Q.**    Okay.  Has it been broadcast in the past?

2      **A.**    Yes.

3      **Q.**    Okay.  Not currently, though.

4              When did you stop broadcasting ONTV?

5      **A.**    I-- I need to check the date exactly.

6      **Q.**    Well, could you check please?

7      **A.**    Uh-huh.  Okay.

8      **Q.**    Are you able to check?

9      **A.**    Yes.

10     **Q.**    Okay.  Please do.

11     **A.**    (Perusing documents.)  We stopped

12     broadcasting it on October 1st, 2016.

13     **Q.**    Okay.  And when did it commence

14     broadcasting, if you can tell?

15     **A.**    (Perusing documents.)  I don't-- I don't

16     have the-- the date right now.

17     **Q.**    Okay.

18     **A.**    But the original-- well, the-- the contract

19     that cover-- the contract from-- that we've talked

20     about, the IMD contract--

21     **Q.**    Right.

22     **A.**    -- from October 2nd, 2014 had on-- had ONTV

23     as one of the channels--

24     **Q.**    Right.

25     **A.**    -- listed in it giving us the rights to

 1   broadcast that.

 2              So in-- so based on just this date we've

 3   been broadcasting that channel.

 4       Q.   But you quit on October 1st, 2016.

 5       A.   That's right.

 6       Q.   Okay.  And you began when?

 7       A.   I can't tell you the beginning.

 8       Q.   According to the IMD contract it was listed

 9   there.

10       A.   According to this IMD contract we-- the

11   contract from October 2nd, 2014--

12       Q.   Okay.

13       A.   -- we had-- ONTV was part of the lineup.

14       Q.   Okay.  Got it.

15       A.   So one-- one thing, in the recitals on the

16   main page of the agreement--

17       Q.   With whom?

18       A.   Of IMD.

19       Q.   Okay.

20       A.   We're talking about ONTV.

21       Q.   Okay.

22       A.   Ten, a little ten, says that there was an

23   agreement for-- an international affiliation agreement

24   dated July 29, 2011, and in the parentheses for the

25   distribution of the ONTV service as amended.

1          So it appears, without looking at the

2     other-- without having the other documents, is that it

3     appears from that reading that there was an agreement

4     dated July 29, 2011 for the ONTV service.

5          **Q.**     July 29, 2011 from the IMD contract, right?

6          **A.**     There is a recital, a little ten, in the

7     recital of the-- of the 2014-- October 2nd, 2014 IMD

8     agreement says there was another agreement for-- dated

9     July 29, 2011 that covered the distribution of the ONTV

10    service.

11         **Q.**     Got it.  So basically you're claiming Dish

12    Network had the right to broadcast and did broadcast

13    from July 29th, 2011 through October 1st, 2016.

14         **A.**     October 1st, 2016 is--

15         **Q.**     It stopped.

16         **A.**     -- the date stopped; however, I cannot

17    confirm the date as-- as to what date we actually

18    started broadcast.  I have a date of the agreement.

19         **Q.**     Right.

20         **A.**     But not the date of the actual broadcast--

21         **Q.**     Okay.

22         **A.**     -- of the channel.

23         **Q.**     Okay.  And under that paragraph that I just

24    recited to you from your complaint, which is Paragraph

25    12 of your complaint under Dish's copyrights, those are

1    the channels.

2              Are there any other channels besides the

3    ones that are listed in Paragraph 12 and the ones that

4    we've already talked about?

5        **A.**    The channels that what?

6        **Q.**    That Dish Network L.L.C. claims the right--

7    the copyright to.

8        **A.**    The channels are listed.

9        **Q.**    I-- I'm asking you.  Paragraph 12 in-- in

10   the Dish Network complaint, all those channels that I

11   read to you, you said ONTV is-- used to be but not any

12   more, and Al Nahar Sport never was, even though you had

13   the rights to it, it never was.

14             Other than 12 and the other channels that we

15   talked to, there are no other channels that Dish

16   Network, L.L.C. claims it has the rights-- the

17   copyrights to.

18       **A.**    I'm-- I'm sorry.  I don't understand the

19   question.

20       **Q.**    Okay.  In this complaint in Paragraph 12--

21       **A.**    Yes.

22       **Q.**    -- I just read you the list of channels.

23       **A.**    Yes.

24       **Q.**    Dish Network claims the copyright to those

25   channels, right?

1      **A.**     Yes.

2      **Q.**     Okay.  And-- and there's IMD, Al Jazeera,

3  World Span Media, MBC, and who else, Al Yawm; Dish

4  Network claims copyrights to those, too, right?

5      **A.**     It's not, too.  They're a part of that list.

6      **Q.**     Okay.  And that's my next question.

7               Those Al Yawm, IMD, Al Jazeera, World Span

8  Media, and MBC, what's the difference between those

9  contracts and the channels that were listed on Paragraph

10  12 that I read to you, if any?

