1   separate agreement.

2        **Q.**    Okay.  And is it still active today?

3        **A.**    Yes.

4        **Q.**    Okay.  And what was the-- what was the

5   commencement date?

6        **A.**    (Perusing documents.)  The commencement date

7   of the MBC agreement is--

8        **Q.**    MBC1.

9        **A.**    MBC.

10        **Q.**    There's-- there was an MBC Drama and MBC

11   Kids and MBC Masr, too.  Are they all covered by this

12   agreement or no?

13        **A.**    No.

14        **Q.**    Okay.  That's fine.  I just wanted to know.

15              So it's still active today, the MBC1, and

16   the commencement date is?

17        **A.**    The commencement date of the agreement for

18   MBC is March 12th, 2008.

19        **Q.**    Okay.  MBC Drama, is it a separate channel

20   or is it covered by another agreement?

21        **A.**    It's a separate channel.

22        **Q.**    Okay.

23        **A.**    And it's covered by a separate agreement.

24        **Q.**    Okay.  Is it still active today?

25        **A.**    Yes.

1          **Q.**     Okay.  When was the commencement date?

2          **A.**     The commencement date of the MBC Drama

3     agreement.  It's May 3rd, 2012.

4          **Q.**     Okay.  May.

5          **A.**     3rd.

6          **Q.**     2012, okay.  MBC Kids.

7          **A.**     Yes.

8          **Q.**     Is it a separate channel?

9          **A.**     It's a channel.

10         **Q.**     Is it separate from the agreement that we've

11    discussed previously?

12         **A.**     It's covered by the same agreement that

13    covers MBC Drama.

14         **Q.**     Okay.  And it's still active today, right?

15         **A.**     Yes.

16         **Q.**     Okay.  MBC M-A-S-R, is that a separate

17    channel or is it covered by another agreement?

18         **A.**     (Perusing documents.)  It's a separate

19    channel.

20         **Q.**     Okay.

21         **A.**     I'm trying to look at the agreement.

22         **Q.**     Okay.  And it's still active today, right?

23    Yes?

24         **A.**     We carry it today, yes.

25                 One second.  (Perusing documents.)

 1            What's your question?

 2       **Q.**    I want to know the commencement date of MBC

 3  M-A-S-R.

 4       **A.**    So the-- the agreement effective date,

 5  commencement date of the agreement, for MBC Masr is

 6  April 26, 2013.

 7       **Q.**    Okay.

 8       **A.**    And then I have the broadcast date of the

 9  channel.

10       **Q.**    It's still active.

11       **A.**    When we-- when we started to launch the

12  channel.

13       **Q.**    Okay.

14       **A.**    When we actually launched the channel,

15  launch date is May 29, 2013.

16       **Q.**    All right.  Murr, M-U-R-R, TV.

17       **A.**    Yes.

18       **Q.**    Is that a separate channel or is that

19  covered by another agreement?

20       **A.**    It's covered by the IMD agreement.

21       **Q.**    Okay.  The New TV.

22       **A.**    Yes.

23       **Q.**    Is that covered by another agreement?

24       **A.**    It's-- it's covered by the IMD agreement.

25       **Q.**    Okay.  Noursat, N-O-U-R-S-A-T.

1      **A.**    Yes.

2      **Q.**    Is that a separate channel or is that

3   covered by another agreement?

4      **A.**    It's covered by IMD.

5      **Q.**    Okay.  O-N, ONTV, you've already discussed

6   that's terminated, right?

7      **A.**    Yes.  We ceased distribution of the channel.

8      **Q.**    Okay.  And OTV.

9      **A.**    Yes.

10     **Q.**    Is that a separate or is that covered by

11  another agreement?

12     **A.**    It's covered by IMD.

13     **Q.**    Okay.  Was ONTV originally covered by IMD?

14     **A.**    Yes.

15     **Q.**    Okay.  Do you--

16     **A.**    I'm looking at the 2014 agreement for IMD,

17  and there was another agreement, as I mentioned, which--

18  which we'd have to confirm the parties.

19     **Q.**    Does Dish Network still have the rights to

20  ONTV?

21     **A.**    Currently?

22     **Q.**    Yes.

23     **A.**    We ceased distribution, no.

24     **Q.**    Okay.  Okay.  OTV you already talked to me

25  about.  That's it.  That's all of them.  We've gone

1    through all of them.

2              Are there any other channels besides those

3    that I've mentioned to you that Dish Network believes

4    that TCI or PTI broadcast?

5        **A.**    I don't know how many channels TCI/PTI

6    broadcasts, but those are the channels that-- that we

7    filed the lawsuit for in copyrighting infringement.

8        **Q.**    Okay.  So there's no other channels except

9    for those ones.

10       **A.**    I said, I don't know.

11       **Q.**    Okay.  As far as you know.  Is that a yes?

12       **A.**    That's yes.

13       **Q.**    Okay.  Thank you.  Finally.  I'm going to

14   mark this--

15              **MR. FRANK:**  Go ahead.

16              **MR. LAKEL:**  That's for you.  I'm going to

17         give this to the court reporter and have her

18         mark it as Exhibit 1.

19              **MR. FRANK:**  I got you.

20              **MR. LAKEL:**  And give it to the Deponent.

21              **COURT REPORTER:**  Defendant's 1?

22              **MR. LAKEL:**  Yes.

23              (Defendant's Exhibit No. 1 was marked.)

24       **Q.**    **(BY MR. LAKEL)**  Do you recognize Invoice

25   Number 200599?

1        **A.**     I-- I've seen it when reviewing documents.

2        **Q.**     Okay.  Who is the invoice to?

3        **A.**     I mean, you got to be more specific.

4        **Q.**     What person is named as the customer in this

5   case?

6        **A.**     Kevin McMonnies.

7        **Q.**     Okay.  Who is he?

8        **A.**     I previously said that we-- Dish believes

9   that he was an employee of Nagrastar.

10        **Q.**     Okay.  What is this invoice for?

11        **A.**     The product described on the invoice, it

12   says, one-year extension.

13        **Q.**     Okay.  What is the date of the invoice?

14        **A.**     I don't see a date of the invoice.

15        **Q.**     Under, order.  If you look at the top, it

16   says, order, status, date.  Is there a date on this

17   invoice?

18        **A.**     Yes.  But it appears to be an order date.

19        **Q.**     Okay.  That's what I asked you.

20              And the date that's there is an order date

21   you think.

22        **A.**     I don't know, but it's under order number

23   so...

24        **Q.**     And it's to Mr. McMonnies, right, customer?

25        **A.**     Yes.

1    **Q.**    Okay.  Was Mr. McMonnies working for Dish at

2    the time he bought this service agreement?

3    **A.**    No.  I already said that we believe that he

4    was an employee of Nagrastar.

5    **Q.**    Okay.  You believe.  So you've heard of

6    Mr. McMonnies before then.

7    **A.**    What do you mean "heard of"?

8    **Q.**    You've heard of.  You've heard that name

9    before today.

10    **A.**    When reviewing documents I've-- I've looked

11    at this invoice--

12    **Q.**    Okay.

13    **A.**    -- and, yes.

14    **Q.**    When you reviewed the documents was that the

15    first time you heard of Kevin McMonnies?

16    **A.**    Yes.

17    **Q.**    Okay.  There's an e-mail on this here.  Page

18    2 of Exhibit No. 1.  It starts with the small letter r;

19    do you see that?

20    **A.**    No.

21    **Q.**    On Page 2 it goes from Keith Moon, which is

22    pretty ironic.  That's the old drummer for The Who; do

23    you guys know that?

24          And it's to--

25    **A.**    I see that.

 1      **Q.**    Okay.  Do you recognize that e-mail address?

 2      **A.**    To?

 3      **Q.**    Yes.  Rm7glSRkunAha7wC@oscid.net, o-s-c-i-d

 4    net; do you recognize that e-mail?

 5      **A.**    No.

 6      **Q.**    Okay.  Do you recognize the @oscid.net?

 7      **A.**    No.

 8      **Q.**    Okay.  Do you have any idea why

 9    Mr. McMonnies or Mr. Moon would send an e-mail to that

10    address?

11      **A.**    Nope.

12      **Q.**    Okay.  It says the e-mail from UlaiTV to

13    Mr. McMonnies, it says, subject; do you see that on Page

14    2 of the exhibit?

15      **A.**    To who?

16      **Q.**    From UlaiTV to, then it goes, from UlaiTV,

17    subject, then it says, to.

18      **A.**    Yes.

19      **Q.**    Okay.

20      **A.**    I see that.

21      **Q.**    What does-- I got that.  It says, order has

22    been placed successfully; does that meaning anything to

23    you or no?

24      **A.**    You know, logically when reading this, that

25    some--

1      **Q.**    Okay.

2      **A.**    Someone placed an order and the order has

3   been sent-- placed successfully.

4      **Q.**    Okay.  So logically it means?

5      **A.**    That the order has been placed.

6            **MR. LAKEL:**  Okay.  Here's Exhibit 2.

7            What time do you got?

8            **MR. FRANK:**  Three minutes to 1:00.

9            **MR. LAKEL:**  Okay.  How much more time is

10          on the video?

11           **THE VIDEOGRAPHER:**  About an hour.

12           **MR. LAKEL:**  Do you want to take a break

13          now?

14           **DEPONENT:**  I'm okay.

15           **MR. LAKEL:**  Are you good?

16           **MR. FRANK:**  Why don't we take a break.

17          It's going to be 2:00 o'clock--

18           **MR. LAKEL:**  Why don't we take a break.

19           **MR. FRANK:**  -- otherwise.

20           **MR. LAKEL:**  Yes.  Then it will be later,

21          that's what I figure.

22           **THE VIDEOGRAPHER:**  We're going to go off

23          the record at 12:59.

24           (A luncheon recess was taken.)

25           **THE VIDEOGRAPHER:**  We are now going back

1      on the record at 1:57.

2          **Q.     (BY MR. LAKEL)** First of all, you know

3      you're still under oath, right?

4          **A.**    Yes.

5              **MR. LAKEL:**  My name is Francis Lakel,

6          and I'm making a reference to Docket No. 96,

7          which is an order on the protective order that

8          counsel is assisting me today, Derrick Clarke,

9          has reviewed the order and we'll be bound by

10         it, okay?  There we go.

11             Now Exhibit-- you have 1.

12             **COURT REPORTER:**  I have 1 but I don't

13         have 2.

14             **MR. LAKEL:**  Do you have 2 over there?

15         No.

16             **COURT REPORTER:**  He has two of them.

17             **MR. FRANK:**  I've got two 2s.

18             **MR. LAKEL:**  You got two 2s.  One to go--

19         mark Exhibit 2 please for the Defendants and

20         hand it to the Deponent.

21             (Defendant's Exhibit No. 2 was marked.)

22         **Q.     (BY MR. LAKEL)** Would you ID that, if you

23     can?

24         **A.**    I'm sorry, what would you like me to do?

25         **Q.**    Would you identify that if you're able to?

1    What is it?

2          **A.**    It's an e-mail exchange.

3          **Q.**    Okay.  Did you ever see it before?

4          **A.**    (Perusing document.)  I don't recall seeing

5    that.

6          **Q.**    Okay.  Do you know the-- it's-- it's sent

7    from Keith Moon-- kmoon5742@gmail.com to an e-mail

8    address that's rm7; did you ever see that-- and it's

9    longer than that.  It's a much longer e-mail.

10          Do you recognize the e-mail address?

11          **A.**    No.

12          **Q.**    Okay.  Who sent that e-mail to the address

13    rm7; can you tell from reading it?

14          **A.**    From the line labeled, from, it says Keith

15    Moon.

16          **Q.**    To?

17          **A.**    You asked me who sent the e-mail.

18          **Q.**    And who received it?

19          **A.**    To rm7glSRkunAha7wC@oscid.net.

20          **Q.**    Okay.  Is that you?

21          **A.**    No.

22          **Q.**    No.  Do you have any knowledge if that's

23    Dish Network L.L.C.?

24          **A.**    Nope.

25          **Q.**    No, it's not or no, you don't know?

1          **A.**     I don't know.

2          **Q.**     Okay.  Thank you.

3                 Exhibit 3.

4                 (Defendant's Exhibit No. 3 was marked.)

5          **Q.**     **(BY MR. LAKEL)**  Do you recognize Exhibit 3?

6          **A.**     What do you mean by recognizing it?

7          **Q.**     Have you ever seen it before?

8          **A.**     I'm not sure.  I would have to compare to

9     the documents I've reviewed.

10         **Q.**     Okay.  From looking at it now are they

11    photographs of something?

12         **A.**     Well, they're photographs and text.

13         **Q.**     Okay.  And where did it come from; do you

14    know?  Can you tell?

15         **A.**     There's a URL on the bottom.  It's

16    http://www/ulaitv.com/, and I can't read that.

17    Something.  It's-- it continues.

18         **Q.**     So it appears to be from online?

19         **A.**     It appears to-- that it's a printout from a

20    website.

21         **Q.**     Okay.  That's what I wanted to know.

22                Were these items purchased by Dish Network

23    L.L.C. from any of the Defendants?

24         **A.**     Dish did not purchase any items from that

25    website.

1      **Q.**    Okay.  According to this e-mail and these

2  photographs were any of the Defendants a seller of this

3  receiver?

4      **A.**    What e-mails?

5      **Q.**    The ones that you're-- Exhibit 3 you're

6  holding in your hand.

7      **A.**    That-- this is not e-mail.

8      **Q.**    Oh, okay.  It's from a website, right?

9             Excuse me.  Photographs from a website.

10  It's from the internet, right?

11      **A.**    Appears to be.

12      **Q.**    Okay.  Which Defendant, if any, broadcasted

13  this on the web?

14      **A.**    I-- I don't understand your question.

15      **Q.**    You don't under--

16      **A.**    I don't understand your question.

17      **Q.**    Okay.  Who-- this is a website.  Who

18  brought-- who-- whose website is it?  Can you tell from

19  looking at it?

20      **A.**    Well, it says UlaiTV.

21      **Q.**    Okay.

22      **A.**    So presumably it's UlaiTV website.

23      **Q.**    Okay.  Is that-- is UlaiTV named in the

24  complaint?

25      **A.**    Well, it's-- it's the website that's

1    operated by PTI/TCI--

2         **Q.**    Okay.

3         **A.**    -- and Mr. Fraifer.

4         **Q.**    Okay.  What about AhlaiTV?  Is there any

5    relationship between UlaiTV and AhlaiTV?

6         **A.**    That's another website that, from reviewing

7    documents, it's operated by-- you know, by the-- by the

8    Defendants.

9         **Q.**    Okay.  "Defendants" being TCI and PTI.

10        **A.**    And Mr. Fraifer.

11        **Q.**    Okay.  Does Mr. Fraifer-- you believe

12   Mr. Fraifer operates this website.

13        **A.**    I believe he does.

14        **Q.**    Okay.  And on what do you base that belief?

15        **A.**    I've reviewed a bunch of records that

16   identify the-- Mr. Fraifer, and we can go back to those

17   records that it's-- that the website is operated by--

18   by-- by the Defendants.

19        **Q.**    The Defendants TCI and PTI and Fraifer.

20        **A.**    I will have to check exactly who is named on

21   those websites, but it's one of those, if not all.

22        **Q.**    Okay.  So the name on the website will

23   determine who owns the website and who broadcasts the

24   website, correct?

25        **A.**    No.  The records that you can go and check

1    who operates and owns the website.

2         **Q.**    Okay.  And it's your testimony that

3    Mr. Fraifer owns and operates the website.

4         **A.**    I've reviewed the records and we can go back

5    to the records that-- that state that the Defendants,

6    and I will have to go back and check exactly which one,

7    is operating--

8         **Q.**    When you say "Defendants"--

9         **A.**    Is owning-- is-- is operating/owning the

10   website.

11        **Q.**    Okay.  So the Defendants include Fraifer to

12   you.

13        **A.**    Well, there are three Defendants in this.

14        **Q.**    Well, that's right.

15        **A.**    Well, they're-- there are three parties to

16   this lawsuit, right?  There is Mr. Fraifer, PTI, and

17   TCI, which PTI and TCI are-- are Mr. Fraifer's

18   companies.

19        **Q.**    They're companies owned by Mr. Fraifer.

20        **A.**    That's right.

21        **Q.**    And he's the president of those companies.

22        **A.**    I would have to find whether he's a

23   president-- I-- I believe he's a president from the

24   records, but I would have to confirm with the records.

25        **Q.**    Okay.  And so his companies run these

1  websites or he runs these websites?

2           **MR. FRANK:**  Objection.

3           Asked and answered.

4           **MR. LAKEL:**  I'm asking again.

5      **A.**   Well, as I said, let's go back to the

6  records and see.

7      **Q.**   Okay.  Let's do that.  Go ahead.

8           What records are you relying on?

9      **A.**   (Perusing documents.)  I'm relying on who is

10  for the UlaiTV.com website.

11     **Q.**   And what's it say?

12     **A.**   One of them says that Mr. Gaby Fraifer is

13  the registrant-- registered name and the registered

14  organization is Planet Telecom, Inc.

15     **Q.**   And what's the Bates Number of that?

16     **A.**   PL002248 and PL002249.

17     **Q.**   And 2248 and 2249.

18     **A.**   Yes.

19     **Q.**   Okay.  Exhibit 4.

20           (Defendant's Exhibit No. 4 was marked.)

21     **Q.**   **(BY MR. LAKEL)**  Okay.  What is Exhibit 4?

22     **A.**   (Perusing document.)  It's a screen shot

23  from the website.

24     **Q.**   And what does it say on it?

25           What is the-- what is the subject matter of

1    this screen shot?

2         **A.**    Which one?

3         **Q.**    The one you're looking at, Exhibit 4.

4         **A.**    Well, I have two different ones.

5         **Q.**    There's one, two, three.  That's right.

6    There are two different ones.

7              One of them is called a checkout, and the

8    other one is called the order, correct?

9         **A.**    And the second one is called order info.

10        **Q.**    And the first one is called?

11        **A.**    Checkout.

12        **Q.**    Okay.  So the first two pages, is that a

13   checkout contract with Mr. McMonnies?

14             **MR. FRANK:**  Objection.

15             It calls for a legal conclusion.

16        **Q.**    **(BY MR. LAKEL)**   Is that a document that has

17   Kevin McMonnies' name on it?

18        **A.**    Mr. Kevin McMonnies is listed under contract

19   and under address.

20        **Q.**    Okay.  So Mr. McMonnies' name and-- and

21   address is on the checkout, right?

22        **A.**    Yes.

23        **Q.**    Okay.  And on the order, what name is on

24   there, if any?

25        **A.**    (Perusing document.)  Under contact

1   information and under billing and shipping address is

2   Mr. Kevin McMonnies.

3        **Q.**    Okay.  Now Page 2, the second page of

4   Exhibit No. 4, at the very top is there a box there?

5        **A.**    What box?

6        **Q.**    At the very top of Page 2, Plaintiff's Bates

7   Number 001162.

8        **A.**    I don't see anything here.

9        **Q.**    Well, let me-- what's this up here?

10       **A.**    Oh, it's a checked box.

11       **Q.**    Ah, it's a checked box.

12              Is it checked?

13       **A.**    Yes.

14       **Q.**    Okay.  And what's it say after the checked

15   box?  It says, checked.

16       **A.**    You want me to read it?

17       **Q.**    Yes please.

18       **A.**    By checking this checkbox, you accept the

19   terms and conditions.

20       **Q.**    Okay.  And that's Page 2 of Exhibit 4.

21       **A.**    Page 2 of what Exhibit 4?

22       **Q.**    Well, you're holding Exhibit 4.

23              Is that the second page?

24       **A.**    Yes.

25       **Q.**    Okay.  And on the first page it identifies

1   Mr. McMonnies, right?

2        **A.**    Yes.

3        **Q.**    Okay.  And on the third page it's an order

4   to Mr. McMonnies; is that correct?

5        **A.**    Yes.

6        **Q.**    Okay.  So it appears-- does it appear to you

7   from this Exhibit No. 4 that Mr. McMonnies ordered

8   something and it was shipped to him?

9        **A.**    It appears that Mr. McMonnies ordered

10  something, but I-- I cannot depict from this whether it

11  was shipped or not.

12       **Q.**    Okay.  And in the cart item, what is

13  described?

14       **A.**    Which cart item?

15       **Q.**    On Page 1 of Exhibit 4 there's-- after

16  contact information where it has Mr. McMonnies' name, it

17  has cart items.  What's listed there?

18       **A.**    Are you talking about first order, second--

19  I mean, I don't know what--

20       **Q.**    I'm talking about page--

21       **A.**    Can you--

22       **Q.**    Exhibit No. 4.

23       **A.**    Yes.

24            **MR. FRANK:**  Could you refer to the Bates

25            Number, Mr. Lakel?

1     **Q.     (BY MR. LAKEL)**  Page Number 1-- Bates Number

2   001161.

3        **A.**     Okay.  What was your question?

4        **Q.**     What is identified in the cart item?

5        **A.**     UlaiTV media player with one year

6   maintenance service.

7        **Q.**     Okay.  Is there a price there?

8        **A.**     Yes.

9        **Q.**     What's the price?

10       **A.**     $219.99.

11       **Q.**     Okay.

12       **A.**     But there are two prices.  It says, shipping

13   also.

14       **Q.**     What's the shipping price?

15       **A.**     $10.01.

16       **Q.**     And the total cost.

17       **A.**     $230.

18       **Q.**     Okay.  Is there any-- any indication if it

19   was paid?

20              Look at No. 4 on Bates Page Number 001161.

21       **A.**     I mean, I don't-- I-- I can't tell by this.

22       **Q.**     Okay.  That's good enough.

23              Exhibit No. 5.

24              **MR. LAKEL:**  Do you got another 5 over

25          there?

1          **MR. FRANK:**  Yes.  There's two here.

2          **MR. LAKEL:**  Well, that's it.  That's all

3     I got.

4          **COURT REPORTER:**  Here.

5          **MR. FRANK:**  No, there's two of them.

6     Okay.

7          (Defendant's Exhibit No. 5 was marked.)

8          **MR. LAKEL:**  Is it all good?

9          **COURT REPORTER:**  Yes.

10         **MR. LAKEL:**  Okay.

11    **Q.**    **(BY MR. LAKEL)**  What is Exhibit No. 5?

12    **A.**    It's an invoice.

13    **Q.**    Who is it to?

14    **A.**    Kevin McMonnies.

15    **Q.**    And who was it shipped to?

16    **A.**    Kevin McMonnies.

17    **Q.**    Okay.  And the total paid.

18    **A.**    $230.

19    **Q.**    Okay.  Exhibit 6.

20         (Defendant's Exhibit No. 6 was marked.)

21         **MR. LAKEL:**  Do you have a 6 over there?

22         **MR. FRANK:**  I just handed you two.

23         **MR. LAKEL:**  You just handed me two.

24         **COURT REPORTER:**  Okay.

25         **MR. FRANK:**  Maybe I should sit next to you.

1      **Q.**     **(BY MR. LAKEL)**   On Exhibit No. 5 who sent

2    that invoice to Mr. McMonnies?

3      **A.**     I think it's Exhibit No. 6 we're looking at.

4      **Q.**     No.  I'm giving it back.  I'm taking you

5    back in time a little bit here.  I turned the page.

6      **A.**     What-- what do you want to know?

7      **Q.**     On Exhibit No. 5, I've asked you to look at

8    that again please.

9      **A.**     Okay.

10     **Q.**     Who sent that invoice to Mr. McMonnies?

11     **A.**     It came from Tele-Center, Inc./Planeti--

12   PlanetiTV.   PlanetTV-- PlanetiTV.

13     **Q.**     Planet.

14     **A.**     Plan-- P-L-- P-L-A-N-E-T-I-T-V.

15     **Q.**     Okay.  Thank you.  What was the date of that

16   invoice?

17     **A.**     July 10th, 2015.

18     **Q.**     Okay.  That's it.  That's all I wanted to

19   know from No. 5.

20            Now we'll go to Exhibit No. 6.  Do you

21   recognize this e-mail?

22     **A.**     I've seen this e-mail when I was preparing,

23   while I was reviewing documents.

24     **Q.**     While you were reviewing.

25            Did you see it before then?

1      **A.**    No.

2      **Q.**    Okay.  What is the date of this e-mail?

3      **A.**    February 9th, 2017.

4      **Q.**    And it's from whom and to whom?

5      **A.**    It's to Sarah Weller, but I mean, it's

6   really blurry.

7      **Q.**    Okay.  Is it from AhlaiTV?

8      **A.**    I mean, I-- unless you can give me a

9   better-- well, I think I--

10              **MR. FRANK:**  You don't have to guess.

11     **Q.**    **(BY MR. LAKEL)**  If you don't-- don't guess.

12     **A.**    Yes.  No.

13     **Q.**    I don't want you to guess it.

14     **A.**    I can't--

15     **Q.**    If you can't read it--

16     **A.**    From this--

17     **Q.**    -- that's fair.  That's fine.

18     **A.**    -- document from where.

19     **Q.**    Okay.  What's the amount?

20     **A.**    The amount of what?

21     **Q.**    Is there-- is there a sum of money that's

22   mentioned in this e-mail?

23     **A.**    It says payment amount, $100.

24     **Q.**    Okay.  And what's it for?  What's that $100

25   for according to this e-mail?

1      **A.**    For an order.

2      **Q.**    Of what?

3      **A.**    Your subscription, one-year maintenance

4    support.  I'm sorry.  One year support/maintenance-USA

5    bundle only.

6      **Q.**    Okay.  Was this e-mail ever given to Dish

7    Network L.L.C. to your knowledge?

8      **A.**    I don't know.

9      **Q.**    Okay.  But you said you reviewed it in

10   documents, right?

11     **A.**    Yes.

12     **Q.**    Where did-- how did you see it in documents?

13           Where did it come from?

14     **A.**    It-- it came from our attorney.

15     **Q.**    Your--

16     **A.**    It came from our-- my-- my--

17     **Q.**    The Dish Network L.L.C.'s attorney.

18     **A.**    It came from the attorney who prepared me

19   for this deposition.

20     **Q.**    Okay.  That's what I wanted to know.

21           What does USA bundle only mean to you, if

22   anything?

23     **A.**    I can't speculate that.

24     **Q.**    Okay.  That's it for Exhibit 6.

25           (Defendant's Exhibit No. 7 was marked.)

1       **Q.**    **(BY MR. LAKEL)**   What is Exhibit No. 7?

2       **A.**    It looks like a printout from a website.

3       **Q.**    And what does it say?

4       **A.**    What-- what does it say?

5       **Q.**    Well, who is it from first?

6       **A.**    Well, the-- the website is ahlatv.com.

7       **Q.**    A-H-L-A-I-T-V, correct?

8       **A.**    No.  It's a-h-l-a-t-v-.-com.

9       **Q.**    Okay.  And where did you see that?

10      **A.**    On the bottom of the page.

11      **Q.**    That's what I thought.

12               Now, at the top of the page what does it

13   say?

14      **A.**    Thank you for signing up.

15      **Q.**    Okay.  What's the first-- does it-- what's

16   the first language under-- at the very, very top of the

17   page?

18      **A.**    The very top of the page, there are three

19   bars on the left.

20      **Q.**    All right.  And in the middle of the page.

21      **A.**    It says AhlaiTV--

22      **Q.**    Okay.

23      **A.**    -- and some additional Arabic.

24      **Q.**    And then there's a line, correct?

25      **A.**    There is a line that--

1      **Q.**    Okay.

2      **A.**    -- that separates that from the next part of

3   the description.

4      **Q.**    And the next part, what is there in bold

5   print?

6      **A.**    AhlaiTV.

7      **Q.**    Okay.  And then there's language beneath

8   AhlaiTV; is there not?

9      **A.**    Yes.

10     **Q.**    What does it say?

11     **A.**    Which one?

12     **Q.**    The language directly beneath AhlaiTV.

13     **A.**    Your payment has been successfully

14   processed.  Order reference CJ--

15     **Q.**    Don't worry about that.

16            Date and time of payment is?

17     **A.**    February 9th, 2017, 4:59 p.m.

18     **Q.**    Can you tell from this e-mail who it's sent

19   to?

20            **MR. FRANK:**  Objection.

21            Mischaracterizes the document.

22            **MR. LAKEL:**  Well, I asked her if she

23       considers it--

24            **MR. FRANK:**  It's not an e-mail.

25            **MR. LAKEL:**  Oh, okay.

1      **Q.**    **(BY MR. LAKEL)**  Can you tell from this

2  document who-- who it-- who they're talking when it

3  says, your?  Who are your payment?

4      **A.**    From the document I cannot say.

5      **Q.**    Okay.  That's what I thought.

6           Is this-- does this document limit it to a

7  USA bundle only?

8      **A.**    Is what limited?

9      **Q.**    Does it say-- does it say under,

10  subscription/product title; what does it say beneath,

11  subscription/product title?

12     **A.**    One year support/maintenance - USA bundle

13  only.

14     **Q.**    Okay.  What does USA bundle only mean to

15  you?

16     **A.**    As I said before, I can't speculate.

17     **Q.**    Okay.

18     **A.**    I didn't write that.

19     **Q.**    Is "only" in all capital letters or is it in

20  small letters?

21     **A.**    All capital letters.

22     **Q.**    Okay.  At the bottom of the-- of the

23  document it says, description, and then once again it

24  says what?

25     **A.**    One year support/maintenance - USA bundle

1    only.

2         **Q.**    Okay.  "Only" is in all capitals, correct?

3         **A.**    Yes.

4         **Q.**    Okay.  And then beneath that is there

5    something else written?

6         **A.**    Yes.

7         **Q.**    Is it written in small letters or capital

8    letters?

9         **A.**    Capital letters.

10        **Q.**    And what does it say?

11        **A.**    Customers must have set-top box purchased -

12   some channels might not be accessible under this plan.

13        **Q.**    Okay.  Some channels might not be accessible

14   under this plan; what does that mean to you?

15        **A.**    That some channels are not covered by this

16   plan.

17        **Q.**    Okay.  Thank you.  Exhibit No. 8.

18             (Defendant's Exhibit No. 8 was marked.)

19        **Q.**    **(BY MR. LAKEL)**  Are you looking at-- at

20   Exhibit No. 8?

21        **A.**    Yes.

22        **Q.**    Okay.  It's from whom to whom?

23        **A.**    At the top it says from PayPal, to Sarah

24   Weller.

25        **Q.**    Okay.  Is there another name on this

1    document, on this e-mail?

2         **A.**    (Perusing document.)   There are two names on

3    this e-mail.

4         **Q.**    Okay.  And what is--

5         **A.**    In addition there's Joseph H. Boyle.

6         **Q.**    Okay.

7         **A.**    And then on the next page is Tele-Center,

8    Inc.

9         **Q.**    Okay.  Is Tele-Center, Inc. a person?

10        **A.**    It's a company.

11        **Q.**    Okay.  Is Joseph H. Boyle a person?

12        **A.**    Yes.

13        **Q.**    Do you recognize that name?

14        **A.**    Yes.

15        **Q.**    Who is it?

16        **A.**    He's an attorney.

17        **Q.**    Okay.  Is that the Boyle of Hagan Noll &

18   Boyle?

19        **A.**    Yes.

20        **Q.**    Okay.  Why did Mr. Boyle make this PayPal

21   payment for Ms. Weller?

22        **A.**    You have to ask him.  I don't know.

23        **Q.**    You don't know.

24        **A.**    No.

25        **Q.**    Okay.  That's fair.

1           What's the date of the purchase?

2      **A.**   February 9th, 2017.

3      **Q.**   February 9th, 2017, is that what I-- what

4  you said?

5      **A.**   Yeah.  That's what it says here.

6      **Q.**   Okay.  Is there other language on there

7  about USA?  On the Page 1, Bates Number 1144.

