# EXHIBIT "1"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-992-320

**Effective Date of Registration:**
June 21, 2016

## Title

**Title of Work:** Sabah Al Khair Ya Arab
**Number:** Ep. #85

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 03, 2016
**Nation of 1st Publication:** United Arab Emirates

## Author

- **Author:** MBC FZ LLC
  **Author Created:** Entire Production
  **Work made for hire:** Yes
  **Citizen of:** United Arab Emirates
  **Domiciled in:** United Arab Emirates

## Copyright Claimant

**Copyright Claimant:** MBC FZ LLC
Dubai Media City Building 3, P.O. Box 72627, Dubai, United Arab Emirates
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MBC FZ LLC
**Email:** megha@mdblawoffices.com
**Telephone:** (212)571-1771

## Certification

**Name:** Megha Bhouraskar
**Date:** June 20, 2016
**Applicant's Tracking Number:** MBC001

Page 1 of 2

EXHIBIT 9
Appendix Page 272

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-992-317

**Effective Date of Registration:**
June 21, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Tasali Ahla Alam |
| **Number:** | Ep. #51 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 18, 2016 |
| **Nation of 1st Publication:** | United Arab Emirates |

## Author

| | |
|---|---|
| • **Author:** | MBC FZ LLC |
| **Author Created:** | Entire Production |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Arab Emirates |
| **Domiciled in:** | United Arab Emirates |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MBC FZ LLC |
| | Dubai Media City Building 3, P.O. Box 72627, Dubai, United Arab Emirates |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MBC FZ LLC |
| **Email:** | megha@mdblawoffices.com |
| **Telephone:** | (212)571-1771 |

## Certification

| | |
|---|---|
| **Name:** | Megha Bhouraskar |
| **Date:** | June 20, 2016 |
| **Applicant's Tracking Number:** | MBC004 |

EXHIBIT 9
Appendix Page 273

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-992-319

**Effective Date of Registration:**
June 21, 2016

## Title

**Title of Work:** Saherat Al Janoub
**Number:** Ep. #15

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 14, 2016
**Nation of 1st Publication:** United Arab Emirates

## Author

- **Author:** MBC FZ LLC
  **Author Created:** Entire Production
  **Work made for hire:** Yes
  **Citizen of:** United Arab Emirates
  **Domiciled in:** United Arab Emirates

- **Author:** O3 Production
  **Author Created:** Entire Production
  **Work made for hire:** Yes
  **Citizen of:** United Arab Emirates
  **Domiciled in:** United Arab Emirates

## Copyright Claimant

**Copyright Claimant:** MBC FZ LLC
Dubai Media City Building 3, P.O. Box 72627, Dubai, United Arab Emirates
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MBC FZ LLC
**Email:** megha@mdblawoffices.com
**Telephone:** (212)571-1771

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-992-315

**Effective Date of Registration:**
June 21, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | Chef Hassan |
| **Number**: | Ep. #289 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 16, 2016 |
| **Nation of 1st Publication:** | United Arab Emirates |

## Author

| | |
|---|---|
| • **Author:** | MBC FZ LLC |
| **Author Created:** | Entire Production |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Arab Emirates |
| **Domiciled in:** | United Arab Emirates |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MBC FZ LLC |
| | Dubai Media City Building 3, P.O. Box 72627, Dubai, United Arab Emirates |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MBC FZ LLC |
| **Email:** | megha@mdblawoffices.com |
| **Telephone:** | (212)571-1771 |

## Certification

| | |
|---|---|
| **Name:** | Megha Bhouraskar |
| **Date**: | June 20, 2016 |
| **Applicant's Tracking Number:** | MBC003 |

---

Page 1 of 2

EXHIBIT 9
Appendix Page 275