UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*, *Counterclaim-Defendant*,

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*, *Counterclaim-Plaintiffs*.

_____/

Case No. 8:16-cv-2549-EAK-CPT
Honorable Elizabeth A. Kovachevich
Magistrate Judge Christopher P. Tuite

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION [DKT. 214]**

    Defendants, Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 3.01 of the Local Rules of the Middle District of Florida, hereby move this Court for an order granting an extension of time to respond to Plaintiff, Dish Network, L.L.C.'s ("Plaintiff") Motion for Sanctions Under Rule 16(f) ("Motion"). (Dkt. 214.)

    Plaintiff filed its Motion on April 26, 2019, seeking attorneys' fees for its Response to Defendants' Amended Motion for Summary Judgment, which it alleges is in violation of this Court's Case Management and Scheduling Order [Dkt. 50]. Given the nature and extent of Plaintiff's motion, filed during Defendants' briefing of its Amended Motion for Summary

Judgment [Dkt. 217], for good cause shown, Defendants request an additional 14 days to respond, making Defendants' response deadline May 24, 2019.

Defendants have conferred with Plaintiff's counsel and Plaintiff does not oppose the relief requested. Defendants' requested extension of time is being "made before the original time or its extension expires" and will not effect any other deadlines in this case as there are no pretrial or trial dates scheduled at this time, pending the Court's resolution of the parties' respective Motions for Summary Judgment. *See* Dkt. 202; Fed. R. Civ. P. 6(b)(1)(A). Accordingly, Defendants' respectfully request this Court grant its motion for the requested brief extension of time to respond to Plaintiff's motion.

Dated: May 8, 2019

By: */s/ Joseph R. Sozzani*
Joseph R. Sozzani
*Board Certified Intellectual Property Law*
FBN: 120297
E-Mail: JSozzani@InfinityIPLaw.com
**INFINITY IP, PLLC**
222 West Bay Drive
Largo, FL 33770
Tel: 727.687.8814

**Certification Pursuant to Local Rule 3.01(g)**

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, I hereby certify that I conferred with counsel for Plaintiff regarding the relief requested and counsel for the Plaintiff has agreed to the relief requested herein.

*/s/ Joseph R. Sozzani*
Joseph R. Sozzani

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of May, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will provide notice and service to

Plaintiff, Dish Network, L.L.C., and all counsel of record, via transmission of Notices of Electronic Filing generated by the CM/ECF.

                                              */s/ Joseph R. Sozzani*
                                              Joseph R. Sozzani