## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-EAK-CPT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| individually and together d/b/a ) | |
| UlaiTV, PlanetiTV, and AhlaiTV, ) | |
| ) | |
| Defendants. ) | |

**PLAINITFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants") filed an amended motion for summary judgment ("Amended MSJ") on May 6, 2019. (Dkt. 217.) DISH requests a 14-day extension to respond to Defendants' Amended MSJ, making DISH's response due on June 3, 2019. There is good cause to grant the extension for the following reasons:

1. The dispositive motion deadline in the Court's scheduling order was April 6, 2018. (Dkt. 131.) DISH filed its MSJ on that date and Defendants subsequently responded to that MSJ. (Dkts. 146, 150-151.) Defendants filed two MSJs on April 6, 2018 and DISH filed a consolidated response to those MSJs. (Dkts. 141-142, 153.) Defendants filed a third MSJ on June 5, 2018 after their prior motions were stricken, and DISH also responded to that MSJ. (Dkts. 155, 164-166.)

2. Defendants advised the Court of their plan to amend or supplement their third MSJ on March 28, 2019. (Dkt. 208.) Defendants moved the Court for leave on April 8, 2019. (Dkt. 211.) Defendants' Amended MSJ was eventually filed on May 6, 2019 – more than five weeks after Defendants notified the Court of their intent to file the motion. (Dkts. 208, 217.) Defendants conferred with DISH on the factual issues underlying their Amended MSJ during the time period for DISH's response. (Dkts. 217-2, 219.)

3.   Defendants request summary judgment as to DISH's copyright infringement claim. (Dkt. 217). Defendants' Amended MSJ is a full 25-pages in length and supported by 140 alleged statements of undisputed fact. (Dkts. 217, 217-1.) Defendants filed their Amended MSJ with the benefit of having already received DISH's MSJ, as well as DISH's responses to Defendants' prior MSJs. Defendants filed in support of their Amended MSJ a declaration and exhibits from a witness named Bassel El Turk, who was not previously disclosed in this case. (Dkt. 217-3.)

4.   DISH requires additional time to respond to Defendants' Amended MSJ given the nature and extent of that filing. As part of that response, DISH anticipates obtaining supplemental declarations from certain non-party Networks in the Middle East addressing the copyright chain of title and first publication arguments raised by Defendants (not included in any of their previous MSJs). Ramadan is expected to impede DISH's ability to obtain supplemental declarations from those Networks within the time set for DISH's response. DISH has already been advised by one Network that it may take until month's end, approximately two weeks, to provide the requested information. DISH must also respond to Defendants' untimely disclosed witness El Turk.

5.   DISH's request for a 14-day extension of time will not affect any other deadlines in the case as there are no pretrial or trial dates scheduled in light of the pending MSJs. (Dkt. 202.)

6.   DISH has not previously requested an extension of time with respect to Defendants' Amended MSJ. Aside from joining Defendants in two prior requests regarding summary judgment deadlines, and requesting a short 7-day extension to respond to Defendants' motion for judgment on the pleadings, DISH has not requested an extension of time in this case.

7.   DISH conferred with Defendants on this extension on May 9, 2019. DISH followed up with Defendants on May 13, 2019. Defendants provided their position on May 14, 2019, stating they would only agree to extend the response deadline by seven days (despite Defendants having

received numerous extensions of time in this case to respond to pleadings, substantive motions and discovery matters totaling at least 23 weeks). (*See, e.g.,* Dkts. 25, 30, 36, 39, 46-47, 49, 51, 71-74, 84-85, 87, 91-92, 100, 105, 130-131, 189, 191, 218, 220 [recently approving a 14-day extension for Defendants, which DISH agreed to].)  DISH is not requesting the proposed 14-day extension in bad faith or for purposes of delay.  Nor will the extension prejudice Defendants.

For these reasons, there is good cause to grant DISH a 14-day extension of time to respond to Defendants' Amended MSJ.

Dated:  May 14, 2019

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Facsimile:  (239) 236-0376
Email:  jab@boatman-law.com

**Attorneys for Plaintiff DISH Network L.L.C.**

## RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that he conferred with Defendants' counsel and that Defendants oppose the relief requested in this motion.

## CERTIFICATE OF SERVICE

      I certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: timothy.frank@hnbllc.com

Attorney for Plaintiff DISH Network L.L.C.