UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*, *Counterclaim-Defendant*,

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*, *Counterclaim-Plaintiffs*.

_____/

Case No. 8:16-cv-2549-EAK-CPT
Honorable Elizabeth A. Kovachevich
Magistrate Judge Christopher P. Tuite

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION [DKT. 224]

Pursuant to Middle District of Florida Local Rule 3.01(d), Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, "Defendants"), by and through their undersigned counsel, for good cause shown, respectfully request leave to file a reply of no more than ten (10) pages to Plaintiff Dish Network, LLC's ("Plaintiff") Response in Opposition to Defendants' Motion for Summary Judgment [Dkt. 224] ("Plaintiff's Response").

**I.  DEFENDANTS' REQUEST LEAVE TO FILE A REPLY FOR GOOD CAUSE**

After seeking leave for a two week extension of time [Dkts. 221, 222], on June 3, 2019, Plaintiff filed its Response to Defendants' Amended Motion for Summary Judgment [Dkt. 217].[1] Plaintiff's Response is rife with mischaracterizations, misstatements and omissions of significant facts and law, including foreign law, critical to the Court's adjudication of this matter.

---

[1] Already on notice of the legal and factual issues presented in Defendants' Motion for Summary Judgment since March 2019 (*see* Dkts. 203, 208 & 211), Plaintiff received an additional two weeks, for a total of four weeks, to prepare its Response, whereas Defendants had only three weeks to prepare its Motion for Summary Judgment.

Additionally, in its Response, Plaintiff, yet again, relies upon testimony from a biased witness it refused to disclose during discovery [Dkt. 224-4] and, yet again, attaches a new agreement for the very first time, requested, but not produced by Plaintiff, during the discovery period in this litigation. *See* Dkt. 224-4, Ex. 3. Further, Plaintiff attached to its Response, a declaration from the General Counsel of its joint venture partner, and purported expert, Attorney Pascal Metral, which provides information not previously disclosed in his expert report, long after the deadline for Expert Disclosures pursuant to the CMO [Dkt. 50]. *See* Dkt. 224-3. Accordingly, for good cause shown, Defendants seek leave to fully brief and address these and other substantively significant matters which will benefit the Court in making its determination on the merits.

## II.    LEGAL STANDARD

Rule 3.01(d) of the Middle District of Florida Local Rules provides that a party may request leave to file a reply by filing a motion not to exceed three pages, specifying the length of the proposed filing. A motion for leave to file a reply is properly granted where the reply "will benefit the Court's resolution of the pending motion." *In re Fiddler's Creek, LLC*, 2:14-CV-379-FTM-29CM, 2015 WL 4470093, at *2 (M.D. Fla. July 21, 2015). Granting leave to file a reply brief is also appropriate where, as here, the opposing party has misstated facts, cited case law that should not be applied to a given set of facts, or where the opposing party's brief has raised additional issues not addressed in the original motion. *See, e.g., Ottaviano v. Nautilus Ins. Co.*, Case No. 08 Civ. 2204, 2009 WL 425976 (M.D. Fla. Feb. 19, 2009) (granting leave to file reply where movant asserted Respondent's brief misstated facts and cited inapposite case law).

Here, Defendants should be granted leave to file a reply because Plaintiffs' Response raises new issues, misapplies and makes misstatements of fact and law not addressed in Defendant's motion. Further, Plaintiff's Response also selectively omits important facts and

law, including substantively significant matters of foreign law, that would otherwise undermine its arguments. Defendants seek leave to file a reply for good cause, in order to rebut such misleading or misstated facts and law, and to address other issues raised in Plaintiffs' Response, not argued in Defendants' Motion for Summary Judgment. Given the nature of a Motion for Summary Judgment, and the significance of the Court's grant or denial thereof, a full opportunity to supplement the legal and factual issues raised in Plaintiff's Response is critical to a just result.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request, for good cause shown, that the Court grant Defendants' leave to file a focused reply of no more than ten (10) pages in length, no later than fourteen (14) days after the grant of this Motion.

Dated: June 7, 2019                  */s/ Joseph R. Sozzani*
                                     Joseph R. Sozzani, Esq.
                                     FL. Bar No. 120297
                                     E-Mail: jsozzani@infinityiplaw.com
                                     **INFINITY IP, PLLC**
                                     222 West Bay Drive
                                     Largo, FL 33770
                                     Tel. 727.687.8814

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with Plaintiff's counsel and Plaintiff opposes the relief requested.

Dated: June 7, 2019                       By:   */s/ Joseph R. Sozzani*
                                                Joseph R. Sozzani

### CERTIFICATE OF SERVICE

I HEREBY certify that on the 6th day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will transmit Notices of Electronic Filing to Plaintiff, Dish Network, LLC and all counsel of record.

Dated: June 7, 2019                       By:   */s/ Joseph R. Sozzani*
                                                Joseph R. Sozzani