**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:16-cv-2549-T-60CPT | | DATE: | September 12, 2019 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| DISH NETWORK LLC<br><br>v.<br><br>GABY FRAIFER, et al. | | | **LANGUAGE:** | |
| | | | **PLAINTIFF'S COUNSEL**<br>Timothy Frank | |
| | | | **DEFENSE COUNSEL**<br>Joseph Sozzani | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 11:02 a.m. – 11:42 a.m.<br>11:54 a.m. – 12:00 p.m. | **TOTAL:   46 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS:   MOTION HEARING**

The Court hears oral argument re: Defendants' Motion to Amend Answer (Doc. 229).

The Court takes a brief recess.

The Court takes the matter under advisement.