**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No. 8:16-cv-02549-TPB-CPT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GABY FRAIFER, TELE-CENTER, INC., ) | |
| and PLANET TELECOM, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME AND TO EXCEED PAGE LIMITS**

Plaintiff DISH Network L.L.C. ("DISH") responds to Defendants' motion for an extension of time to file objections to Magistrate Judge Tuite's report and recommendation (Dkt. 246, the "R&R), and Defendants' request to exceed the page limits for such objections. (Dkt. 247).

The parties were afforded 14 days to file objections to the R&R, making the objections due on February 14, 2020. (Dkt. 246.) Defendants are requesting an extension of time through March 3, 2020, which amounts to an additional 18 days and more than double the time provided by rule. *See* Fed. R. Civ. P. 72(b)(2); Local Rule 6.02.  Defendants also seek to expand the page limits for their proposed objections, going from the 25 pages allowed to 35 pages – exceeding the length of the underlying motions themselves.  Defendants' general reference to the scope of the R&R and the importance of issues at stake does not establish good cause for the requested relief.  Therefore, Defendants' motion should be denied in all respects.

If the Court is inclined to grant Defendants' motion, then DISH should receive a reciprocal extension of time for its response to Defendants' objections and additional pages for that response. *See id.* (requiring response to objections within 14 days of service); Local Rule 3.01(b) (limiting a response to 20 pages).  DISH will be prejudiced if Defendants are provided more than a month of

time and 35 pages to make objections, while DISH is held to the proscribed 14 days and 20 pages to respond. To avoid prejudice, DISH should also receive a reciprocal extension of time to file its objections to the R&R, such that each party's objections are due at the same time.

Dated: February 11, 2020

    /s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: joe.boyle@hnbllc.com
Email: timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Facsimile: (239) 236-0376
Email: jab@boatman-law.com

Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I certify that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Defendants.

    /s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)