UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*, *Counterclaim-Defendant*,

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*, *Counterclaim-Plaintiffs*.
_____/

Case No. 8:16-cv-2549-TPB-CPT
Honorable Judge Thomas P. Barber
Magistrate Judge Christopher P. Tuite

**DEFENDANTS' UNOPPOSED MOTION FOR EXPANSION OF TIME
TO RESPOND TO PLAINTIFF'S OBJECTIONS [DKT. 250]**

Defendants, Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 3.01(d) of the Local Rules of the Middle District of Florida, hereby respectfully move this Court for an order granting an expansion of time to respond to Plaintiff's Objections to the Report and Recommendation (Doc. 250). Plaintiff does not oppose the relief requested herein.[1]

**I.   INTRODUCTION**

The Parties filed their respective Motions for Summary Judgment and Responses thereto in the above-captioned matter (Docs. 146, 151, 217, 224). The Parties also filed a Reply and Surreply relating to Defendants' Amended Motion for Summary Judgment (Docs.228, 237). The Parties' Motions for Summary Judgment are currently pending before this Court. On January 31,

---

[1] In the event Plaintiff requires additional time of equal duration to that requested herein to respond to Defendants' forthcoming objections to the Report (Doc. 246), Defendants shall not oppose Plaintiff's motion for extension.

2020, Magistrate Judge Tuite filed a Report and Recommendation (Doc. 246). On February 11, 2020, Defendants filed a Motion for Expansion of Time to file its objections to the Report (Doc. 247) and on February 12, 2020, Plaintiff filed its Response to the same (Doc. 248). On February 13, 2020, the Court issued an Order (Doc. 249) granting, in part, and denying, in part, Defendants' Motion, further setting the parties' respective deadlines to file objections for March 3, 2020. On February 14, 2020, Plaintiff filed its Objections to the Report (Doc 250).

## II.     MEMORANDUM OF LAW

### A.     Legal Standard

Courts have broad discretion in the management of their dockets. *See, e.g., Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988). Federal Rule of Civil Procedure 6(b)(1)(A) permits the extension of a deadline for good cause "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

## III.    ARGUMENT

### A.     The Motion for Expansion of Time is for Good Cause Shown.

Here, Defendants' Motion for Expansion of Time is being made for good cause shown, prior to the expiration of time for filing. *See* Fed.R.Civ.P. 6(b)(1)(A); Doc.246, at 58. Given the nature and extent of the Parties' filings, the factual and legal complexities of this matter, which invoke issues relating to the copyright laws of numerous foreign jurisdictions, Defendants filed a Motion (Doc. 247) seeking additional time to prepare its objections to the Magistrate's Report. The Report, which provides recommendations relating to the parties' extensive briefing on summary judgment, treats numerous complex issues of foreign and domestic copyright law. Thus, for good cause shown, the Court granted Defendants' Motion, in part, and also granted to Plaintiff, the additional time it requested in its Response in Opposition (*see* Doc. 248), extending the

deadline for both parties to file objections to the Report until March 3, 2020 (Doc. 249). Plaintiff, filed its Objections (Doc. 250) the following day.

Defendants' Response to Plaintiff's Objections to the Report is currently due February 28, 2020. Defendants diligently continue to prepare its objections to the Report. However, Defendants require additional time to Respond to Plaintiff's Objections to the Report and hereby respectfully request an extension of time until March 10, 2020, seven days following the deadline for filing Objections to the Report pursuant to this Court's Order (Doc. 249). Defendants' unopposed request for extension is being "made before the original time or its extension expires" and will not effect any other deadlines in this case as there are no pretrial or trial dates scheduled at this time, pending the Court's resolution of the parties' respective Motions for Summary Judgment. *See* Doc. 202; Fed. R. Civ. P. 6(b)(1)(A).

For the foregoing reasons, Defendants respectfully request that this Court grant the instant Motion for the requested expansion of time to allow Defendants the required time to prepare its Response to Plaintiff's Objections (Doc. 249).

Dated: February 26, 2020

By: /s/ *Joseph R. Sozzani*
Joseph R. Sozzani
*Board Certified Intellectual Property Law*
FBN: 120297
E-Mail: JSozzani@InfinityIPLaw.com
INFINITY IP, PLLC
222 West Bay Drive
Largo, FL 33770
Tel: 727.687.8814

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, I hereby certify that I have conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested herein.

Dated: February 26, 2020                                   */s/ Joseph R. Sozzani*
                                                                            Joseph R. Sozzani


## CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will provide notice and service to Plaintiff, Dish Network, L.L.C., and all counsel of record, via transmission of Notices of Electronic Filing generated by the CM/ECF.

                                                                            */s/ Joseph R. Sozzani*
                                                                             Joseph R. Sozzani