UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*,

v.

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*.
_____/

Case No. 8:16-cv-2549-TPB-CPT
Honorable Judge Thomas P. Barber
Magistrate Judge Christopher P. Tuite

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Derrick L. Clarke, Esq. of the Law Office of Derrick L. Clarke, P.A., hereby files this Notice of Appearance as Co-Counsel on behalf of Defendants, Mr. Gaby Fraifer, Planet Telecom, Inc., and Tele-Center, Inc., and would request that copies of any and all future pleadings, Orders and other matters filed by the parties and the Court in this case be provided to the undersigned attorney at the below specified addresses.

Dated:    July 14, 2020

Respectfully submitted,

By: */s/ Derrick L. Clarke*
Derrick L. Clarke, Esq. (FBN: 95550)
E-Mail: dclarke@dclarkelegal.com
The Law Office of Derrick L. Clarke, P.A.
146 2nd Street North. Suite 310
St. Petersburg, FL 33701
Tel: 727.379.4434

*Attorney for Defendants Gaby Fraifer, Tele-Center, Inc.,* and *Planet Telecom, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of July, 2020, I electronically filed the foregoing document with the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties not authorized to receive electronically, Notices of Electronic Filing.

                                                     */s/ Derrick L. Clarke*
                                                     Derrick L. Clarke