UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*,

v.

    Case No. 8:16-cv-2549-TPB-CPT

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR CLARIFICATION
OF THE COURT'S JULY 7, 2020 NOTICE OF HEARING**

Defendants, Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, "Defendants"), by and through their undersigned counsel respectfully seek clarification from the Court with respect to the July 7, 2020 Notice of Hearing [Dkt. 268]. In support thereof, Defendants state as follows:

**BACKGROUND**

On January 19, 2017, the Court issued its Case Management and Scheduling Order ("CMSO"). (Dkt. 50.)[1] On April 3, 2020, the Court issued an Endorsed Order directing the parties "to file a joint report suggesting pretrial and trial dates on or before May 3, 2020." (Dkt. 260.) Accordingly, on May 3, 2020, after meeting and conferring, the parties filed with the Court their Joint Status Report Suggesting Pretrial and Trial Dates ("Joint Report"). (Dkt. 262.) On July

---

[1] This case was administratively removed from the Court's docket *sua sponte* and the parties were informed that the case would not be reset until the parties' motions for summary judgment were fully resolved either by agreement or the Court. (Dkt. 202.) An amended CMSO has not been issued in this case.

7, 2020, the Court issued a Notice of Hearing setting the Final Pretrial Conference for October 14, 2020 and Trial Term commencing 11/2/2020. (Dkt. 268.)

## MEMORANDUM OF LAW

### I.     LEGAL STANDARD

District Courts have the inherent authority to control their docket, including the scheduling of a pre-trial conference and issuance of a pre-trial order.  See Fed. R. Civ. P. 16(d).  Local Rule for the Middle District of Florida ("M.D.L.R.") 3.06 provides guidance to litigants regarding final pretrial procedures.  See M.D.L.R. 3.06(b) (outlining the procedures to be followed, timing, contents and filing of the parties' joint pretrial statement with the Court).

### II.    DEFENDANTS SEEK CLARIFICATION OF CERTAIN PRETRIAL DEADLINES

In an abundance of caution, Defendants seek clarification of the Court's July 7, 2020, Notice of Hearing [Dkt. 268] such that Defendants may properly prepare for trial, confirm certain pre-trial filing deadlines and ensure compliance with the Court's pre-trial schedule.

The parties' Joint Report [Dkt. 262] contained numerous suggested pre-trial deadlines which were not present in the Court's Notice of Hearing [Dkt. 268] including the deadline for the parties to file *Daubert* Motions and Motions in Limine.[2]  While M.D.L.R. 3.06 does provide guidance as to certain pretrial procedures, including the preparation and filing of the joint pretrial statement, M.D.L.R. 3.06 is silent as to the deadlines for the filing of *Daubert* motions or Motions in Limine.  The CMSO provides that "[a]ny motions in limine shall be filed with the Clerk of Court at least three (3) weeks prior to the commencement of trial."  See Dkt. 50, at ¶ 5(a).

WHEREFORE, Defendants respectfully request the Court clarify its Notice of Hearing [Dkt. 268] to provide the deadlines for the filing of *Daubert* Motions and Motions in Limine.

---

[2] Defendants' proposed date for the filing of *Daubert* Motions passed prior to the issuance of the Court's Notice of Hearing [Dkt. 268}.

Unless otherwise directed, Defendants will comply with the final pretrial procedures set forth in M.D.L.R. 3.06 with regard to all other pretrial procedures including the preparation, timing, contents and filing of the parties' Joint Pretrial Statement.

### Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, I hereby certify that I conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested.

Dated: August 4, 2020

By: /s/ *Joseph R. Sozzani*
Joseph R. Sozzani, Esq. (FBN: 120297)
*Board Certified Intellectual Property Law*
INFINITY IP, PLLC
222 West Bay Drive
Largo, FL 33770
Tel: 727.687.8814
E-Mail: JSozzani@InfinityIPLaw.com

Derrick L. Clarke (FBN: 95550)
The Law Office of Derrick L. Clarke, PA
146 2nd Street North, Suite 310
St. Petersburg, Florida 33701
Tel: 727.379.4434
E-mail: dclarke@dclarkelegal.com

*Attorneys for Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.*

### CERTIFICATE OF SERVICE

I certify that on this 4th day of August, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will provide notice and service to Plaintiff, Dish Network, L.L.C., and all counsel of record, via transmission of Notices of Electronic Filing generated by the CM/ECF.

Dated: August 4, 2020

/s/ *Joseph R. Sozzani*
Joseph R. Sozzani