UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,
a Colorado limited liability company,

    *Plaintiff*,

v.                                           Case No. 8:16-cv-2549-TPB-CP

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*.
_____/

## **DEFENDANTS' MOTION TO APPEAR REMOTELY**

Defendants, Planet Telecom, Inc. ("PTI"), Tele-Center, Inc. ("TCI") and Gaby Fraifer ("Fraifer") (collectively, "Defendants"), by and through their undersigned counsel, for good cause shown, hereby respectfully move the Court to issue an order authorizing Defendants and their counsel to appear remotely via Zoom technology for the pre-trial conference and bench trial proceedings [Doc. 268]. In support thereof, Defendants respectfully state as follows:

## **BACKGROUND**

On March 13, 2020, due to the ongoing concern with respect to the Coronavirus ("COVID-19") pandemic the Court issued an order titled "IN RE: Restrictions on Visitors to the United States Courthouses in the Middle District of Florida," Case No. 8:20-mc-20-T-23 (Doc. 1). To further protect the health and safety of those involved in proceedings, the Court issued an additional order dated July 9, 2020 (the "Supplemental Order") (Doc. 2). The Supplemental Order provides for accommodation parameters to eliminate or reduce the need for vulnerable persons as defined in

Section 6 of the Supplemental Order to appear at the courthouse. (*Id*. at 4 ¶6).

On July 7, 2020, the Court issued a Notice of Hearing setting the Final Pretrial Conference in the above captioned matter for October 14, 2020, further setting Trial Term commencing November 2, 2020. (Doc. 268.). The Court has scheduled in-person attendance for the Final Pretrial Conference and Trial Term proceedings.

## MEMORANDUM OF LAW

### I.   Legal Standard.

District Courts have the inherent authority to control their docket, including the scheduling of a pre-trial conference and issuance of a pre-trial order. *See* Fed. R. Civ. P. 16(d). The Court has issued orders recognizing the challenges and risks created by the COVID-19 Pandemic and providing accommodations to litigants and their counsel. (Docs 1 & 2). Hearings, including evidentiary hearings, have been held in the Middle District of Florida and in federal courts throughout the Eleventh Circuit via Zoom technology. *See* Notice of Hearing, *Estes Express Lines v. Coverlex, Inc.*, No. 8:19-cv-00467-CEH-AEP (Doc. 23) (M.D. Fla., Aug. 4, 2020) (J. Honeywell) (noticing *evidentiary hearing* to be conducted via Zoom video conference); see also *It Works Mktg. v. Melaleuca, Inc.*, 2020 U.S. Dist. LEXIS 162962 at **5-6 (M.D. Fla., Aug. 21, 2020) (J. Barber); see also Notice of Hearing, *Johnson v. Johnson et al v. XS Supply, LLC et al*, No. 8:19-cv-01673-AEP (Doc. 254) (M.D. Fla., Sept. 1, 2020); see also Notice of Hearing, *Veterinary Orthopedic Implants, Inc. v. Hass*, 2020 U.S. Dist. LEXIS 163271, No. 3:20-cv-00868-MMH-MCR (Doc. 17) (M.D. Fla., Aug. 18, 2020).

Additionally, Federal Rule of Civil Procedure 43(a) provides, in relevant part, that "[f]or good cause and compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ. P. 43(a). Federal district courts nationwide have relied on Rule 43(a) and their inherent powers.in

granting motions to appear remotely during the COVID-19 Pandemic given the seriousness of the current pandemic and the health risks to litigants and their counsel. *Id.*

## II.   Pre-Trial Conference and Bench Trial Should be Conducted via Zoom Technology.

As outlined in the Supplement Order, a "vulnerable person" includes persons who are immuno-comprised with underlying medical conditions. (Doc. 2, ¶6(C)(iii)). Co-counsel for Defendants, Attorney Derrick L. Clarke is immuno-comprised due to treatments for a chronic underlying medical condition. Attorney Clarke and his wife are also soon expecting the birth of their newborn baby prior to the upcoming proceedings resulting in a heightened health risk associated with the COVID-19 pandemic.  Additionally, Defendants' co-counsel, Attorney Sozzani also has a family member at home who is also immuno-compromised with a chronic underlying medical condition.  Further, Defendant Fraifer is also in his sixties and close to the presumptive age for classification as a vulnerable person.

Due to the ongoing and unique risks posed by the current COVID-19 Pandemic and the criteria for a "vulnerable person" as set forth above, good cause exists to grant Defendants' motion for the parties' remote attendance and participation in the Final Pre-Trial Conference and Bench Trial proceedings via Zoom technology.  Allowing the parties to appear remotely addresses the concerns with respect to the serious health risks of exposure to the COVID-19 virus as contemplated in the Supplemental Order which are further contemplated as compelling circumstances pursuant to Fed. R. Civ. P. 43(a).

WHEREFORE, given the public health risks caused by the COVID-19 Pandemic, to protect vulnerable litigants, their counsel and families from potential exposure to the COVID-19 virus, Defendants' Motion to Appear Remotely is being made for good cause shown and respectfully request that the Court issue an order authorizing proceedings with respect to the Pre-

Trial Conference and Bench Trial proceedings to be conducted and attended remotely via Zoom or such other technology as the Court prefers.

## Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, I hereby certify that I conferred with counsel for Plaintiff and Plaintiff opposes the relief requested.

Dated: September 14, 2020        By:    /s/ *Derrick L. Clarke*
                                        Derrick L. Clarke (FBN: 95550)
                                        The Law Office of Derrick L. Clarke, PA 146
                                        2nd Street North, Suite 310
                                        St. Petersburg, Florida 33701
                                        Tel: 727.379.4434
                                        E-mail:   dclarke@dclarkelegal.com

                                        Joseph R. Sozzani, Esq. (FBN: 120297)
                                        *Board Certified Intellectual Property Law*
                                        INFINITY IP, PLLC
                                        222 West Bay Drive
                                        Largo, FL 33770
                                        Tel: 727.687.8814
                                        E-Mail:   JSozzani@InfinityIPLaw.com

                                        *Attorneys for Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of September, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will provide notice and service to Plaintiff, Dish Network, L.L.C., and all counsel of record, via transmission of Notices of Electronic Filing generated by the CM/ECF.

Dated: September 14, 2020                         /s/ *Derrick L. Clarke*
                                                  Derrick L. Clarke