# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DISH NETWORK L.L.C.,
a Colorado limited liability company,

    *Plaintiff*,

v.

    Case No. 8:16-cv-2549-TPB-CPT

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*.

_____/

## JOINT MOTION TO STAY PROCEEDINGS
## PENDING SETTLEMENT CONFERENCE

Plaintiff DISH Network L.L.C. ("Plaintiff") and Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc. ("Defendants"), by and through their respective undersigned counsel, and in accordance with Federal Rule of Civil Procedure 6(b) and Local Rule 3.09(a), respectfully file this Joint Motion to Stay Proceedings Pending Settlement Conference requesting an immediate stay of all proceedings for a period of thirty (30) days, to allow the parties to engage in a settlement conference with the assistance of Magistrate Judge Flynn to determine whether the parties can reach resolution in settlement of this litigation.

Magistrate Judge Flynn conducted an earlier settlement conference with the parties prior to the Court's ruling on the parties' motions for summary judgment. Magistrate Judge Flynn has agreed to assist the parties in a second settlement conference that will be scheduled to take place as soon as possible during October 2020, following a stipulated process involving the parties and Magistrate Judge Flynn.

WHEREFORE, the Parties jointly request that the Court order an immediate stay of proceedings for a period of thirty (30) days pending the outcome of the parties' Settlement Conference, including the Final Pretrial Conference currently scheduled for October 14, 2020, and Trial currently scheduled for the November Trial Term.

Dated:  September 30, 2020

| | |
|---|---|
| /s/ Timothy M. Frank | /s/ Joseph R. Sozzani |
| Joseph H. Boyle (*pro hac vice*) | Joseph R. Sozzani |
| Timothy M. Frank (*pro hac vice*) | *Board Certified Intellectual Property Law* |
| HAGAN NOLL & BOYLE, LLC | Florida Bar Number 120297 |
| Two Memorial City Plaza | INFINITY IP, PLLC |
| 820 Gessner, Suite 940 | 222 West Bay Drive |
| Houston, Texas 77024 | Largo, Florida 33770 |
| Telephone:  (713) 343-0478 | Telephone:  (727) 687-8814 |
| Facsimile:  (713) 758-0146 | Email:  JSozzani@InfinityIPLaw.com |
| Email:  joe.boyle@hnbllc.com | |
| Email:  timothy.frank@hnbllc.com | Derrick L. Clarke |
| | Florida Bar Number 95550 |
| James A. Boatman, Jr. | The Law Office of Derrick L. Clarke, PA |
| Florida Bar No. 0130184 | 146 2nd Street North, Suite 310 |
| THE BOATMAN LAW FIRM PA | St. Petersburg, Florida 33701 |
| 3021 Airport-Pulling Road North, Suite 202 | Telephone:  (727) 379-4434 |
| Naples, Florida 34105 | Email:  dclarke@dclarkelegal.com |
| Telephone:  (239) 330-1494 | |
| Facsimile:  (239) 236-0376 | *Attorneys for Defendants* |
| Email:  jab@boatman-law.com | *Gaby Fraifer, Tele-Center, Inc.,* |
| | *and Planet Telecom, Inc.* |
| *Attorneys for Plaintiff DISH Network L.L.C.* | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.09(d)

Counsel executing this joint motion certify in accordance with Local Rule 3.09(d) that their respective clients have been informed of the motion and consent to the filing of the motion.

### CERTIFICATE OF SERVICE

I certify that on September 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to Plaintiff Dish Network, LLC.

/s/ Joseph R. Sozzani
Joseph R. Sozzani
INFINITY IP, PLLC
222 West Bay Drive

Largo, Florida 33770
Telephone:  (727) 687-8814
Email:  jsozzani@infinityiplaw.com

*Attorney for Defendants Gaby Fraifer,*
*Tele-Center, Inc.. and Planet Telecom, Inc.*