UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK L.L.C.,

    Plaintiff,

v.                                                         Case No. 8:16-cv-2549-T-60CPT

GABY FRAIFER, TELE-CENTER, INC.,
and PLANET TELECOM, INC.,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter has been referred to the undersigned to conduct a settlement conference. Accordingly, it is hereby

**ORDERED**:

1. **Conduct of Settlement Conference:** The settlement conference shall be conducted in accordance with Chapter Nine of the Local Rules of the United States District Court for the Middle District of Florida.[1]

2. **Scheduling Settlement Conference:** The settlement conference will be conducted via zoom video conference on **December 18, 2020, at 10:00 a.m.** Counsel and party representatives with full settlement authority must attend. An invitation to participate in the zoom conference will be forthcoming.

---

[1] A copy of the Local Rules for the Middle District of Florida may be found on the Court's website at https://www.flmd.uscourts.gov/local-rules.

3. **General Rules Governing the Settlement Conference:** Although the settlement conference process is defined in greater detail in Chapter Nine of the Local Rules, the following additional guidelines are imposed upon the process:

   a. **Case Summaries:** By **December 16, 2020**, each party shall hand deliver, mail (Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 11B, Tampa, FL 33602), or e-mail (chambers_flmd_flynn@flmd.uscourts.gov) a brief written summary of the key facts and issues, including the minimum and maximum amounts of damages, of the case, and the last rejected offer (if any). These summaries are for the undersigned's benefit only, are confidential, and will not be incorporated into the public records of this case and should not be provided to opposing counsel.

   b. **Settlement Conference Process:** To begin the settlement conference, the Court will conduct an initial joint conference with the parties, and each party, if so desired, may make opening remarks about the case. The Court will then proceed to private caucuses with counsel and the individual parties. The Court will conduct as many joint conferences and private caucuses as deemed necessary in order to stimulate negotiations and keep order.

   c. **Identification of Corporate and/or Claims Representatives:** As part of the written case summaries, counsel for corporate parties and claims professionals shall state the name and general job description of the

employee or agent of the corporation who will attend and participate on behalf of the corporate party.

    d.    **Authority to Declare Impasse:**  Although the average settlement conference usually takes between 3-5 hours, participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared.

**ORDERED** in Tampa, Florida, on December 9, 2020.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE