UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK, LLC,

    Plaintiff,

v.                                           Case No. 8:16-cv-2549-T-60CPT

GABY FRAIFER, TELE-CENTER, INC.,
and PLANET TELECOM, INC.,

    Defendants.
_____/

### SETTLEMENT CONFERENCE REPORT

In accordance with the Court's Order dated December 9, 2020 (Doc. 279), a settlement conference was held on December 18, 2020. The parties and counsel appeared via video conference. All parties negotiated in good faith. However, the conference resulted in an impasse.

REPORTED in Tampa, Florida, on December 18, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE