# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:16-cv-2549-T-60CPT          DATE: December 18, 2020

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

DISH NETWORK, LLC                      Timothy Frank
                                       Attorney for Plaintiff

v.

GABY FRAIFER et al                     Joseph Sozzani
                                       Derrick Clarke
                                       Attorney for Defendant

COURTROOM DEPUTY: Christina Ramirez          COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 10:00 – 4:06        TOTAL: 6:06        COURT RPTR: Digital

PROCEEDINGS: Mediation / Settlement Conference

Parties meet with Court.

Parties reach an impasse.

Court order to follow.

Adjourned.