**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., | ) Case No. 8:16-cv-02549-TPB-CPT |
| Plaintiff, | ) |
| v. | ) |
| GABY FRAIFER, TELE-CENTER, INC., and PLANET TELECOM, INC., | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR STEPHEN M. FERGUSON TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 2.01(c), Plaintiff DISH Network L.L.C. moves the Court to allow Stephen M. Ferguson to appear and be heard in this case and in support states:

1. Mr. Ferguson is not a Florida resident and is not a member of The Florida Bar. Mr. Ferguson is a member in good standing of the bar of the State of Texas and is admitted to practice before all the United States District Courts in Texas, the District of Colorado, and the Seventh Circuit. He has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida. Mr. Ferguson has appeared in one case in state or federal court in Florida in the last thirty-six months: *DISH Network L.L.C. v. Alfa TV Inc. et al.*, No. 6:20-cv-1896-PGB-DCI (M.D. Fla.).

2. Mr. Ferguson has entered an appearance certifying he is familiar with 28 U.S.C. 1927, will comply with the federal rules and the Local Rules of the United States District Court for the Middle District of Florida, is registered with the Middle District's CM/ECF system, and designated James A. Boatman, Jr. as Local Counsel.

3. Undersigned counsel has submitted Mr. Ferguson's signed Special Admission Attorney Certification to the Clerk, along with the prescribed fee.

WHEREFORE, Plaintiff respectfully requests that Stephen M. Ferguson be permitted to specially appear and be heard in this case.

Dated: May 5, 2021

                                       Respectfully submitted,

                                       <u>s/ James A. Boatman, Jr.</u>
James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Email:  jab@boatmanricci.com

Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

Attorneys for Plaintiff DISH Network L.L.C.