# EXHIBIT 1

Case 8:16-cv-02549-TPB-CPT   Document 298-2   Filed 05/11/21   Page 1 of 2 PageID 10914

# Pascal Métral



**Pascal Métral, 1974**
Vice President, Legal Affairs
Head of Anti-Piracy Litigation and Intelligence Operations
Swiss

## Professional Experience Summary

**Kudelski Security – Nagravision SA**, Switzerland – November 2012 to Present

Vice-President, Legal Affairs, Head of Anti-Piracy Litigation and Intelligence Operations

**Nagravision SA,** Switzerland – January 2009 to October 2012

Principal Corporate Lawyer, Head of Anti-Piracy Litigation and Intelligence Operations

**DAYER, KOOGER & MÉTRAL** – law firm: Geneva – Switzerland – April 2004 – December 2008

Partner

**DAYER & KOOGER** – law firm: Geneva – Switzerland – September 2002 – March 2004

Associate

**DAYER & KOOGER** – law firm: Geneva – Switzerland – September 1999 – June 2003

Trainee

## Education & Specialization Summary

**Education:**  2002: Bar examination: admitted to Geneva bar
Geneva - Switzerland

1999: Master in Law
Geneva University - Switzerland

**Specialization:**  criminal law, IP law, IT and communication law, cyber-security and anti-piracy law, corporate law

## Languages

French: Mother Tongue
English, German, Spanish: Fluent