```
 1                UNITED STATE DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3

 4   DISH NETWORK L.L.C.,
          Plaintiff,
 5
     v.                         CASE NO: 8:16-cv-02549-EAK-TBM
 6

 7   GABY FRAIFER,
     TELE-CENTER, INC., and
 8   PLANET TELECOM, INC.,
     individually and together
 9   d/b/a UlaiTV, PlanetiTV,
     and AhlaiTV,
10        Defendant(s).
     _____/
11

12

13        VIDEOTAPED DEPOSITION OF IZABELA SLOWIKOWSKA

14          Taken on Behalf of the Defendant(s)

15      DATE TAKEN:     January 7, 2013

16         TIME:        9:53 a.m. - 4:15 p.m.

17         PLACE:       Askins Court Reporting
                        Suite 204
18                      505 East Jackson Street
                        Tampa, Florida  33602
19

20
           Examination of the witness taken before:
21
                       Kathy H. Hoy
22                     Notary Public
              Askins Court Reporting, Inc./TCRA
23               505 East Jackson Street
                        Suite 204
24               Tampa, Florida  33602

25
                                      Pages 1 - 196
```

```
 1                    APPEARANCES FOR THE PLAINTIFF

 2                      TIMOTHY FRANK, ESQUIRE
                         Hagan Noll & Boyle LLC
 3                       Two Memorial City Plaza
                              820 Gessner
 4                             Suite 940
                         Houston, Texas  77024
 5


 6                      ALEX S. FONOROFF, ESQUIRE
                          Senior Legal Counsel
 7                         Dish Network L.L.C.
                      9601 South Meridian Boulevard
 8                        Englewood, Colorado

 9


10                  APPEARANCES FOR THE DEFENDANT(S)

11                     FRANCIS R. LAKEL, ESQUIRE
                          2650 Hilola Street
12                         P.O. Box 331120
                         Miami, Florida  33233
13


14                     DERRICK L. CLARKE, ESQUIRE
                The Law Office of Derrick L. Clarke, P.A.
15                       146 2nd Street North
                              Suite 310
16                    St. Petersburg, Florida  33701

17


18
          ALSO PRESENT:
19
          Gaby Fraifer, Defendant
20
          Greg Scrivener, Video Specialist
21        A Pro Video

22


23


24


25


                       ASKINS COURT REPORTING, INC./TCRA
          813.233.0044   813.233.0032(FAX) D_ASKINS@TAMPACOURTREPORTING.NET
```

I N D E X

| | PAGE |
|---|---|
| Deposition of Izabela Slowikowska | |
|   Direct Examination By Mr. Lakel | 6 |
|   Certificate of Oath | 194 |
|   Certificate of Reporter | 195 |
|   Errata Sheet | 196 |

P L A I N T I F F   E X H I B I T   I N D E X

| No. | Description | Page |
|---|---|---|
| 1 | E-mail dated January 22, 23, and February 14, 2018 | 189 |

DEFENDANT EXHIBIT INDEX

| No. | Description | Page |
|---|---|---|
| 1 | Invoice dated 06/30/2016, Bates PL001153 through PL001155 | 108 |
| 2 | E-mail dated July 06, 2016, Bates PL001156 through PL001158 | 113 |
| 3 | Website printout, Bates PL001159 and PL001160 | 115 |
| 4 | Website screen shots, Bates PL001161 through PL001164 | 119 |
| 5 | Invoice dated 7/10/2015, Bates PL001165 | 124 |
| 6 | E-mail dated February 09, 2017, Bates PL001142 | 124 |
| 7 | Website printout, Bates PL001143 | 127 |
| 8 | E-mail dated February 09, 2017, Bates PL001144 and PL001145 | 131 |
| 9 | Website screen shots, Bates PL001146 and PL001147 | 133 |
| 10 | Website screen shots, Bates PL001148 and PL001149 | 135 |
| 11 | E-mail dated November 22, 2016, Bates PL001150 and PL001151 | 138 |
| 12 | Photograph | 140 |
| 13 | User Agreement for AhlaTV | 154 |
| 14 | User Agreement for UlaiTV | 155 |
| 15 | Plaintiff's amended complaint | 156 |
| 16 | Defendants amended counterclaim | 178 |
| 17 | Plaintiff's answer to Defendants' amended counterclaim | 181 |

