rUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:16-cv-2549-TPB-CPT | DATE: May 12, 2021 | |
|---|---|---|
| HONORABLE THOMAS P. BARBER | | |
| DISH NETWORK, LLC<br><br>v.<br><br>GABY FRAIFER, et al. | **PLAINTIFF COUNSEL:**<br>James Boatman & Joseph Boyle<br><br>**DEFENSE COUNSEL:**<br>Joseph Sozzani & Derrick Clarke | |
| COURT REPORTER: Tana Hess | DEPUTY CLERK: | Sonya Cohn |
| TIME: 10:05 – 10:30 a.m.<br>TOTAL: 25 mins. | COURTROOM: | N/A |

**PROCEEDINGS:** MOTION HEARING – by Zoom

Court hears arguments on Motion for Witness Located Abroad to Appear at Bench Trial by Video Conference (Doc. 294) and Motion to Continue Trial Deadlines (Doc. 295) – order to follow.

Additional settlement conference conducted before Judge Flynn – impasse. Court inquires as to number of witnesses for trial. Defendants indicate 3-4; Plaintiff unsure of number at this time. Case remains scheduled for bench trial on 6/1.