rUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:16-cv-2549-TPB-CPT | DATE: May 27, 2021 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **DISH NETWORK, LLC**<br><br>v.<br><br>**GABY FRAIFER, et al.** | **PLAINTIFF COUNSEL:**<br>James Boatman & Joseph Boyle<br><br>**DEFENSE COUNSEL:**<br>Joseph Sozzani & Derrick Clarke |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 1:38 PM – 2:58 PM 1hr. 20 Mins.<br>**TOTAL:** | **COURTROOM:** 14A |

**PROCEEDINGS:** PRETRIAL CONFERENCE

Parties indicate they are ready to proceed to trial as scheduled on 6/1/2021.

Bench trial shall commence Tuesday June 1, 2021 at 8:30am.

Court addresses witnesses, exhibits, and remote testimony of witness.