# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DISH NETWORK LLC,**

    Plaintiff,

v.

**GABY FRAIFER, TELE-CENTER, INC. AND PLANET TELECOM, INC., INDIVIDUALLY AND TOGETHER D/B/A ULAITV, PLANETITV, AND AHLAITV,**

    Defendants.

CASE NO.: 8:16cv2549

## NOTICE OF LIMITED APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for appellate purposes only on behalf of all Defendants. All parties and the Court are requested to provide notice to:

Dineen Pashoukos Wasylik
**DPW LEGAL**
PO Box 48323
Tampa, FL 33646
(813) 778-5161
(813) 907-3712 (fax)
service@ip-appeals.com
dineen@ip-appeals.com

Date: January 12, 2022

By: *Dineen Pashoukos Wasylik*

Dineen Pashoukos Wasylik,
FBN 0191620
**DPW Legal**
PO Box 48323
Tampa, FL 33646
(813) 778-5161; (813) 907-3712 (fax)
service@ip-appeals.com
dineen@ip-appeals.com
*Appellate Attorney for*
*Defendants Gaby Fraifer, Tele-Center,*
*Inc., and Planet Telecom, Inc.*