# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DISH NETWORK LLC,**

    Plaintiff,

v.

**GABY FRAIFER, TELE-CENTER, INC. AND PLANET TELECOM, INC., INDIVIDUALLY AND TOGETHER D/B/A ULAITV, PLANETITV, AND AHLAITV,**

    Defendants.

CASE NO.: 8:16-cv-2549

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), all Defendants appeal to the Eleventh Circuit Court of Appeals the Memorandum of Decision after bench trial dated December 13, 2021 [Dkt. 337],[1] along with all underlying interlocutory orders including but not limited to the trial Court's grant of partial summary judgment to Plaintiff [Dkt. 257].

Date: January 12, 2022

---

[1] Appellants believe the Memorandum of Decision is not a self-executing judgment pursuant to Fed. R. Civ. P. 52(a)(1) and 58(a), and the Clerk will still be required to enter a separate judgment Pursuant to Fed. R. Civ. P. 58(a) and (b)(2). Appellants are nonetheless filing proactively within 30 days of entry of that Order pursuant to Federal Rule of Appellate Procedure 4(a)(1)-(2) in an abundance of caution.

By: <u>*Dineen Pashoukos Wasylik*</u>

Dineen Pashoukos Wasylik,
FBN 0191620
**DPW Legal**
PO Box 48323
Tampa, FL 33646
(813) 778-5161; (813) 907-3712 (fax)
service@ip-appeals.com
dineen@ip-appeals.com
*Appellate Attorney for*
*Defendants Gaby Fraifer, Tele-Center,*
*Inc., and Planet Telecom, Inc.*