# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) No. 8:16-cv-02549-TPB-CPT |
| Plaintiff, | ) |
| v. | ) |
| GABY FRAIFER, TELE-CENTER, INC., and PLANET TELECOM, INC., | ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION ESTABLISHING AMOUNT OF ATTORNEYS' FEES AND TAXABLE COSTS

Plaintiff DISH Network L.L.C. ("DISH") files this unopposed motion for a one-week extension of time to move for an order establishing the amount of DISH's attorneys' fees and taxable costs.

DISH was awarded attorneys' fees and costs, among other relief, as part of this Court's decision following trial and instructed to file a motion establishing the amounts. (*See* Doc. 337 at 38.) DISH intended to file its motion by January 27, 2022, which is 45 days from the Court's order determining DISH's entitlement to attorneys' fees and costs, thus ensuring compliance with L.R. 7.01(c). Defendants, however, have requested an additional week to meet and confer on the motion.

Accordingly, DISH requests an order allowing one additional week to file its motion, making the deadline February 3, 2022.

Dated: January 26, 2022

/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)

HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Facsimile:  (239) 236-0376
Email:  jab@boatman-law.com

*Attorneys for Plaintiff DISH Network L.L.C.*

## Local Rule 3.01(g) Certification

Filing Attorney certifies that he conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)

## Certificate of Service

I certify that on January 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the NextGen CM/ECF system, which will provide notice to Defendants.

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)