# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DISH NETWORK L.L.C.,
a Colorado limited liability company,

    *Plaintiff*,

v.

    Case No. 8:16-cv-2549-TPB-CPT

GABY FRAIFER, an individual Florida resident,
PLANET TELECOM, INC., a Florida corporation,
and, TELE-CENTER, INC., a Florida corporation,

    *Defendants*.
_____/

## STIPULATION FOR
## SUBSTITUTION OF COUNSEL FOR DEFENDANTS

The undersigned attorneys agree and stipulate to the substitution of Attorney Dineen Pashoukos Wasylik of the law firm DPW Legal as counsel of record for the Defendants Gaby Fraifer, Planet Telecom, Inc., and Tele-Center, Inc., and requests that all papers and pleadings in this cause be directed to the undersigned at the address and e-mail below. By filing this stipulation, the undersigned request that Attorney Derrick L. Clarke of The Law Office of Derrick L. Clarke, PA and Attorney Joseph R. Sozzani of the law firm Infinity IP, PLLC, be relieved from all further responsibility on this case.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that, Defendants' counsel conferred with counsel for Plaintiff regarding the substitution

of counsel on behalf of Defendants requested herein and Plaintiff does not oppose the same.

Dated: January 2̶8̶ 30, 2022

Respectfully submitted,

By: /s/ *Dineen Pashoukos Wasylik*
Dineed Pashoukos Wasylik, Esq.
FBN 0191620
DPW Legal
PO Box 48323
Tampa, FL 33646
Tel: (813) 778-5161
Fax: (813) 907-3712
service@ip-appeals.com
dineen@ip-appeals.com

*Counsel for Defendants*

Consent to substitution by:

/s/ *Joseph R. Sozzani*
Joseph R. Sozzani, Esq., B.C.S.
Florida Bar Number: 120297
E-Mail: JSozzani@InfinityIPLaw.com
INFINITY IP, PLLC
222 West Bay Drive
Largo, FL 33770
Tel: 727.687.8814

/s/ *Derrick L. Clarke*
Derrick L. Clarke, Esq.
Florida Bar Number: 95550
E-Mail: dclarke@dclarkelegal.com
Law Office of Derrick L. Clarke, PA
146 2nd Street North. Suite 310
St. Petersburg, FL 33701
Tel: 727.379.4434

_____
Gaby Fraifer, Individually
and on Behalf of Planet Telecom, Inc.
and Tele-Center, Inc.

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the NextGen CM/ECF system which will provide notice of electronic filing to all counsel of record.

<i>/s/ Dineen Pashoukos Wasylik</i><br>
Dineen Pashoukos Wasylik