# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) No. 8:16-cv-02549-TPB-CPT |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GABY FRAIFER, TELE-CENTER, INC., | ) |
| and PLANET TELECOM, INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CERTIFICATE OF SERVICE

I certify that on February 3, 2022, I filed Plaintiff DISH Network L.L.C.'s motion establishing amount of attorneys' fees and costs with the Clerk of the Court by using the NextGen CM/ECF system, which will provide notice to Defendants.

Dated: February 3, 2022
/s/ Timothy M. Frank
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  joe.boyle@hnbllc.com
Email:  timothy.frank@hnbllc.com

James A. Boatman, Jr.
Florida Bar No. 0130184
THE BOATMAN LAW FIRM PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Facsimile:  (239) 236-0376
Email:  jab@boatman-law.com

*Attorneys for Plaintiff DISH Network L.L.C.*