UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK L.L.C.,

    Plaintiff/Counter-Defendant,

v.                                                      Case No. 8:16-cv-2549-TPB-CPT

GABY FRAIFER, TELE-CENTER,
INC., and PLANET TELECOM, INC.,
individually and together d/b/a
UlaiTV, PlanetiTV, and AhlaiTV,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER

This matter is before the Court on "Plaintiff's Notice of Filing Proposed Permanent Injunction," filed on January 10, 2022, and Defendants' "Motion to Stay Proceedings Pending Appeal," filed on January 21, 2022. (Docs. 339; 344). As set forth below, the Court hereby enters a permanent injunction, directs entry of a final judgment for damages, and denies Defendants' motion to stay.

### *Entry of Permanent Injunction*

In its Memorandum of Decision (Doc. 337), the Court ruled that a permanent injunction was appropriate and directed Plaintiff to file a proposed form of injunction. Plaintiff filed a proposed form of injunction (Doc. 339) and Defendants filed objections. (Doc. 343). Having considered the arguments of the parties, a permanent injunction is hereby **ENTERED** against Defendants as follows:

Upon receiving actual notice of this Order by personal service or otherwise, Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc., along with their officers, agents, servants, employees, and any other persons that are acting in active concert or participation with any of the foregoing, are permanently enjoined from publicly performing in the United States any works that air on the Al Hayah 1/Al Hayat, Future TV, LBC, or LDC/LBC1 channels.

*Entry of Final Judgment*

For the reasons set forth in the Memorandum of Decision, the Clerk is **DIRECTED** to enter final judgment in favor of Plaintiff DISH Network L.L.C., and against Defendants Gaby Fraifer, Tele-Center, Inc., and Planet Telecom, Inc., jointly and severally, in the amount of $600,000.00.

*Motion to Stay*

Defendants seek a stay of all proceedings or, alternatively, a stay of proceedings on Plaintiff's motion for fees pending Defendants' appeal to the Eleventh Circuit.  (Doc. 344).  Plaintiff opposes the motion.  (Doc. 356).  The Eleventh Circuit has now dismissed Defendants' appeal for lack of jurisdiction.  The motion to stay pending appeal is therefore **DENIED AS MOOT**.[1]

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of

---

[1] Defendants' motion to stay also failed to show that a stay pending appeal was warranted. *See, e.g.*, *Davis v. City of Apopka*, No. 6:15-cv-1631-Orl-37LRH, 2020 WL 4740521, at *2 (M.D. Fla. Mar. 25, 2020), *report and recommendation adopted*, 2020 WL 2554215 (M.D. Fla. May 20, 2020) (noting that courts in this circuit typically decline to stay proceedings on collateral matters such as fees and costs, in order to avoid piecemeal appeals).

April, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**