## UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Dish Network L.L.C.,                                  Case No.: 8:16-cv-2549-TPB CPT

        Plaintiff,

vs.

Gaby Fraifer, et al.

        Defendant.          /

## SUGGESTION OF BANKRUPTCY

**COMES NOW** the Defendant, Gaby Fraifer, by and through undersigned counsel, who represents him in a bankruptcy proceeding only, and not in this matter, and would suggest as follows:

1. A bankruptcy petition has been filed on behalf of said Defendant on the 17th day of June, 2022, in the United States Bankruptcy Court, Middle District of Florida, Tampa Division, Case No: 8:22-bk-02423.

2. Pursuant to 11 U.S.C. § 362(a), the filing of the Petition operates as a stay of the commencement or continuation of these proceedings.

3. This suggestion of bankruptcy shall not be construed as a Notice of Appearance or pleading, but only notice to this Court and to the Plaintiff of the bankruptcy filing and of the imposition of the automatic stay on these state court proceedings pursuant to Federal Law.

**I HEREBY CERTIFY** that on this 22nd day of June, 2022, a true and correct copy of the foregoing Suggestion of Bankruptcy has been furnished by Electronic Mail through the Florida E-Filing Portal to:

    James A. Boatman, Jr., Esquire - Email: jab@boatman-law.com
    Joseph H. Boyle, Esquire - Email: joe.boyle@hnbllc.com
    Timothy M. Frank, Esquire - Email: timothy.frank@hnbllc.com

and by Regular U.S. Mail to:

    James A. Boatman, Jr., Esquire, The Boatman Law Firm, PA, Suite 202, 3021 Airport-Pulling Rd N., Naples, FL 34105

    Joseph H. Boyle, Esquire, Hagan Noll & Boyle, LLC, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, TX 77024

    Timothy M. Frank, Esquire, Hagan Noll & Boyl, LLC., Two Memorial City Plaza, 820 Gessner. Suite 940, Houston, TX 77024

BUDDY D. FORD, P.A.,

/s/ Jonathan A. Semach
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
Heather M. Reel, Esquire (FBN: 0100357)
Email: Heather@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Debtor