UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK L.L.C.,

    Plaintiff,

v.

GABY FRAIFER, individually and together, TELE-CENTER, INC., individually and together, and PLANET TELECOM, INC., individually and together,

    Defendants.
_____/

Case No: 8:16-cv-2549-TPB-CPT

## NOTICE OF FILING

Plaintiff DISH Network, LLC, hereby gives notice of filing the attached Agreed Order Granting Agreed Motion for Relief from the Automatic Stay to Adjudicate Motions Pending in Federal District Court entered in the United States Bankruptcy Court in the Middle District of Florida, Tampa Division, Case No. 8:22-bk-02423-MGW.

Dated: July 15, 2022          Respectfully submitted,

SEQUOR LAW, P.A.

SEQUOR LAW, P.A.
1111 Brickell Ave., Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mails:   dcoyle@sequorlaw.com
          afinley@sequorlaw.com

By:   */s/ Daniel M. Coyle*
      Daniel M. Coyle
      Florida Bar No. 0055576
      Amanda E. Finley
      Florida Bar No. 100225

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system of the Clerk of the Court, which will send a notice of electronic filing to all counsel of record, on July 15, 2022.

*/s/ Daniel M. Coyle*
Daniel M. Coyle

ORDERED.

Dated: July 14, 2022

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,   Chapter 11

   Debtor.   Case No.: 8:22-bk-02423-MGW
_____/

**AGREED ORDER GRANTING AGREED MOTION FOR RELIEF
FROM THE AUTOMATIC STAY TO ADJUDICATE
<u>MOTIONS PENDING IN FEDERAL DISTRICT COURT</u>**

THIS CAUSE having come before the Court upon DISH NETWORK L.L.C.'s (the "Creditor") Agreed Motion for Relief from the Automatic Stay to Adjudicate Motions Pending in Federal District Court, through and including any appeals (the "Agreed Motion") [D.E. 98], and the Court, having reviewed the Motion, having been advised that all parties agree to the Motion, finding that cause exists to grant relief from the automatic stay, it is

ORDERED as follows:

1. The Agreed Motion is GRANTED to the extent set forth herein.

2. This Court grants relief from the automatic stay for the United States District Court in the Middle District of Florida ("District Court") in Case No.: 8:16-cv-2549-TPB-CPT to adjudicate the Creditor's pending motion to determine amount of attorneys' fees and costs that may be awarded to the Creditor, and to adjudicate the pending motion to amend the Judgment, which stay relief shall include any appeals of these motions and/or the Judgment, but shall not include execution on the Judgment or any judgment rendered in favor of the Creditor.

3. The 14 day stay period specified in Fed. R. Bankr. P. 4001(a)(3) is waived.

4. This order may be filed in the District Court.

###

Submitted by:

Amanda E. Finley
Florida Bar No. 100225
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: afinley@sequorlaw.com

Amanda E. Finley, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.