11               Are they included?

12      **A.**     We can take them one by one.

13      **Q.**     Okay.  Al Hayah, H-A-Y-A-H.

14      **A.**     Yes.  It's part of IMD.

15      **Q.**     Okay.  It's part of the IMD.

16      **A.**     Contract.

17      **Q.**     Okay.  Okay.  Al Jazeera Arabic News.  Are

18  those-- that's one channel, right?

19      **A.**     Yes.

20      **Q.**     Okay.  What contract is that a part of?

21      **A.**     It's the Peninsula Production Company.

22      **Q.**     Okay.  And is there a contract with those

23  guys, between Dish Network and Peninsula Production?

24      **A.**     Yes.  We've already talked about it.

25      **Q.**     That's what I thought, okay.

```
 1              Now, Al Nahar.

 2        A.    Yes.  It's part of World Span Media

 3   Consulting.

 4        Q.    That's what I wanted to know.  Thank you.

 5              Al Nahar Drama.

 6        A.    It's part of the World Span Media

 7   Consulting.

 8        Q.    Okay.  Thank you.  Drama.

 9              Al Nahar Sport never broadcast, right?

10        A.    We have the rights to it.

11        Q.    Rights to it, but never broadcast.

12        A.    Correct.

13        Q.    Okay.

14        A.    Under World Span Media Consulting.

15        Q.    Okay.  Al Yawm, two words.

16        A.    Yes.

17        Q.    Where was that?

18        A.    A separate channel.

19        Q.    Okay.  Is it still active today?

20        A.    Yes.

21        Q.    When did it commence?

22        A.    The contract commencement date that we have

23   here is August 12, 2011.

24        Q.    Okay.  Dream 2.

25        A.    What's your question?
```

1    **Q.**   Well, is it-- is it part of one of the other

2    contracts or is it a separate channel?

3    **A.**   (Perusing documents.)  There is a separate

4    contract for them, too.

5    **Q.**   It's a separate channel.

6    **A.**   Yes.

7    **Q.**   Okay.  And it's still active today.

8    **A.**   Yes.

9    **Q.**   Commencement date.

10   **A.**   Commencement date of the contract that I

11   have here-- it's-- the commencement date of the contract

12   here for Dream 2 is March 24, 2008.

13   **Q.**   Okay.  Future TV.

14   **A.**   Yes.

15   **Q.**   Is that covered by one of the other

16   contracts or is that a separate channel?

17   **A.**   It's a different channel.

18   **Q.**   Okay.

19   **A.**   Let me check the contracts.  (Perusing

20   documents.)

21   **Q.**   It's still active today.

22   **A.**   We broadcast it today.

23   **Q.**   Okay.  And the commencement date.

24   **A.**   (Perusing documents.)  So this is a little

25   different case.

1      **Q.**    Okay.

2      **A.**    So there-- there-- there was a change of

3   entity who was representing the channel.

4      **Q.**    Okay.

5      **A.**    So the first entity that-- that is-- that

6   the first-- well, the contract or that we have for

7   Future TV is with Future Television Company,

8   Incorporated under the laws of Lebanon.

9      **Q.**    Okay.  And the commencement date.

10         It's still active today.  You've testified

11  to that.  You're still broadcasting it today, Dish

12  Network is.

13     **A.**    Yes.

14     **Q.**    Right?  And what the commence-- the

15  commencement date, even though an entity, a separate

16  entity, has come in, it's the same channel, right?

17     **A.**    Yes.

18     **Q.**    Okay.  What's the commencement date that it

19  began?

20     **A.**    Well, the commencement date of the

21  agreement--

22     **Q.**    Right.

23     **A.**    -- is-- of the agreement between Dish

24  Network and Future Television, a company incorporated

25  under the laws of Lebanon, is January 1st, 2012.

1      **Q.**    Okay.  Iqraa, I-Q-R-A-A.

2      **A.**    Yes.

3      **Q.**    Okay.  Is that covered by any of the other

4   contracts that we talked about?

5      **A.**    Yes.

6      **Q.**    Which one?

7      **A.**    It's the IMD agreement.

8      **Q.**    The I--

9      **A.**    The IMD agreement.

10     **Q.**    Okay.  Thank you.  LBC.

11     **A.**    B as a-- B or D?

12     **Q.**    LB as in boy, C as in salon.

13            Is that a separate or is that covered by

14   another contract or--

15     **A.**    LB-- LBC like cat.

16     **Q.**    Yes, LBC like cat, right.

17     **A.**    What was your question?

18     **Q.**    Is it a separate channel or is it covered by

19   another contract that we've discussed already?

20     **A.**    It's covered by IMD.

21     **Q.**    Okay.  MBC as in cat 1.

22     **A.**    Yes.  What's the question.

23     **Q.**    Yes.  Is it covered by another contract or

24   is it a separate channel?

25     **A.**    It's a separate channel covered by a