8      **A.**   Under details there is one year

9  support/maintenance - USA bundle only.

10     **Q.**   USA bundle only, okay.

11          I'll-- I'll ask you again, is there any--

12  does that have any meaning to you, USA bundle only?

13     **A.**   I don't know.

14          **MR. FRANK:**  Objection.

15          Asked and answered.

16          **MR. LAKEL:**  Well, it's a new exhibit.

17     **A.**   No.  As I stated, I didn't write it.

18     **Q.**   Okay.

19     **A.**   So I'm not going to speculate.

20     **Q.**   Exhibit 9.  That's fair.

21          (Defendant's Exhibit No. 9 was marked.)

22     **Q.**   **(BY MR. LAKEL)**  What is Exhibit 9?

23     **A.**   What it is?

24     **Q.**   Yeah.  What is it?

25     **A.**   It appears to be screen shot from a website.

1          **Q.**     Okay.  And whose website is it?

2                 What is the website?

3          **A.**     Planetitv.com.au.

4          **Q.**     Okay.  Is it the same website that you

5     looked at before?

6          **A.**     No.

7          **Q.**     Okay.

8          **A.**     Well, the first page is not.

9                 The second page it appears to be the same

10    website that I looked before.

11         **Q.**     Okay.  And that is what?

12         **A.**     I'm sorry?

13         **Q.**     What's the other website you looked at

14    before?

15         **A.**     Ahlatv.com.

16         **Q.**     Thank you.  And there's Bates Numbers on

17    this, right?

18         **A.**     I'm sorry?

19         **Q.**     Are there Bates Numbers at the bottom of

20    Exhibit 9?

21         **A.**     Yes.

22         **Q.**     What are they?

23         **A.**     PL001146 and PL001147.

24         **Q.**     Okay.  At the bottom of 1146 is that a

25    complete sentence or is that an unfinished sentence?

1      **A.**    Which one?

2      **Q.**    Where it says, AhlaiTV has no control over,

3  is not; do you see it at the very, very bottom right at

4  the end corner?

5      **A.**    AhlaiTV has no control over, is not.

6      **Q.**    Right.  Then you turn to the next page.

7            Is-- is that a page that should follow it?

8  Is that normal?  Does that complete-- does 001147

9  complete 001146?

10           **MR. FRANK:**  Objection.

11           Calls for speculation.

12     **A.**    Just from looking at this, they're two

13  different websites.  So the logical explanation is that,

14  no.

15     **Q.**    Okay.  Thank you.  And what is shown in this

16  Exhibit 9?  What is it a picture of, Page 001146?

17     **A.**    It's really blurry on my copy so-- do you

18  have a better copy I can identify?

19     **Q.**    This is my copy.

20     **A.**    Yeah.  It's the same.

21     **Q.**    The same.  Yeah, that's what I would guess.

22  It's probably the same.  All right.  If you don't know,

23  if you can't read it, you can't read it.

24           Exhibit 10.

25           (Defendant's Exhibit No. 10 was marked.)

1       **Q.**     **(BY MR. LAKEL)**  What is this?

2       **A.**     What?

3       **Q.**     What is this?  Exhibit 10 is a pick-- is a

4   what?  What is it, a picture of something or a website

5   or an e-mail?  What is it?

6       **A.**     It appears to be a screen-- two screen shots

7   from the website.

8       **Q.**     Okay.  It's two pages.  Are we talking about

9   two pages long?

10      **A.**     I have two screen shots in front of me.

11      **Q.**     Okay.  Are they the same-- from the same

12  website?

13      **A.**     It looks like.

14      **Q.**     How can you tell that?

15             What makes you think that?

16      **A.**     By the https address on the bottom.

17      **Q.**     Okay.  That's what I thought.  Okay.

18             Is this a set-top box from Ahlai?

19             Does it reference that?

20             This is not a set-top box from Ahlai.

21      **A.**     Which page?

22      **Q.**     Page 001148.  Does that reference a set-top

23  box from AhlaiTV, AhlaiTV?

24      **A.**     Line 1 says, Ahla two-- $220-- $224.99

25  AhlaTV set-top box with one year.

1           And then underneath it says, one year

2   subscription slash-- one year subscription plus set-top

3   box.

4        **Q.**    Okay.  And is there a shipping cost?

5        **A.**    Yes.

6        **Q.**    And what's the shipping cost?

7        **A.**    $10.01.

8        **Q.**    Is Page 2 of this exhibit a repeat of Page

9   1?

10       **A.**    (Perusing document.)  It appears to be, but

11   there are some additional writings on it so...

12       **Q.**    And what-- what is this-- what's the

13   additional writing?

14       **A.**    Subscription terms, $235 for one day, which

15   is not included in the other web page.

16       **Q.**    Okay.  And who logged in for this Page 2

17   here?

18       **A.**    Logged in as Sarah Weller.

19       **Q.**    At where?  What's the address up there?

20       **A.**    Sarah.weller@hnbic.com.

21       **Q.**    Do you recognize that website or that e-mail

22   address?

23       **A.**    I mean, do I-- I mean, it appears to be the

24   e-mail for Sarah-- for Sarah Weller.

25       **Q.**    And what is the address?

1          Does that tell you anything or no?

2     **A.**    I'm-- I'm not sure what you're asking.

3          What address?

4     **Q.**    Sarah.weller@hnbllc.com, is that just her?

5     **A.**    Well, that's her e-mail address.

6     **Q.**    Okay.  What's hnbllc.com mean to you, if

7  anything?

8     **A.**    It's our law firm.

9     **Q.**    Oh, which law firm?

10    **A.**    The HNB law firm.

11    **Q.**    The law firm of Dish Network.

12    **A.**    That's right.

13    **Q.**    Okay.  Thank you.  One second.  I got

14  cramps.  That's the reason I'm moving my hands.

15         **THE VIDEOGRAPHER:**  We're going to go off

16     the record at 2:37.

17         (A recess was taken.)

18         **THE VIDEOGRAPHER:**  We're now going back

19     on the record at 2:38.

20         (Defendant's Exhibit No. 11 was marked.)

21    **Q.**    **(BY MR. LAKEL)**  Would you look at Exhibit

22  No. 11 please?

23    **A.**    (Perusing document.)  Yes.

24    **Q.**    Okay.  Is that a PayPal e-mail to

25  Ms. Weller?

1       **A.**     It's an e-mail from PayPal to Ms. Weller.

2       **Q.**     Okay.  Who made the payment here?

3       **A.**     Well, it says here, thanks for using PayPal,

4    Joseph H. Boyle.

5       **Q.**     Okay.  Who is Joseph H. Boyle?

6       **A.**     He's an attorney.

7       **Q.**     With what firm?

8       **A.**     HN-- HNB.

9       **Q.**     Okay.  Is that a firm related to or that

10   represents Dish Network L.L.C.?

11      **A.**     Yes.

12      **Q.**     Okay.  Thank you.  What is the amount of

13   this payment?

14      **A.**     Total amount?

15      **Q.**     Yes.

16      **A.**     $235.

17      **Q.**     And what does that consist of according to

18   this PayPal?

19      **A.**     Shipping of $10.01.

20              I cannot read the second line, but it's

21   $224.99.

22      **Q.**     Okay.  And the date of the PayPal payment.

23      **A.**     November 22nd, 2016.

24      **Q.**     To your knowledge why did Mr. Boyle make the

25   payment instead of Ms. Weller?

1      **A.**    I don't know.

2      **Q.**    Okay.

3             (Defendant's Exhibit No. 12 was marked.)

4             **MR. FRANK:**   Before you ask about this,

5      Mr. Lakel, was the Bates Number taken off of

6      this document?

7             **MR. LAKEL:**   No.  Not by me.  It might

8      have just been missed in a copy.

9      **Q.**    **(BY MR. LAKEL)**   What is this Exhibit No. 12?

10     **A.**    A picture.

11     **Q.**    Of what?

12     **A.**    It's very blurry, but it says Ahlai--

13     AhlaiTV.  It appears to be a set-top box.

14     **Q.**    Is that what a set-top box looks like is

15     Exhibit 12?

16     **A.**    I mean, I need to have a better image.

17     **Q.**    Yeah, I understand that it's blurry.

18     **A.**    What was your question?

19     **Q.**    Is that what a set-top box looks like?

20     **A.**    What set-top box?

21     **Q.**    The far left where it says, AhlaiTV, that

22     white thing there?

23     **A.**    A set-top box, I mean, depending on what

24     you're asking me.

25     **Q.**    I'm asking you, does that look like a

1    set-top box to you?

2         **A.**    There are a variety of set-top boxes on the

3    market.

4         **Q.**    Okay.  Is that part of one of the varieties?

5         **A.**    Well, it says AhlaiTV.  I'm assuming that

6    it's a set-top box for that service.

7         **Q.**    Okay.  Thank you.  Do you have any idea what

8    that's a photograph of all those items together?

9         **A.**    I can't depict what-- from this what's the

10   second image.

11            The third image appears to be I think a-- I

12   don't know, a remote control, but I got to see better

13   images here.

14        **Q.**    Okay.  Good enough.  Is it correct to say

15   that you can't-- you can't read it because it's too

16   blurry for you?

17        **A.**    I-- I've read the first name--

18        **Q.**    Yes.

19        **A.**    -- from the first box, but on the next three

20   items, I-- I can't read from the next three items from

21   this image.

22        **Q.**    Okay.  That's fair.  How did-- how did Dish

23   Network L.L.C.-- L.L.C. first learn about AhlaiTV?

24        **A.**    So Dish learned from Nagra's-- Nagrastar's

25   reports that AhlaiTV was broadcasting Dish's channels

 1   that Dish has the exclusive rights to.

 2        **Q.**    Okay.  So your answer is Nagrastar is where

 3   they are first heard about it.

 4        **A.**    From the reports that Nagrastar had--

 5        **Q.**    Generated.

 6        **A.**    Generated.

 7        **Q.**    Okay.  When did Dish Network L.L.C. engage

 8   Nagrastar?

 9        **A.**    What do you mean?

10        **Q.**    Just what I said.  When-- at what time?

11        **MR. FRANK:**  Objection.

12             You're assuming that Dish actually

13        engaged Nagrastar.  You haven't established

14        that.

15        **Q.**    **(BY MR. LAKEL)**  Did Dish ever engage

16   Nagrastar for any investigative purposes?

17        **A.**    No.

18        **Q.**    No.  Okay.  So didn't you just testify that

19   the first thing you got was a report, "you" being Dish--

20        **A.**    Uh-huh.

21        **Q.**    That they got a report from Nagrastar.

22        **A.**    That we got the report.  So Nagrastar was

23   monitoring-- was monitoring variety of boxes.  As part

24   of their monitoring procedure, they-- they put reports

25   together.

1          The reports are then sent to our law firm,

2    and then the law firm sends the--

3          **Q.**    The report.

4          **A.**    No.  The law firm sends the copyright

5    infringement notices to entities who broadcasted the

6    channels that Dish has the exclusive rights for, and

7    that's how because the-- the law firm sends it on behalf

8    of Dish.

9          For example, that's how we know that the

10   AhlaiTV, whatever the question was.

11         **Q.**    Okay.  So does the-- does Dish Network

12   L.L.C. authorize the law firm to send the alleged

13   copyright infringements?

14         **A.**    They-- the-- the law firm is-- is, say, it

15   acts on behalf of Dish, and not only on behalf of Dish,

16   it acts on behalf of IBCAP as well or the members of

17   IBCAP.

18         **Q.**    So my question, is-- does Dish-- before the

19   cease and desist letter is sent out by the law firm,

20   does Dish authorize them to send-- authorize them, being

21   the law firm, to send out the order, the letter?

22         **A.**    So the-- the law firm has the copies of the

23   contracts that Dish signs with channels for their

24   rights.  And if-- if according to Nagrastar's

25   monitoring, any channel that appears or any boxes or any

1 set-top boxes, and it appears on those set-top boxes

2 are-- you know, and-- and Dish has the exclusive rights

3 for those channels, yes, then-- then according to the

4 report that Nagra tabulates, then it's then forwarded to

5 the lawyers to send the copyright infringement notices.

6      **Q.**    Forwarded by Nagra to the lawyers or by Dish

7 to the lawyers?

8      **A.**    By Nagrastar.

9      **Q.**    Okay.  Does Dish see the letter and

10 authorize the law firm to send out the letter before

11 it's sent?

12           **MR. FRANK:**  Objection.

13           Compound.

14      **A.**    I don't know if Dish sees the letter before

15 it goes out.  I don't believe so, but I can't confirm it

16 right now.

17      **Q.**    Okay.  That's fair.  Did Nagrastar or

18 Nagravision have direct contact with anyone at Dish

19 Network L.L.C.?

20      **A.**    What do you mean by "direct contact"?

21      **Q.**    Did they pick up the phone and call anyone

22 at Dish ever?

23      **A.**    Maybe.  I don't know.

24      **Q.**    Okay.  Did they pick up the phone, "they"

25 being Nagrastar or Nagravision L.L.C.-- Nagravision,

1   S.A. and Nagrastar L.L.C. I believe; isn't-- is that

2   correct?

3       **A.**   I would have to check.

4       **Q.**   Okay.  But there's two different entities.

5   There's Nagrastar and Nagravision, correct?

6       **A.**   Yes.

7       **Q.**   Okay.  Does anyone from either of those

8   companies call directly to Dish?

9       **A.**   I don't know if they call.  They might be--

10  they might.  They might not.

11      **Q.**   Okay.  Did anyone from either of those

12  companies call Dish about Ahlai or Ulai?

13      **A.**   I don't know if they called.

14      **Q.**   Okay.  When did Dish Network L.L.C. receive

15  the Nagrastar report?

16          **MR. FRANK:**  Objection.

17          You haven't established that Dish Network

18      has received the Nagrastar report.

19          **MR. LAKEL:**  Yes, they did.

20          **MR. FRANK:**  The witness has testified

21      that the reports went to my office.

22          **MR. LAKEL:**  Uh-huh.

23      **Q.**   **(BY MR. LAKEL)**  So did Dish ever get a

24  report from Nagrastar ever?

25      **A.**   I don't believe so.  As I-- as I-- as I

1    said, the reports from Nagrastar come to the law office,

2    and then the law office sends the copyright infringement

3    notices--

4         **Q.**    Okay.

5         **A.**    -- on Dish's behalf or IBCAP's behalf or

6    member of IBCAP's behalf, other member of IBCAP.

7              **MR. LAKEL:**  All right.  I've just been

8         notified we have five minutes to go.  So we'll

9         take a little break right here and you can

10        change the disk.

11             **THE VIDEOGRAPHER:**  This will mark the end

12        of Videotape Number 2.  We're now going off the

13        record at 2:48.

14             (A recess was taken.)

15             **THE VIDEOGRAPHER:**  This will mark the

16        beginning of Videotape Number 3.  We're now

17        going back on the record at 2:54.

18        **Q.**    **(BY MR. LAKEL)**  Was seller-- Sarah Weller a

19   purchasing agent of Dish?

20        **A.**    No.

21        **Q.**    Was Mason Morcos a purchasing agent of Dish

22   Network L.L.C.?

23        **A.**    I don't know who that is.

24        **Q.**    Okay.  Was Kevin McMonnies a purchasing

25   agent of Dish Network L.L.C.?

1          **A.**    No.

2          **Q.**    Was Gary Palka a purchasing agent of Dish?

3          **A.**    No.

4          **Q.**    Okay.  Did any of those people, Sarah

5     Weller, Mason Morcos, Kevin McMonnies or Gary Palka to

6     your knowledge buy an STB from Dish?

7          **A.**    No.

8          **Q.**    No.  You don't know.

9          **A.**    No.

10         **Q.**    Okay.  Once-- was an STP-- STB ever

11    purchased on behalf of Dish from Ulai or Ahlai?

12         **A.**    No.

13         **Q.**    Say that again.

14         **A.**    No.

15         **Q.**    No, okay.  Did Dish Network L.L.C. ever

16    investigate the STBs that were sold by Ulai or Ahlai?

17         **A.**    No.

18         **Q.**    So if Dish Network-- how did Dish Network

19    come to decide that these channels that Dish claims to

20    have exclusive rights to were broadcast by Ahlai or

21    Ulai?

22         **A.**    I think I spoke several times on that

23    already, but I'll repeat.

24         **Q.**    Okay.  Please do.

25         **A.**    It's through the monitoring process by

1    Nagrastar and the corresponding reports that Nagra sent

2    to the law firm that I-- that Nagra identified the

3    channels that Dish has the exclusive rights to are being

4    broadcast by those set-top boxes.

5         **Q.**    Okay.  And Dish never saw those reports

6    ever.

7         **A.**    Well, as part of this preparation I saw the

8    reports.

9         **Q.**    Okay.  So did Dish ever receive those

10   reports prior?

11        **A.**    I-- I already said that-- that Nagrastar was

12   forwarding those reports to the law firm.

13        **Q.**    I got that part.

14        **A.**    And the law firm was acting on Dish's,

15   IBCAP, and it's members behalf.

16        **Q.**    So did Dish-- did Dish ever receive those

17   reports that were formed, created, by Nagrastar?

18             **MR. FRANK:**  Objection.

19             Asked and answered.

20             She just testified that she looked at the

21        reports.

22             **MR. LAKEL:**  No.  I'm asking-- she hasn't

23        told me whether she got the-- whether Dish ever

24        got those reports or not.  That's what I'm

25        trying to find out.

1      **A.**    Well, as part of this preparation, yes, I

2   looked at the reports.

3      **Q.**    Okay.  And you represent Dish.

4      **A.**    Yes.

5      **Q.**    So Dish did get the reports at some point.

6      **A.**    Just prior-- I reviewed them while I was

7   preparing for this deposition.

8      **Q.**    And that's the first time you saw those

9   reports?

10     **A.**    Yes.

11     **Q.**    And that's the first time that Dish saw

12  those reports?

13     **A.**    I believe so.

14     **Q.**    Okay.  That's what I wanted to know.

15           What-- who generated those reports;

16  Nagrastar, right?

17     **A.**    Yes.

18     **Q.**    Do you have any knowledge how they generated

19  those reports?

20           What means they-- they-- they followed?

21     **A.**    Well, there is a-- a big expert report that

22  was produced that outlines the process of how they do

23  that.

24     **Q.**    And what do you understand about that?

25     **A.**    I'm not a technical person.

1       **Q.**     So you don't-- you're like me.   You just--

2    it's just, you got the report, you read the report.

3       **A.**     Nagra-- Nagrastar outlines the-- the steps

4    that they are using and technically describing how

5    they're doing it.

6       **Q.**     What steps did they follow that you

7    understood?

8       **A.**     I mean, do we want to go to the--

9       **Q.**     I wanted to know what you know.   That's what

10   I want to know.

11      **A.**     They have the box in their facility.   They

12   power the box.   They look through the-- let's say, an

13   Ahlai-- Ahlai box, EPG.   They identified the-- through

14   their EPG the channels that are affected that Dish has

15   the exclusive rights for, and they click on the EPG.

16      **Q.**     What's an EPG, excuse me?

17      **A.**     It's an electronic programming guide.

18              But then they click on the EPG that-- to

19   verify that the channel is actually working, meaning

20   it's playing.

21      **Q.**     Right.

22      **A.**     Then they-- they capture-- in some instances

23   they capture the--

24      **Q.**     The pictures.

25      **A.**     The images, the corresponding URLs from

1   where they are playing, and-- and then they put it in a

2   report.

3        **Q.**     And send it to their attorneys.

4        **A.**     Yes.

5        **Q.**     Okay.

6        **A.**     That's my understanding of how the process

7   works.

8        **Q.**     Okay.  So the STB as far as you know was

9   never actually physically violated, broken into, gone

10  into.

11       **A.**     You mean like inside the set-top box?

12       **Q.**     Yes.

13       **A.**     No.

14       **Q.**     Okay.  But the channel selection of the STB

15  was monitored by Nagrastar as far as you know.

16       **A.**     What do you mean "channel selection"?

17       **Q.**     Well, the E-- what's that called, the

18  electronic what?  Program guide, an EPG, was monitored

19  by Nagrastar, right?

20       **A.**     Well, the EPG lists the channels that are

21  available on that particular set-top box.

22       **Q.**     Okay.  And to get that they had to turn on

23  the box, right?

24       **A.**     Yes, which I said before, that the first

25  step is they turn on the box.

1      **Q.**    I know.  Thank you.  Did-- how is-- did

2   Nagrastar-- were they able to determine if customers

3   used any of those channels that were monitored by them?

4      **A.**    I'm not sure I understand.

5      **Q.**    Did Nagrastar make a determination as to

6   whether any of the people that purchased the STB

7   actually used those channels that were exclusively

8   licensed to Dish?

9      **A.**    Like how-- I don't know.  I mean, I have

10   no-- no idea.

11      **Q.**    Okay.  Who would know?

12      **A.**    Who would know whether--

13      **Q.**    From Dish.

14      **A.**    No one.

15      **Q.**    No one, okay.

16      **A.**    It's rather that Ahlai-- AhlaiTV or Ulai,

17   Mr. Fraifer, should know what's the usage of his set-top

18   box.

19      **Q.**    Yes.  And so should Dish, right?

20      **A.**    We don't own the AhlaiTV set-top box.

21      **Q.**    But you own the exclusive rights to the

22   channels; is that correct?

23      **A.**    We own, but we don't know which channels are

24   being viewed on another box.

25      **Q.**    Ever.

1      **A.**     Not that I know of.

2      **Q.**     Okay.  To your knowledge did Dish work with

3   IBCAP in the investigation of the customers' use of the

4   channels of the STB?

5      **A.**     So as I mentioned before, IBCAP hired a

6   vender, Nagrastar, to conduct investigation of-- to

7   monitor those channels that Dish is a member of IBCAP,

8   so are the other programmers.

9      **Q.**     Okay.  Do you or does Dish know how many

10   channels were on the STB that were sold, total number of

11   channels, that were on the STB sold by Ulai or Ahlai?

12      **A.**     I don't know how many total channels there

13   were.

14      **Q.**     Who would know that?

15      **A.**     Maybe Nagra could know by flipping through

16   the EPG and scrolling down and counting those channels

17   maybe, but the-- you know, the company, Mr. Fraifer, who

18   operates this, should know as well.

19      **Q.**     Okay.  I've asked a lot of these questions

20   before so I'm not going to go over it again.  So excuse

21   me while I'm shortcutting towards the end.

22           The Kudelski Group worked with-- I just want

23   to be clear on those guys, they worked with Nagravision?

24      **A.**     Well, as I mentioned before, I don't know

25   the entire corporate structure.  I know that Kudelski

1    has an ownership of Nagravision.  I don't know what's

2    the percentage.

3         Q.    Okay.  I didn't ask you that.

4              Did Kudelski work on this case-- on the

5    investigation of Ahlai and Ulai?

6         A.    So I believe I already also responded to

7    that and said, you know, because of the corporate

8    structure, because of-- you know, if Kudelski has an

9    ownership part in Nagravision, then Nagrastar is an

10   affiliate of-- of Nagravision, then by definition, by

11   logical deduction, you know-- you know, it-- yes, but

12   whether they directly, you know, Kudelski as Kudelski

13   Group did it, I don't know.

14        Q.    Okay.  Does Pascal Metral work for Kudelski

15   or--

16        A.    I believe he works for Nagravision.  I think

17   it was identified in one of those--

18        Q.    Okay.

19        A.    On one of our answers.

20        Q.    I want to show you Exhibit 13.

21             (Defendant's Exhibit No. 13 was marked.)

22        Q.    **(BY MR. LAKEL)**  Okay.  Did you ever see this

23   before?

24        A.    No.

25        Q.    Okay.  Did you ever see the user agreement

1    for AhlaiTV before?

2         **A.**    No.

3         **Q.**    Okay.  Why not?

4         **A.**    I didn't get it from our attorney as part of

5    the preparation for this deposition.

6         **Q.**    Okay.  And you never got it from Dish

7    either, right?

8         **A.**    No.

9         **Q.**    Okay.  I'll go to Exhibit 14.

10              (Defendant's Exhibit No. 14 was marked.)

11         **Q.**    **(BY MR. LAKEL)**  Did you ever see this

12    agreement?

13         **A.**    No.

14         **Q.**    So you never reviewed a user agreement for

15    Ahlai or Ulai?

16         **A.**    No.

17         **Q.**    Okay.  Why not?

18         **A.**    As I said, I did not get those documents

19    from our attorney as part of the preparation for this

20    deposition.

21         **Q.**    Okay.  And you didn't get it from Dish

22    either.

23         **A.**    No.

24         **Q.**    Okay.  So it's fair for me to conclude that

25    you've never read this agreement.

1      **A.**    That's correct.

2      **Q.**    Okay.  This is Exhibit 15 to the deposition.

3              (Defendant's Exhibit No. 15 was marked.)

4      **Q.**    **(BY MR. LAKEL)**  Did you ever see that

5    before?

6      **A.**    Can I look through this?

7      **Q.**    Yes.  Yes.

8      **A.**    (Perusing document.)  Yes.

9      **Q.**    Yes, what?  You have seen it before?

10     **A.**    Yes.

11     **Q.**    Okay.  That's what I-- okay.  Within the

12   opening paragraph, opening of Paragraph 1 of the amended

13   complaint, Dish Network L.L.C., the Plaintiff, states

14   that it is, quote, Defendants are capturing broadcasts

15   of television channels exclusively licensed to Dish,

16   closed-quote; do you see that language in there?

17     **A.**    I see the part of-- yes, what--

18     **Q.**    Okay.

19     **A.**    -- what is part of a larger sentence, but--

20     **Q.**    That's right.  What basis does-- to your

21   knowledge, does Dish Network L.L.C. have to make that

22   statement?

23     **A.**    The Defendants are capturing the broadcasts

24   of television channels exclusively licensed to Dish?

25     **Q.**    Right.

1        **A.**    Well, for one we have agreements that grant

2   Dish the exclusive rights in the US territory to

3   broadcast those channels.

4        **Q.**    Okay.

5        **A.**    And so by definition of exclusive rights, no

6   other party can really broadcast the channels except for

7   Dish.

8        **Q.**    You said exclusive rights, right?

9        **A.**    That's right.

10       **Q.**    In the USA, right?

11       **A.**    Yes.

12       **Q.**    Okay.

13       **A.**    The US, the territory, it's possessions with

14   regard to--

15       **Q.**    Yes.  Everything in the United States.

16       **A.**    That's right.

17       **Q.**    Okay.  Got it.  Is there anything else that

18   Dish has besides those agreements that claim that basis

19   to make that statement of fact that the Defendants are

20   capturing broadcasts of television channels exclusively

21   licensed to Dish?

22       **A.**    What are you referring to?

23            Exclusively licensed to Dish or broadcasts

24   of the-- I mean, I don't know.

25       **Q.**    It says there-- it says, I'm quoting you,

1    you're--

2         **A.**    Right.

3         **Q.**    -- Dish Network.  It says, Defendants are

4    capturing broadcasts of television channels exclusively

5    licensed to Dish.

6              I asked you--

7         **A.**    Uh-huh.

8         **Q.**    -- and you agreed that that language is

9    there.

10             I asked you what basis does Dish have to

11   make this statement of fact.

12             You told me the contracts for all of-- all

13   the USA and territories and everything that belongs to

14   the USA.

15        **A.**    Uh-huh.

16        **Q.**    I asked you again just now, if there-- is

17   there anything else besides those contracts that you're

18   relying upon to make that statement of fact, "you" being

19   Dish Network L.L.C.?

20        **A.**    I mean, I need to break this apart because I

21   can't-- I can't answer this question like that.

22             So exclusively licensed to Dish.  So, I

23   mean, there is--

24        **Q.**    No.  Let's start with the beginning.

25             The Defendants are broad-- capturing

1   broadcasts of television channels exclusively licensed

2   to Dish.

3        **A.**    Okay.  So let's take one at a-- one at a

4   time.

5        **Q.**    No.  Let's take that sentence because if

6   they're capturing broadcasts of television channels;

7   they're allowed to do that, right?

8        **A.**    No.  If we-- if Dish has exclusive rights.

9        **Q.**    That's-- that's the rest of that.  That's--

10  that's correct.

11            But that's the rest of the sentence.  So if

12  they capture channels exclusively licensed to Dish, you

13  have cited to me the contracts.

14            Okay.  I hear you.

15       **A.**    Right.

16       **Q.**    What else, if any?

17       **A.**    That prove that-- I don't understand your

18  question.  Well, that prove that Dish has the exclusive

19  rights?

20       **Q.**    No.  The proof that they broadcast.

21       **A.**    Well, I've-- I've talked about this multiple

22  parts-- times by now.  It-- it-- it was clear from

23  Nagrastar's reports.

24       **Q.**    The reports.

25       **A.**    Yes.  That-- that they are broadcasting the

 1   channels.

 2        **Q.**    So now we got the reports and the contracts.

 3              Anything else?

 4        **A.**    Yes.  In fact, I review a website that also

 5   advertises some of the channels that we have the

 6   exclusive rights to.

 7        **Q.**    Website.  You have personally reviewed this

 8   website.

 9        **A.**    I have reviewed the screen shots from the

10   website.

11        **Q.**    The what?

12        **A.**    I've reviewed the screen shots from the

13   website.

14        **Q.**    Okay.  And what website is that?

15        **A.**    Can I go back and check?

16        **Q.**    Yes.  Feel free.

17        **A.**    (Perusing documents.)  Yes.

18        **Q.**    Yes.  So you said that you saw some screen

19   shots from a website.

20        **A.**    Yes.

21        **Q.**    That shows the violation of the exclusivity

22   of the Dish Network L.L.C. claims, according to the

23   contracts and the reports.

24              So what website and what shots?

25        **A.**    So this is the Bates Number PL002254.

1      **Q.**    002254, okay.

2      **A.**    And it's an ulaitv.com website.

3      **Q.**    Okay.

4      **A.**    On the-- on the right-hand side it shows a

5  TV.  Well, it's a picture of a TV with a bunch of logos.

6      **Q.**    Uh-huh.

7      **A.**    And it's says, best Arabic channels, UlaiTV

8  HD receiver, and it points from the set-top box of

9  UlaiTV points to the screen.

10     **Q.**    Right.

11     **A.**    And there are a variety of logos listed

12  including, for example, MBC, LBC, Al Jazeera, and so--

13  ONTV and so on and so forth that we-- that Dish has

14  exclusive rights to, and yet Ulai is advertising that.

15     **Q.**    Okay.  So that website on that screen,

16  there's logos on that screen, and that is one of the

17  facts that you point to, right?

18     **A.**    Well, it's an advertising of Ulai.

19     **Q.**    I hear you.  What else, if anything else?

20           Is there any other?  Is that it?  From the

21  website, that's the only thing.

22           **MR. FRANK:**  Mr. Lakel, she just testified

23        that there's--

24           **MR. LAKEL:**  She test--

25           **MR. FRANK:**  -- Nagra reporting.

1              **MR. LAKEL:**  Go ahead.

2              **MR. FRANK:**  You're misconstruing her

3        testimony.

4              **DEPONENT:**  I said it's exclusive rights,

5        program, to retail it.  Exclusive programming

6        rights that Dish holds.

7        **Q.**     **(BY MR. LAKEL)**  Yes.  I got that part.  The

8    contracts.

9        **A.**     The website advertising.

10       **Q.**     And what-- and that's it.

11       **A.**     No.  What do you mean "that's it"?

12       **Q.**     From the website.  That that is-- that-- is

13   there anything else on the website other than the logos

14   on that television screen in that picture that connotes

15   to you or denotes to you that Ulai or Ahlai is violating

16   your claimed contract rights under-- under those

17   agreements?

18       **A.**     I mean, they're displaying the logos that we

19   have exclusive rights to.