ALL EXHIBITS ATTACHED

1    **THE VIDEOGRAPHER:**  Okay.  My name is Greg
2    Scrivener.  I'm the certified legal video
3    specialist.
4        We are here this day, March 1st, 2018, to
5    take the videotaped deposition of Izabela
6    Slowikowska in the matter of Dish Network
7    L.L.C., Plaintiff v. Gaby Fraifer, et al.,
8    Defendants, in the United States District Court
9    for the Middle District of Florida.
10       The time as indicated on the video
11   monitor is approximately 9:55 a.m.  Would
12   counsels please introduce themselves for the
13   record, beginning with the Plaintiff's counsel.
14       **MR. FRANK:**  Timothy Frank of Hagan Noll
15   Boyle, LLC, on behalf of the Plaintiff, Dish
16   Network L.L.C.
17       **MR. FONOROFF:**  Alex Fonoroff.  I'm
18   in-house counsel at Dish Network.
19       **MR. LAKEL:**  Francis R. Lakel, attorney
20   for the Defendants.
21       **MR. CLARKE:**  Derrick Lawrence Clarke,
22   attorney for Defendants, working with Attorney
23   Lakel.
24       **THE VIDEOGRAPHER:**  Madam court reporter,
25   would you please swear in the witness?

```
 1                  COURT REPORTER:  Would you raise your
 2      right hand please?
 3                  MS. SLOWIKOWSKA:  I do.
 4                  COURT REPORTER:  Thank you.
 5   WHEREUPON,
 6                       IZABELA SLOWIKOWSKA,
 7   acknowledged having been duly sworn to tell the truth
 8   and testified as follows:
 9                        DIRECT EXAMINATION
10   BY MR. LAKEL:
11       Q.    Please-- hello.  My name is Francis Lakel.
12   I'm the attorney for the Defendants.  I'm the guy that's
13   going to be taking your depo today, okay?
14             Have you ever given a deposition before?
15       A.    Yes.
16       Q.    Okay.  So you know it's questions and
17   answers.  If you-- if you don't understand the question,
18   tell me you don't understand it.
19             Otherwise, if you understand it, just answer
20   it, okay?  If you don't know, you don't know.  That's
21   cool, too.  Whatever it is, okay?
22             State your name for the record please.
23       A.    Izabela Slowikowska.
24       Q.    And would you spell that for the-- for the
25   record?
```

```
 1         A.    I-Z-A-B-E-L-A.  And the last name is
 2   S-L-O-W-I-K-O-W-S-K-A.
 3         Q.    Okay.  And your education beginning with
 4   high school.
 5         A.    I went to-- I went to high school in Poland.
 6               And then I have a Bachelor's Degree from
 7   Southeast Missouri State University.  Graduated in 2000.
 8               And Master's in business administration from
 9   Southeast Missouri State University.  Graduated in 2002.
10         Q.    Okay.  And your under graduate degree is in
11   what?
12         A.    Business management.
13         Q.    Okay.  Do you currently work for Dish
14   Network L.L.C.?
15         A.    Yes.
16         Q.    Okay.  In what capacity do you work today
17   for Dish Network?
18         A.    I'm Vice President of International
19   Business.
20         Q.    And do you live in Denver?
21         A.    Yes.
22         Q.    Okay.  Did you work for Dish Network L.L.C.
23   in March of 2015?
24         A.    Yes.
25         Q.    Okay.  In what capacity at that time did you
```

```
 1    Kuelling-- is it Kuelling?
 2        A.    Kuelling.
 3        Q.    Kuelling to go from Dish Network L.L.C. to
 4    IBCAP?
 5        A.    He didn't go from Dish Network L.L.C. to
 6    IBCAP.
 7        Q.    Well, where did he go?
 8        A.    He has a consulting business.
 9        Q.    Okay.  So he went-- while he was
10    simultaneously you've testified, and correct me if I'm
11    wrong, I want to know, I want to find out what the truth
12    here is, Mr. Kuelling worked for Dish Network L.L.C. and
13    IBCAP at the same time.
14        A.    There was a period where Mr. Kuelling was
15    the Senior Vice President of-- of-- of Dish Network
16    L.L.C. for the international programming and he was also
17    an executive director of-- of IBCAP.
18        Q.    Okay.
19        A.    And I-- it could have been also that he was
20    a VP before he got promoted, but I don't recall
21    specifically.
22        Q.    Okay.  And he works-- Mr. Kuelling works for
23    IBCAP today.
24        A.    He's an executive director of IBCAP.
25        Q.    Okay.  And he has a consulting business
```

```
 1                    CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA              :
 4   COUNTY OF HILLSBOROUGH        :
 5
 6             I, Kathy H. Hoy, Notary Public, State
 7   of Florida, certify that Izabela Slowikowska
 8   personally appeared before me on the 1st day of
 9   March, 2018 and was duly sworn.
10
11             Signed this 22nd day of March, 2018.
12
13
14
15
                              Kathy Hoy
16                        KATHY H. HOY
                    Notary Public, State of Florida
17                   My Commission No. GG 22237
                        Expires:  09/23/2020
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

STATE OF FLORIDA          :

COUNTY OF HILLSBOROUGH    :

      I, Kathy H. Hoy, do hereby certify that I was authorized to and did stenographically report the deposition of Izabela Slowikowska; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 196, is a true record of my stenographic notes.

      I FURTHER CERTIFY that I am not a relative, employee, or attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

      DATED this 22nd day of March, 2018.

*Kathy Hoy*
Kathy H. Hoy
Notary Public, State of Florida

|   |   |
|---|---|
| 1 | **ERRATA SHEET** |
| 2 | Instructions:  Please read the original transcript of your deposition, and make note of any errors in |
| 3 | the transcription on this page.  DO NOT mark on the original transcript itself.  Please sign and |
| 4 | date this sheet. |
| 5 | Deponent:   IZABELA SLOWIKOWSKA |
|   | Case Reference:   Dish vs. Fraifer |
| 6 | March 1, 2018 |
|   | REPORTED BY:   Kathy H. Hoy, Court Reporter/Notary |
| 7 | Public |
| 8 | Page/Line/Error or Amendment and Reason for Change |
| 9 | ---------------------------------------------------------- |
| 10 | ---------------------------------------------------------- |
| 11 | ---------------------------------------------------------- |
| 12 | ---------------------------------------------------------- |
| 13 | ---------------------------------------------------------- |
| 14 | ---------------------------------------------------------- |
| 15 | ---------------------------------------------------------- |
| 16 | ---------------------------------------------------------- |
| 17 | ---------------------------------------------------------- |
| 18 | ---------------------------------------------------------- |
| 19 | Under penalties of perjury, I declare that I have read the original transcript and, except for any |
| 20 | corrections and/or amendments noted above, I hereby subscribe to the transcript as an accurate record |
| 21 | of the statements made by me. |
| 22 |   |
| 23 | Signature of Deponent:_____ |
|   | IZABELA SLOWIKOWSKA |
| 24 | Date:   _____ |
| 25 |   |