20       **Q.**     That's it.  I mean, is there anything else?

21   I hear you.  I understand what you're telling me.

22   You're claiming the logos on that screen are in

23   violation of your-- of the agreements; isn't that what

24   you're saying?

25       **A.**     That's right.

1    **Q.**    Is there anything else on the website

2    besides that?

3    **A.**    I mean, when reviewing the websites, I did

4    not come across a-- a screen shot like that.  So that

5    was, you know, what I could depict.

6    **Q.**    Okay.  Did you see any lists of channels

7    that included your exclusive rights channels?

8    **A.**    Except for those images of the logos I have

9    not seen one while reviewing the documents.

10    **Q.**    Thank you.  In Paragraph 6 of the amended

11    complaint--

12    **A.**    I'm sorry, that's mine?

13    **Q.**    Yes.  That's for you to look at.

14          Paragraph 6, it's on Page 2.

15          Dish states that Fraifer, Mr. Fraifer,

16    receives, quote, direct financial benefits from the

17    infringing activities of TCI and PTI, end-quote.

18          What facts does Dish rely on that Fraifer

19    receives direct financial benefits?

20    **A.**    So that-- the record-- records, reports,

21    that show that Mr. Fraifer, I'm sorry.

22    **Q.**    Fraifer.

23    **A.**    Mr. Fraifer is the-- operates and owns those

24    companies, and I've already demonstrated before to

25    show-- well, I-- I think I was talking about the

1    websites, but we can go back to the reports and-- and

2    show.

3           But there' a second thing that when the

4    set-top boxes were purchased, then the invoices as we've

5    reviewed invoices, they came from TCI/Planeti.

6       **Q.**    All right.

7       **A.**    So that-- that's-- that's the basis that,

8    you know, TCI was collecting the money for the sale of

9    the set-top boxes on their respective websites.

10      **Q.**    Okay.  So the TCI collection are the direct

11   financial benefits to Mr. Fraifer.

12      **A.**    Yes.

13      **Q.**    Okay.  Paragraph 7.  Dish Network L.L.C.

14   states that TCI and PTI are alter egos.

15          Are egos of what?  Each other?

16      **A.**    I-- I believe it's a-- a legal term, but

17   it-- it says that they are-- they're one and the same.

18      **Q.**    Okay.  Paragraph 12 of the amended

19   complaint.  We've already gone over that ad nauseam,

20   but I want to make sure I got everything.

21          Dish makes no claim for copyright protection

22   under the federal statutes outside of the United States;

23   is that correct?

24      **A.**    What are you reading?

25      **Q.**    I'm-- I'm looking at-- I'm asking a

1    question.

2         **A.**    Oh.  I'm sorry.

3         **Q.**    I'm asking you under-- under 12, and we

4    already went through all this so I'm not going to do it

5    again to you, okay?

6              But there's a list of channels in 12, okay?

7              So my end question for you, after all of

8    that, and I understand that you've testified extensively

9    about that, okay, does Dish make any claim-- Dish is

10   making-- it's my understanding that Dish is making no

11   claim for copyright protection for those channels

12   outside of the United States; is that correct?

13        **A.**    Yes.

14        **Q.**    Thank you.  Paragraph 13 of the amended

15   complaint Dish states in there they entered into signed,

16   written agreements with networks.  We've already talked

17   about that.  Okay, I won't ask you about that again.

18             In Paragraph 13, somewhere in there, which

19   I'll-- if-- if it's unclear, I'll go look, you talk

20   about or "you" being Dish Network L.L.C. talks about an

21   unregistered copyright work.

22        **A.**    You mean unregistered or registered?

23        **Q.**    It says unregistered.  That's what I'm

24   looking for.  Not registered.  Unregistered.

25             Yes.  There we go.  A vast number of

 1    additional unregistered copyrighted works are also aired

 2    on their protected channels; what does that mean?

 3         **A.**    Well, looking at the Paragraph 13, there

 4    were four-- four programs that were-- that had a

 5    copyright registration.

 6         **Q.**    Right.

 7         **A.**    But the channel-- the channels do not

 8    consist of only four programs.  So they-- they consist

 9    of a variety of programs.  So, you know, what it says

10    here that-- you know, that there were four programs that

11    were registered, but, you know, the-- there are a bunch

12    of other programs that are unregistered that comprise

13    the channels.

14         **Q.**    Okay.  And is Dish making a claim for the

15    unregistered channels, too?

16         **A.**    For unregistered channels?

17         **Q.**    Well, the ones that are referenced right

18    here, a vast number of additional unregistered

19    copyrighted works also aired on their protected

20    channels.

21         **A.**    Well, those are our exclusive rights.  We

22    have the rights to them.

23         **Q.**    You have the rights to the channel.

24              So everything that's broadcast on-- I'm

25    trying to understand this.

1      **A.**    Yes.

2      **Q.**    Everything that's broadcast on the channel,

3  you guys are claiming that's yours.

4      **A.**    If the contract confirms it, yes.

5      **Q.**    Okay.  And-- and an example of the

6  unregistered copyrighted work would be any program

7  that's on the copyrighted channel; is that correct?

8      **A.**    Wait.  I'm not sure I understand the

9  copyrighted channel.

10     **Q.**    I'm not sure we need it, okay.

11           I'm back to the unregistered copyrighted

12 work, okay, and I'm trying to figure out what claims you

13 guys are making, okay?

14           And you say that-- I've read it before, but

15 I'll read it again, a vast number of additional

16 unregistered copyrighted works also aired on their

17 protected channels.

18           And protected channels are channels that you

19 have contracts for.

20     **A.**    The protected channels are listed in

21 Paragraph--

22     **Q.**    Yes, 12.

23     **A.**    -- 12.

24     **Q.**    Right.

25     **A.**    And we have the contracts for.

1      **Q.**    Yes.  Now-- but you don't have contracts for

2   the unregistered copyrighted works or you do?

3      **A.**    Well, as I mention, the channel comprises

4   of content.  And it's a-- the channel is 24/7, right, 24

5   hours a day, 7 days a week, right?

6      **Q.**    Right.  Got it.

7      **A.**    We are-- there were four programs registered

8   in the copyright office.  The remaining, let's say, just

9   to give you an example, four, you know, let's say each

10  show is one hour.  That's four hours out of 24/7.

11     **Q.**    There 20--

12     **A.**    Right?

13     **Q.**    There's 20 hours.

14     **A.**    So that's 20 hours of content that has not

15  been registered or whatever it is depending on the

16  length.

17     **Q.**    That's not copyrighted.

18     **A.**    That-- that has not been registered under

19  the copyright, you know, in the-- in the US.

20     **Q.**    Okay.

21     **A.**    Right.  Yes.  But, as I said, you will have

22  to refer back to the contracts to see whether all of

23  this content Dish has exclusive rights.

24     **Q.**    Okay.  Got it.  In several paragraphs of the

25  amended complaint Dish states that the registration for

 1    TCI-Direct.com, UlaiTV.com was hidden through use of

 2    privacy protection.

 3           Was this privacy protection a standard

 4    protection or was the privacy protection specifically

 5    used by TCI and/or PTI to your knowledge?

 6      **A.**    I don't know, but from the records it says,

 7    proxy, but I-- I don't know if it's standard or--

 8      **Q.**    Or not, okay.  In Paragraph 18 you claim--

 9    Dish Network L.L.C. claims that Ulai and AlhaiTVs

10    provide hundreds of Arabic-language channels for their

11    customers.

12           Does Dish have copyright for all these

13    hundreds of Arabic-language channels?

14      **A.**    Well, the-- the subject of this lawsuit are

15    the protected channels listed, and those are the

16    channels that we are talking about.

17      **Q.**    Right.

18      **A.**    Does Dish have other channels that broadcast

19    on-- on--

20      **Q.**    On other--

21      **A.**    -- on its network?  Yes.

22           But are they on UlaiTV, are we talking, or

23    AlaiTV, are we talking about the-- the list of protected

24    channels in Paragraph 12?

25      **Q.**    Right.  That's what I thought.  Okay.  I

 1   just wanted to make sure.

 2            In Paragraph 19, and if this is asked and

 3   answered, it's okay with me, but I just wanted to know,

 4   Dish claims that the so-called protected channels were

 5   observed during testing of the services.

 6            Please describe the testing that Dish

 7   completed under this paragraph.

 8            **MR. FRANK:**  Objection.

 9            It does not state that Dish did any

10       testing in that paragraph.  You're

11       misconstruing the document.

12            **MR. LAKEL:**  I'm just asking if Dish did.

13            **MR. FRANK:**  That's not the question you

14       asked.

15       **Q.    (BY MR. LAKEL)**  Well, did Dish do any-- Dish

16   claims, Number 19, the Plaintiff, Dish Network L.L.C.,

17   and the Plaintiff says the Defendants are unlawfully

18   transmitting their protected channels to their customers

19   in the United States through the services.

20            The protected channels were observed during

21   testing of the services.

22            Did Dish-- it says right there, the

23   protected channels were observed during testing of the

24   services.

25            Is there-- is this the Nagrastar we're

1    talking about again or is there other-- are there other

2    observations that occurred?

3        **A.**     Well, it's Nagrastar and Nagravision.  There

4    were-- as I said, there were test-- you know, they were

5    testing the channels.  They were sending the reports.

6    Capturing the screen shots when-- when available, and--

7        **Q.**     Okay.  So you've already testified about

8    that.  There is nothing that I don't already-- you

9    haven't already said.

10       **A.**     That's correct.

11       **Q.**     Okay.  In Paragraph 21 Dish uses the word

12   transcoded.  What does Dish mean by transcoded?

13       **A.**     I'm not an engineering person.

14       **Q.**     Okay.

15       **A.**     But it means-- you know, in layman's term I

16   would describe this as, you know, kind of reformatting

17   them so then they can be-- you know, they can-- they can

18   be used for streaming over the internet.

19       **Q.**     Transcoding means reformatting.

20       **A.**     In layman's terms that's what--

21       **Q.**     Okay.  I'm not an engineer either.  I'm just

22   trying to get a grasp of this whole thing.

23            So they've reformed-- Dish is saying in

24   Paragraph 21, and let me read it.  Retransmit the

25   services, retransmit the protected channels, everything

1    to users in real time, nearly simultaneous with the

2    original authorized transmission.  Upon information and

3    belief, Defendants capture live broadcast signals of the

4    protected channels, transcode these signals into a

5    format used for streaming over the internet.

6              That's what you're talking about.  That's

7    what I'm asking you about and that's what you're--

8         **A.**    Yes.

9         **Q.**    Okay.  And what you're saying is that Ahlai

10   and Ulai transcode and make something new that they

11   could transmit broadcasts over their STB; is that

12   correct?

13        **A.**    That's correct.

14        **Q.**    Okay.  Is that active transcoding a

15   violation of your agreements?

16             **MR. FRANK:**  Objection.

17             Calls for a legal conclusion.

18        **Q.**    **(BY MR. LAKEL)**  To your knowledge.

19        **A.**    I'll have to check the contracts, but I-- I

20   believe the rights cover the transcoding as well, but

21   I'll have to check contract by contract.

22        **Q.**    Okay.  That's fair.  In Paragraph 23 Dish

23   states the Defendants have actual knowledge that their

24   services infringed Dish's copyrights.

25             What sort of proof does Dish have of this

1   actual knowledge of infringing any Dish copyrights by

2   Ulai-- by PTI and TCI or Fraifer?

3       **A.**    Well, number one, we filed a lawsuit.  So

4   they were notified that they're infringing the channels.

5       **Q.**    Right.  What else?

6       **A.**    Number two, we've sent numerous copyright

7   infringement notices.  Well, the-- the law firm did.

8       **Q.**    Okay.

9       **A.**    Saying that they're violating the rights.

10      **Q.**    Right.

11      **A.**    And demanding that they'll cease

12  broadcasting of the-- that they cease the-- their

13  transmissions of the signal.

14      **Q.**    So the fact that-- is there anything else?

15          So the fact that TCI and PTI continue to

16  broadcast after receiving these notices, if they did

17  receive the notices, but the allegations are made that

18  there were numerous notices sent out by Dish, okay?

19      **A.**    Well, we state in the complaint and--

20      **Q.**    I know.  I know.

21      **A.**    And in Paragraph 23 we sent them at least 67

22  notices.

23      **Q.**    Right.  Right.  So that's your testimony,

24  that one-- if they received those notices, they have

25  actual knowledge; is that it?

1    **A.**    Well, that-- they're put on notice that they

2    are infringing on the rights that Dish have-- that Dish

3    have for those channels-- that Dish has for those

4    channels exclusively.

5    **Q.**    Okay.  So you're stating that your cease and

6    desist letters, yours being Dish Network L.L.C., are

7    imputing to place Defendants with the actual knowledge

8    of a believed infringement?

9    **A.**    Absolutely.  A couple of issues so that--

10   that the infringement notices, I have to go back to

11   them, but they came from our legal firm on behalf of

12   Dish and IBCAP in certain instances.

13         What was the other part of your question?

14   **Q.**    Do you state that your cease and desist

15   letters that were sent by Hagan, the law firm, Dish's

16   law firm, and IBCAP are imputed to place Defendants with

17   actual knowledge of the believed infringement?  That's

18   what you're telling me, right?

19   **A.**    Well, yeah.  I mean, if you look at the

20   infringement notices, and I'm just speaking from the

21   head right now because I would have to look at the

22   documents, the-- their infringement notices sent listing

23   the channels that are being infringed.

24         There's another, you know, let's say

25   follow-up infringement sent showing that there were

1   fewer channels, for example.  So the channels

2   disappeared and then the channels came back, and the

3   channels disappeared.  So someone had the knowledge

4   because those channels, and we believe that the-- that

5   the Defendants have the knowledge obviously because

6   those were sent to the Defendants because they were

7   removing the channels and putting them back.  So they're

8   acting on our infringement notices.

9         Q.    Okay.  Did Dish send any notices of Ulai--

10  of PTI and TCI's alleged infringement to anyone else

11  besides TCI and PTI, to any other companies?

12        A.    So our law firm, on-- on behalf of Dish

13  and/or IBCAP, depending on the situation, right, sends

14  the notices.  Did-- did Dish send notices to any other--

15        Q.    Company.

16        A.    -- companies?

17        Q.    About TCI and PTI.

18        A.    Yes.

19        Q.    Who?

20        A.    The-- a variety of internet services

21  provider-- I'm sorry, internet service providers.

22        Q.    Okay.

23        A.    And there were also CDMs.

24        Q.    How did Dish determine to send it to those

25  CDMs internet service providers?

1      **A.**    So as I mentioned, it was the-- the law firm

2   that did it on behalf of Dish.

3      **Q.**    Okay.

4      **A.**    And/or IBCAP.

5      **Q.**    So Dish has no idea how the law firm came up

6   with that-- the list of IPS and CDMs that--

7      **A.**    I didn't say that.

8      **Q.**    Okay.  I'm asking you.

9      **A.**    The-- the-- the Nagra reports.

10      **Q.**    Okay.

11      **A.**    We have to rely on the Nagra reports that

12   identified that.

13      **Q.**    Okay.  Got it.  In Paragraph 30 of the

14   amended complaint Dish states that alleged copyright

15   infringement is willful, malicious, intentional,

16   purposeful, and in disregard of and with indifference to

17   the rights of Dish.

18          What proof or what facts do you have as Dish

19   Network L.L.C. that any act by the Defendants was

20   willful, if any?

21      **A.**    Well, one, we sent copyright infringement

22   notices that were time and time ignored, disregarded,

23   ignored, the channels continued to be broadcast.

24      **Q.**    Right.

25      **A.**    We sued the Defendants.

1      **Q.**    You what?

2      **A.**    We sued the Defendants, and they continue to

3   broadcast our channels.

4      **Q.**    Are they still broadcasting them today?

5      **A.**    To the-- to the best of my knowledge, no.

6      **Q.**    No.  They're not.

7      **A.**    They're not.

8      **Q.**    Okay.  What else do you have?

9            Do you have any other facts about the

10  malicious in-- or willful, malicious, intentional

11  purposeful acts in disregard of and with indifference to

12  the rights of Dish performed by PTI or TCI?

13     **A.**    Well, for example, when I talked about the

14  website advertising on Ulai, right, the--

15     **Q.**    Right.

16     **A.**    The screen shot.  I'm just looking from

17  there.  It was taken in June of 2017, which we send the

18  copyright infringement notices prior to that, and, you

19  know, they-- they continue to advertise those channels

20  that we had the exclusive rights to.

21     **Q.**    Right.  Okay.

22     **A.**    And disregarded everything.

23     **Q.**    Okay.  And their advertisements are the

24  logos on that screen that you-- that you pointed out

25  earlier.

1      **A.**    That's right.

2      **Q.**    Okay.  Malicious.  Do you have any facts

3   besides what you've told me about malicious intent of

4   TCI or PTI?

5      **A.**    I mean, they go-- the word for malicious is

6   the same because it's acting in bad faith.

7      **Q.**    Okay.  How do you know-- I believe you just

8   told me that to the best of your knowledge that TCI and

9   PTI are not broadcasting those channels now in the

10  United States; how do you know that?

11     **A.**    During my preparation I was advised of that

12  fact.

13     **Q.**    Okay.  By whom?  Anyone from Dish?

14     **A.**    By our attorney.

15     **Q.**    Okay.  Well, that's your business; not mine.

16          Now we're-- this is Exhibit 16.  You've seen

17  this before, but you may not have.

18          (Defendant's Exhibit No. 16 was marked.)

19     **Q.**    **(BY MR. LAKEL)**  Did you ever see this

20  before?

21     **A.**    No.

22     **Q.**    Okay.  Do you want to read it or are you

23  good?  It's up to you.

24          **MR. FRANK:**  Are you going to ask her

25          questions?

1          **MR. LAKEL:**  I want to ask her questions

2     about it.

3          **DEPONENT:**  If you're going to ask me

4     questions, I got to read it.

5          **MR. LAKEL:**  That's why I figured.  That's

6     why I'm telling you go ahead and do it.  It's

7     not very long, I don't think.

8          **MR. FRANK:**  Mr. Lakel, do you want her to

9     read the entirety of this document?

10          **MR. LAKEL:**  No.  No, I don't.

11          **MR. FRANK:**  Can you direct her to the

12     proper section so we--

13          **MR. LAKEL:**  I read-- I think you should

14     read the first 12 paragraphs-- no, not-- that's

15     not true.

16          The first three paragraphs and then Count

17     3.  That's it.  You don't have to read the

18     whole thing.

19          **DEPONENT:**  You mean, 1, and 2 and-- point

20     1, 2, and 3?

21          **MR. LAKEL:**  No.

22          **DEPONENT:**  Okay.  I don't know what you

23     want me to read.

24          **MR. LAKEL:**  There's the-- the paragraphs

25     are numbered.  Paragraphs 1 and 2, which are

 1            just allegations of jurisdiction.

 2                 And then Count 3, the breach of contract

 3       count, right?

 4                 **DEPONENT:**  Oh, Count 3, I'm sorry.

 5                 **MR. LAKEL:**  Yes.  I'm sorry.

 6                 **DEPONENT:**  (Perusing document.)  Okay.

 7       **Q.**    **(BY MR. LAKEL)**  Okay.  To your knowledge did

 8  a Dish representative ever enter into the website of

 9  Defendants?

10       **A.**    Look at the website?

11       **Q.**    Yes.

12       **A.**    If any Dish employee look at the website.

13       **Q.**    To your knowledge did anyone from Dish ever

14  enter into the website of Ulai or--

15       **A.**    Not to my knowledge, but I-- we have 16,000

16  employees.

17       **Q.**    But your answer is, not to your knowledge,

18  right?

19       **A.**    Uh-huh.

20       **Q.**    To your knowledge did any employee or

21  representative of Dish Network L.L.C. ever enter the

22  website for the purpose of buying an STB?

23       **A.**    No.

24       **Q.**    Okay.  Did a Dish Network L.L.C.

25  representative take delivery of the STB-- of an STB to

1   your knowledge?

2       **A.**   No.

3       **Q.**   Okay.  You've testified extensively about

4   the reports from Nagra that Dish relied upon.

5           Did Defendants to your knowledge, being the

6   representative of Dish here today, did Defendants own

7   URLs employed or used or broadcast or whatever term you

8   prefer to use on the STB?

9       **A.**   Yes.  They've operated/owned.

10      **Q.**   The Defendants owned them.

11      **A.**   Operated.  Controlled.

12      **Q.**   Okay.  Did Defendants own the URLs on the

13  STB sold by-- well, strike that.

14          It's getting late.

15          **MR. FRANK:**  I understand.

16          **MR. LAKEL:**  Okay.  This is my last

17      exhibit, Exhibit No. 17.

18          (Defendant's Exhibit No. 17 was marked.)

19      **Q.**   **(BY MR. LAKEL)**  Did you ever see this

20  before?

21      **A.**   I need to look through this.

22      **Q.**   Okay.  Go ahead.

23      **A.**   (Perusing document.)  No.

24      **Q.**   Okay.  What is this, if you're able to

25  identify it?

1      **A.**    From the title it says, Plaintiff's answer

2   to Defendants' amended counterclaim.

3      **Q.**    And your testimony is you've never seen this

4   before now.

5      **A.**    That's correct.

6      **Q.**    Okay.  If you turn the page, it has the

7   first affirmative defense it's there; do you see it?

8      **A.**    Yes.

9      **Q.**    What is the factual basis known to you for

10   the immunity claimed by Dish in this first affirmative

11   defense?

12      **A.**    I need to read it.

13      **Q.**    Okay.  Feel free and read them all because

14   I'm going to ask you about them all, all the affirmative

15   defenses or you can read them one at a time, whichever

16   you prefer.

17      **A.**    (Perusing document.)  Okay.  What's your

18   question to the first?

19      **Q.**    On the first affirmative defense, what is

20   the factual basis known to you for the immunity claimed

21   by Dish Network L.L.C. in its-- this first affirmative

22   defense?

23      **MR. FRANK:**  Objection.

24      This-- this is a legal question.

25      If she doesn't--

1          **MR. LAKEL:**  I'm asking for factuals.

2          **MR. FRANK:**  But if she doesn't know what

3      the legal doctrine is, she can't give you a

4      factual basis for it.

5          **MR. LAKEL:**  She knows what immunity

6      means.

7      **Q.**    **(BY MR. LAKEL)**  Do you know what immunity

8  means?

9      **A.**    I don't understand--

10     **Q.**    Do you know what immunity means?

11     **A.**    I mean, of what context immunity, I mean?

12     **Q.**    What does immunity mean to you?

13     **A.**    That you are not subject to it.

14     **Q.**    Okay.  Are there any facts that you know of

15  that gives Dish immunity in this lawsuit?

16          If not; say, no.

17     **A.**    I don't even understand what the

18  Noerr-Pennington immunity is.

19     **Q.**    I didn't ask you about that, did I?

20          I asked you about immunity.  If there are

21  any facts that you know of.

22     **A.**    I-- you're asking me some--

23          **MR. FRANK:**  The same objection.

24          This is premised on a legal principle.

25      If she does not understand the legal premise--

 1           **MR. LAKEL:**  I asked her for facts.

 2           **MR. FRANK:**  -- she can't give you a

 3      factual basis for it.

 4           **MR. LAKEL:**  If she gives me facts, that's

 5      good.  If she doesn't know, she can tell us--

 6      she can say she doesn't know.  I'm not going to

 7      argue-- argue with that.

 8      **A.**    I don't understand what you're asking me.

 9      **Q.**    Okay.  In the second affirmative defense do

10   you know of any factual basis for litigation privilege

11   claimed by Dish in this second affirmative defense?

12           **MR. FRANK:**  The same objection.

13           It's calling for a legal conclusion.

14           **MR. LAKEL:**  Okay.

15      **A.**    I'm not familiar with the Florida litigation

16   privilege.  I can't answer that.

17      **Q.**    Okay.  In the third affirmative defense, do

18   you-- you, as Dish Network L.L.C., know of any factual

19   basis for a preemption claim?

20           **MR. FRANK:**  The same objection.

21           If she doesn't understand the legal

22      principles, she cannot give you a factual basis

23      for it.

24           It calls for a legal conclusion.

25           **MR. LAKEL:**  I'm asking for facts.

1      **A.**    I can't answer that.

2      **Q.**    Okay.  That's what I want to know.

3              The fourth affirmative defense do you know

4      of any factual basis for the Dish claim that user

5      agreement is illegal and against public policy?

6              **MR. FRANK:**  The same objection.

7              If she doesn't understand the legal

8          concept of illegality of a contract, she cannot

9          give you facts to support it.  It's a legal

10         question.

11     **Q.**    **(BY MR. LAKEL)**  Do you know what illegal

12     means?

13     **A.**    Yes.  It's the opposite of legal.

14     **Q.**    Okay.  There you go.

15             And do you know what public policy means?

16     **A.**    I can't explain it.

17     **Q.**    Okay.  That's fair.  So do you know of any

18     facts that makes this contract not legal?

19             **MR. FRANK:**  Objection.

20             Vague.

21             What-- what contract are you referring

22         to?

23             **MR. LAKEL:**  I'm referring to the contract

24         in our counterclaim between--

25             **DEPONENT:**  I have not seen the contract.

1          **MR. LAKEL:**  Okay.  I-- okay.

2     **Q.    (BY MR. LAKEL)**  So you don't know.  That's

3  the answer to that question.

4     **A.**    I can't answer that if I have not seen

5  something.

6     **Q.**    The fifth affirmative--

7          **MR. FRANK:**  Do you-- would you like her

8          to look at the contract?

9          **MR. LAKEL:**  No.  I gave it to her, the

10         13th and the 14th, and she said she didn't know

11         them so we're letting it go.

12         **MR. FRANK:**  Do you want to take a moment

13         and have her read them?

14         **MR. LAKEL:**  No, I don't.

15    **Q.    (BY MR. LAKEL)**  The fifth affirmative

16  defense.  What is the factual basis for the Dish claim

17  that the agreement associated with the purchase of the

18  STB is unconscionable, if you know what unconscionable

19  means?

20         **MR. FRANK:**  Objection.

21         It calls for a legal conclusion.

22         Unconscionability is a legal concept.  If

23         she doesn't understand it, she cannot give you

24         a factual basis.

25    **A.**    No, I do not understand the concept.

1      **Q.**    Okay.  Sixth affirmative defense.  The same

2  question, what is the factual basis for Dish's claim the

3  Defendants lack standing to bring the breach of contract

4  to the counterclaim?

5              **MR. FRANK:**  Same objection.

6              Calls for a legal conclusion.

7              Standing is a legal concept.

8              **MR. LAKEL:**  Okay.

9      **A.**    It's the same answer.  I can't answer that.

10              **MR. LAKEL:**  Yes, I know.  I figured as

11          much.

12              No more questions.  I'm done.

13              **MR. FRANK:**  Let's-- let's take a quick

14          break and then we'll wrap up.

15              **MR. LAKEL:**  Okay.

16              **THE VIDEOGRAPHER:**  We're going to go off

17          the record at 3:57.

18              (A recess was taken.)

19              **THE VIDEOGRAPHER:**  We're now going back

20          on the record at 4:10.

21              **MR. FRANK:**  I don't have any additional

22          questions for the witness, though, I do want to

23          address a few matters concerning this

24          deposition today on the record.

25              The first concerns a subpoena that was

1     received on February 19th, and it was

2     unexecuted at the time without the attachment.

3     On February 21 a complete subpoena was

4     received.

5          That subpoena asked Dish to bring

6     documents to this deposition today.  Objections

7     were served to that subpoena.

8          I understand from yesterday, Mr. Lakel,

9     that the Defendants are not pursuing that

10    subpoena.

11         **MR. LAKEL:**  No.  Well, if the subpoena

12    was improperly-- I gave you a notice with an

13    attachment to it, and I'll ask you about it.

14         Did you produce it-- did you bring any of

15    those records with you?

16         But the subpoena, no.

17         **MR. FRANK:**  Thank you.

18         The second matter I wanted to address was

19    the scope of the deposition.  At the outset

20    there was no notice introduced for this

21    deposition, which I understand was being

22    conducted under Rule 30(b)(6).

23         I'd like to offer as an exhibit -- are we

24    at 18?

25         **COURT REPORTER:**  That would be

1     Defendant's 18.

2          **MR. FRANK:**  So--

3          **COURT REPORTER:**  Do you want it marked

4     Plaintiff's 1?

5          **MR. FRANK:**  So Plaintiff's Exhibit 1.

6          **COURT REPORTER:**  Yes.

7          (Plaintiff's Exhibit No. 1 was marked.)

8          **MR. FRANK:**  I'd like to offer as

9     Exhibit 1 e-mail correspondence between myself

10    and defense counsel concerning the scope of

11    this deposition today.

12          You'll see in that correspondence that

13    Dish agreed to make a witness available for

14    purposes of addressing the factual allegations

15    in the amended complaint and accordingly that

16    is what was prepared for today.

17          The last point I want to talk about is

18    the handling of the transcript, specifically

19    issues regarding the protective order.  Today

20    we discussed some documents that were marked

21    confidential by Dish under the protective

22    order.

23          Under our protective order the transcript

24    itself is automatically deemed confidential for

25    a period of 30 days.  That's set forth in

1          Paragraph 6.

2               **MR. LAKEL:**  Okay.

3               **MR. FRANK:**  One additional item regarding

4          the protective order is that I noticed that a

5          lot of people were taking notes today regarding

6          some of those contracts, including parties,

7          start dates, items of that nature.

8               Those notes containing information from

9          these confidential documents would also have to

10          be treated as confidential under that

11          protective order.

12               **MR. LAKEL:**  What about the facts that you

13          supposedly produced those for us, right?

14               **MR. FRANK:**  I'm sorry.

15               **MR. LAKEL:**  You supposedly produced that

16          stuff and the--

17               **MR. FRANK:**  With a confidential

18          designation on it under the protective order.

19               **MR. LAKEL:**  Okay.  So we're able to use

20          the stuff that is Bates marked.

21               **MR. FRANK:**  You're able to use it in

22          accordance with the terms of the protective

23          order.

24               **MR. LAKEL:**  Okay.

25               **MR. FRANK:**  So you can't publicly

1        disclose it.  You can't use it for purposes--

2            **MR. LAKEL:**  No problem with that.

3            **MR. FRANK:**  -- other than this case.

4            **MR. LAKEL:**  I'm thinking about it.

5            **MR. FRANK:**  The protective-- yes.  The

6        protective order lays out what you can and

7        cannot do with that information.

8            **MR. LAKEL:**  Okay.

9            **MR. FRANK:**  My point is simple.  If

10       information was discussed today and it came

11       from confidential documents--

12           **MR. LAKEL:**  It doesn't--

13           **MR. FRANK:**  -- it's been put into notes,

14       it is equally confidential.

15           **MR. LAKEL:**  No problem.

16           Are you going to read or are you going to

17       waive?

18           **MR. FRANK:**  We would definitely request

19       an opportunity to review the transcript.

20           **MR. LAKEL:**  Okay.  So how do you want to

21       handle that?

22           **MR. FRANK:**  Well, I think it's only fair

23       that we would agree to the agreement we reached

24       during the prior days' depositions.

25           So that was two weeks from the time the

```
 1              transcript is available.

 2                   MR. LAKEL:  Okay.  Sure.

 3                   MR. FRANK:  Okay.

 4                   MR. LAKEL:  And the transcript will be

 5              available.

 6                   MR. FRANK:  That is up to you.  We will--

 7              we will end up acquiring a copy of it

 8              ourselves.

 9                   MR. LAKEL:  Okay.  Okay.

10                   MR. FRANK:  So we don't need to have it

11              made available here.

12                   MR. LAKEL:  Okay.  All right.  So

13              you'll-- you'll deliver a copy of the errata

14              sheet to me.

15                   MR. FRANK:  Once I receive the transcript

16              from the court reporter--

17                   MR. LAKEL:  And after-- after the--

18                   MR. FRANK:  -- we will--

19                   MR. LAKEL:  If there are any comments.

20                   MR. FRANK:  That's right.  If we have

21              anything for an errata sheet, I would send it

22              to you within two weeks upon receiving the

23              transcript.

24                   MR. LAKEL:  That's fair.

25                   MR. FRANK:  I suggest so that we're all
```

1        on the same page regard receiving the

2        transcript, when it becomes available, if

3        Mr. Lakel has ordered a copy and I have ordered

4        a copy or at a minimum, if you're sending it to

5        me, copy him on it so he knows what date I

6        received it.

7                **THE VIDEOGRAPHER:**  Are you ready to

8        conclude?

9                **MR. LAKEL:**  We're done.

10               **MR. FRANK:**  I'm done.

11               **MR. LAKEL:**  I'm done.

12               **THE VIDEOGRAPHER:**  This will conclude

13       this videotaped deposition at 4:15.

14               (This deposition was concluded at 4:15

15       p.m.)

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA              :

4     COUNTY OF HILLSBOROUGH        :

5

6              I, Kathy H. Hoy, Notary Public, State

7     of Florida, certify that Izabela Slowikowska

8     personally appeared before me on the 1st day of

9     March, 2018 and was duly sworn.

10

11             Signed this 22nd day of March, 2018.

12

13

14

15                          *Kathy Hoy*

16                     KATHY H. HOY
                Notary Public, State of Florida
17               My Commission No. GG 22237
                    Expires:  09/23/2020
18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA                :

5    COUNTY OF HILLSBOROUGH          :

6

7            I, Kathy H. Hoy, do hereby certify
     that I was authorized to and did stenographically
8    report the deposition of Izabela Slowikowska; that
     a review of the transcript was requested; and that
9    the foregoing transcript, pages 1 through 196, is
     a true record of my stenographic notes.
10
             I FURTHER CERTIFY that I am not a
11   relative, employee, or attorney or counsel of any
     of the parties, nor am I a relative or employee of
12   any of the parties' attorney or counsel connected
     with the action, nor am I financially interested
13   in the action.

14           DATED this 22nd day of March, 2018.

15

16                   *Kathy Hoy*
                     Kathy H. Hoy
17                   Notary Public, State of Florida

18

19

20

21

22

23

24

25

1          **ERRATA SHEET**

2     Instructions:  Please read the original transcript
      of your deposition, and make note of any errors in
3     the transcription on this page.  DO NOT mark on
      the original transcript itself.  Please sign and
4     date this sheet.

5     Deponent:  IZABELA SLOWIKOWSKA
      Case Reference:  Dish vs. Fraifer
6                      March 1, 2018
      REPORTED BY:  Kathy H. Hoy, Court Reporter/Notary
7     Public

8     Page/Line/Error or Amendment and Reason for Change

9     ----------------------------------------------------------

10    ----------------------------------------------------------

11    ----------------------------------------------------------

12    ----------------------------------------------------------

13    ----------------------------------------------------------

14    ----------------------------------------------------------

15    ----------------------------------------------------------

16    ----------------------------------------------------------

17    ----------------------------------------------------------

18    ----------------------------------------------------------
                  Under penalties of perjury, I declare that
19    I have read the original transcript and, except for any
      corrections and/or amendments noted above, I hereby
20    subscribe to the transcript as an accurate record
      of the statements made by me.

21

22

      Signature of Deponent:_____
23                           IZABELA SLOWIKOWSKA

24    Date:  _____

25

## $

**$10.01** [3] - 123:15, 137:7, 139:19
**$100** [2] - 126:23, 126:24
**$219.99** [1] - 123:10
**$220** [1] - 136:24
**$224.99** [2] - 136:24, 139:21
**$230** [2] - 123:17, 124:18
**$235** [2] - 137:14, 139:16

## '

**'16** [1] - 43:17

## 0

**001146** [2] - 135:9, 135:16
**001147** [1] - 135:8
**001148** [1] - 136:22
**001161** [2] - 123:2, 123:20
**001162** [1] - 121:7
**002254** [1] - 161:1
**002766** [1] - 56:4
**002772** [1] - 74:13
**002799** [1] - 74:23
**002897** [1] - 68:9
**002940** [2] - 65:7, 68:10

## 1

**1** [45] - 1:25, 3:12, 4:3, 30:12,
    54:17, 54:21, 55:16, 56:23, 58:17,
    59:23, 61:3, 61:15, 64:18, 65:14,
    67:2, 67:13, 68:14, 71:6, 72:15,
    75:9, 77:15, 80:20, 82:2, 103:21,
    108:18, 108:21, 108:23, 110:18,
    113:11, 113:12, 122:15, 123:1,
    133:7, 136:24, 137:9, 156:12,
    179:19, 179:20, 179:25, 189:4,
    189:5, 189:7, 189:9, 195:9, 196:6
**10** [4] - 4:15, 135:24, 135:25, 136:3
**100** [1] - 70:22
**10th** [1] - 125:17
**11** [3] - 4:17, 138:20, 138:22
**1144** [1] - 133:7
**1146** [1] - 134:24
**11:46** [1] - 77:16
**11:59** [1] - 77:20
**12** [23] - 4:18, 71:11, 73:21, 73:22,
    92:7, 93:23, 97:25, 98:3, 98:9,
    98:14, 98:20, 99:10, 100:23,
    140:3, 140:9, 140:15, 164:18,
    165:3, 165:6, 167:22, 167:23,
    169:24, 179:14
**12:59** [1] - 112:23
**12th** [2] - 71:11, 104:18
**13** [6] - 4:19, 154:20, 154:21,
    165:14, 165:18, 166:3
**13th** [1] - 186:10
**14** [4] - 3:12, 4:20, 155:9, 155:10

**14th** [1] - 186:10
**15** [3] - 4:21, 156:2, 156:3
**16** [3] - 4:22, 178:16, 178:18
**16,000** [1] - 180:15
**17** [3] - 4:23, 181:17, 181:18
**18** [3] - 169:8, 188:24, 189:1
**19** [2] - 170:2, 170:16
**19th** [1] - 188:1
**1:00** [1] - 14:16
**1:57** [1] - 113:1
**1st** [8] - 5:4, 61:1, 95:12, 96:4,
    97:13, 97:14, 102:25, 194:8

## 2

**2** [37] - 4:4, 54:16, 54:23, 55:18,
    56:24, 58:10, 65:15, 67:4, 67:14,
    68:15, 71:7, 75:13, 77:19, 80:20,
    92:12, 100:24, 101:12, 110:18,
    110:21, 111:14, 112:6, 113:13,
    113:14, 113:19, 113:21, 121:3,
    121:6, 121:20, 121:21, 137:8,
    137:16, 146:12, 163:14, 179:19,
    179:20, 179:25
**20** [3] - 168:11, 168:13, 168:14
**2000** [2] - 7:7, 10:4
**2001** [1] - 14:16
**2002** [2] - 7:9, 14:12
**200599** [1] - 108:25
**2008** [5] - 71:12, 79:16, 79:17,
    101:12, 104:18
**2011** [8] - 73:21, 73:23, 96:24, 97:4,
    97:5, 97:9, 97:13, 100:23
**2012** [3] - 102:25, 105:3, 105:6
**2013** [8] - 1:15, 10:5, 17:22, 28:20,
    30:12, 106:6, 106:15
**2014** [9] - 57:6, 61:1, 64:5, 75:2,
    95:22, 96:11, 97:7, 107:16
**2015** [4] - 7:23, 8:2, 10:4, 125:17
**2016** [9] - 4:4, 4:17, 43:5, 43:7,
    95:12, 96:4, 97:13, 97:14, 139:23
**2017** [9] - 4:10, 4:12, 43:14, 43:16,
    126:3, 129:17, 133:2, 133:3,
    177:17
**2018** [7] - 3:12, 5:4, 71:11, 194:9,
    194:11, 195:14, 196:6
**21** [3] - 171:11, 171:24, 188:3
**2248** [1] - 119:17
**2249** [1] - 119:17
**22nd** [5] - 43:5, 43:6, 139:23,
    194:11, 195:14
**23** [3] - 3:12, 172:22, 173:21
**24** [2] - 101:12, 168:4
**24/7** [2] - 168:4, 168:10
**26** [2] - 57:6, 106:6
**29** [5] - 96:24, 97:4, 97:5, 97:9,
    106:15
**2958** [1] - 83:1
**29th** [1] - 97:13
**2:00** [1] - 112:17
**2:37** [1] - 138:16
**2:38** [1] - 138:19

**2:48** [1] - 146:13
**2:54** [1] - 146:17
**2nd** [4] - 2:15, 95:22, 96:11, 97:7
**2s** [2] - 113:17, 113:18

## 3

**3** [17] - 4:6, 65:16, 67:4, 67:15,
    68:16, 71:8, 71:20, 80:20, 115:3,
    115:4, 115:5, 116:5, 146:16,
    179:17, 179:20, 180:2, 180:4
**30** [5] - 23:20, 23:21, 24:17, 176:13,
    189:25
**30(b)(6)** [1] - 188:22
**3569** [1] - 56:9
**3:57** [1] - 187:17
**3rd** [2] - 105:3, 105:5

## 4

**4** [23] - 4:7, 65:17, 67:4, 67:16,
    68:17, 68:18, 79:16, 80:6, 80:20,
    80:23, 119:19, 119:20, 119:21,
    120:3, 121:4, 121:20, 121:21,
    121:22, 122:7, 122:15, 122:22,
    123:20
**41** [1] - 54:13
**4:10** [1] - 187:20
**4:15** [2] - 193:13, 193:14
**4:59** [1] - 129:17
**4th** [1] - 79:17

## 5

**5** [20] - 4:9, 54:16, 54:23, 54:25,
    65:18, 67:5, 67:17, 68:18, 68:20,
    68:21, 68:24, 77:5, 80:21, 123:23,
    123:24, 124:7, 124:11, 125:1,
    125:7, 125:19

## 6

**6** [27] - 3:3, 4:10, 54:19, 54:20,
    54:21, 54:24, 64:12, 64:13, 65:9,
    65:20, 66:23, 67:1, 67:6, 67:10,
    67:18, 68:10, 68:25, 75:2, 124:19,
    124:20, 124:21, 125:3, 125:20,
    127:24, 163:10, 163:14, 190:1
**67** [1] - 173:21

## 7

**7** [6] - 1:15, 4:11, 127:25, 128:1,
    164:13, 168:5
**74** [3] - 65:4, 65:5, 67:20

## 8

**8** [5] - 4:12, 64:5, 131:17, 131:18,

131:20
**8/6/14** [1] - 75:3

## 9

**9** [7] - 4:14, 43:14, 133:20, 133:21, 133:22, 134:20, 135:16
**96** [1] - 113:6
**996** [1] - 72:22
**9:55** [1] - 5:11
**9th** [5] - 43:16, 126:3, 129:17, 133:2, 133:3

## A

**a-h-l-a-t-v-.-com** [1] - 128:8
**A-L** [1] - 61:22
**a.m** [1] - 5:11
**AB** [2] - 65:23, 66:4
**Abdallah** [2] - 65:22, 66:25
**Abdula** [2] - 61:10, 61:11
**able** [9] - 17:12, 28:11, 40:13, 95:8, 113:25, 152:2, 181:24, 190:19, 190:21
**Absolutely** [1] - 174:9
**accept** [1] - 121:18
**accessible** [2] - 131:12, 131:13
**accordance** [1] - 190:22
**according** [9] - 62:3, 96:8, 96:10, 116:1, 126:25, 139:17, 143:24, 144:3, 160:22
**accordingly** [1] - 189:15
**account** [1] - 43:21
**acquired** [2] - 60:6, 60:17
**acquires** [2] - 59:24, 60:4
**acquiring** [1] - 192:7
**act** [1] - 176:19
**acting** [4] - 61:18, 62:4, 148:14, 175:8, 178:6
**active** [15] - 67:20, 69:2, 74:1, 93:17, 100:19, 101:7, 101:21, 102:10, 104:2, 104:15, 104:24, 105:14, 105:22, 106:10, 172:14
**activities** [1] - 163:17
**acts** [3] - 143:15, 143:16, 177:11
**actual** [6] - 97:20, 172:23, 173:1, 173:25, 174:7, 174:17
**ad** [1] - 164:19
**added** [2] - 68:6, 68:8
**addition** [1] - 132:5
**additional** [11] - 59:23, 67:25, 78:3, 128:23, 137:11, 137:13, 166:1, 166:18, 167:15, 187:21, 190:3
**address** [17] - 64:22, 111:1, 111:10, 114:8, 114:10, 114:12, 120:19, 120:21, 121:1, 136:16, 137:19, 137:22, 137:25, 138:3, 138:5, 187:23, 188:18
**addressing** [1] - 189:14
**administration** [3] - 7:8, 14:22, 15:1

**advertise** [1] - 177:19
**advertisements** [1] - 177:23
**advertises** [1] - 160:5
**advertising** [4] - 161:14, 161:18, 162:9, 177:14
**advised** [1] - 178:11
**affected** [1] - 150:14
**affiliate** [2] - 48:23, 154:10
**affiliation** [1] - 96:23
**Affiliation** [1] - 70:9
**age** [1] - 29:5
**agency** [3] - 13:11, 13:19, 38:18
**agent** [4] - 146:19, 146:21, 146:25, 147:2
**ago** [3] - 29:22, 29:25, 30:1
**agree** [1] - 191:23
**agreed** [2] - 158:8, 189:13
**Agreement** [3] - 4:19, 4:20, 70:9
**agreement** [93] - 18:16, 43:12, 53:13, 53:23, 54:8, 54:11, 54:13, 55:22, 55:25, 56:23, 57:3, 57:17, 57:22, 58:17, 59:4, 59:10, 60:25, 61:1, 61:9, 61:13, 62:25, 63:8, 63:9, 64:5, 64:22, 64:25, 65:7, 65:8, 65:11, 65:13, 66:5, 66:11, 68:11, 69:18, 69:23, 70:2, 70:7, 71:1, 71:10, 72:10, 72:11, 72:13, 74:10, 74:15, 76:6, 83:2, 83:15, 83:19, 83:25, 84:2, 84:8, 84:12, 84:17, 96:16, 96:23, 97:3, 97:8, 97:18, 102:21, 102:23, 103:7, 103:9, 104:1, 104:7, 104:12, 104:17, 104:20, 104:23, 105:3, 105:10, 105:12, 105:17, 105:21, 106:4, 106:5, 106:19, 106:20, 106:23, 106:24, 107:3, 107:11, 107:16, 107:17, 110:2, 154:25, 155:12, 155:14, 155:25, 185:5, 186:17, 191:23
**agreements** [21] - 17:21, 19:10, 20:8, 50:8, 52:19, 55:6, 57:17, 58:20, 58:25, 59:2, 59:3, 59:6, 69:11, 69:12, 83:10, 157:1, 157:18, 162:17, 162:23, 165:16, 172:15
**ahead** [9] - 25:22, 64:17, 77:11, 90:5, 108:15, 119:7, 162:1, 179:6, 181:22
**Ahla** [2] - 19:20, 136:24
**AHLA** [1] - 19:20
**Ahlai** [17] - 39:1, 39:5, 136:18, 136:20, 140:12, 145:12, 147:11, 147:16, 147:20, 150:13, 152:16, 153:11, 154:5, 155:15, 162:15, 172:9
**AHLAITV** [1] - 128:7
**AhlaiTV** [21] - 1:9, 117:4, 117:5, 126:7, 128:21, 129:6, 129:8, 129:12, 135:2, 135:5, 136:23, 140:13, 140:21, 141:5, 141:23, 141:25, 143:10, 152:16, 152:20, 155:1
**AhlaTV** [5] - 4:19, 42:24, 43:4, 43:9,

136:25
**Ahlatv.com** [1] - 134:15
**ahlatv.com** [1] - 128:6
**aired** [3] - 166:1, 166:19, 167:16
**aka** [3] - 92:13, 92:14
**al** [5] - 5:7, 50:16, 72:25, 99:13, 100:9, 100:15
**Al** [74] - 25:9, 25:10, 26:11, 26:24, 50:23, 52:24, 52:25, 53:5, 53:7, 59:7, 59:12, 59:13, 59:14, 59:17, 59:24, 60:4, 60:7, 60:17, 61:8, 61:20, 62:6, 62:7, 62:9, 62:22, 72:24, 73:9, 76:8, 78:20, 78:25, 79:15, 79:19, 81:4, 81:5, 81:13, 82:14, 83:6, 83:19, 84:2, 84:11, 84:17, 84:20, 84:23, 85:18, 85:23, 85:25, 86:1, 86:6, 86:8, 86:21, 87:12, 88:16, 89:9, 92:8, 92:10, 92:11, 92:12, 92:14, 94:13, 94:14, 98:12, 99:2, 99:3, 99:7, 99:17, 100:1, 100:5, 161:12
**AL** [4] - 27:1, 27:4, 51:2, 53:1
**AlaiTV** [1] - 169:23
**Alex** [1] - 5:17
**AlhaiTVs** [1] - 169:9
**allegations** [3] - 173:17, 180:1, 189:14
**alleged** [3] - 143:12, 175:10, 176:14
**allegedly** [1] - 48:12
**allowed** [1] - 159:7
**alter** [1] - 164:14
**Amend** [1] - 76:25
**amend** [1] - 76:25
**amended** [12] - 4:21, 4:22, 4:24, 96:25, 156:12, 163:10, 164:18, 165:14, 168:25, 176:14, 182:2, 189:15
**amendment** [72] - 54:15, 54:16, 54:24, 54:25, 56:3, 56:6, 58:10, 58:18, 61:4, 63:1, 63:2, 63:5, 63:9, 64:18, 65:15, 65:16, 65:17, 65:18, 67:4, 67:5, 67:13, 67:14, 67:15, 67:16, 67:18, 68:13, 68:16, 68:17, 68:24, 71:6, 71:7, 71:8, 71:16, 71:18, 72:15, 72:16, 72:18, 75:9, 75:13, 76:7, 80:7, 82:2, 82:7, 82:11, 83:24, 84:1, 85:15, 85:17, 86:3, 86:18, 87:12, 87:17, 88:1, 88:4, 88:8, 88:11, 88:22, 88:23, 89:5, 89:16, 89:18, 89:23, 89:24, 90:6, 90:9, 90:15, 90:24, 90:25, 91:6, 91:10, 91:16, 92:1
**Amendment** [25] - 54:17, 54:21, 54:23, 55:16, 56:23, 56:24, 58:17, 59:23, 61:3, 61:15, 65:14, 67:2, 67:4, 67:17, 68:14, 68:15, 68:18, 68:21, 68:25, 71:20, 72:17, 80:6, 80:23, 196:8
**amendments** [43] - 54:14, 54:20, 55:9, 56:25, 57:18, 57:23, 58:7, 61:2, 64:9, 64:13, 64:15, 64:25, 65:9, 66:23, 67:10, 67:25, 68:2, 68:3, 68:10, 68:12, 69:11, 69:12,

70:25, 71:5, 71:15, 72:10, 72:12, 74:17, 74:19, 75:5, 76:1, 80:1, 80:5, 80:19, 81:1, 81:21, 81:23, 83:10, 90:3, 90:18, 90:19, 196:19

**Amendments** [1] - 55:6

**amount** [6] - 27:21, 126:19, 126:20, 126:23, 139:12, 139:14

**answer** [15] - 4:23, 6:19, 22:15, 22:19, 56:19, 142:2, 158:21, 180:17, 182:1, 184:16, 185:1, 186:3, 186:4, 187:9

**Answer** [1] - 21:3

**answered** [7] - 22:16, 22:18, 58:23, 119:3, 133:15, 148:19, 170:3

**answers** [2] - 6:17, 154:19

**antipiracy** [1] - 23:5

**apart** [1] - 158:20

**appear** [1] - 122:6

**applies** [1] - 62:25

**April** [3] - 79:16, 79:17, 106:6

**AR** [1] - 61:22

**Arab** [2] - 24:21, 66:14

**Arabic** [16] - 23:24, 23:25, 25:5, 26:17, 27:6, 30:18, 30:22, 59:12, 59:14, 92:11, 99:17, 128:23, 161:7, 169:10, 169:13

**Arabic-language** [2] - 169:10, 169:13

**Arabiya** [34] - 78:20, 78:25, 79:15, 79:20, 81:4, 81:5, 81:6, 81:12, 81:13, 81:14, 82:14, 83:6, 83:19, 84:2, 84:3, 84:11, 84:17, 84:20, 84:23, 85:18, 85:23, 85:25, 86:2, 86:6, 86:8, 86:22, 87:13, 88:16, 89:9, 92:9, 92:10

**argue** [2] - 184:7

**arrangement** [2] - 33:20, 33:21

**arrived** [2] - 40:15, 40:17

**artist** [1] - 15:6

**assistant** [1] - 11:24

**assisting** [1] - 113:8

**associated** [1] - 186:17

**assume** [1] - 15:11

**assuming** [2] - 141:5, 142:12

**ATH** [1] - 75:17

**attachment** [2] - 188:2, 188:13

**attorney** [14] - 5:19, 5:22, 6:12, 43:23, 127:14, 127:17, 127:18, 132:16, 139:6, 155:4, 155:19, 178:14, 195:11, 195:12

**Attorney** [1] - 5:22

**attorneys** [2] - 40:21, 151:3

**audio** [2] - 9:17, 9:24

**August** [5] - 57:6, 73:21, 73:22, 75:2, 100:23

**authorize** [4] - 143:12, 143:20, 144:10

**authorized** [2] - 172:2, 195:7

**automatically** [1] - 189:24

**available** [10] - 20:14, 23:9, 79:24, 151:21, 171:6, 189:13, 192:1, 192:5, 192:11, 193:2

**avoid** [1] - 84:6

# B

**B-A-R-E-A-M** [1] - 60:13

**Bachelor's** [1] - 7:6

**background** [6] - 14:20, 14:23, 15:9, 15:10, 15:14, 15:16

**bad** [1] - 178:6

**Bank** [1] - 86:13

**Baream** [1] - 60:11

**baream** [1] - 60:14

**Barnett** [9] - 86:10, 86:12, 86:13, 86:23, 87:23, 87:24, 88:6, 88:17, 89:10

**barnett** [1] - 86:13

**bars** [1] - 128:19

**base** [4] - 69:9, 71:24, 74:3, 117:14

**based** [2] - 71:25, 96:2

**basing** [2] - 20:16, 20:17

**basis** [15] - 156:20, 157:18, 158:10, 164:7, 182:9, 182:20, 183:4, 184:3, 184:10, 184:19, 184:22, 185:4, 186:16, 186:24, 187:2

**Bates** [35] - 4:3, 4:4, 4:6, 4:7, 4:9, 4:10, 4:11, 4:12, 4:14, 4:15, 4:17, 44:5, 55:3, 55:7, 63:4, 65:6, 68:9, 68:13, 83:1, 83:24, 89:15, 89:18, 90:12, 90:14, 119:15, 121:6, 122:24, 123:1, 123:20, 133:7, 134:16, 134:19, 140:5, 160:25, 190:20

**become** [1] - 28:17

**becomes** [1] - 193:2

**began** [4] - 36:19, 83:2, 96:6, 102:19

**begin** [2] - 33:19, 36:3

**beginning** [6] - 5:13, 7:3, 77:19, 96:7, 146:16, 158:24

**behalf** [14] - 5:15, 12:7, 143:7, 143:15, 143:16, 146:5, 146:6, 147:11, 148:15, 174:11, 175:12, 176:2

**belief** [3] - 69:9, 117:14, 172:3

**believes** [2] - 108:3, 109:8

**belongs** [1] - 158:13

**beneath** [4] - 129:7, 129:12, 130:10, 131:4

**benefits** [5] - 23:1, 27:14, 163:16, 163:19, 164:11

**best** [3] - 161:7, 177:5, 178:8

**bet** [1] - 33:7

**better** [4] - 126:9, 135:18, 140:16, 141:12

**between** [10] - 22:9, 36:2, 36:15, 68:18, 99:8, 99:23, 102:23, 117:5, 185:24, 189:19

**big** [4] - 15:22, 48:13, 48:15, 149:21

**billing** [1] - 121:1

**bit** [2] - 59:9, 125:5

**blurry** [5] - 126:6, 135:17, 140:12,

140:17, 141:16

**board** [2] - 33:4, 33:9

**Board** [1] - 33:6

**bold** [1] - 129:4

**bottom** [7] - 115:15, 128:10, 130:22, 134:19, 134:24, 135:3, 136:16

**bought** [10] - 12:20, 12:24, 13:4, 14:10, 43:11, 43:12, 43:13, 43:16, 47:10, 110:2

**bound** [1] - 113:9

**box** [50] - 8:22, 9:4, 9:12, 9:15, 10:1, 38:21, 38:23, 39:1, 39:6, 39:10, 40:15, 40:16, 41:14, 42:24, 43:1, 43:4, 43:8, 43:9, 43:16, 121:4, 121:5, 121:10, 121:11, 121:15, 131:11, 136:18, 136:20, 136:23, 136:25, 137:3, 140:13, 140:14, 140:19, 140:20, 140:23, 141:1, 141:6, 141:19, 150:11, 150:12, 150:13, 151:11, 151:21, 151:23, 151:25, 152:18, 152:20, 152:24, 161:8

**boxes** [28] - 8:16, 9:1, 9:2, 9:3, 9:7, 9:13, 11:8, 20:14, 20:23, 23:12, 40:6, 40:10, 45:17, 45:19, 45:21, 47:10, 47:22, 47:25, 48:3, 50:3, 141:2, 142:23, 143:25, 144:1, 148:4, 164:4, 164:9

**boy** [1] - 103:12

**boyle** [2] - 132:5, 139:5

**Boyle** [26] - 2:2, 5:15, 11:23, 39:15, 40:19, 40:22, 41:2, 41:5, 41:17, 41:20, 42:12, 43:21, 43:22, 43:23, 43:24, 44:15, 44:20, 44:23, 46:6, 47:3, 132:11, 132:17, 132:18, 132:20, 139:4, 139:24

**brackets** [2] - 63:21, 64:1

**branch** [5] - 87:5, 87:10, 88:10, 88:21, 89:14

**breach** [3] - 18:19, 180:2, 187:3

**break** [7] - 77:13, 112:12, 112:16, 112:18, 146:9, 158:20, 187:14

**bring** [3] - 187:3, 188:5, 188:14

**brings** [1] - 52:22

**broad** [2] - 93:19, 158:25

**broadcast** [38] - 18:6, 19:11, 19:19, 19:22, 20:10, 50:3, 72:5, 74:8, 94:6, 94:7, 94:10, 94:13, 94:15, 94:23, 95:1, 96:1, 97:12, 97:18, 97:20, 100:9, 100:11, 101:22, 106:8, 108:4, 147:20, 148:4, 157:3, 157:6, 159:20, 166:24, 167:2, 169:18, 172:3, 173:16, 176:23, 177:3, 181:7

**broadcasted** [5] - 20:13, 94:19, 94:20, 116:12, 143:5

**Broadcaster** [1] - 21:22

**broadcasting** [12] - 18:23, 94:18, 95:4, 95:12, 95:14, 96:3, 102:11, 141:25, 159:25, 173:12, 177:4, 178:9

**broadcasts** [10] - 108:6, 117:23,

156:14, 156:23, 157:20, 157:23, 158:4, 159:1, 159:6, 172:11
**broken** [1] - 151:9
**brought** [2] - 25:3, 116:18
**bunch** [3] - 117:15, 161:5, 166:11
**bundle** [10] - 42:23, 127:5, 127:21, 130:7, 130:12, 130:14, 130:25, 133:9, 133:10, 133:12
**business** [16] - 7:8, 7:12, 8:11, 15:1, 30:17, 32:8, 32:25, 33:3, 33:16, 33:22, 33:23, 34:1, 34:5, 34:8, 46:1, 178:15
**Business** [2] - 7:19, 33:22
**buy** [4] - 10:19, 12:11, 43:15, 147:6
**buying** [3] - 9:7, 9:12, 180:22

## C

**cannot** [9] - 37:9, 97:16, 122:10, 130:4, 139:20, 184:22, 185:8, 186:23, 191:7
**capacity** [5] - 7:16, 7:25, 8:19, 12:13, 54:2
**capital** [3] - 130:19, 130:21, 131:7
**Capital** [1] - 131:9
**capitals** [1] - 131:2
**caps** [1] - 64:2
**capture** [4] - 150:22, 150:23, 159:12, 172:3
**capturing** [7] - 156:14, 156:23, 157:20, 158:4, 158:25, 159:6, 171:6
**career** [1] - 31:19
**carry** [5] - 57:20, 60:8, 69:13, 72:3, 105:24
**carrying** [2] - 60:19, 72:4
**cart** [4] - 122:12, 122:14, 122:17, 123:4
**case** [9] - 18:10, 18:19, 18:20, 52:14, 101:25, 109:5, 154:4, 191:3
**cases** [1] - 19:5
**cat** [3] - 103:15, 103:16, 103:21
**CDMs** [3] - 175:23, 175:25, 176:6
**cease** [6] - 46:22, 143:19, 173:11, 173:12, 174:5, 174:14
**ceased** [2] - 107:7, 107:23
**Center** [3] - 125:11, 132:7, 132:9
**CEO** [10] - 73:16, 73:17, 75:16, 75:21, 76:11, 84:16, 86:14, 86:15, 86:23, 87:18
**certain** [1] - 174:12
**certified** [1] - 5:2
**change** [2] - 102:2, 146:10
**channel** [62] - 19:10, 26:24, 27:6, 27:9, 52:13, 60:10, 64:20, 69:25, 70:1, 70:6, 73:4, 76:20, 79:18, 79:19, 81:15, 82:15, 83:5, 83:6, 84:24, 85:5, 85:9, 85:18, 86:1, 86:21, 94:20, 96:3, 97:22, 99:18, 100:18, 101:2, 101:5, 101:16, 101:17, 102:3, 102:16, 103:18,

103:24, 103:25, 104:19, 104:21, 105:8, 105:9, 105:17, 105:19, 106:9, 106:12, 106:14, 106:18, 107:2, 107:7, 143:25, 150:19, 151:14, 151:16, 166:7, 166:23, 167:2, 167:7, 167:9, 168:3, 168:4
**Channel** [1] - 69:25
**channels** [163] - 9:24, 17:21, 17:23, 17:24, 17:25, 18:7, 18:23, 19:13, 19:14, 19:18, 19:22, 20:8, 20:12, 21:5, 23:9, 25:2, 25:14, 26:7, 30:18, 45:14, 45:15, 46:20, 46:25, 50:1, 50:5, 50:7, 50:9, 50:10, 52:3, 52:7, 52:8, 52:10, 52:12, 52:15, 52:22, 52:23, 53:8, 54:8, 57:15, 57:20, 59:8, 59:10, 59:24, 64:22, 65:5, 65:10, 67:21, 67:22, 67:25, 68:3, 69:13, 72:4, 73:3, 77:1, 78:1, 78:3, 78:12, 78:13, 78:14, 78:17, 78:19, 78:23, 79:17, 83:7, 85:12, 92:16, 92:17, 93:3, 93:5, 93:16, 93:20, 93:21, 94:3, 94:8, 95:23, 98:1, 98:2, 98:5, 98:8, 98:10, 98:14, 98:15, 98:22, 98:25, 99:9, 108:2, 108:5, 108:6, 108:8, 131:12, 131:13, 131:15, 141:25, 143:6, 143:23, 144:3, 147:19, 148:3, 150:14, 151:20, 152:3, 152:7, 152:22, 152:23, 153:4, 153:7, 153:10, 153:11, 153:12, 153:16, 156:15, 156:24, 157:3, 157:6, 157:20, 158:4, 159:1, 159:6, 159:12, 160:1, 160:5, 161:7, 163:6, 163:7, 165:6, 165:11, 166:2, 166:7, 166:13, 166:15, 166:16, 166:20, 167:17, 167:18, 167:20, 169:10, 169:13, 169:15, 169:16, 169:18, 169:24, 170:4, 170:18, 170:20, 170:23, 171:5, 171:25, 172:4, 173:4, 174:3, 174:4, 174:23, 175:1, 175:2, 175:3, 175:4, 175:7, 176:23, 177:3, 177:19, 178:9
**Charlie** [3] - 16:13, 16:14, 16:18
**check** [17] - 41:23, 52:1, 82:25, 93:9, 93:13, 95:5, 95:6, 95:8, 101:19, 117:20, 117:25, 118:6, 145:3, 160:15, 172:19, 172:21
**checkbox** [1] - 121:18
**checked** [5] - 121:10, 121:11, 121:12, 121:14, 121:15
**checking** [1] - 121:18
**checkout** [4] - 120:7, 120:11, 120:13, 120:21
**chief** [2] - 81:11
**Chris** [5] - 28:25, 30:6, 71:7, 88:3, 88:15
**cited** [1] - 159:13
**CJ** [1] - 129:14
**claim** [16] - 19:23, 24:2, 24:3, 24:7, 25:3, 78:12, 157:18, 164:21, 165:9, 165:11, 166:14, 169:8, 184:19, 185:4, 186:16, 187:2

**claimed** [5] - 26:4, 162:16, 182:10, 182:20, 184:11
**claiming** [3] - 97:11, 162:22, 167:3
**claims** [12] - 18:5, 18:14, 98:6, 98:16, 98:24, 99:4, 147:19, 160:22, 167:12, 169:9, 170:4, 170:16
**Clarke** [3] - 2:14, 5:21, 113:8
**clear** [4] - 24:7, 24:9, 153:23, 159:22
**click** [2] - 150:15, 150:18
**close** [1] - 75:3
**closed** [1] - 156:16
**closed-quote** [1] - 156:16
**Coalition** [1] - 21:22
**collecting** [1] - 164:8
**collection** [1] - 164:10
**Colorado** [2] - 2:8, 16:11
**combined** [1] - 81:24
**commence** [4] - 57:5, 95:13, 100:21, 102:14
**Commencement** [2] - 64:4, 73:20
**commencement** [21] - 57:2, 60:25, 71:9, 79:14, 100:22, 101:9, 101:10, 101:11, 101:23, 102:9, 102:15, 102:18, 102:20, 104:5, 104:6, 104:16, 104:17, 105:1, 105:2, 106:2, 106:5
**comments** [1] - 192:19
**companies** [25] - 10:1, 17:10, 17:15, 24:4, 24:21, 24:25, 26:4, 34:12, 46:13, 46:15, 51:25, 52:3, 52:8, 52:10, 78:2, 78:12, 118:18, 118:19, 118:21, 118:25, 145:8, 145:12, 163:24, 175:11, 175:16
**Company** [12] - 62:11, 62:13, 62:17, 62:18, 87:3, 87:10, 88:10, 88:21, 89:14, 99:21, 102:7, 175:15
**company** [43] - 8:15, 8:22, 14:3, 15:19, 15:20, 16:11, 16:16, 16:17, 16:22, 17:6, 19:24, 24:22, 25:20, 26:6, 26:7, 36:9, 52:11, 52:21, 73:10, 82:16, 82:17, 82:23, 83:4, 83:7, 84:24, 85:2, 85:5, 85:11, 86:8, 86:25, 87:1, 87:20, 88:5, 88:7, 88:18, 88:19, 89:11, 89:12, 89:13, 102:24, 132:10, 153:17
**compare** [1] - 115:8
**comparing** [1] - 80:14
**complaining** [1] - 52:4
**complaint** [30] - 4:21, 19:15, 19:16, 20:12, 25:1, 25:15, 26:5, 26:8, 26:20, 27:8, 27:9, 38:25, 78:14, 78:23, 92:6, 92:8, 93:23, 97:24, 97:25, 98:10, 98:20, 116:24, 156:13, 163:11, 164:19, 165:15, 168:25, 173:19, 176:14, 189:15
**complete** [4] - 134:25, 135:8, 135:9, 188:3
**completed** [1] - 170:7
**complicated** [1] - 59:10
**compound** [1] - 144:13

**comprise** [1] - 166:12
**comprises** [1] - 168:3
**concept** [4] - 185:8, 186:22, 186:25, 187:7
**concerning** [6] - 45:7, 47:15, 47:20, 48:11, 187:23, 189:10
**concerns** [1] - 187:25
**conclude** [3] - 155:24, 193:8, 193:12
**conclusion** [6] - 120:15, 172:17, 184:13, 184:24, 186:21, 187:6
**condition** [1] - 60:16
**conditions** [1] - 121:19
**conduct** [4] - 45:2, 45:6, 153:6
**conducted** [2] - 38:16, 188:22
**conduction** [1] - 47:20
**confidential** [8] - 57:25, 189:21, 189:24, 190:9, 190:10, 190:17, 191:11, 191:14
**confirm** [5] - 93:13, 97:17, 107:18, 118:24, 144:15
**confirms** [1] - 167:4
**confusion** [1] - 84:6
**connection** [2] - 49:11, 49:12
**connotes** [1] - 162:14
**considers** [1] - 129:23
**consist** [3] - 139:17, 166:8
**consult** [1] - 34:13
**Consultants** [1] - 53:9
**consulting** [11] - 32:8, 32:25, 33:3, 33:16, 33:20, 33:21, 33:22, 34:1, 34:5, 34:8, 53:11
**Consulting** [7] - 52:21, 53:10, 53:13, 53:23, 100:3, 100:7, 100:14
**consults** [1] - 34:12
**contact** [4] - 120:25, 122:16, 144:18, 144:20
**contained** [2] - 64:14, 90:18
**containing** [1] - 190:8
**content** [5] - 9:17, 39:8, 168:4, 168:14, 168:23
**context** [1] - 183:11
**continue** [3] - 173:15, 177:2, 177:19
**continued** [1] - 176:23
**continues** [2] - 78:8, 115:17
**contract** [64] - 14:4, 14:7, 18:16, 18:19, 21:14, 51:23, 52:16, 52:17, 55:9, 55:10, 60:21, 62:8, 62:10, 63:4, 63:12, 69:5, 69:6, 69:10, 78:25, 79:2, 79:5, 81:3, 81:7, 81:9, 82:24, 85:7, 85:8, 85:17, 85:23, 85:24, 86:1, 92:19, 95:18, 95:19, 95:20, 96:8, 96:10, 96:11, 97:5, 99:16, 99:20, 99:22, 100:22, 101:4, 101:10, 101:11, 102:6, 103:14, 103:19, 103:23, 120:13, 120:18, 162:16, 167:4, 172:21, 180:2, 185:8, 185:18, 185:21, 185:23, 185:25, 186:8, 187:3
**contracted** [2] - 21:18, 52:22

**contractor** [1] - 69:17
**contracts** [42] - 17:21, 18:24, 19:10, 20:7, 23:8, 51:3, 51:11, 51:13, 51:19, 51:20, 72:3, 74:4, 78:1, 78:4, 78:6, 78:8, 78:11, 78:24, 92:16, 92:24, 93:2, 93:4, 93:6, 93:7, 99:9, 101:2, 101:16, 101:19, 103:4, 143:23, 158:12, 158:17, 159:13, 160:2, 160:23, 162:8, 167:19, 167:25, 168:1, 168:22, 172:19, 190:6
**contractual** [2] - 38:12, 50:14
**control** [4] - 30:19, 135:2, 135:5, 141:12
**Controlled** [1] - 181:11
**COO** [7] - 81:12, 81:16, 84:21, 84:23, 85:25, 87:11, 87:16
**cool** [2] - 6:21, 13:18
**copied** [1] - 47:2
**copies** [1] - 143:22
**copy** [10] - 51:7, 135:17, 135:18, 135:19, 140:8, 192:7, 192:13, 193:3, 193:4, 193:5
**copyright** [17] - 98:7, 98:24, 143:4, 143:13, 144:5, 146:2, 164:21, 165:11, 165:21, 166:5, 168:8, 168:19, 169:12, 173:6, 176:14, 176:21, 177:18
**copyrighted** [9] - 166:1, 166:19, 167:6, 167:7, 167:9, 167:11, 167:16, 168:2, 168:17
**copyrighting** [1] - 108:7
**copyrights** [5] - 97:25, 98:17, 99:4, 172:24, 173:1
**corner** [1] - 135:4
**corporate** [16] - 10:14, 10:25, 15:11, 15:14, 15:16, 16:4, 17:9, 17:11, 22:8, 22:12, 48:16, 48:21, 48:25, 153:25, 154:7
**Corporation** [1] - 66:15
**corporation** [1] - 16:17
**corporations** [2] - 15:23, 17:3
**correct** [45] - 17:2, 21:15, 22:19, 22:24, 22:25, 24:22, 26:21, 32:10, 35:16, 38:3, 38:14, 41:7, 45:10, 52:4, 55:1, 56:11, 60:15, 64:2, 69:8, 79:20, 82:24, 83:3, 86:4, 88:12, 92:9, 100:12, 117:24, 120:8, 122:4, 128:7, 128:24, 131:2, 141:14, 145:2, 145:5, 152:22, 156:1, 159:10, 164:23, 165:12, 167:7, 171:10, 172:12, 172:13, 182:5
**correspondence** [2] - 189:9, 189:12
**corresponding** [2] - 148:1, 150:25
**cost** [3] - 123:16, 137:4, 137:6
**counsel** [7] - 5:13, 5:18, 40:18, 113:8, 189:10, 195:11, 195:12
**Counsel** [2] - 2:6, 77:10
**counsels** [1] - 5:12
**Count** [3] - 179:16, 180:2, 180:4
**count** [1] - 180:3

**counterclaim** [5] - 4:22, 4:24, 182:2, 185:24, 187:4
**counting** [1] - 153:16
**couple** [2] - 23:21, 174:9
**court** [3] - 5:24, 108:17, 192:16
**Court** [4] - 1:17, 1:22, 5:8, 196:6
**cover** [3] - 67:25, 95:19, 172:20
**coverage** [1] - 69:13
**covered** [23] - 97:9, 101:15, 103:3, 103:13, 103:18, 103:20, 103:23, 103:25, 104:11, 104:20, 104:23, 105:12, 105:17, 106:19, 106:20, 106:23, 106:24, 107:3, 107:4, 107:10, 107:12, 107:13, 131:15
**covers** [5] - 20:12, 59:10, 69:23, 70:3, 105:13
**cramps** [1] - 138:14
**created** [1] - 148:17
**current** [1] - 40:21
**customer** [2] - 109:4, 109:24
**customers** [5] - 9:21, 131:11, 152:2, 169:11, 170:18
**customers'** [1] - 153:3
**cut** [1] - 26:2

---

**D**

---

**D-A-L-L-A-H** [1] - 66:4
**D-E-M** [1] - 53:22
**Date** [2] - 60:25, 196:24
**date** [73] - 12:22, 29:24, 36:4, 36:25, 43:5, 57:2, 57:6, 57:8, 58:12, 60:23, 60:24, 64:4, 64:6, 64:14, 71:9, 71:13, 71:16, 71:18, 73:20, 73:24, 75:1, 75:2, 75:3, 79:14, 79:22, 82:8, 91:6, 91:12, 91:13, 91:14, 92:2, 95:5, 95:16, 96:2, 97:16, 97:17, 97:18, 97:20, 100:22, 101:9, 101:10, 101:11, 101:23, 102:9, 102:15, 102:18, 102:20, 104:5, 104:6, 104:16, 104:17, 105:1, 105:2, 106:2, 106:4, 106:5, 106:8, 106:15, 109:13, 109:14, 109:16, 109:18, 109:20, 125:15, 126:2, 129:16, 133:1, 139:22, 193:5, 196:4
**dated** [10] - 3:12, 4:3, 4:4, 4:9, 4:10, 4:12, 4:17, 96:24, 97:4, 97:8
**dates** [8] - 58:5, 58:6, 64:13, 90:17, 90:23, 91:1, 91:19, 190:7
**Dave** [2] - 76:2, 76:3
**David** [1] - 76:12
**days** [2] - 168:5, 189:25
**days'** [1] - 191:24
**DC** [1] - 73:14
**December** [1] - 61:1
**decide** [1] - 147:19
**deduction** [1] - 154:11
**deemed** [1] - 189:24
**defendant** [1] - 19:25
**Defendant** [2] - 2:19, 116:12
**Defendant's** [19] - 108:21, 108:23,

113:21, 115:4, 119:20, 124:7,
124:20, 127:25, 131:18, 133:21,
135:25, 138:20, 140:3, 154:21,
155:10, 156:3, 178:18, 181:18,
189:1
**Defendants** [40] - 4:22, 5:8, 5:20,
5:22, 6:12, 20:13, 42:11, 113:19,
115:23, 116:2, 117:8, 117:9,
117:18, 117:19, 118:5, 118:8,
118:11, 118:13, 156:14, 156:23,
157:19, 158:3, 158:25, 170:17,
172:3, 172:23, 174:7, 174:16,
175:5, 175:6, 176:19, 176:25,
177:2, 180:9, 181:5, 181:6,
181:10, 181:12, 187:3, 188:9
**defendants** [1] - 19:5
**Defendants'** [2] - 4:23, 182:2
**defense** [11] - 182:7, 182:11,
182:19, 182:22, 184:9, 184:11,
184:17, 185:3, 186:16, 187:1,
189:10
**defenses** [1] - 182:15
**define** [1] - 8:25
**definitely** [1] - 191:18
**definition** [4] - 48:24, 49:13,
154:10, 157:5
**Degree** [1] - 7:6
**degree** [1] - 7:10
**deliver** [1] - 192:13
**delivery** [4] - 40:10, 40:12, 41:14,
180:25
**demanding** [1] - 173:11
**demonstrated** [1] - 163:24
**denotes** [1] - 162:15
**Denver** [1] - 7:20
**depict** [3] - 122:10, 141:9, 163:5
**depo** [1] - 6:13
**Deponent** [4] - 108:20, 113:20,
196:5, 196:22
**deposition** [17] - 5:5, 6:14, 10:13,
127:19, 149:7, 155:5, 155:20,
156:2, 187:24, 188:6, 188:19,
188:21, 189:11, 193:13, 193:14,
195:8, 196:2
**depositions** [1] - 191:24
**Derrick** [3] - 2:14, 5:21, 113:8
**describe** [3] - 9:14, 170:6, 171:16
**described** [4] - 82:24, 85:3, 109:11,
122:13
**describing** [1] - 150:4
**description** [2] - 129:3, 130:23
**designation** [1] - 190:18
**desist** [4] - 46:22, 143:19, 174:6,
174:14
**details** [1] - 133:8
**determination** [1] - 152:5
**determine** [3] - 117:23, 152:2,
175:24
**device** [3] - 9:16, 9:18, 9:19
**difference** [1] - 99:8
**different** [22] - 46:13, 51:25, 73:8,
82:16, 82:23, 83:2, 83:5, 85:2,
85:7, 85:8, 85:14, 85:16, 86:25,

90:18, 91:18, 101:17, 101:25,
120:4, 120:6, 135:13, 145:4
**DIRECT** [1] - 6:9
**direct** [6] - 144:18, 144:20, 163:16,
163:19, 164:10, 179:11
**Direct.com** [1] - 169:1
**directly** [7] - 40:7, 41:19, 46:8,
46:16, 129:12, 145:8, 154:12
**director** [15] - 8:2, 8:6, 29:11, 31:5,
31:9, 32:17, 32:24, 33:11, 33:13,
33:17, 34:14, 61:15, 61:19, 62:3,
62:4
**directors** [3] - 33:4, 33:6, 33:10
**disappeared** [2] - 175:2, 175:3
**disclose** [1] - 191:1
**discussed** [5] - 103:19, 105:11,
107:5, 189:20, 191:10
**Dish** [336] - 2:7, 5:6, 5:15, 5:18,
7:13, 7:17, 7:22, 8:1, 8:4, 8:5,
8:14, 8:19, 9:2, 9:6, 9:11, 10:1,
10:2, 10:11, 10:14, 10:17, 10:25,
12:6, 12:8, 12:15, 12:17, 12:25,
13:6, 13:7, 13:20, 14:4, 14:7,
14:14, 14:17, 15:18, 15:19, 15:20,
15:21, 15:22, 15:23, 16:5, 16:8,
16:10, 16:16, 17:4, 17:5, 17:17,
17:20, 18:3, 18:5, 18:14, 18:22,
19:1, 19:3, 19:9, 19:23, 20:7,
20:9, 20:24, 21:4, 21:24, 22:9,
22:13, 22:23, 23:2, 23:7, 23:14,
24:10, 24:25, 25:3, 25:14, 26:4,
27:10, 27:12, 27:17, 27:23, 27:25,
28:16, 29:8, 29:10, 29:12, 29:15,
29:20, 29:22, 30:10, 31:10, 31:12,
31:19, 31:23, 32:3, 32:5, 32:12,
32:15, 33:24, 33:25, 34:6, 34:11,
34:23, 35:4, 35:6, 35:8, 35:18,
35:20, 36:2, 36:14, 36:16, 36:17,
36:18, 37:15, 37:18, 37:24, 38:5,
38:8, 38:11, 39:5, 39:8, 39:15,
39:16, 39:18, 40:19, 40:22, 40:24,
44:14, 44:19, 45:1, 45:5, 46:8,
46:10, 46:16, 46:24, 47:2, 48:19,
49:22, 50:2, 50:4, 50:6, 50:8,
52:3, 53:25, 54:4, 56:11, 56:22,
56:23, 60:21, 65:8, 66:23, 67:19,
69:7, 69:19, 70:8, 70:11, 71:5,
73:5, 75:16, 76:1, 78:1, 78:4,
78:7, 78:11, 79:8, 82:11, 84:18,
84:19, 85:24, 86:4, 86:19, 87:15,
88:2, 88:14, 89:7, 92:16, 92:17,
93:20, 94:6, 94:23, 97:11, 98:6,
98:10, 98:15, 98:24, 99:3, 99:23,
102:11, 102:23, 107:19, 108:3,
109:8, 110:1, 114:23, 115:22,
115:24, 127:6, 127:17, 138:11,
139:10, 141:22, 141:24, 142:1,
142:7, 142:12, 142:15, 142:19,
143:6, 143:8, 143:11, 143:15,
143:18, 143:20, 143:23, 144:2,
144:6, 144:9, 144:14, 144:18,
144:22, 145:8, 145:12, 145:14,
145:17, 145:23, 146:19, 146:21,

146:25, 147:2, 147:6, 147:11,
147:15, 147:18, 147:19, 148:3,
148:5, 148:9, 148:16, 148:23,
149:3, 149:5, 149:11, 150:14,
152:8, 152:13, 152:19, 153:2,
153:7, 153:9, 155:6, 155:21,
156:13, 156:15, 156:21, 156:24,
157:2, 157:7, 157:18, 157:21,
157:23, 158:3, 158:5, 158:10,
158:19, 158:22, 159:2, 159:8,
159:12, 159:18, 160:22, 161:13,
162:6, 163:15, 163:18, 164:13,
164:21, 165:9, 165:10, 165:15,
165:20, 166:14, 168:23, 168:25,
169:9, 169:12, 169:18, 170:4,
170:6, 170:9, 170:12, 170:15,
170:16, 170:22, 171:11, 171:12,
171:23, 172:22, 172:25, 173:1,
173:18, 174:2, 174:3, 174:6,
174:12, 175:9, 175:12, 175:14,
175:24, 176:2, 176:5, 176:14,
176:17, 176:18, 177:12, 178:13,
180:8, 180:12, 180:13, 180:21,
180:24, 181:4, 181:6, 182:10,
182:21, 183:15, 184:11, 184:18,
185:4, 186:16, 188:5, 189:13,
189:21
**dish** [2] - 69:20, 196:5
**Dish's** [10] - 12:18, 24:3, 78:18,
97:25, 141:25, 146:5, 148:14,
172:24, 174:15, 187:2
**disk** [1] - 146:10
**displaying** [1] - 162:18
**disregard** [2] - 176:16, 177:11
**disregarded** [2] - 176:22, 177:22
**distribution** [6] - 61:19, 62:5,
96:25, 97:9, 107:7, 107:23
**Distribution** [3] - 63:15, 63:18, 64:1
**District** [2] - 5:8, 5:9
**Docket** [1] - 113:6
**doctrine** [1] - 183:3
**document** [24] - 40:1, 54:9, 72:2,
114:4, 119:22, 120:16, 120:25,
126:18, 129:21, 130:2, 130:4,
130:6, 130:23, 132:1, 132:2,
137:10, 138:23, 140:6, 156:8,
170:11, 179:9, 180:6, 181:23,
182:17
**documents** [64] - 11:1, 11:6, 11:19,
38:24, 40:5, 41:12, 42:1, 42:7,
42:10, 42:13, 42:17, 42:22, 43:3,
43:13, 44:1, 51:16, 52:18, 58:16,
59:9, 63:13, 64:12, 64:18, 64:24,
67:7, 70:12, 71:4, 73:2, 74:18,
79:9, 79:16, 80:2, 80:4, 80:10,
83:17, 86:20, 91:7, 91:11, 95:11,
95:15, 97:2, 101:3, 101:20,
101:24, 104:6, 105:18, 105:25,
109:1, 110:10, 110:14, 115:9,
117:7, 119:9, 125:23, 127:10,
127:12, 155:18, 160:17, 163:9,
174:22, 188:6, 189:20, 190:9,
191:11

**dog** [1] - 75:20
**done** [4] - 187:12, 193:9, 193:10, 193:11
**down** [3] - 72:12, 72:24, 153:16
**Drama** [9] - 53:5, 92:11, 92:13, 100:5, 100:8, 104:10, 104:19, 105:2, 105:13
**Dream** [2] - 92:12, 101:12
**dream** [1] - 100:24
**drummer** - 110:22
**DTH** [7] - 73:10, 73:12, 73:13, 75:18, 76:9, 76:14, 76:17
**DU** [1] - 65:25
**duplicate** [4] - 80:8, 80:25, 81:2, 89:3
**duplicated** [3] - 80:24, 81:22, 88:12
**duplicates** [1] - 80:15
**Duplicates** [1] - 80:16
**during** [6] - 17:22, 170:5, 170:20, 170:23, 178:11, 191:24

# E

**e-mail** [33] - 68:19, 68:20, 68:22, 110:17, 111:1, 111:4, 111:9, 111:12, 114:2, 114:7, 114:9, 114:10, 114:12, 114:17, 116:1, 116:7, 125:21, 125:22, 126:2, 126:22, 126:25, 127:6, 129:18, 129:24, 132:1, 132:3, 136:5, 137:21, 137:24, 138:5, 138:24, 139:1, 189:9
**e-mails** [1] - 116:4
**E-R** [1] - 59:21
**EchoStar** [5] - 17:6, 17:7, 37:2, 37:13
**educating** [1] - 23:4
**education** [1] - 7:3
**effect** [1] - 57:18
**effective** [1] - 106:4
**Effective** [1] - 57:6
**egos** [2] - 164:14, 164:15
**either** [8] - 38:25, 39:12, 61:17, 145:7, 145:11, 155:7, 155:22, 171:21
**EI** [3] - 53:15, 56:12, 56:14
**EL** [2] - 53:17, 53:21
**electronic** [2] - 150:17, 151:18
**Elizabeth** [1] - 38:9
**employed** [1] - 181:7
**employee** [12] - 12:15, 28:16, 28:17, 48:1, 48:2, 48:8, 109:9, 110:4, 180:12, 180:20, 195:11, 195:11
**employees** [4] - 44:15, 49:6, 49:16, 180:16
**enables** [1] - 9:16
**end** [11] - 9:16, 9:19, 31:18, 66:3, 77:14, 135:4, 146:11, 153:21, 163:17, 165:7, 192:7
**end-quote** [1] - 163:17
**endurance** [1] - 77:9

**engage** [2] - 142:7, 142:15
**engaged** [1] - 142:13
**engineer** [1] - 171:21
**engineering** [2] - 14:20, 171:13
**English** [1] - 30:25
**enter** [6] - 17:20, 19:9, 20:7, 180:8, 180:14, 180:21
**entered** [1] - 165:15
**enters** [1] - 50:8
**entire** [2] - 54:9, 153:25
**entirety** [1] - 179:9
**entities** [4] - 38:21, 46:23, 143:5, 145:4
**entity** [4] - 102:3, 102:5, 102:15, 102:16
**EPG** [8] - 150:13, 150:14, 150:15, 150:16, 150:18, 151:18, 151:20, 153:16
**equally** [1] - 191:14
**ER** [1] - 59:22
**Ergen** [3] - 16:13, 16:14, 16:19
**Eric** [2] - 70:21, 70:23
**errata** [2] - 192:13, 192:21
**error** [1] - 80:8
**established** [2] - 142:13, 145:17
**et** [1] - 5:7
**Ethos** [16] - 13:12, 13:19, 14:10, 37:25, 38:12, 38:16, 38:17, 38:19, 39:4, 39:6, 39:25, 40:3, 40:10, 47:5, 47:10
**exact** [5] - 27:21, 29:5, 29:24, 36:4, 36:25
**exactly** [6] - 11:17, 38:25, 52:1, 95:5, 117:20, 118:6
**EXAMINATION** [1] - 6:9
**example** [7] - 52:11, 143:9, 161:12, 167:5, 168:9, 175:1, 177:13
**except** [4] - 44:24, 108:8, 157:6, 196:19
**Except** [1] - 163:8
**exchange** [3] - 68:19, 68:22, 114:2
**Exclusive** [1] - 162:5
**exclusive** [25] - 20:12, 39:9, 50:2, 50:4, 50:6, 142:1, 143:6, 144:2, 147:20, 148:3, 150:15, 152:21, 157:2, 157:5, 157:8, 159:8, 159:18, 160:6, 161:14, 162:4, 162:19, 163:7, 166:21, 168:23, 177:20
**exclusively** [9] - 152:7, 156:15, 156:24, 157:20, 158:4, 158:22, 159:1, 159:12, 174:4
**Exclusively** [1] - 157:23
**exclusivity** [1] - 160:21
**Excuse** [1] - 116:9
**excuse** [9] - 22:10, 47:13, 53:11, 70:18, 81:6, 81:14, 90:1, 150:16, 153:20
**Executive** [1] - 54:3
**executive** [13] - 29:11, 31:5, 31:9, 32:17, 32:24, 33:11, 33:13, 33:17, 34:13, 61:18, 61:19, 62:2, 62:4

**exhibit** [11] - 111:14, 115:3, 119:19, 122:22, 131:17, 133:16, 135:24, 136:3, 137:8, 181:17, 188:23
**Exhibit** [58] - 65:4, 108:18, 108:23, 110:18, 112:6, 113:11, 113:19, 113:21, 115:4, 115:5, 116:5, 119:20, 119:21, 120:3, 121:4, 121:20, 121:21, 121:22, 122:7, 122:15, 123:23, 124:7, 124:11, 124:19, 124:20, 125:1, 125:3, 125:7, 125:20, 127:24, 127:25, 128:1, 131:18, 131:20, 133:20, 133:21, 133:22, 134:20, 135:16, 135:25, 138:20, 138:21, 140:3, 140:9, 140:15, 154:20, 154:21, 155:9, 155:10, 156:2, 156:3, 178:16, 178:18, 181:17, 181:18, 189:5, 189:7, 189:9
**expert** [2] - 20:17, 20:19, 149:21
**expiration** [19] - 57:7, 58:5, 58:6, 58:12, 58:16, 64:6, 64:14, 64:19, 71:13, 71:16, 71:18, 73:24, 79:22, 90:17, 91:2, 91:5, 91:13, 91:19, 92:1
**expirations** [1] - 57:23
**expired** [1] - 57:13
**explain** [1] - 185:16
**explanation** [1] - 135:13
**extension** [4] - 42:6, 42:21, 57:23, 109:12
**extensively** [2] - 165:8, 181:3

# F

**facility** [2] - 47:23, 150:11
**fact** [7] - 157:19, 158:11, 158:18, 160:4, 173:14, 173:15, 178:12
**facts** [15] - 20:21, 71:25, 161:17, 163:18, 176:18, 177:9, 178:2, 183:14, 183:21, 184:1, 184:4, 184:25, 185:9, 185:18, 190:12
**factual** [12] - 182:9, 182:20, 183:4, 184:3, 184:10, 184:18, 184:22, 185:4, 186:16, 186:24, 187:2, 189:14
**factuals** [1] - 183:1
**fair** [14] - 17:13, 19:8, 31:8, 37:10, 126:17, 132:25, 133:20, 141:22, 144:17, 155:24, 172:22, 185:17, 191:22, 192:24
**faith** [1] - 178:6
**familiar** [2] - 17:14, 184:15
**far** [7] - 17:9, 35:14, 89:25, 108:11, 140:21, 151:8, 151:15
**February** [11] - 3:12, 4:10, 4:12, 43:14, 43:16, 126:3, 129:17, 133:2, 133:3, 188:1, 188:3
**federal** [1] - 164:22
**few** [1] - 187:23
**fewer** [1] - 175:1
**fifth** [6] - 88:22, 89:5, 90:15, 92:1, 186:6, 186:15

**figure** [1] - 112:21, 167:12
**figured** [2] - 179:5, 187:10
**filed** [2] - 108:7, 173:3
**Finally** [1] - 108:13
**financial** [3] - 163:16, 163:19, 164:11
**fine** [3] - 29:25, 104:14, 126:17
**finished** [1] - 77:24
**firm** [36] - 39:14, 39:16, 39:19, 39:23, 46:5, 46:21, 46:22, 46:23, 46:24, 46:25, 138:8, 138:9, 138:10, 138:11, 139:7, 139:9, 143:1, 143:2, 143:4, 143:7, 143:12, 143:14, 143:19, 143:21, 143:22, 144:10, 148:2, 148:12, 148:14, 173:7, 174:11, 174:15, 174:16, 175:12, 176:1, 176:5
**First** [2] - 52:7, 113:2
**first** [46] - 11:15, 34:9, 49:23, 58:18, 69:18, 71:16, 72:11, 76:7, 76:11, 78:7, 82:11, 86:3, 89:24, 89:25, 90:1, 90:6, 90:25, 91:16, 91:21, 102:5, 102:6, 110:15, 120:10, 120:12, 121:25, 122:18, 128:5, 128:15, 128:16, 134:8, 141:17, 141:19, 141:23, 142:3, 142:19, 149:8, 149:11, 151:24, 179:14, 179:16, 182:7, 182:10, 182:18, 182:19, 182:21, 187:25
**five** [10] - 51:24, 52:3, 78:3, 81:1, 81:21, 81:22, 90:18, 146:8
**flipping** [1] - 153:15
**Florida** [10] - 1:18, 1:24, 2:12, 2:16, 5:9, 13:14, 184:15, 194:7, 194:16, 195:17
**flow** [1] - 23:1
**follow** [3] - 135:7, 150:6, 174:25
**follow-up** [1] - 174:25
**followed** [1] - 149:20
**follows** [1] - 6:8
**Fonoroff** [1] - 5:17
**forgot** [1] - 64:21
**format** [1] - 172:5
**formed** [3] - 33:25, 36:24, 148:17
**forth** [2] - 161:13, 189:25
**forwarded** [1] - 144:4
**Forwarded** [1] - 144:6
**forwarding** [1] - 148:12
**four** [8] - 51:24, 166:4, 166:8, 166:10, 168:7, 168:9, 168:10
**fours** [1] - 80:9
**fourth** [17] - 81:21, 88:11, 88:23, 89:23, 89:24, 90:1, 90:3, 90:6, 90:8, 90:9, 91:16, 91:17, 91:21, 91:24, 185:3
**Fourth** [1] - 80:7
**Fraifer** [28] - 2:19, 5:7, 10:21, 18:4, 25:4, 45:7, 117:3, 117:10, 117:11, 117:12, 117:16, 117:19, 118:3, 118:11, 118:16, 118:19, 119:12, 153:17, 163:15, 163:18, 163:21, 163:22, 163:23, 164:11, 173:2, 196:5

**Fraifer's** [2] - 45:5, 118:17
**Francis** [3] - 5:19, 6:11, 113:5
**Frank** [1] - 5:14
**free** [2] - 160:16, 182:13
**front** [3] - 17:12, 42:2, 136:10
**full** [3] - 25:25, 63:14, 76:16
**future** [1] - 101:13
**Future** [4] - 92:12, 102:7, 102:24
**FZ** [5] - 82:22, 83:12, 83:14, 84:25, 86:9

## G

**Gaby** [4] - 2:19, 5:7, 10:21, 119:12
**Gary** [4] - 12:3, 12:24, 147:2, 147:5
**general** [3] - 18:12, 40:18
**Generated** [1] - 142:6
**generated** [4] - 46:20, 142:5, 149:15, 149:18
**gentleman** [1] - 36:23
**given** [2] - 6:14, 127:6
**Google** [1] - 28:10
**graduate** [1] - 7:10
**graduated** [3] - 7:7, 14:12, 14:15
**Graduated** [1] - 7:9
**grant** [1] - 157:1
**grasp** [1] - 171:22
**Greg** [2] - 2:20, 5:1
**gross** [2] - 27:22, 27:24
**Group** [11] - 48:10, 48:13, 48:18, 87:2, 87:6, 87:9, 88:9, 88:20, 89:13, 153:22, 154:13
**group** [5] - 48:13, 48:15, 49:7, 49:16, 88:19
**groups** [1] - 25:14
**guarantor** [3] - 62:7, 62:22, 66:14
**guarantors** [1] - 67:10
**guess** [5] - 76:14, 126:10, 126:11, 126:13, 135:21
**guide** [2] - 150:17, 151:18
**Gulf** [8] - 73:10, 73:11, 75:17, 75:18, 76:9, 76:14, 76:16, 76:17
**guy** [6] - 6:12, 29:2, 67:12, 76:10, 87:11, 89:11
**guys** [6] - 24:14, 99:23, 110:23, 153:23, 167:3, 167:13

## H

**H-A-Y-A-H** [1] - 99:13
**Hagan** [20] - 2:2, 5:14, 11:23, 39:15, 40:19, 40:22, 41:2, 41:4, 41:17, 41:20, 42:11, 43:23, 44:15, 44:19, 44:22, 46:5, 47:3, 132:17, 174:15
**hand** [4] - 6:2, 113:20, 116:6, 161:4
**handed** [2] - 124:22, 124:23
**handle** [1] - 191:21
**handling** [1] - 189:18
**hands** [1] - 138:14
**Hang** [1] - 94:14

**hard** [1] - 61:15
**Hayah** [2] - 92:10, 99:13
**HAYAH** [1] - 92:10
**Haytham** [2] - 53:15, 56:14
**HAYTHAM** [2] - 53:17, 56:12
**HD** [1] - 161:8
**head** [7] - 19:6, 20:3, 23:23, 28:9, 42:7, 94:17, 174:21
**heading** [1] - 70:3
**headings** [1] - 65:2
**hear** [4] - 48:4, 159:14, 161:19, 162:21
**heard** [8] - 48:6, 93:17, 110:5, 110:7, 110:8, 110:15, 142:3
**hell** [1] - 81:25
**hello** [1] - 6:11
**help** [1] - 8:25
**hidden** [1] - 169:1
**high** [4] - 7:4, 7:5, 28:17
**highly** [1] - 57:25
**hired** [2] - 38:18, 153:5
**hiring** [1] - 23:5
**HN** [1] - 139:8
**HNB** [2] - 138:10, 139:8
**hnbllc.com** [1] - 138:6
**hold** [3] - 36:22, 40:14, 84:4
**Holding** [6] - 87:2, 87:6, 87:9, 88:9, 88:20, 89:13
**holding** [3] - 88:19, 116:6, 121:22
**holds** [1] - 162:6
**hour** [2] - 112:11, 168:10
**hours** [4] - 168:5, 168:10, 168:13, 168:14
**house** [2] - 5:18, 40:22
**http://www.ulaitv.com** [1] - 115:16
**https** [1] - 136:16
**hundreds** [2] - 169:10, 169:13
**Hungary** [5] - 87:2, 87:9, 88:9, 88:20, 89:13

## I

**I-B-C-A-P** [1] - 21:12
**I-Q-R-A-A** [1] - 103:1
**I-Z-A-B-E-L-A** [1] - 7:1
**IBCAP** [72] - 21:8, 21:10, 21:11, 21:15, 21:16, 21:20, 21:21, 21:25, 22:2, 22:4, 22:6, 22:9, 22:10, 22:14, 22:24, 23:2, 23:3, 23:8, 23:13, 24:15, 24:18, 24:22, 25:11, 27:11, 27:12, 27:16, 27:23, 28:1, 28:4, 28:7, 28:10, 28:18, 29:9, 29:11, 29:12, 29:16, 29:21, 31:4, 31:20, 31:23, 32:4, 32:6, 32:13, 32:17, 32:23, 32:24, 33:8, 33:9, 34:1, 34:9, 34:14, 34:25, 35:2, 35:11, 35:14, 45:11, 45:12, 45:13, 46:13, 143:16, 143:17, 146:6, 148:15, 153:3, 153:5, 153:7, 174:12, 174:16, 175:13, 176:4
**IBCAP's** [2] - 146:5, 146:6
**IBCAP.org** [1] - 28:8

**IBCAP.something** [1] - 28:8
**ID** [1] - 113:22
**idea** [7] - 31:25, 35:17, 70:19, 111:8, 141:7, 152:10, 176:5
**identified** [5] - 123:4, 148:2, 150:13, 154:17, 176:12
**identifies** [1] - 121:25
**identify** [5] - 44:5, 113:25, 117:16, 135:18, 181:25
**ignored** [2] - 176:22, 176:23
**illegal** [2] - 185:5, 185:11
**illegality** [1] - 185:8
**IM** [1] - 24:7
**image** [4] - 140:16, 141:10, 141:11, 141:21
**images** [3] - 141:13, 150:25, 163:8
**IMB** [1] - 24:3
**IMD** [41] - 24:1, 24:20, 24:21, 24:24, 25:2, 25:5, 26:11, 50:14, 63:12, 63:14, 65:21, 66:8, 66:9, 66:24, 67:21, 69:1, 69:5, 69:6, 69:10, 69:14, 95:20, 96:8, 96:10, 96:18, 97:5, 97:7, 99:2, 99:7, 99:14, 99:15, 103:7, 103:9, 103:20, 106:20, 106:24, 107:4, 107:12, 107:13, 107:16
**immunity** [10] - 182:10, 182:20, 183:5, 183:7, 183:10, 183:11, 183:12, 183:15, 183:18, 183:20
**important** [1] - 27:25
**improperly** [1] - 188:12
**imputed** [1] - 174:16
**imputing** [1] - 174:7
**in-house** [2] - 5:18, 40:22
**Inc** [8] - 52:22, 53:10, 53:11, 53:13, 53:23, 119:14, 132:8, 132:9
**Inc./Planeti** [1] - 125:11
**include** [1] - 118:11
**included** [3] - 99:11, 137:15, 163:7
**includes** [2] - 63:10, 68:10
**including** [2] - 161:12, 190:6
**Incorporated** [1] - 102:8
**incorporated** [1] - 102:24
**incorrectly** [1] - 20:10
**independently** [2] - 45:2, 45:6
**indicated** [1] - 5:10
**indication** [1] - 123:18
**indifference** [2] - 176:16, 177:11
**individual** [1] - 16:15
**individually** [4] - 1:8, 10:22, 18:4, 45:8
**individuals** [4] - 11:7, 11:12, 11:13, 11:14
**info** [1] - 120:9
**information** [8] - 28:3, 57:25, 121:1, 122:16, 172:2, 190:8, 191:7, 191:10
**infringed** [3] - 47:1, 172:24, 174:23
**infringement** [16] - 108:7, 143:5, 144:5, 146:2, 173:7, 174:8, 174:10, 174:17, 174:20, 174:22, 174:25, 175:8, 175:10, 176:15,

176:21, 177:18
**infringements** [1] - 143:13
**infringing** [4] - 163:17, 173:1, 173:4, 174:2
**inside** [1] - 151:11
**instance** [1] - 72:4
**instances** [4] - 43:20, 44:24, 150:22, 174:12
**instead** [1] - 139:25
**intent** [1] - 178:3
**intentional** [2] - 176:15, 177:10
**interest** [2] - 35:21, 37:24
**International** [7] - 7:18, 8:10, 63:15, 63:18, 63:25, 66:7, 70:8
**international** [7] - 8:2, 8:7, 21:22, 30:14, 30:17, 32:16, 96:23
**internet** [7] - 23:10, 116:10, 171:18, 172:5, 175:20, 175:21, 175:25
**introduce** [1] - 5:12
**introduced** [1] - 188:20
**investigate** [1] - 147:16
**investigation** [18] - 13:11, 14:5, 38:15, 38:18, 45:2, 45:6, 45:11, 47:6, 47:7, 47:13, 47:14, 47:20, 48:11, 48:19, 49:4, 153:3, 153:6, 154:5
**investigative** [2] - 13:19, 142:16
**invoice** [11] - 109:2, 109:10, 109:11, 109:13, 109:14, 109:17, 110:11, 124:12, 125:2, 125:10, 125:16
**Invoice** [4] - 4:3, 4:9, 108:24
**invoices** [2] - 164:4, 164:5
**involved** [6] - 8:14, 8:18, 9:6, 9:11, 9:25, 10:8, 45:11, 47:5, 47:12, 47:14, 47:19, 48:10, 48:22, 49:3, 49:7, 49:17
**IPS** [1] - 176:6
**Iqraa** [2] - 92:12, 103:1
**IQRAA** [1] - 92:12
**ironic** [1] - 110:22
**issues** [2] - 174:9, 189:19
**item** [4] - 122:12, 122:14, 123:4, 190:3
**items** [7] - 115:22, 115:24, 122:17, 141:8, 141:20, 190:7
**itself** [3] - 45:1, 189:24, 196:3
**ITV** [1] - 19:19
**Izabela** [5] - 3:3, 5:5, 6:23, 194:7, 195:8

**J**

**Jadeed** [1] - 92:15
**January** [4] - 1:15, 3:12, 30:12, 102:25
**Jazeera** [23] - 25:9, 25:10, 26:11, 50:16, 59:7, 59:12, 59:13, 59:14, 59:17, 59:24, 60:4, 60:7, 60:17, 61:8, 62:6, 62:7, 62:9, 62:22, 92:10, 99:2, 99:7, 99:17, 161:12
**Jeem** [1] - 60:1

**JEEM** [1] - 60:3
**joint** [7] - 36:1, 36:13, 36:15, 36:24, 37:1, 37:12, 37:19
**Joseph** [7] - 43:21, 43:22, 43:23, 132:5, 132:11, 139:4, 139:5
**July** [7] - 4:4, 96:24, 97:4, 97:5, 97:9, 97:13, 125:17
**June** [1] - 177:17
**jurisdiction** [1] - 180:1

**K**

**K-A-R-I-M** [1] - 66:1
**kahuna** [1] - 15:22
**KAREEM** [1] - 65:23
**Karim** [3] - 65:22, 66:11, 66:25
**keep** [1] - 51:7
**Keith** [3] - 110:21, 114:7, 114:14
**Kevin** [10] - 48:4, 109:6, 110:15, 120:17, 120:18, 121:2, 124:14, 124:16, 146:24, 147:5
**Kids** [3] - 92:13, 104:11, 105:6
**kind** [1] - 171:16
**kmoon5742@gmail.com** [1] - 114:7
**knowledge** [43] - 14:9, 15:19, 21:14, 25:1, 25:13, 28:12, 38:6, 38:8, 40:9, 40:19, 41:11, 42:5, 44:14, 49:22, 56:13, 60:6, 64:15, 71:22, 114:22, 127:7, 139:24, 147:6, 149:18, 153:2, 156:21, 169:5, 172:18, 172:23, 173:1, 173:25, 174:7, 174:17, 175:3, 175:5, 177:5, 178:8, 180:7, 180:13, 180:15, 180:17, 180:20, 181:1, 181:5
**known** [3] - 39:5, 182:9, 182:20
**knows** [4] - 18:21, 33:7, 183:5, 193:5
**Kudelski** [14] - 48:10, 48:13, 48:18, 48:22, 49:1, 49:9, 49:13, 153:22, 153:25, 154:4, 154:8, 154:12, 154:14
**Kuelling** [17] - 28:25, 30:3, 30:6, 31:4, 31:9, 31:25, 32:1, 32:2, 32:3, 32:12, 32:14, 32:22, 34:12, 71:7, 88:3, 88:15
**KUELLING** [1] - 30:8

**L**

**L.L.C** [96] - 1:4, 2:7, 5:7, 5:16, 7:14, 7:22, 8:1, 8:19, 10:11, 10:17, 15:18, 15:21, 15:24, 16:5, 16:8, 16:10, 17:4, 17:5, 17:18, 17:20, 18:6, 18:14, 18:22, 19:9, 20:7, 21:24, 22:14, 23:2, 23:14, 24:11, 24:25, 26:4, 27:25, 29:16, 29:21, 31:23, 32:3, 32:5, 32:12, 32:16, 34:11, 35:18, 35:20, 35:21, 36:17, 36:18, 37:25, 38:11, 39:5, 45:1,

45:6, 46:9, 46:10, 46:17, 47:2, 47:19, 48:19, 49:23, 52:3, 54:4, 67:20, 69:7, 69:20, 70:8, 94:24, 98:6, 98:16, 114:23, 115:23, 127:7, 139:10, 141:23, 142:7, 143:12, 144:19, 144:25, 145:1, 145:14, 146:22, 146:25, 147:15, 156:13, 156:21, 158:19, 160:22, 164:13, 165:20, 169:9, 170:16, 174:6, 176:19, 180:21, 180:24, 182:21, 184:18
**L.L.C.'s** [2] - 27:10, 127:17
**labeled** [1] - 114:14
**lack** [1] - 187:3
**Lakel** [11] - 3:3, 5:19, 5:23, 6:11, 16:1, 113:5, 122:25, 140:5, 179:8, 188:8, 193:3
**lakel** [2] - 42:13, 161:22
**language** [10] - 24:21, 30:18, 128:16, 129:7, 129:12, 133:6, 156:16, 158:8, 169:10, 169:13
**languages** [1] - 30:24
**large** [1] - 17:9
**larger** [1] - 156:19
**last** [13] - 7:1, 35:9, 36:5, 36:7, 36:20, 37:21, 37:22, 72:22, 72:23, 72:25, 76:12, 181:16, 189:17
**late** [1] - 181:14
**launch** [2] - 106:11, 106:15
**launched** [1] - 106:14
**law** [35] - 39:14, 39:15, 39:18, 39:23, 46:5, 46:21, 46:23, 46:24, 46:25, 138:8, 138:9, 138:10, 138:11, 143:1, 143:2, 143:4, 143:7, 143:12, 143:14, 143:19, 143:21, 143:22, 144:10, 146:1, 146:2, 148:2, 148:12, 148:14, 173:7, 174:15, 174:16, 175:12, 176:1, 176:5
**Lawrence** [1] - 5:21
**laws** [2] - 102:8, 102:25
**lawsuit** [9] - 18:3, 24:10, 25:3, 78:18, 108:7, 118:16, 169:14, 173:3, 183:15
**lawsuits** [2] - 18:13, 19:1
**lawyer** [1] - 15:2
**lawyers** [3] - 144:5, 144:6, 144:7
**layman's** [2] - 171:15, 171:20
**lays** [1] - 191:6
**LB** [2] - 103:12, 103:15
**LBC** [5] - 92:12, 103:10, 103:15, 103:16, 161:12
**LDC** [9] - 64:19, 73:10, 73:12, 75:18, 75:21, 76:9, 76:14, 76:17, 92:12
**LDCD** [1] - 75:17
**learn** [2] - 49:23, 141:23
**learned** [1] - 141:24
**least** [1] - 173:21
**leave** [2] - 35:8, 35:18
**Lebanon** [3] - 92:14, 102:8, 102:25
**left** [6] - 29:22, 30:12, 33:24, 33:25, 128:19, 140:21

**legal** [20] - 5:2, 120:15, 164:16, 172:17, 174:11, 182:24, 183:3, 183:24, 183:25, 184:13, 184:21, 184:24, 185:7, 185:9, 185:13, 185:18, 186:21, 186:22, 187:6, 187:7
**length** [1] - 168:16
**less** [1] - 30:2
**letter** [12] - 74:18, 74:20, 74:23, 74:24, 75:1, 75:2, 110:18, 143:19, 143:21, 144:9, 144:10, 144:14
**letters** [8] - 130:19, 130:20, 130:21, 131:7, 131:8, 131:9, 174:6, 174:15
**letting** [1] - 186:11
**Liability** [5] - 87:2, 87:9, 88:9, 88:20, 89:14
**licensed** [9] - 152:8, 156:15, 156:24, 157:21, 157:23, 158:5, 158:22, 159:1, 159:12
**licenses** [1] - 18:24
**licensing** [6] - 17:21, 18:16, 19:10, 20:8, 50:8
**limit** [1] - 130:6
**Limited** [5] - 87:2, 87:9, 88:9, 88:20, 89:14
**limited** [1] - 130:8
**line** [6] - 45:25, 114:14, 128:24, 128:25, 136:24, 139:20
**lineup** [1] - 96:13
**list** [7] - 28:12, 92:8, 98:22, 99:5, 165:6, 169:23, 176:6
**listed** [10] - 95:25, 96:8, 98:3, 98:8, 99:9, 120:18, 122:17, 161:11, 167:20, 169:15
**listing** [1] - 174:22
**lists** [3] - 28:15, 151:20, 163:6
**Litigation** [1] - 58:2
**litigation** [3] - 58:3, 184:10, 184:15
**live** [2] - 7:20, 172:3
**LLC** [7] - 2:2, 5:15, 82:22, 83:12, 83:14, 84:25, 86:9
**located** [1] - 42:10
**logged** [2] - 137:16, 137:18
**logical** [2] - 135:13, 154:11
**logically** [2] - 111:24, 112:4
**logos** [8] - 161:5, 161:11, 161:16, 162:13, 162:18, 162:22, 163:8, 177:24
**look** [26] - 11:17, 11:19, 23:9, 38:24, 40:5, 42:14, 52:16, 52:17, 64:16, 64:17, 93:23, 105:21, 109:15, 125:7, 138:21, 140:25, 150:12, 156:6, 163:13, 165:19, 174:19, 174:21, 180:10, 180:12, 181:21, 186:8
**Look** [1] - 123:20
**looked** [6] - 110:10, 134:5, 134:10, 134:13, 148:20, 149:2
**looking** [18] - 43:25, 44:1, 52:18, 53:14, 65:2, 83:9, 97:1, 107:16, 115:10, 116:19, 120:3, 125:3, 131:19, 135:12, 164:25, 165:24,

166:3, 177:16
**looks** [9] - 54:10, 73:8, 80:14, 80:17, 90:12, 128:2, 136:13, 140:14, 140:19
**lost** [1] - 85:19
**luncheon** [1] - 112:24
**Luxembourg** [11] - 63:17, 63:19, 64:1, 87:5, 87:6, 87:10, 87:21, 88:10, 88:18, 88:21, 89:14
**Lynch** [25] - 34:15, 35:14, 35:17, 54:1, 56:11, 56:21, 60:22, 61:3, 61:7, 65:13, 65:14, 65:15, 65:16, 65:17, 65:18, 65:20, 66:11, 66:22, 71:6, 71:8, 82:13, 86:4, 86:20, 87:15, 89:8

## M

**M-A-S-R** [1] - 106:3
**M-I** [1] - 62:1
**M-O-K-A-D-E-M** [1] - 53:21
**M-U-B-A-S-H-E-R** [1] - 59:19
**Madam** [1] - 5:24
**mail** [38] - 3:12, 4:4, 4:10, 4:12, 4:17, 68:19, 68:20, 68:22, 110:17, 111:1, 111:4, 111:9, 111:12, 114:2, 114:7, 114:9, 114:10, 114:12, 114:17, 116:1, 116:7, 125:21, 125:22, 126:2, 126:22, 126:25, 127:6, 129:18, 129:24, 132:1, 132:3, 136:5, 137:21, 137:24, 138:5, 138:24, 139:1, 189:9
**mails** [1] - 116:4
**main** [5] - 64:25, 65:11, 69:23, 76:5, 96:16
**maintenance** [8] - 42:6, 42:20, 42:23, 43:12, 43:14, 43:15, 123:6, 127:3
**major** [1] - 86:1
**male** [5] - 29:3, 34:18, 34:20, 34:21, 56:14
**malicious** [5] - 176:15, 177:10, 178:3, 178:5
**Malicious** [1] - 178:2
**man** [2] - 56:17, 79:12
**management** [1] - 7:12
**March** [13] - 5:4, 7:23, 8:2, 10:4, 28:20, 71:11, 101:12, 104:18, 194:9, 194:11, 195:14, 196:6
**mark** [8] - 77:14, 77:18, 108:14, 108:18, 113:19, 146:11, 146:15, 196:3
**marked** [21] - 108:23, 113:21, 115:4, 119:20, 124:7, 124:20, 127:25, 131:18, 133:21, 135:25, 138:20, 140:3, 154:21, 155:10, 156:3, 178:18, 181:18, 189:3, 189:7, 189:20, 190:20
**market** [2] - 20:14, 141:3
**marketing** [3] - 61:19, 62:4, 74:4
**Mason** [4] - 38:6, 38:7, 146:21,

147:5
**MASR** [2] - 92:14, 105:16
**Masr** [2] - 104:11, 106:5
**Master's** [1] - 7:8
**matter** [3] - 5:6, 119:25, 188:18
**matters** [1] - 187:23
**MB** [1] - 92:13
**MBA** [5] - 14:12, 14:15, 14:25, 15:11
**MBC** [51] - 26:14, 50:20, 69:15, 69:22, 69:23, 69:24, 70:3, 70:4, 70:5, 70:6, 70:9, 70:10, 72:4, 73:7, 82:18, 82:20, 82:24, 83:2, 83:5, 83:8, 83:12, 83:14, 84:25, 86:9, 87:2, 87:6, 87:9, 88:9, 88:20, 89:13, 92:13, 99:3, 99:8, 103:21, 104:7, 104:9, 104:10, 104:11, 104:18, 104:19, 105:2, 105:6, 105:13, 105:16, 106:2, 106:5, 161:12
**MBC1** [3] - 92:13, 104:8, 104:15
**MBC3** [1] - 92:13
**McMonnies** [21] - 48:5, 109:6, 109:24, 110:1, 110:6, 110:15, 111:9, 111:13, 120:13, 120:18, 121:2, 122:1, 122:4, 122:7, 122:9, 124:14, 124:16, 125:2, 125:10, 146:24, 147:5
**McMonnies'** [3] - 120:17, 120:20, 122:16

**mean** [51] - 9:13, 10:16, 11:3, 11:14, 11:17, 14:24, 22:12, 31:6, 40:3, 40:12, 48:21, 52:10, 68:21, 93:18, 109:3, 110:7, 115:6, 122:19, 123:21, 126:5, 126:8, 127:21, 130:14, 131:14, 137:23, 138:6, 140:16, 140:23, 142:9, 144:20, 150:8, 151:11, 151:16, 152:9, 157:24, 158:20, 158:23, 162:11, 162:18, 162:20, 163:3, 165:22, 166:2, 171:12, 174:19, 178:5, 179:19, 183:11, 183:12
**meaning** [3] - 111:22, 133:12, 150:19
**Meaning** [1] - 62:8
**means** [11] - 93:6, 112:4, 149:20, 171:15, 171:19, 183:6, 183:8, 183:10, 185:12, 185:15, 186:19
**Media** [27] - 25:18, 25:19, 25:20, 26:3, 26:12, 50:18, 52:11, 52:21, 53:9, 53:10, 53:12, 53:23, 62:7, 62:9, 62:22, 63:15, 63:18, 64:1, 66:7, 66:14, 99:3, 99:8, 100:2, 100:6, 100:14
**media** [2] - 9:24, 123:5
**member** [13] - 21:24, 22:23, 23:2, 23:8, 25:10, 27:12, 27:13, 28:2, 28:17, 146:6, 153:7
**members** [8] - 23:13, 24:17, 27:15, 28:13, 28:15, 46:3, 143:16, 148:15
**mention** [1] - 168:3
**mentioned** [12] - 20:11, 45:12,

46:4, 46:18, 51:24, 93:16, 107:17, 108:3, 126:22, 153:5, 153:24, 176:1
**Metral** [2] - 36:10, 154:14
**Middle** [1] - 5:9
**middle** [1] - 128:20
**might** [6] - 131:12, 131:13, 140:7, 145:9, 145:10
**mine** [2] - 163:12, 178:15
**minimum** [1] - 193:4
**minutes** [3] - 77:5, 112:8, 146:8
**mischaracterizes** [1] - 129:21
**mischaracterizing** [2] - 22:20, 44:18
**misconstruing** [2] - 162:2, 170:11
**misleading** [2] - 21:1, 21:2
**miss** [1] - 56:11
**missed** [1] - 140:8
**Missouri** [2] - 7:7, 7:9
**mister** [1] - 56:12
**mix** [2] - 52:8, 52:9
**MOKADEM** [1] - 56:12
**Mokadem** [2] - 53:15, 56:14
**moment** [1] - 186:12
**money** [3] - 27:16, 126:21, 164:8
**monitor** [2] - 5:11, 153:7
**monitored** [8] - 21:4, 39:7, 45:15, 46:19, 46:20, 151:15, 151:18, 152:3
**monitoring** [14] - 20:22, 23:6, 23:7, 45:14, 46:5, 46:8, 46:11, 46:16, 47:23, 142:23, 142:24, 143:25, 147:25
**monitors** [1] - 45:20
**Moon** [3] - 110:21, 114:7, 114:15
**moon** [1] - 111:9
**Morcos** [4] - 38:6, 38:7, 146:21, 147:5
**mother** [2] - 26:15, 50:22
**moving** [1] - 138:14
**MS** [1] - 6:3
**MTV** [1] - 92:14
**MUBASH** [1] - 59:20
**Mubasher** [2] - 59:13, 59:17
**multiple** [2] - 17:10, 159:21
**Murr** [1] - 106:16
**MURR** [2] - 92:14, 106:16
**must** [1] - 131:11
**MZAN** [1] - 61:22

# N

**N-A-H-A-R** [1] - 53:2
**N-A-I-M-I** [1] - 61:24
**N-O-U-R-S-A-T** [1] - 106:25
**Nagra** [13] - 20:18, 23:6, 45:20, 144:4, 144:6, 148:1, 148:2, 150:3, 153:15, 161:25, 176:9, 176:11, 181:4
**Nagra's** [1] - 141:24
**Nagrastar** [71] - 12:6, 12:7, 12:12, 12:14, 12:16, 12:18, 13:2, 13:5,

13:6, 13:25, 20:18, 20:20, 20:22, 20:24, 21:4, 21:8, 21:14, 23:6, 24:15, 35:21, 36:1, 36:14, 39:7, 39:10, 39:11, 39:20, 45:12, 45:20, 46:12, 46:19, 47:12, 47:14, 47:19, 47:22, 47:24, 48:2, 48:9, 48:22, 49:25, 109:9, 110:4, 142:2, 142:4, 142:8, 142:13, 142:16, 142:21, 142:22, 144:8, 144:17, 144:25, 145:1, 145:5, 145:15, 145:18, 145:24, 146:1, 148:1, 148:11, 148:17, 149:16, 150:3, 151:15, 151:19, 152:2, 152:5, 153:6, 154:9, 170:25, 171:3
**Nagrastar's** [3] - 141:24, 143:24, 159:23
**Nagravision** [37] - 13:23, 13:24, 13:25, 14:1, 14:2, 36:2, 36:8, 36:11, 36:13, 36:15, 37:1, 37:14, 37:15, 37:20, 38:19, 39:7, 39:11, 39:21, 46:12, 46:19, 48:17, 48:22, 48:23, 49:5, 49:10, 49:12, 49:25, 144:18, 144:25, 145:5, 153:23, 154:1, 154:9, 154:10, 154:16, 171:3
**nagravision** [1] - 14:3
**Nahar** [12] - 52:24, 53:5, 53:7, 92:11, 94:13, 94:14, 98:12, 100:1, 100:5, 100:9
**NAI** [1] - 61:25
**Naimi** [1] - 61:20
**name** [49] - 5:1, 6:11, 6:22, 7:1, 11:15, 28:23, 30:4, 30:8, 48:4, 61:17, 63:14, 63:20, 69:17, 70:6, 70:14, 73:10, 75:23, 76:11, 76:12, 76:16, 81:15, 81:17, 81:18, 82:15, 82:16, 82:17, 83:4, 83:5, 83:6, 85:25, 86:9, 86:25, 87:1, 87:20, 87:22, 110:8, 113:5, 117:22, 119:13, 120:17, 120:20, 120:23, 122:16, 131:25, 132:13, 141:17
**named** [11] - 24:25, 25:14, 25:22, 26:20, 27:8, 48:2, 50:10, 69:19, 109:4, 116:23, 117:20
**names** [5] - 11:18, 11:20, 23:15, 61:9, 132:2
**nature** [1] - 190:7
**nauseam** [1] - 164:19
**nearly** [1] - 172:1
**need** [12] - 42:16, 82:8, 82:9, 82:10, 90:1, 95:5, 140:16, 158:20, 167:10, 181:21, 182:12, 192:10
**negotiating** [2] - 30:13, 30:16
**net** [1] - 111:4
**Network** [129] - 2:7, 5:6, 5:16, 5:18, 7:14, 7:17, 7:22, 8:1, 8:15, 8:19, 10:1, 10:11, 10:14, 10:17, 12:25, 15:18, 15:21, 15:24, 16:5, 16:8, 16:10, 17:4, 17:5, 17:18, 17:20, 18:4, 18:6, 18:14, 18:22, 19:9, 19:23, 20:7, 21:24, 22:13, 23:2, 23:14, 24:11, 24:25, 25:15, 26:4, 27:10, 27:12, 27:25, 29:15, 29:20,

31:23, 32:3, 32:5, 32:12, 32:15, 34:11, 35:18, 35:20, 36:2, 36:14, 36:17, 36:18, 37:16, 37:18, 38:11, 39:5, 45:1, 45:5, 46:8, 46:10, 46:16, 47:2, 48:19, 49:23, 50:2, 52:3, 54:4, 62:7, 62:9, 62:17, 62:23, 66:23, 67:20, 69:7, 69:19, 69:20, 70:8, 82:12, 85:24, 86:4, 94:23, 97:12, 98:6, 98:10, 98:16, 98:24, 99:4, 99:23, 102:12, 102:24, 107:19, 108:3, 114:23, 115:22, 127:7, 127:17, 138:11, 139:10, 141:23, 142:7, 143:11, 144:19, 145:14, 145:17, 146:22, 146:25, 147:15, 147:18, 156:13, 156:21, 158:3, 158:19, 160:22, 164:13, 165:20, 169:9, 170:16, 174:6, 176:19, 180:21, 180:24, 182:21, 184:18

**network** [3] - 62:14, 62:20, 169:21

**networks** [1] - 165:16

**Networks** [1] - 15:22

**never** [14] - 35:14, 44:19, 94:19, 94:20, 98:12, 98:13, 100:9, 100:11, 148:5, 151:9, 155:6, 155:14, 155:25, 182:3

**New** [2] - 92:14, 106:21

**new** [5] - 87:20, 89:11, 92:13, 133:16, 172:10

**News** [5] - 59:12, 59:15, 59:16, 92:11, 99:17

**next** [10] - 45:18, 59:7, 99:6, 124:25, 129:2, 129:4, 132:7, 135:6, 141:19, 141:20

**Noerr** [1] - 183:18

**Noerr-Pennington** [1] - 183:18

**Noll** [19] - 2:2, 5:14, 11:23, 39:15, 40:19, 40:22, 41:2, 41:5, 41:17, 41:20, 42:12, 43:24, 44:15, 44:20, 44:22, 46:6, 47:3, 132:17

**non** [1] - 23:24

**non-Arabic** [1] - 23:24

**normal** [1] - 135:8

**notes** [4] - 190:5, 190:8, 191:13, 195:9

**nothing** [1] - 171:8

**notice** [3] - 174:1, 188:12, 188:20

**noticed** [1] - 190:4

**notices** [19] - 46:22, 143:5, 144:5, 146:3, 173:7, 173:16, 173:17, 173:18, 173:22, 173:24, 174:10, 174:20, 174:22, 175:8, 175:9, 175:14, 176:22, 177:18

**notified** [2] - 146:8, 173:4

**Noursat** [2] - 92:15, 106:25

**NOURSAT** [1] - 92:15

**November** [5] - 4:17, 43:5, 43:6, 43:17, 139:23

**number** [7] - 109:22, 153:10, 165:25, 166:18, 167:15, 173:3, 173:6

**Number** [28] - 44:5, 54:16, 54:17, 54:21, 54:23, 55:16, 58:17, 65:6,

71:20, 77:15, 77:19, 80:6, 83:1, 83:24, 89:15, 108:25, 119:15, 121:7, 122:25, 123:1, 123:20, 133:7, 140:5, 146:12, 146:16, 160:25, 170:16

**numbered** [1] - 179:25

**numbers** [1] - 81:19

**Numbers** [6] - 63:4, 68:13, 89:18, 90:14, 134:16, 134:19

**numerous** [2] - 173:6, 173:18

## O

**o'clock** [1] - 112:17

**oath** [2] - 77:22, 113:3

**object** [2] - 25:23, 25:24

**Objection** [7] - 15:25, 18:17, 25:21, 33:5, 44:17, 133:14, 185:19

**objection** [24] - 8:23, 12:9, 18:8, 20:25, 22:17, 24:5, 58:24, 119:2, 120:14, 129:20, 135:10, 142:11, 144:12, 145:16, 148:18, 170:8, 172:16, 182:23, 183:23, 184:12, 184:20, 185:6, 186:20, 187:5

**objections** [1] - 188:6

**observations** [1] - 171:2

**observed** [3] - 170:5, 170:20, 170:23

**obtain** [1] - 50:9

**obviously** [1] - 175:5

**occurred** [1] - 171:2

**October** [7] - 95:12, 95:22, 96:4, 96:11, 97:7, 97:13, 97:14

**offer** [2] - 188:23, 189:8

**offering** [1] - 93:19

**office** [4] - 145:21, 146:1, 146:2, 168:8

**officer** [1] - 81:11

**old** [3] - 29:2, 29:4, 110:22

**ON** [1] - 107:5

**Once** [1] - 192:15

**once** [2] - 130:23, 147:10

**One** [3] - 51:24, 113:18, 130:12

**one** [111] - 11:23, 12:3, 12:24, 23:3, 23:4, 24:1, 24:4, 24:21, 24:24, 25:13, 25:14, 25:19, 26:3, 26:17, 34:11, 38:19, 39:12, 40:1, 41:12, 42:23, 42:25, 43:4, 43:9, 43:13, 43:17, 44:8, 45:25, 47:10, 47:11, 48:3, 50:23, 52:13, 54:15, 54:24, 55:21, 56:3, 59:7, 59:16, 60:10, 61:4, 61:5, 61:12, 63:2, 64:6, 69:21, 70:1, 72:22, 72:23, 72:25, 73:4, 73:7, 74:18, 74:24, 76:20, 79:18, 79:19, 83:3, 85:2, 86:1, 95:23, 96:15, 99:12, 99:18, 101:1, 101:15, 103:6, 105:25, 109:12, 117:21, 118:6, 119:12, 120:2, 120:3, 120:5, 120:7, 120:8, 120:9, 120:10, 123:5, 127:3, 127:4, 129:11, 130:25, 133:8, 135:1, 136:25, 137:1, 137:2, 137:14,

138:13, 141:4, 152:14, 152:15, 154:17, 154:19, 157:1, 159:3, 161:16, 163:9, 164:17, 168:10, 173:3, 173:24, 176:21, 182:15, 190:3

**one-page** [2] - 54:15, 74:24

**one-year** [5] - 42:23, 43:13, 43:17, 109:12, 127:3

**ones** [12] - 25:5, 71:25, 93:22, 94:12, 94:21, 98:3, 108:9, 116:5, 120:4, 120:6, 166:17

**online** [1] - 115:18

**onset** [1] - 54:10

**ONTV** [15] - 92:15, 94:22, 94:23, 95:4, 95:22, 96:13, 96:20, 96:25, 97:4, 97:9, 98:11, 107:5, 107:13, 107:20, 161:13

**opening** [2] - 156:12

**operate** [2] - 9:13, 11:11

**operated** [7] - 19:24, 40:7, 41:13, 117:1, 117:7, 117:17, 181:11

**operated/owned** [1] - 181:9

**operates** [5] - 117:12, 118:1, 118:3, 153:18, 163:23

**operating** [2] - 81:11, 118:7

**operating/owning** [1] - 118:9

**opportunity** [1] - 191:19

**opposite** [1] - 185:13

**order** [29] - 55:20, 109:15, 109:16, 109:18, 109:20, 109:22, 111:21, 112:2, 112:5, 113:7, 113:9, 120:8, 120:9, 120:23, 122:3, 122:18, 127:1, 129:14, 143:21, 189:19, 189:22, 189:23, 190:4, 190:11, 190:18, 190:23, 191:6

**ordered** [4] - 122:7, 122:9, 193:3

**organization** [2] - 23:3, 119:14

**organizations** [1] - 49:14

**original** [10] - 37:1, 37:12, 54:13, 66:5, 66:11, 95:18, 172:2, 196:2, 196:3, 196:19

**originally** [1] - 107:13

**originals** [1] - 67:24

**OSCID** [1] - 111:3

**oscid.net** [1] - 111:6

**OSN** [2] - 76:17, 76:19

**otherwise** [3] - 6:19, 10:17, 112:19

**OTV** [3] - 92:15, 107:8, 107:24

**ourselves** [1] - 192:8

**outlines** [2] - 149:22, 150:3

**outset** [1] - 188:19

**outside** [2] - 164:22, 165:12

**overseas** [1] - 87:21

**oversight** [1] - 30:20

**own** [9] - 9:2, 9:13, 49:11, 69:13, 152:20, 152:21, 152:23, 181:6, 181:12

**owned** [3] - 84:24, 118:19, 181:10

**owner** [5] - 16:13, 16:21, 22:2, 22:4, 22:14

**ownership** [6] - 35:21, 37:24, 49:10, 49:12, 154:1, 154:9

**owning** [1] - 118:9
**owns** [6] - 16:12, 16:25, 117:23, 118:1, 118:3, 163:23

## P

**P-L-A-N-E-T-I-T-V** [1] - 125:14
**p.m** [4] - 1:16, 129:17, 193:15
**page** [27] - 54:15, 74:24, 96:16, 110:17, 121:3, 121:21, 121:23, 121:25, 122:3, 122:20, 125:5, 128:10, 128:12, 128:17, 128:18, 128:20, 132:7, 134:8, 134:9, 135:6, 135:7, 136:21, 136:22, 137:15, 182:6, 193:1, 196:3
**Page** [16] - 3:11, 4:2, 110:21, 111:13, 121:3, 121:6, 121:20, 122:15, 123:1, 123:20, 133:7, 135:16, 137:8, 137:16, 163:14
**pages** [13] - 54:12, 54:13, 54:16, 54:19, 54:20, 54:21, 54:23, 54:24, 54:25, 120:12, 136:8, 136:9, 195:9
**paid** [3] - 43:19, 123:19, 124:17
**Palka** [5] - 12:3, 12:13, 12:20, 12:24, 13:4, 48:3, 147:2, 147:5
**palka** [2] - 13:9, 24:15
**paper** [1] - 93:4
**paperwork** [2] - 93:5, 93:6
**paragraph** [10] - 92:7, 97:23, 98:9, 156:12, 163:14, 164:13, 164:18, 165:14, 170:7, 170:10
**Paragraph** [19] - 93:23, 97:24, 98:3, 98:20, 99:9, 156:12, 163:10, 165:18, 166:3, 167:21, 169:8, 169:24, 170:2, 171:11, 171:24, 172:22, 173:21, 176:13, 190:1
**paragraphs** [5] - 168:24, 179:14, 179:16, 179:24, 179:25
**pardon** [1] - 59:1
**parent** [2] - 15:18, 15:20
**parentheses** [1] - 96:24
**part** [40] - 14:5, 19:1, 19:14, 24:2, 25:2, 25:3, 26:8, 27:9, 30:18, 34:19, 46:1, 48:16, 48:24, 49:14, 63:20, 78:9, 78:10, 78:17, 96:13, 99:5, 99:14, 99:15, 99:20, 100:2, 100:6, 101:1, 129:2, 129:4, 141:4, 142:23, 148:7, 148:13, 149:1, 154:9, 155:4, 155:19, 156:17, 156:19, 162:7, 174:13
**particular** [1] - 151:21
**parties** [4] - 107:18, 118:15, 190:6, 195:11
**partnership** [1] - 36:22
**parts** [1] - 159:22
**party** [1] - 157:6
**Pascal** [2] - 36:10, 154:14
**past** [1] - 95:1
**Patterson** [1] - 38:9
**pay** [2] - 27:16, 27:23
**payment** [10] - 43:4, 126:23,

129:13, 129:16, 130:3, 132:21, 139:2, 139:13, 139:22, 139:25
**PayPal** [8] - 43:20, 131:23, 132:20, 138:24, 139:1, 139:3, 139:18, 139:22
**pending** [1] - 19:1
**Peninsula** [8] - 62:10, 62:13, 62:15, 62:16, 62:18, 99:21, 99:23
**Pennington** [1] - 183:18
**people** [3] - 147:4, 152:6, 190:5
**percent** [1] - 70:22
**percentage** [2] - 27:22, 154:2
**performed** [1] - 177:12
**period** [3] - 30:11, 32:14, 189:25
**person** [9] - 11:23, 38:10, 53:22, 66:25, 109:4, 132:9, 132:11, 149:25, 171:13
**personally** [4] - 9:8, 29:6, 160:7, 194:8
**pertain** [1] - 64:19
**pertaining** [1] - 64:19
**pertains** [1] - 58:17
**perusing** [3] - 80:4, 95:11, 120:25
**Perusing** [42] - 42:17, 42:22, 43:3, 43:13, 52:18, 58:16, 59:9, 63:13, 64:12, 64:18, 64:24, 67:7, 70:12, 71:4, 73:2, 74:18, 79:9, 79:16, 80:2, 80:10, 83:17, 86:20, 91:7, 91:11, 95:15, 101:3, 101:19, 101:24, 104:6, 105:18, 105:25, 114:4, 119:9, 119:22, 132:2, 137:10, 138:23, 156:8, 160:17, 180:6, 181:23, 182:17
**Petersburg** [2] - 2:16, 13:13
**phone** [2] - 144:21, 144:24
**phonetically** [1] - 11:21
**photograph** [1] - 141:8
**photographs** [4] - 115:11, 115:12, 116:2, 116:9
**physically** [1] - 151:9
**pick** [3] - 136:3, 144:21, 144:24
**picture** [5] - 135:16, 136:4, 140:10, 161:5, 162:14
**pictures** [1] - 150:24
**Piracy** [1] - 21:23
**PL** [5] - 63:6, 74:22, 81:19, 81:22, 125:14
**PL001144** [2] - 4:13, 44:8
**PL001146** [2] - 4:14, 134:23
**PL001147** [2] - 4:14, 134:23
**PL001151** [2] - 4:17, 44:10
**PL002248** [1] - 119:16
**PL002249** [1] - 119:16
**PL002254** [1] - 160:25
**PL002648** [1] - 81:20
**PL002671** [1] - 81:20
**PL002672** [1] - 82:4
**PL002673** [1] - 82:6
**PL002674** [1] - 89:17
**PL002679** [1] - 89:17
**PL002680** [1] - 89:20
**PL002682** [1] - 89:22

**PL002683** [2] - 90:6, 90:9
**PL002685** [2] - 90:7, 90:10
**PL002686** [1] - 63:6
**PL002724** [1] - 63:7
**PL002725** [2] - 55:14, 55:22
**PL002765** [1] - 55:24
**PL002766** [1] - 56:3
**PL002771** [1] - 56:5
**PL002772** [1] - 74:12
**PL002798** [1] - 74:14
**PL002897** [1] - 65:7
**PL002941** [1] - 68:14
**PL002944** [1] - 68:14
**PL002945** [1] - 68:15
**PL002949** [1] - 68:15
**PL002950** [1] - 68:16
**PL002953** [1] - 68:16
**PL002954** [1] - 68:17
**PL002957** [1] - 68:17
**PL002958** [1] - 72:13
**PL002983** [1] - 72:13
**PL002984** [1] - 72:15
**PL002989** [1] - 72:15
**PL002990** [1] - 72:17
**PL002993** [1] - 72:17
**PL002994** [1] - 72:19
**PL002996** [1] - 72:21
**PL003562** [1] - 90:16
**PL003564** [1] - 90:16
**PL003565** [1] - 56:7
**PL003578** [1] - 75:13
**PL003581** [1] - 75:13
**PL003582** [1] - 75:9
**PL003583** [1] - 75:11
**PL003629** [1] - 68:24
**PL003633** [1] - 68:24
**PL003634** [1] - 68:25
**PL003644** [1] - 68:25
**place** [3] - 58:20, 174:7, 174:16
**placed** [4] - 111:22, 112:2, 112:3, 112:5
**places** [1] - 87:21
**Plaintiff** [5] - 5:7, 5:15, 156:13, 170:16, 170:17
**Plaintiff's** [8] - 4:21, 4:23, 5:13, 121:6, 182:1, 189:4, 189:5, 189:7
**Plan** [1] - 125:14
**plan** [3] - 131:12, 131:14, 131:16
**Planet** [2] - 119:14, 125:13
**PlanetiTV** [4] - 1:9, 20:1, 125:12
**planetitv.com.au** [1] - 134:3
**PlanetTV** [1] - 125:12
**platforms** [1] - 94:8
**player** [1] - 123:5
**playing** [2] - 150:20, 151:1
**PLs** [3] - 72:8, 74:9, 75:8
**plus** [4] - 42:25, 69:12, 69:13, 137:2
**point** [5] - 149:5, 161:17, 179:19, 189:17, 191:9
**pointed** [1] - 177:24
**points** [2] - 161:8, 161:9

**Poland** [1] - 7:5
**policy** [2] - 185:5, 185:15
**Polish** [1] - 31:1
**position** [1] - 37:19
**possessions** [1] - 157:13
**power** [1] - 150:12
**preemption** [1] - 184:19
**prefer** [2] - 181:8, 182:16
**premise** [1] - 183:25
**premised** [1] - 183:24
**preparation** [5] - 148:7, 149:1, 155:5, 155:19, 178:11
**prepared** [2] - 127:18, 189:16
**preparing** [2] - 125:22, 149:7
**President** [5] - 7:18, 8:9, 31:16, 32:15, 54:3
**president** [3] - 118:21, 118:23
**presumably** [1] - 116:22
**pretty** [2] - 15:12, 110:22
**previous** [2] - 28:16, 56:19
**previously** [3] - 85:3, 105:11, 109:8
**price** [3] - 123:7, 123:9, 123:14
**prices** [1] - 123:12
**principle** [1] - 183:24
**principles** [1] - 184:22
**print** [1] - 129:5
**printout** [4] - 4:6, 4:11, 115:19, 128:2
**privacy** [3] - 169:2, 169:3, 169:4
**privilege** [2] - 184:10, 184:16
**problem** [2] - 191:2, 191:15
**procedure** [1] - 142:24
**process** [4] - 46:18, 147:25, 149:22, 151:6
**processed** [1] - 129:14
**produce** [1] - 188:14
**produced** [5] - 39:8, 42:11, 149:22, 190:13, 190:15
**product** [1] - 109:11
**Production** [5] - 62:10, 62:13, 62:18, 99:21, 99:23
**products** [1] - 44:20
**program** [3] - 14:15, 162:5, 167:6
**Program** [1] - 151:18
**programmers** [1] - 153:8
**programming** [14] - 8:3, 8:7, 30:14, 30:16, 32:16, 70:12, 70:16, 70:18, 73:6, 75:16, 76:4, 79:11, 150:17, 162:5
**programs** [6] - 166:4, 166:8, 166:9, 166:10, 166:12, 168:7
**promoted** [1] - 32:20
**promotion** [1] - 8:12
**proof** [3] - 159:20, 172:25, 176:18
**proper** [1] - 179:12
**protect** [1] - 23:8
**protected** [13] - 166:2, 166:19, 167:17, 167:18, 167:20, 169:15, 169:23, 170:4, 170:18, 170:20, 170:23, 171:25, 172:4
**protection** [6] - 164:21, 165:11, 169:2, 169:3, 169:4

**protective** [10] - 113:7, 189:19, 189:21, 189:23, 190:4, 190:11, 190:18, 190:22, 191:5, 191:6
**prove** [2] - 159:17, 159:18
**provide** [3] - 46:7, 46:15, 169:10
**provided** [1] - 46:4
**provider** [1] - 175:21
**providers** [2] - 175:21, 175:25
**proxy** [1] - 169:7
**PTI** [37] - 10:19, 11:8, 12:21, 14:10, 18:4, 20:9, 24:3, 24:11, 25:1, 25:4, 25:15, 40:2, 44:16, 44:23, 45:3, 47:8, 47:16, 47:21, 48:12, 52:4, 78:16, 108:4, 117:9, 117:19, 118:16, 118:17, 163:17, 164:14, 169:5, 173:2, 173:15, 175:10, 175:11, 175:17, 177:12, 178:4, 178:9
**PTI/TCI** [1] - 117:1
**public** [2] - 185:5, 185:15
**publicly** [5] - 16:16, 16:17, 16:23, 17:1, 190:25
**purchase** [21] - 8:15, 8:21, 10:8, 10:25, 11:7, 38:22, 39:4, 39:25, 40:25, 41:3, 41:8, 41:10, 42:6, 42:20, 43:3, 44:15, 44:20, 47:13, 115:24, 133:1, 186:17
**purchased** [21] - 11:7, 12:5, 12:7, 13:20, 38:20, 38:21, 39:6, 40:3, 40:6, 41:6, 42:8, 42:22, 42:24, 43:1, 44:23, 48:3, 115:22, 131:11, 147:11, 152:6, 164:4
**purchases** [1] - 10:1
**purchasing** [6] - 44:3, 44:7, 146:19, 146:21, 146:24, 147:2
**purpose** [2] - 57:24, 180:22
**purposeful** [2] - 176:16, 177:11
**purposes** [4] - 58:1, 142:16, 189:14, 191:1
**pursuing** [1] - 188:9
**purview** [1] - 30:19
**put** [4] - 142:24, 151:1, 174:1, 191:13
**putting** [1] - 175:7

**Q**

**questions** [8] - 6:16, 20:5, 153:19, 178:25, 179:1, 179:4, 187:12, 187:22
**quick** [1] - 187:13
**quit** [2] - 31:22, 96:4
**quote** [4] - 156:14, 156:16, 163:16, 163:17
**quoting** [1] - 157:25

**R**

**RA** [1] - 61:21
**raise** [1] - 6:1
**Ramzan** [1] - 61:19

**ranking** [2] - 28:17
**rather** [1] - 152:16
**reached** [1] - 191:23
**read** [45] - 61:9, 61:16, 61:17, 66:17, 68:4, 70:14, 73:18, 73:19, 81:16, 85:25, 92:8, 93:3, 93:22, 94:5, 98:11, 98:22, 99:10, 115:16, 121:16, 126:15, 135:23, 139:20, 141:15, 141:17, 141:20, 150:2, 155:25, 167:14, 167:15, 171:24, 178:22, 179:4, 179:9, 179:13, 179:14, 179:17, 179:23, 182:12, 182:13, 182:15, 186:13, 191:16, 196:2, 196:19
**readable** [1] - 81:18
**reading** [6] - 54:9, 70:2, 97:3, 111:24, 114:13, 164:24
**ready** [1] - 193:7
**real** [1] - 172:1
**realize** [1] - 77:21
**really** [4] - 15:13, 126:6, 135:17, 157:6
**reason** [1] - 138:14
**receive** [7] - 9:17, 9:24, 145:14, 148:9, 148:16, 173:17, 192:15
**received** [6] - 114:18, 145:18, 173:24, 188:1, 188:4, 193:6
**receiver** [2] - 116:3, 161:8
**receives** [2] - 163:16, 163:19
**receiving** [3] - 173:16, 192:22, 193:1
**recess** [5] - 77:17, 112:24, 138:17, 146:14, 187:18
**recital** [2] - 97:6, 97:7
**recitals** [1] - 96:15
**recited** [1] - 97:24
**recognize** [9] - 108:24, 111:1, 111:4, 111:6, 114:10, 115:5, 125:21, 132:13, 137:21
**recognizing** [1] - 115:6
**record** [19] - 5:13, 6:22, 6:25, 44:8, 77:11, 77:16, 77:20, 112:23, 113:1, 138:16, 138:19, 146:13, 146:17, 163:20, 187:17, 187:20, 187:24, 195:9, 196:20
**records** [14] - 11:7, 44:7, 117:15, 117:17, 117:25, 118:4, 118:5, 118:24, 119:6, 119:8, 163:20, 169:6, 188:15
**redacted** [22] - 57:11, 57:12, 57:24, 58:1, 58:8, 58:11, 58:13, 64:7, 64:8, 64:20, 71:14, 71:17, 71:19, 73:25, 79:25, 91:3, 91:9, 91:15, 91:23, 91:25, 92:5
**reduced** [1] - 68:2
**refer** [2] - 122:24, 168:22
**reference** [4] - 113:6, 129:14, 136:19, 136:22
**referenced** [3] - 54:8, 56:18, 166:17
**referring** [3] - 157:22, 185:21, 185:23
**reformatting** [2] - 171:16, 171:19
**reformed** [1] - 171:23

**regard** [2] - 157:14, 193:1
**regarding** [4] - 48:19, 189:19, 190:3, 190:5
**registered** [8] - 119:13, 165:22, 165:24, 166:11, 168:7, 168:15, 168:18
**registrant** [1] - 119:13
**registration** [2] - 166:5, 168:25
**related** [3] - 13:6, 17:5, 139:9
**relation** [1] - 22:8
**relationship** [12] - 12:18, 22:12, 22:22, 35:10, 38:5, 38:9, 38:12, 49:4, 50:14, 117:5
**relied** [1] - 181:4
**rely** [2] - 163:18, 176:11
**relying** [3] - 119:8, 119:9, 158:18
**remaining** [1] - 168:8
**remember** [4] - 11:22, 28:9, 40:4, 42:9
**remote** [1] - 141:12
**removing** [1] - 175:7
**rep** [1] - 10:25
**repeat** [4] - 8:17, 20:6, 137:8, 147:23
**report** [16] - 20:20, 46:20, 46:21, 142:19, 142:21, 142:22, 143:3, 144:4, 145:15, 145:18, 145:24, 149:21, 150:2, 151:2, 195:8
**reporter** [3] - 5:24, 108:17, 192:16
**reporting** [1] - 161:25
**reports** [37] - 20:17, 39:8, 39:10, 39:14, 39:20, 47:3, 49:25, 141:25, 142:4, 142:24, 143:1, 145:21, 146:1, 148:1, 148:5, 148:8, 148:10, 148:12, 148:17, 148:21, 148:24, 149:2, 149:5, 149:9, 149:12, 149:15, 149:19, 159:23, 159:24, 160:2, 160:23, 163:20, 164:1, 171:5, 176:9, 176:11, 181:4
**represent** [2] - 88:7, 149:3
**representative** [5] - 10:14, 180:8, 180:21, 180:25, 181:6
**representing** [1] - 102:3
**represents** [6] - 25:2, 26:7, 52:12, 83:7, 85:12, 139:10
**request** [1] - 191:18
**respective** [2] - 11:9, 164:9
**responded** [1] - 154:6
**responsibility** [1] - 45:25
**responsible** [1] - 30:13
**rest** [3] - 17:1, 159:9, 159:11
**results** [5] - 46:2, 46:5, 46:8, 46:11, 46:16
**retail** [1] - 162:5
**retransmit** [2] - 171:24, 171:25
**revenue** [2] - 27:23, 27:24
**review** [5] - 40:1, 41:12, 160:4, 191:19, 195:8
**reviewed** [17] - 11:1, 44:11, 59:6, 72:2, 72:3, 110:14, 113:9, 115:9, 117:15, 118:4, 127:9, 149:6,

155:14, 160:7, 160:9, 160:12, 164:5
**reviewing** [10] - 11:6, 44:2, 44:3, 109:1, 110:10, 117:6, 125:23, 125:24, 163:3, 163:9
**right-hand** [1] - 161:4
**rights** [47] - 20:13, 23:7, 26:10, 30:16, 39:9, 50:2, 50:4, 50:6, 50:9, 57:15, 59:24, 94:20, 95:25, 98:13, 98:16, 100:10, 107:19, 142:1, 143:6, 143:24, 144:2, 147:20, 148:3, 150:15, 152:21, 157:2, 157:5, 157:8, 159:8, 159:19, 160:6, 161:14, 162:4, 162:6, 162:16, 162:19, 163:7, 166:21, 166:22, 166:23, 168:23, 172:20, 173:9, 174:2, 176:17, 177:12, 177:20
**Rights** [1] - 100:11
**Risk** [1] - 37:25
**rm7** [2] - 114:8, 114:13
**rm7glSRkunAha7wC@oscid.net** [2] - 111:3, 114:19
**roger** [1] - 86:20
**Roger** [21] - 34:15, 54:1, 56:10, 56:21, 60:22, 61:3, 61:7, 65:13, 65:14, 65:15, 65:16, 65:17, 65:18, 65:20, 66:11, 71:6, 71:8, 82:13, 86:3, 87:15, 89:8
**role** [2] - 27:10, 27:13
**roles** [1] - 35:5
**roughly** [1] - 36:5
**Rule** [1] - 188:22
**run** [1] - 118:25
**runs** [1] - 119:1

**S**

**S-A-H-L** [1] - 70:24
**S-L-O-W-I-K-O-W-S-K-A** [1] - 7:2
**S.A** [1] - 145:1
**S.A.R.L** [3] - 63:17, 63:24, 64:1
**Sahl** [2] - 70:21, 70:23
**sakes** [1] - 92:25
**sale** [1] - 164:8
**sales** [1] - 45:2
**salon** [1] - 103:12
**Sam** [6] - 86:9, 86:23, 87:23, 88:6, 88:17, 89:10
**sam** [2] - 86:12, 87:24
**Sarah** [13] - 11:25, 40:24, 41:2, 41:4, 42:20, 126:5, 131:23, 137:18, 137:24, 146:18, 147:4
**sarah.weller@hnbic.com** [1] - 137:20
**Sarah.weller@hnbllc.com** [1] - 138:4
**saw** [5] - 148:5, 148:7, 149:8, 149:11, 160:18
**school** [2] - 7:4, 7:5
**scientist** [1] - 15:4
**scope** [2] - 188:19, 189:10

**screen** [21] - 4:7, 4:14, 4:15, 119:22, 120:1, 133:25, 136:6, 136:10, 160:9, 160:12, 160:18, 161:9, 161:15, 161:16, 162:14, 162:22, 163:4, 171:6, 177:16, 177:24
**Scrivener** [2] - 2:20, 5:2
**scrolling** [1] - 153:16
**Second** [1] - 72:16
**second** [36] - 56:6, 61:12, 71:18, 72:17, 76:12, 78:9, 78:10, 82:7, 83:24, 84:1, 85:15, 85:17, 86:18, 87:12, 88:23, 89:15, 89:25, 90:8, 90:9, 91:6, 91:17, 91:24, 94:14, 105:25, 120:9, 121:3, 121:23, 122:18, 134:9, 138:13, 139:20, 141:10, 164:3, 184:9, 184:11, 188:18
**section** [1] - 179:12
**see** [36] - 38:25, 42:8, 42:16, 51:6, 51:10, 51:18, 57:22, 68:4, 78:23, 109:14, 110:19, 110:25, 111:13, 111:20, 114:3, 114:8, 119:6, 121:8, 125:25, 127:12, 128:9, 135:3, 141:12, 144:9, 154:22, 154:25, 155:11, 156:4, 156:16, 156:17, 163:6, 168:22, 178:19, 181:19, 182:7, 189:12
**seeing** [1] - 114:4
**sees** [1] - 144:14
**selection** [2] - 151:14, 151:16
**seller** [2] - 116:2, 146:18
**sells** [1] - 9:2
**send** [12] - 111:9, 143:12, 143:20, 143:21, 144:5, 144:10, 151:3, 175:9, 175:14, 175:24, 177:17, 192:21
**sending** [3] - 46:22, 171:5, 193:4
**sends** [5] - 143:2, 143:4, 143:7, 146:2, 175:13
**senior** [1] - 31:16
**Senior** [2] - 2:6, 32:15
**sense** [2] - 23:18
**sent** [24] - 39:10, 39:14, 39:23, 46:21, 47:3, 112:3, 114:6, 114:12, 114:17, 125:1, 125:10, 129:18, 143:1, 143:19, 144:11, 148:1, 173:6, 173:18, 173:21, 174:15, 174:22, 174:25, 175:6, 176:21
**sentence** [5] - 134:25, 156:19, 159:5, 159:11
**separate** [23] - 81:24, 81:25, 100:18, 101:2, 101:3, 101:5, 101:16, 102:15, 103:13, 103:18, 103:24, 103:25, 104:1, 104:19, 104:21, 104:23, 105:8, 105:10, 105:16, 105:18, 106:18, 107:2, 107:10
**separates** [1] - 129:2
**September** [1] - 64:5
**series** [2] - 77:25, 78:1
**served** [1] - 188:7
**service** [10] - 42:6, 42:20, 96:25,

97:4, 97:10, 110:2, 123:6, 141:6, 175:21, 175:25

**services** [7] - 170:5, 170:19, 170:21, 170:24, 171:25, 172:24, 175:20

**Services** [1] - 37:25

**set** [50] - 8:16, 8:21, 8:25, 9:2, 9:4, 9:7, 9:12, 9:13, 9:14, 10:1, 11:8, 20:14, 20:22, 23:12, 38:21, 38:22, 38:23, 42:24, 43:4, 43:9, 45:17, 45:19, 45:20, 47:10, 50:3, 131:11, 136:18, 136:20, 136:22, 136:25, 137:2, 140:13, 140:14, 140:19, 140:20, 140:23, 141:1, 141:2, 141:6, 144:1, 148:4, 151:11, 151:21, 152:17, 152:20, 161:8, 164:4, 164:9, 189:25

**Set** [1] - 9:3

**set-top** [49] - 8:16, 8:21, 8:25, 9:2, 9:4, 9:7, 9:12, 9:13, 9:14, 10:1, 11:8, 20:14, 20:22, 23:12, 38:21, 38:22, 38:23, 42:24, 43:4, 43:9, 45:17, 45:19, 45:20, 47:10, 50:3, 131:11, 136:18, 136:20, 136:22, 136:25, 137:2, 140:13, 140:14, 140:19, 140:20, 140:23, 141:1, 141:2, 141:6, 144:1, 148:4, 151:11, 151:21, 152:17, 152:20, 161:8, 164:4, 164:9

**Set-top** [1] - 9:3

**several** [3] - 20:12, 147:22, 168:24

**sheet** [3] - 192:14, 192:21, 196:4

**shipped** [6] - 41:15, 41:16, 41:19, 122:8, 122:11, 124:15

**shipping** [8] - 41:23, 42:25, 121:1, 123:12, 123:14, 137:4, 137:6, 139:19

**shortcutting** [1] - 153:21

**shot** [5] - 119:22, 120:1, 133:25, 163:4, 177:16

**shots** [10] - 4:7, 4:14, 4:15, 136:6, 136:10, 160:9, 160:12, 160:19, 160:24, 171:6

**show** [10] - 39:8, 40:1, 42:8, 43:5, 94:1, 154:20, 163:21, 163:25, 164:2, 168:10

**showed** [1] - 50:1

**showing** [1] - 174:25

**shown** [2] - 39:9, 135:15

**shows** [3] - 50:1, 160:21, 161:4

**Shull** [2] - 76:2, 76:4

**SHULL** [1] - 76:4

**side** [1] - 161:4

**sign** [1] - 196:3

**signal** [1] - 173:13

**signals** [2] - 172:3, 172:4

**signatories** [2] - 66:10, 66:18

**signatory** [4] - 75:16, 83:14, 85:14, 85:16

**signature** [11] - 62:3, 66:17, 70:15, 73:8, 73:18, 73:19, 75:24, 76:5, 83:21, 88:8, 93:11

**signatures** [3] - 66:20, 89:1, 93:8

**signed** [57] - 53:12, 53:13, 53:22, 53:25, 56:11, 56:21, 56:25, 60:21, 60:24, 61:3, 61:7, 61:8, 65:8, 65:13, 65:21, 66:5, 66:22, 66:24, 70:11, 71:5, 73:5, 73:9, 75:14, 76:1, 76:7, 79:8, 81:3, 82:9, 82:11, 82:14, 83:20, 84:2, 84:11, 84:14, 84:17, 84:20, 85:15, 85:24, 85:25, 86:3, 86:6, 86:8, 86:9, 86:19, 86:21, 87:11, 87:12, 87:15, 87:16, 88:1, 88:4, 88:14, 88:16, 89:7, 89:9, 89:12, 165:15

**Signed** [2] - 67:1, 194:11

**signing** [1] - 128:14

**signs** [1] - 143:23

**similar** [1] - 18:20

**simple** [1] - 191:9

**simultaneous** [2] - 31:22, 172:1

**simultaneously** [4] - 29:13, 29:16, 29:20, 32:10

**sister** [1] - 17:6

**sit** [1] - 124:25

**sitting** [1] - 41:24

**situation** [1] - 175:13

**six** [3] - 80:5, 80:19, 80:20

**Sixth** [1] - 187:1

**slash** [1] - 137:2

**Slowikowska** [5] - 3:3, 5:6, 6:23, 194:7, 195:8

**small** [3] - 110:18, 130:20, 131:7

**so-called** [1] - 170:4

**so..** [2] - 109:23, 137:11

**sold** [13] - 45:7, 45:15, 46:12, 47:8, 47:15, 47:20, 48:11, 48:12, 78:15, 147:16, 153:10, 153:11, 181:13

**sole** [1] - 45:24

**someone** [2] - 112:2, 175:3

**sometime** [4] - 35:9, 36:7, 36:20, 37:21

**somewhere** [1] - 165:18

**sorry** [25] - 20:6, 23:6, 40:18, 61:22, 62:19, 63:6, 68:21, 71:11, 74:9, 84:16, 85:19, 90:2, 90:22, 98:18, 113:24, 127:4, 134:12, 134:18, 163:12, 163:21, 165:2, 175:21, 180:4, 180:5, 190:14

**Sorry** [2] - 66:2, 81:6

**sort** [1] - 172:25

**Southeast** [2] - 7:7, 7:9

**Span** [20] - 25:18, 25:19, 25:20, 26:3, 26:12, 50:18, 52:11, 52:21, 53:9, 53:10, 53:12, 53:23, 54:6, 55:11, 99:3, 99:7, 100:2, 100:6, 100:14

**speaking** [4] - 25:6, 26:17, 27:6, 174:20

**specialist** [1] - 5:3

**specific** [1] - 109:3

**specifically** [3] - 32:21, 169:4, 189:18

**specify** [1] - 10:17

**speculate** [3] - 127:23, 130:16,

133:19

**speculation** [1] - 135:11

**spell** [5] - 6:24, 30:8, 50:25, 60:2, 60:12

**Spell** [4] - 26:25, 53:16, 59:18, 66:2

**spelling** [1] - 11:19

**spells** [1] - 19:16

**Sport** [5] - 92:11, 94:13, 94:14, 98:12, 100:9

**Sports** [1] - 53:7

**St** [2] - 2:16, 13:13

**Stamp** [1] - 55:7

**stamped** [1] - 55:3

**stamps** [1] - 82:8

**stand** [1] - 14:25

**standard** [2] - 169:3, 169:7

**Standing** [1] - 187:7

**standing** [1] - 187:3

**start** [4] - 11:16, 85:22, 158:24, 190:7

**started** [3] - 34:9, 97:18, 106:11

**starts** [1] - 110:18

**state** [6] - 6:22, 80:6, 118:5, 170:9, 173:19, 174:14

**State** [5] - 7:7, 7:9, 194:6, 194:16, 195:17

**statement** [6] - 20:16, 20:17, 156:22, 157:19, 158:11, 158:18

**statements** [1] - 196:20

**states** [7] - 156:13, 163:15, 164:14, 165:15, 168:25, 172:23, 176:14

**States** [8] - 5:8, 72:6, 93:20, 157:15, 164:22, 165:12, 170:19, 178:10

**stating** [1] - 174:5

**status** [1] - 109:16

**statutes** [1] - 164:22

**STB** [37] - 8:21, 10:9, 10:19, 12:5, 12:7, 12:20, 13:4, 13:20, 14:10, 39:4, 40:25, 41:3, 41:6, 41:8, 41:11, 43:2, 43:8, 44:15, 45:2, 49:24, 78:15, 147:6, 147:10, 151:8, 151:14, 152:6, 153:4, 153:10, 153:11, 172:11, 180:22, 180:25, 181:8, 181:13, 186:18

**STBs** [15] - 8:15, 8:16, 10:25, 39:24, 40:10, 44:23, 45:7, 45:15, 46:12, 47:8, 47:15, 47:20, 48:11, 48:20, 147:16

**step** [2] - 37:18, 151:25

**steps** [2] - 150:3, 150:6

**still** [26] - 67:20, 69:2, 71:21, 74:1, 77:22, 78:8, 86:9, 91:19, 93:17, 93:19, 94:5, 100:19, 101:7, 101:21, 102:10, 102:11, 104:2, 104:15, 104:24, 105:14, 105:22, 106:10, 107:19, 113:3, 177:4

**stipulates** [1] - 59:23

**stock** [1] - 16:25

**stop** [4] - 29:18, 29:19, 77:4, 95:4

**stopped** [4] - 94:18, 95:11, 97:15, 97:16

**story** [1] - 80:9
**STP** [1] - 147:10
**streaming** [2] - 171:18, 172:5
**strike** [1] - 181:13
**structure** [10] - 16:4, 17:9, 17:11, 17:12, 48:16, 48:21, 48:25, 49:13, 153:25, 154:8
**structures** [3] - 15:11, 15:15, 15:17
**stuff** [2] - 190:16, 190:20
**subject** [5] - 111:13, 111:17, 119:25, 169:14, 183:13
**subpoena** [7] - 187:25, 188:3, 188:5, 188:7, 188:10, 188:11, 188:16
**subscribers** [1] - 9:20
**subscription** [4] - 127:3, 137:2, 137:14
**subscription/product** [2] - 130:10, 130:11
**subsequently** [1] - 43:12
**subtracted** [2] - 68:6, 68:8
**successfully** [3] - 111:22, 112:3, 129:13
**sued** [3] - 18:4, 176:25, 177:2
**suggest** [1] - 192:25
**suggestion** [1] - 92:7
**suing** [3] - 18:15, 18:22, 19:3
**sum** [1] - 126:21
**support** [7] - 42:23, 43:12, 43:14, 43:15, 43:17, 127:4, 185:9
**support/maintenance** [4] - 127:4, 130:12, 130:25, 133:9
**support/maintenance-USA** [1] - 127:4
**supposedly** [3] - 78:15, 190:13, 190:15
**SV** [1] - 73:7
**SVP** [5] - 70:12, 70:17, 70:18, 73:6, 75:15
**swapped** [1] - 68:7
**swear** [1] - 5:25
**Swiss** [1] - 36:9

---

# T

**tabulates** [1] - 144:4
**talks** [1] - 165:20
**tape** [1] - 77:6
**TCI** [42] - 10:9, 10:25, 11:8, 18:4, 19:11, 19:18, 24:3, 24:11, 25:1, 25:4, 25:15, 39:25, 42:6, 42:21, 44:16, 44:23, 45:3, 45:16, 47:8, 47:15, 47:21, 48:12, 52:4, 78:15, 108:4, 117:9, 117:19, 118:17, 163:17, 164:8, 164:10, 164:14, 169:1, 169:5, 173:2, 173:15, 175:11, 175:17, 177:12, 178:4, 178:8
**TCI's** [1] - 175:10
**TCI-Direct.com** [1] - 169:1
**TCI/Planeti** [1] - 164:5
**TCI/PTI** [4] - 40:8, 41:13, 46:12,

---

108:5
**technical** [1] - 149:25
**technically** [1] - 150:4
**Tele** [3] - 125:11, 132:7, 132:9
**Tele-Center** [3] - 125:11, 132:7, 132:9
**Telecom** [1] - 119:14
**television** [8] - 17:25, 156:15, 156:24, 157:20, 158:4, 159:1, 159:6, 162:14
**Television** [2] - 102:7, 102:24
**Ten** [1] - 96:22
**ten** [2] - 96:22, 97:6
**tenure** [1] - 17:22
**term** [3] - 164:16, 171:15, 181:7
**terminated** [1] - 107:6
**terms** [4] - 121:19, 137:14, 171:20, 190:22
**territories** [1] - 158:13
**territory** [2] - 157:2, 157:13
**test** [2] - 77:9, 161:24, 171:4
**testified** [10] - 6:8, 32:10, 44:19, 102:10, 145:20, 148:20, 161:22, 165:8, 171:7, 181:3
**testify** [2] - 38:15, 142:18
**testimony** [9] - 22:20, 44:12, 44:18, 58:19, 69:1, 118:2, 162:3, 173:23, 182:3
**testing** [6] - 170:5, 170:6, 170:10, 170:21, 170:23, 171:5
**text** [1] - 115:12
**TH** [1] - 75:21
**themselves** [1] - 5:12
**there'** [1] - 164:3
**they've** [2] - 171:23, 181:9
**thinking** [1] - 191:4
**thinks** [1] - 20:9
**third** [10] - 72:18, 88:1, 88:8, 89:18, 89:25, 91:10, 122:3, 141:11, 184:17
**three** [19] - 36:6, 46:13, 46:15, 51:24, 52:22, 53:8, 54:10, 56:21, 66:20, 71:4, 72:10, 112:8, 118:13, 118:15, 120:5, 128:18, 141:19, 141:20, 179:16
**throughout** [1] - 31:18
**Timothy** [1] - 5:14
**title** [8] - 31:12, 33:14, 33:15, 33:17, 73:17, 130:10, 130:11, 182:1
**titled** [1] - 70:7
**titles** [1] - 52:19
**today** [53] - 6:13, 7:16, 10:13, 23:23, 29:16, 31:4, 32:23, 33:1, 35:6, 37:15, 41:25, 51:4, 57:20, 58:20, 60:8, 60:19, 67:19, 67:22, 69:2, 69:10, 71:21, 74:1, 74:5, 74:8, 78:11, 93:17, 93:20, 94:6, 94:8, 94:24, 100:19, 101:7, 101:21, 101:22, 102:10, 102:11, 104:2, 104:15, 104:24, 105:14, 105:22, 105:24, 110:9, 113:8,

---

177:4, 181:6, 187:24, 188:6, 189:11, 189:16, 189:19, 190:5, 191:10
**together** [4] - 1:8, 91:17, 141:8, 142:25
**took** [4] - 40:9, 40:10, 40:12, 41:14
**top** [62] - 8:16, 8:21, 8:25, 9:2, 9:3, 9:4, 9:7, 9:12, 9:13, 9:14, 10:1, 11:8, 19:6, 20:14, 20:22, 23:12, 23:22, 28:9, 38:21, 38:22, 38:23, 42:7, 42:24, 43:4, 43:9, 45:17, 45:19, 45:20, 47:10, 50:3, 94:17, 109:15, 121:4, 121:6, 128:12, 128:16, 128:18, 131:11, 131:23, 136:18, 136:20, 136:22, 136:25, 137:2, 140:13, 140:14, 140:19, 140:20, 140:23, 141:1, 141:2, 141:6, 144:1, 148:4, 151:11, 151:21, 152:17, 152:20, 161:8, 164:4, 164:9
**Total** [1] - 139:14
**total** [9] - 27:22, 54:20, 55:19, 63:5, 80:4, 123:16, 124:17, 153:10, 153:12
**towards** [1] - 153:21
**tracy** [1] - 79:9
**Tracy** [3] - 79:10, 84:15, 85:23
**traded** [4] - 16:16, 16:17, 16:23, 17:1
**trading** [1] - 76:17
**transcode** [2] - 172:4, 172:10
**transcoded** [2] - 171:12
**Transcoding** [1] - 171:19
**transcoding** [2] - 172:14, 172:20
**transcript** [14] - 189:18, 189:23, 191:19, 192:1, 192:4, 192:15, 192:23, 193:2, 195:8, 195:9, 196:2, 196:3, 196:19, 196:20
**transmission** [1] - 172:2
**transmissions** [1] - 173:13
**transmit** [1] - 172:11
**transmitting** [1] - 170:18
**treated** [1] - 190:10
**true** [2] - 179:15, 195:9
**truth** [2] - 6:7, 32:11
**trying** [12] - 12:25, 15:8, 16:3, 16:7, 16:9, 20:4, 59:4, 105:21, 148:25, 166:25, 167:12, 171:22
**turn** [4] - 135:6, 151:22, 151:25, 182:6
**turned** [1] - 125:5
**TV** [14] - 19:20, 60:1, 60:3, 60:9, 92:12, 92:14, 101:13, 102:7, 106:16, 106:21, 161:5
**twice** [3] - 80:6, 80:7, 90:10
**two** [38] - 30:1, 30:2, 36:5, 44:24, 51:24, 54:14, 54:25, 59:10, 59:23, 74:19, 75:7, 80:5, 80:9, 90:3, 100:15, 113:16, 113:17, 113:18, 120:4, 120:5, 120:6, 120:12, 123:12, 124:1, 124:5, 124:22, 124:23, 132:2, 135:12, 136:6, 136:8, 136:9, 136:10, 136:24,

145:4, 173:6, 191:25, 192:22
**type** [1] - 8:25

# U

**Ula** [2] - 49:23
**Ulai** [19] - 39:1, 39:5, 145:12, 147:11, 147:16, 147:21, 152:16, 153:11, 154:5, 155:15, 161:14, 161:18, 162:15, 169:9, 172:10, 173:2, 175:9, 177:14, 180:14
**UlaiTV** [13] - 1:9, 4:20, 111:12, 111:16, 116:20, 116:22, 116:23, 117:5, 123:5, 161:7, 161:9, 169:22
**ULAITV** [1] - 49:24
**ulaitv.com** [1] - 161:2
**UlaiTV.com** [2] - 119:10, 169:1
**unclear** [1] - 165:19
**Unconscionability** [1] - 186:22
**unconscionable** [2] - 186:18
**under** [32] - 7:10, 17:10, 77:22, 92:19, 97:23, 97:25, 100:14, 102:8, 102:25, 109:15, 109:22, 113:3, 116:15, 120:18, 120:19, 120:25, 121:1, 128:16, 130:9, 131:12, 131:14, 162:16, 164:22, 165:3, 168:18, 170:7, 188:22, 189:21, 190:10, 190:18
**Under** [3] - 133:8, 189:23, 196:18
**underneath** [1] - 137:1
**understood** [1] - 150:7
**unexecuted** [1] - 188:2
**unfinished** [1] - 134:25
**United** [8] - 5:8, 72:5, 93:20, 157:15, 164:22, 165:12, 170:19, 178:10
**University** [2] - 7:7, 7:9
**unlawfully** [1] - 170:17
**unless** [2] - 10:17, 126:8
**unreadable** [1] - 83:21
**unregistered** [15] - 165:21, 165:22, 165:23, 165:24, 166:1, 166:12, 166:15, 166:16, 166:18, 167:6, 167:11, 167:16, 168:2
**up** [12] - 77:24, 121:9, 128:14, 137:19, 144:21, 144:24, 174:25, 176:5, 178:23, 187:14, 192:6, 192:7
**URL** [1] - 115:15
**URLs** [3] - 150:25, 181:7, 181:12
**US** [3] - 157:2, 157:13, 168:19
**USA** [14] - 42:23, 127:4, 127:21, 130:7, 130:12, 130:14, 130:25, 133:7, 133:9, 133:10, 133:12, 157:10, 158:13, 158:14
**usage** [1] - 152:17
**user** [3] - 154:25, 155:14, 185:4
**users** [3] - 9:17, 9:19, 172:1
**uses** [1] - 171:11

# V

**Vague** [1] - 185:20
**vague** [3] - 8:24, 18:9, 24:6
**valid** [3] - 69:5, 69:6, 69:10
**varieties** [1] - 141:4
**variety** [8] - 20:14, 35:5, 46:22, 141:2, 142:23, 161:11, 166:9, 175:20
**various** [1] - 11:7, 78:2
**vast** [3] - 165:25, 166:18, 167:15
**vender** [7] - 21:8, 21:16, 23:5, 24:16, 45:13, 153:6
**venture** [8] - 36:1, 36:13, 36:15, 36:24, 37:1, 37:12, 37:19
**verify** [1] - 150:19
**via** [2] - 20:13, 23:12
**Vice** [5] - 7:18, 8:9, 31:16, 32:15, 54:3
**video** [4] - 5:2, 5:10, 9:17, 112:10
**Videotape** [4] - 77:15, 77:19, 146:12, 146:16
**videotaped** [2] - 5:5, 193:13
**viewed** [1] - 152:24
**violated** [4] - 26:5, 26:6, 26:10, 151:9
**violating** [2] - 162:15, 173:9
**violation** [4] - 18:15, 160:21, 162:23, 172:15
**visited** [1] - 28:15
**VP** [4] - 32:20, 70:16, 76:4, 79:11

# W

**Wait** [1] - 167:8
**waive** [1] - 191:17
**water** [2] - 77:8
**web** [2] - 116:13, 137:15
**Website** [5] - 4:6, 4:7, 4:11, 4:14, 4:15
**website** [58] - 28:5, 28:13, 40:4, 40:11, 47:15, 115:20, 115:25, 116:8, 116:9, 116:17, 116:18, 116:22, 116:25, 117:6, 117:12, 117:17, 117:22, 117:23, 117:24, 118:1, 118:3, 118:10, 119:10, 119:23, 128:2, 128:6, 133:25, 134:1, 134:2, 134:4, 134:10, 134:13, 136:4, 136:7, 136:12, 137:21, 160:4, 160:7, 160:8, 160:10, 160:13, 160:14, 160:19, 160:24, 161:2, 161:15, 161:21, 162:9, 162:12, 162:13, 163:1, 177:14, 180:8, 180:10, 180:12, 180:14, 180:22
**websites** [12] - 11:9, 40:7, 41:13, 47:9, 47:11, 117:21, 119:1, 135:13, 163:3, 164:1, 164:9
**week** [1] - 168:5
**weeks** [2] - 191:25, 192:22
**Weller** [13] - 11:25, 40:24, 41:3,

41:4, 42:5, 42:20, 126:5, 131:24, 132:21, 137:18, 137:24, 146:18, 147:5
**weller** [5] - 13:10, 42:20, 138:25, 139:1, 139:25
**West** [4] - 79:9, 79:10, 84:15, 85:24
**whatsoever** [1] - 8:16
**whichever** [1] - 182:15
**white** [3] - 34:20, 34:21, 140:22
**whole** [4] - 31:18, 55:9, 171:22, 179:18
**willful** [3] - 176:15, 176:20, 177:10
**witness** [5] - 1:20, 5:25, 145:20, 187:22, 189:13
**woman** [2] - 79:12, 79:13
**word** [3] - 92:13, 171:11, 178:5
**words** [1] - 100:15
**works** [10] - 32:22, 46:19, 49:13, 151:7, 154:16, 166:1, 166:19, 167:16, 168:2
**World** [19] - 25:18, 25:19, 25:20, 26:3, 26:11, 50:18, 52:11, 52:21, 53:9, 53:12, 53:23, 54:6, 55:11, 99:3, 99:7, 100:2, 100:6, 100:14
**world** [1] - 53:10
**worry** [1] - 129:15
**wrap** [1] - 187:14
**write** [3] - 72:12, 130:18, 133:17
**writing** [1] - 137:13
**writings** [1] - 137:11
**written** [4] - 72:24, 131:5, 131:7, 165:16
**wrongful** [1] - 18:6
**wrongfully** [2] - 18:23, 20:10

# Y

**Y-A-W-M** [2] - 27:1, 51:2
**Y-A-W-N** [1] - 27:2
**Yawm** [10] - 26:24, 50:23, 72:24, 72:25, 73:9, 76:8, 92:12, 99:3, 99:7, 100:15
**YAWM** [1] - 27:4
**year** [24] - 29:22, 29:25, 35:9, 36:5, 36:7, 36:20, 37:21, 37:22, 42:23, 42:25, 43:4, 43:10, 43:13, 43:17, 109:12, 123:5, 127:3, 127:4, 130:12, 130:25, 133:8, 136:25, 137:1, 137:2
**years** [5] - 30:1, 30:2, 36:5, 36:6, 37:4
**yesterday** [1] - 188:8

# EXHIBIT 4

**[to Gaby Fraifer Declaration]**

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:16 CV 2549 T 17 TBM**

**DISH NETWORK, L.L.C.**
        **Plaintiff**

**vs.**

**GABY FRIAFER, TELE-CENTER, INC. and PLANET TELECOM, Inc.**
**individually and together d/b/a**
**UlaiTV, AhlaiTV and PlanetiTV,**
        **Defendants**

---

### Defendants' Request for Production to Plaintiff

The Defendants, by and through the undersigned attorney, hereby file this Request for Production to Plaintiff, and would say that:

1. Please produce any and all documents which Plaintiff believes proves the existence of, or establishes, the legal right to copyright that Plaintiff attempts to assert in its Amended Complaint.

2. Please produce any and all documents which Plaintiff believes gives it the exclusive right to license the channels, URLs or applications about which it complains in its Amended Complaint.

3. Please provide documentary proof of any compensation paid to Plaintiff by any channel users other than Defendants.

4. Please provide any and all contracts and/or proof of purchase by Plaintiff of the legal right to control or charge for or limit any or all of the international channels about which it complains in its Amended Complaint.

5. Please provide any list Plaintiff keeps in the ordinary course of business of the ostensibly "protected channels" about which Plaintiff complains in its Amended

Complaint.

6. Please provide any and all documents in Plaintiff's control or possession that Plaintiff believes proves that Fraifer, individually, owns and/or individually operates the UlaiTV, AhlaiTV and/or the PlanetiTV service.

7. Please provide any and documents in Plaintiff's control or possession that Plaintiff believes proves that Telecenter, Inc. (TCI) owns or operates the UlaiTV, AhlaiTV and/or the PlanetiTV service.

8. Please provide any UlaiTV or UlaiTV.com, registration documents that Plaintiff has under its control or possession

9. Please provide any AhlaiTV or AhlaiTVcom registration documents that Plaintiff has under its control or possession.

10. Please provide any PlanetiTV or PlanetiTV.com registration documents that Plaintiff has under its control or possession.

11. Please provide any and all proof in Plaintiff's control or possession that demonstrates or shows that TCI receives payment for and/or ships UlaiTV products.

12. Please provide any and all documents that Plaintiff believes demonstrates or shows that Fraifer. individually, advertises and/or sells UlaiTV, AhlaiTV or PlanetiTV products in contravention of United States copyright laws.

13. Please provide any and all documents that Plaintiff believes proves or shows that Fraifer, individually, conducted business as UlaiTV, AhlaiTV or PlanetiTV.

14. Please provide any and all documents that Plaintiff believes proves or shows that TCI conducted business as UlaiTV, AhlaiTV or PlanetiTV.

15. Please provide any and all documents that Plaintiff believes proves or shows that

Planet Telecom, Inc. (PCI) conducted business as UlaiTV, AhlaiTV or PlanetiTV.

16. Please provide any and all documents that Plaintiff believes shows or demonstrates that Fraifer, individually, unlawfully transmitted or retransmitted the so-called "protected channels" to U. S. customers.

17. Please provide any and all documents that Plaintiff believes shows or demonstrates that TCI unlawfully transmitted or retransmitted the so-called "protected channels" to U.S. customers

18.Please provide any and all documents that Plaintiff believes shows or demonstrates that PCI unlawfully transmitted or retransmitted the so-called "protected channels" to U.S. customers.

19. Please provide any and all Fraifer, individual, ads in your control or possession from UlaiTV.com, AhlaiTV.com or PlanetiTV.com.

20 Please provide any and all TCI ads in your control or possession from UlaiTV.com, AhlaiTV.com or PlanetiTV.com

21.Please provide any and all PCI ads in your possession or control from UlaiTV.com, AhlaiTV.com or PlanetiTV.com.

22. Please provide any and all documents or writings of any type or kind that Plaintiff believes proves or shows that Fraifer, individually, sells the set top boxes.

23. Please provide any and all documents or writings of any type or kind that Plaintiff believes proves or shows that Fraifer, individually, profits from the sale of the subject set-top boxes.

24.Please provide any and all documents or writings of any type or nature that Plaintiff believes proves or shows that TCI sells the subject set-top boxes.

25. Please provide any and all documents or writings of any type or nature that Plaintiff believes proves or shows that TCI profits from the sale of the subject set-top boxes.

26. Please provide any and all documents or writings of any type or nature that Plaintiff believes proves or shows that PCI sells the subject set-top boxes.

27. Please provide any and all documents or writing of any type or nature that Plaintiff believes proves or shows that PCI profited from the sale of the subject set-top boxes.

28. Please provide any and all documents that Plaintiff believes shows or demonstrates that Fraifer, individually, transferred the transcoded content to computer servers that were used by UlaiTV.com, AhlaiTV.com or PlanetiTV.com.

29. Please provide any and all documents or writings of any type or nature that Plaintiff believes shows or demonstrates that TCI transferred the transcoded content to computer servers that were used by UlaiTV.com, AhlaiTV.com or PlanetiTV.com.

30. Please provide any and all documents or writings of any type or nature that Plaintiff believes shows or demonstrates that PCI transferred the transcoded content to computer servers that were used by UlaiTV.com, AhlaiTV.com or PlanetiTV.com.

31. Please provide all Notices of Infringement sent by Plaintiff to Fraifer, individually.

32. Please provide all Notices of Infringement sent by Plaintiff to TCI.

33. Please provide all Notices of Infringement sent by Plaintiff to PCI.

### Certificate of Service

I hereby certify that a true and correct copy of this Defendants' Request for Production was served on Timothy M. Frank, Esq. at 820 Gessner, Suite 940, Houston, Texas 770243 by US Mail and to timothy.frank@hnbllc.com by email, on this 30 day of May, 2017.

Francis R. Lakel, Esq.

P.O. Box 331120
Miami, Florida 33233
(305)854-2713
(305) 856-6052(Fx)
frlesq@aol.com
FBN 351-237
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Case No. 8:16 CV 2549 T 17 TBM**

DISH NETWORK, L.L.C.
     **Plaintiff**

vs.

GABY FRAIFER, TELE-CENTER, INC. and PLANET TELECOM, Inc.
individually and together d/b/a
UlaiTV, AhlaiTV and PlanetiTV,
     **Defendants**

---

### Defendants' 2d Request for Production to Plaintiff

The Defendants, by and through the undersigned attorney, hereby file this

2d Request for Production to Plaintiff, and would say that:

1. Please produce any and all documents sufficient to identify all past and present owners of DISH Network LLC and their percentage of ownership at all times, including each owners'last known street address, email address and telephone number.

2. Please produce any and all documents sufficient to identify all past and present officers, directors and every person that has been employed by Plaintiff in relation to the contract negotiations and purchasing of the "protected channels", including documents specifying each person's last known address, email address and telephone number.

3.Please produce any and all documents , including emails, that Plaintiff and any of its employees exchanged with every one of the companies and their employees in regard to the contract negotiation and the purchasing of the protected channels.

4. Documents sufficient to identify each one of the protected channels and all of the entities that own them, and all of the people involved in the negotiation and contractingof the protected channels or purchasing of the alleged copyrights to the so-called protected channels a nd the time period during which each had taken place and the location address of that place.

5. All documents, including any contracts or agreements, concerning Plaintiff's right for or to each or all of the protected channels and any additional channels to which Plaintiff makes aclaim.

6. Documents sufficient to identify each payment that Plaintiff made to acquire the right to or for the protecte channels or any of the additional channels.

7. All documents, including emails, exchanged by Plaintiff and each one of the Channel providers for any or all of the protected channels and any additional channels to which Plaintiff makes a claim.

8. All documents, including emails, exchanged between Plaintiff, or any of its affiliates, and Tulix and any or all of the other companies on the Subpoenas served by Plaintiff in this case.

9. Documents sufficient to identify each payment that Plaintiff made to any or all suppliers of the protected channels and/or additional channels in this case.

### Certificate of Service

**I hereby certify that a true and correct copy of this Defendants' 2d Request for Production was served on Timothy M. Frank, Esq. at 820 Gessner, Suite 940, Houston, Texas 770243 by US Mail and to timothy.frank@hnbllc.com by email, on this ___ day of ___ June ___, 2017.**

**Francis R. Lakel, Esq.**
**P.O. Box 331120**
**Miami, Florida 33233**
**(305)854-2713**
**(305) 856-6052(Fx)**
**frlesq@aol.com**
**FBN 351-237**
**Attorney for Defendant**



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 3, 2017
*Via CMRRR # 7016 2140 0000 8174 7727*

Francis R. Lakel
P.O. Box 331120
Miami, Florida 33233

  **Re:**   **DISH Network L.L.C. v. Fraifer, No. 8:16-cv-02549-EAK-TBM (M.D. Fla.)**

Dear Mr. Lakel,

  Enclosed, please find the Plaintiff's Response to Defendants' First Set of Requests for Production. Should you have any questions, please do not hesitate to contact me.

       Best Regards,

       HAGAN NOLL & BOYLE, LLC

       *Kayla Derbs*

       Kayla L. Derks
       Paralegal

/enclosure